**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ____________ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Bridge Diagnostics, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **85-0602662**

**4. Debtor's address**

**Principal place of business**

**120 Vantis Drive, Suite 570**
**Aliso Viejo, CA 92656-2618**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) — **www.bridgediagnostics.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ____________

Debtor **Bridge Diagnostics, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**621510**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Bridge Diagnostics, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Bridge Diagnostics, LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 29, 2024**
MM / DD / YYYY

**X**
Signature of authorized representative of debtor

**Jason Hansen**
Printed name

Title **Founder and member manager**

**18. Signature of attorney**

**X** */s/ David A. Wood*
Signature of attorney for debtor

Date **March 29, 2024**
MM / DD / YYYY

**David A. Wood**
Printed name

**MARSHACK HAYS WOOD LLP**
Firm name

**870 Roosevelt**
**Irvine, CA 92620-3663**
Number, Street, City, State & ZIP Code

Contact phone **(949) 333-7777** Email address **dwood@marshackhays.com**

**272406 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name **Bridge Diagnostics, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): ______________

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Airspace Technologies, Inc. 5909 Sea Otter PlaceSuite 200 Carlsbad, CA 92010** | | **Courier/Shipping** | | | | **$156,611.94** |
| **Alfred Lui, MD, Inc. 7 Horseshoe Lane Palos Verdes Peninsula, CA 90274** | | **Board member and advisor** | | | | **$67,461.20** |
| **Anthem Blue Cross P.O. Box 51011 Los Angeles, CA 90051-5311** | | **Health Insurance provider** | | | | **$27,469.21** |
| **Apollo Couriers Inc. 1039 W Hillcrest Blvd. Inglewood, CA 90301** | | **Courier/Shipping** | | | | **$38,356.26** |
| **David Wright Tremaine, LLP 920 Fifth Ave., Suite 3300 Seattle, WA 98104-1610** | | **Law Firm** | | | | **$91,940.50** |
| **Ellkay, LLC 200 Riverfront Blvd., 3rd Floor Elmwood Park, NJ 07407** | | **Softward** | | | | **$61,680.00** |
| **FedEx - 2451-0 PO Box 7221 Pasadena, CA 91109-7321** | | **Courier/Shipping** | | | | **$68,330.18** |
| **Hamilton Company P.O. Box 10030 Reno, NV 89520-0012** | | **Equipment** | | | | **$60,432.89** |

Debtor **Bridge Diagnostics, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hologic Sales and Services, LLC<br>250 Campus Dr.<br>Marlborough, MA 01752** | | **Lab consumables and equipment** | | | | **$226,528.33** |
| **Innovative Medical Management LLC<br>4175 E. La Palma Avenue, Suite 215<br>Anaheim, CA 92807** | | **Billing Support** | | | | **$36,864.00** |
| **Medcare MSO, LLC<br>1000 Cordova Place, Suite 206<br>Santa Fe, NM 87505** | | **Billing support** | | | | **$27,590.93** |
| **Sales Search America<br>1612 Westgate Circle<br>Brentwood, TN 37027** | | **Recruiting** | | | | **$30,000.00** |
| **Sirius Computer Solutions, Inc.<br>P.O. Box 202289<br>Dallas, TX 75320-2289** | | **IT Support** | | | | **$85,206.93** |
| **Tecan US Inc<br>P.O. Box 602740<br>Charlotte, NC 28260-2740** | | **Lab Equipment** | | | | **$159,347.01** |
| **The Irvine Company<br>662322 - S23399<br>PO Box 846462<br>Los Angeles, CA 90084-6462** | | **Previous landlord with multi-year lease .<br>Needs reconciliation.** | | | | **$448,360.84** |
| **TXPSI, LLC<br>298 Industrial Blvd<br>Bastrop, TX 78602** | | **Security services for Covid collection sites** | | | | **$81,765.85** |
| **U.S. HealthTek, Inc.<br>5501 Merchants View Square, #744<br>Haymarket, VA 20169** | | **Consultant** | | | | **$262,755.00** |
| **Veolia Environmental Services<br>P.O. Box 73709<br>Chicago, IL 60673-7709** | | **Lab service** | | | | **$33,287.78** |

Debtor **Bridge Diagnostics, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waveland RCM, LLC<br>1150 First Avenue, Suite 511<br>King of Prussia, PA 19406** | | **Billing support** | | | | **$49,745.55** |
| **Xifin, Inc.<br>12225 El Camino Real, Suite 100<br>San Diego, CA 92130-3081** | | **Lab and billing software provider** | | | | **$134,831.61** |

Bridge Diagnostics, LLC
111 Theory, Suite 100
Irvine, CA 92617

David A. Wood
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663

Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 92701

Airspace Technologies, Inc.
5909 Sea Otter PlaceSuite 200
Carlsbad, CA 92010

Alfred Lui, MD, Inc.
7 Horseshoe Lane
Palos Verdes Peninsula, CA 90274

Anthem Blue Cross
P.O. Box 51011
Los Angeles, CA 90051-5311

Apollo Couriers Inc.
1039 W Hillcrest Blvd.
Inglewood, CA 90301

David Wright Tremaine, LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104-1610

Ellkay, LLC
200 Riverfront Blvd., 3rd Floor
Elmwood Park, NJ 07407

FedEx - 2451-0
PO Box 7221
Pasadena, CA 91109-7321

Hamilton Company
P.O. Box 10030
Reno, NV 89520-0012

Hologic Sales and Services, LLC
250 Campus Dr.
Marlborough, MA 01752

Innovative Medical Management LLC
4175 E. La Palma Avenue, Suite 215
Anaheim, CA 92807

Medcare MSO, LLC
1000 Cordova Place, Suite 206
Santa Fe, NM 87505

Sales Search America
1612 Westgate Circle
Brentwood, TN 37027

Sirius Computer Solutions, Inc.
P.O. Box 202289
Dallas, TX 75320-2289

Tecan US Inc
P.O. Box 602740
Charlotte, NC 28260-2740

The Irvine Company
662322 - S23399
PO Box 846462
Los Angeles, CA 90084-6462

TXPSI, LLC
298 Industrial Blvd
Bastrop, TX 78602

U.S. HealthTek, Inc.
5501 Merchants View Square, #744
Haymarket, VA 20169

Veolia Environmental Services
P.O. Box 73709
Chicago, IL 60673-7709

Waveland RCM, LLC
1150 First Avenue, Suite 511
King of Prussia, PA 19406

Xifin, Inc.
12225 El Camino Real, Suite 100
San Diego, CA 92130-3081

**RESOLUTION OF BRIDGE DIAGNOSTICS**

The managing member ("Managing Member") of Bridge Diagnostics, LLC organized under the laws of the State of California ("Bridge"), after a duly noticed and held meeting, hereby consents, adopts, and approves the following resolutions:

**IT IS RESOLVED** that Jason Hansen, Bridge's chief executive officer ("CEO") and/or member be, and hereby is, authorized to determine, based upon the LLC's financial circumstances as of the date hereof, any subsequent events, and advice of counsel, whether it is desirable and in the best interests of Bridge, its participants, its creditors, and other interested parties, that a voluntary petition ("Petition") be filed by Bridge under the provisions of chapter 11 of the Bankruptcy Code. If appropriate, the Petition may be filed under subchapter V of chapter 11.

**IT IS FURTHER RESOLVED** that, if the CEO and/or member determines that a Petition should be filed, then such Petition shall be filed as submitted by the CEO and/or member and the same hereby is approved and adopted in all respects, and the CEO and/or member is hereby authorized and directed, on behalf of and in the name of Bridge, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court for Central District of California.

**IT IS FURTHER RESOLVED** that the CEO and/or member be, and hereby is, authorized to execute and file all petitions, schedules, and lists which she may deem necessary and proper in connection with such bankruptcy proceedings under said chapter 11 and in that regard to retain and employ assistance by legal counsel, other professionals, or such individuals as she may deem necessary and proper with a view to the successful conclusion of such bankruptcy proceedings.

**IT IS FURTHER RESOLVED** that Marshack Hays Wood LLP be, and hereby is, retained as attorneys for Birdge. Marshack Hays Wood LLP may take such actions as are directed by the CEO and/or member and the chief restructuring officer, including but not limited to, the filing of a bankruptcy petition under Title 11 of the United States Code of the prosecution of such a case to its conclusion.

Dated: March 29, 2024

By:____________________________________
Name: Jason Hansen
Its: Managing Member

# RESOLUTION OF BRIDGE DIAGNOSTICS

The managing member ("Managing Member") of Bridge Diagnostics, LLC organized under the laws of the State of California ("Bridge"), after a duly noticed and held meeting, hereby consents, adopts, and approves the following resolutions:

**IT IS RESOLVED** that Ed Bidanset of Cutsheet Express LLC ("CE") shall be appointed as Chief Restructuring Officer ("CRO") of Bridge and is hereby authorized to take all steps necessary, desirable, and appropriate to carry out his duties. The CRO shall be compensated pursuant to the engagement agreement between CE and Bridge dated March 19, 2024, the execution of which is approved and ratified.

**IT IS FURTHER RESOLVED** that the CRO shall report and be subordinate to Bridge's chief executive officer, whose duties remain unchanged by this resolution.

**IT IS FURTHER RESOLVED** that, if a Chapter 11 bankruptcy proceeding is filed by Bridge ("Chapter 11 Proceeding"), then the CRO be, and hereby is, authorized to take all steps necessary, desirable, and appropriate to facilitate Bridge's reorganization in the Chapter 11 Proceeding, including, without limitation, the continued employment of counsel currently representing Bridge in various capacities and matters as well as the employment of other professionals deemed necessary to achieve Bridge's goals.

**IT IS FURTHER RESOLVED** that, if a Chapter 11 Proceeding is commenced, then the CRO be, and hereby is, authorized to execute and file all pleadings and papers, such as schedules, lists, a plan of reorganization, motions, oppositions, operating reports, and the like, and to take any and all actions which he may deems necessary and proper in connection with such Chapter 11 Proceeding.

Dated: March 29, 2024

By:____________________________________
Name: Jason Hansen
Its: Managing Member