DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:24-bk-10803-TA |
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Debtor. | NOTICE OF APPLICATION BY DEBTOR TO EMPLOY CROWN MEDICAL COLLECTIONS, LLC AS SPECIAL COUNSEL |
| | [NO HEARING IS REQUIRED AS SET FORTH IN RULE 9013-1(o) OF THE LOCAL BANKRUPTCY RULES |

TO THE HONORABLE THEODOR ALBERT UNITED STATES BANKRUPTCY COURT

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED

PARTIES:

PLEASE TAKE NOTICE that Debtor, BRIDGE DIAGNOSTICS, LLC ("Debtor"), in the

above-captioned case, has filed an application ("Application") for entry of an order authorizing the

employment of Crown Medical Collections, LLC ("Crown"), as Special Counsel for the bankruptcy

estate ("Estate"), related to the collection of outstanding Covid-19 testing claims, pursuant to 11

U.S.C. §§ 327, 328, and 331.

The Debtor is a clinical diagnostics laboratory that was founded in April 2020. Originally, the

Debtor launched its business to provide infectious disease testing focused on women's health and

urology markets. During the COVID-19 pandemic, the Debtor shifted its focus onto the SARS-COV-

1

NOTICE OF APPLICATION TO EMPLOY CROWN

2 test in response to the significant demand for it. While the Debtor's business generated millions of dollars in COVID testing income from 2020 through 2022, there is still several million dollars in expected revenue outstanding.

Since the demand for COVID diagnostic testing has decreased, the Debtor somewhat successfully navigated the change from a COVID diagnostic testing center to a Women's Health and Urology diagnostic testing center, however, the financial strain on the Debtor has continued. Specifically, the Debtor has $10-15 million in collectible outstanding accounts receivables ("AR") from COVID-related testing that was backed by the CARES Act. Post- pandemic, many of the health insurance companies simply stopped paying the COVID-related AR to diagnostic testing centers nationwide. The lack of consistent collection on the COVID-AR has put a severe strain on the Debtor's finances.

On October 17, 2023, pre-petition, the Debtor retained Crown Medical Collections, a healthcare accounts receivable collection firm, that focuses heavily on the collection of COVID-related AR in accordance with federal law, including:

> (a)    Sections 6001-6005 of the Families First Coronavirus Response Act, which requires group health plans, health insurers offering group or individual health insurance coverage, Medicare, Medicare Advantage, and Medicaid Plans to provide benefits for certain items and services related to the detection of SARS-CoV-2 or the diagnosis of Covid-19, when those items or services are furnished on or after March 18, 2020. During the applicable emergency period, plans and issuers were mandated to provide this coverage without imposing any cost-sharing requirements (including deductibles, copayments, and coinsurance), prior authorizations, or other medical management requirements.  FFCRA, Publ.L. 116-127; and
>
> (b)    Section 3202(a) of the Coronavirus Aid, Relief, and Economic Security Act which requires plans and issuers providing coverage for Covid-19 diagnostic testing and related services to reimburse a provider that does not have a negotiated rate, at the cash price for such service that is listed by the provider on a public website.  CARES Act, Pub.L. 116-136.

In the limited time since its retention, pre-petition Crown has collected over $321,171.00 on behalf of the Debtor. Crown understands that any post-petition compromise or settlement would have to be approved by this Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure. Crown has engaged three hundred health insurance payers and is currently in active negotiations with

2

NOTICE OF APPLICATION TO EMPLOY CROWN

dozens of health insurance payers on behalf of the Debtors as a result of their prior engagement. The Debtor seeks authority, through this application, to retain Crown as of the Petition Date as special counsel in these proceedings, pursuant to the terms of the Fee Agreement, which provides for Crown to receive a contingent fee in the amount of thirty (30%) of the net recovery of any amounts recovered by Crown for the benefit of the Debtor.  Further detail regarding the terms of the engagement and compensation are contained **Exhibit A** to the Motion.

The Debtor believes that Crown is well-qualified to render the requested professional services to the Estate. Crown comprises business professionals and attorneys who have extensive experience in the collection of outstanding AR for medical claims, specifically with regard to COVID-19 testing. Crown currently has approximately twenty-five (25) claims with outstanding AR estimated at $500 million dollars that it is collecting for laboratory clients.

Crown and each of the professionals, attorneys, paralegals, and employees who will work on this case are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

Crown may be required to assist the Debtor in the following matters: (a) Contacting and negotiating with third-parties health insurance payers, to collect outstanding AR for COVID-19 testing on behalf of the Debtor; (b) Conducting discovery related to the outstanding AR for COVID-19 testing on behalf of the Debtor pursuant to FRCP 2004; (c) Advising/counseling the Debtor of its rights related to collection of the outstanding AR for COVID-19 testing balances; and (d) Performing all other services for and on behalf of Debtor that may be necessary or appropriate in the collection of the outstanding AR COVID-19 balances.

Crown will render professional services to the Debtor on a contingent basis in accordance with the Fee Agreement attached to the Motion, which provides for a contingent fee of 30% of the total amount recovered. Crown has not received any pre or post-petition retainer for this matter.

Crown will be compensated from the funds recovered by the Estate for the outstanding COVID-19 testing claims.  Crown understands that its compensation in this case is subject to approval by the Bankruptcy Court. In compliance with 11 U.S.C. §§ 328 and 331, Crown intends to file interim

and final applications for allowance of fees and reimbursement of costs as and when appropriate.

Crown has advised the Debtor that Crown has not shared or agreed to share any compensation to be received by it in this case with any other person, except as among members and employees of Crown.

Crown does not have an interest adverse to the Debtor or the bankruptcy Estate. As of the Petition Date.

To the best of the Crown's knowledge, and as set forth in the attached Declaration, none of the members, attorneys, or employees of Crown has any connection with any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee

The complete scope and terms of the employment are detailed in the Application a copy of which can be obtained by contacting Matthew W. Grimshaw and David A. Wood whose contact information is listed in the top left-hand corner of this Notice. The Application is based on 11 U.S.C § 327 and the Firm intends to seek compensation pursuant to 11 U.S.C. §§ 328 and 331.

PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Rules ("LBR") 2014-1(b), 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court no later than fourteen days (14) from the date of service of this Notice, plus an additional three days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response must be served on Matthew W. Grimshaw and David A. Wood at the mailing address indicated in the upper left corner of the first page of this motion, and upon the Office of the United States Trustee at 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as acceptance of the proposed employment. *See* LBR 9013-1(h).

Dated: June 3, 2024

MARSHACK HAYS WOOD LLP

By: */s/ David A. Wood*
MATTHEW W. GRIMSHAW
DAVID A. WOOD,
Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC

NOTICE OF APPLICATION TO EMPLOY CROWN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF APPLICATION BY DEBTOR TO EMPLOY CROWN MEDICAL COLLECTIONS, LLC AS SPECIAL COUNSEL;  DECLARATION OF RICHARD HERSPERGER IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 3, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **June 3, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR**
BRIDGE DIAGNOSTIC, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 570
ALISO VIEJO, CA 92656-2618

**INTERESTED PARTY**
CROWN MEDICAL COLLECTIONS, LLC
ATTN: RICHARD HERSPERGER
110 W. HIGH STREET
EBENSBURG, PA 15931

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 3, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**THE REQUIREMENT OF LBR 5005-2(d) TO PROVIDE JUDGES COPIES IS SUSPENDED AT THIS TIME**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 3, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **ATTORNEY FOR CREDITOR JASON HANSEN: Anthony Bisconti**    tbisconti@bklwlaw.com,
  7657482420@filings.docketbird.com;docket@bklwlaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN: Christopher Crowell**    ccrowell@hrhlaw.com
- **TRUSTEE: Robert Paul Goe (TR)**    bktrustee@goeforlaw.com,
  kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
- **ATTORNEY FOR U.S. TRUSTEE: Queenie K Ng**    queenie.k.ng@usdoj.gov
- **INTERESTED PARTY: Jennifer Oliver**    jennifermarieoliver@gmail.com
- **INTERESTED PARTY: R Gibson Pagter**    gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **U.S. TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR: David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;alinares@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: (CONTINUED)

| **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** |
| --- | --- | --- |
| AIRSPACE TECHNOLOGIES, INC. ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 5909 SEA OTTER PLACESUITE 200 CARLSBAD, CA 92010-6675 | ALFRED LUI, MD, INC. 7 HORSESHOE LANE PALOS VERDES PENINSULA, CA 90274-4823 | APOLLO COURIERS INC. ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 1039 W HILLCREST BLVD. INGLEWOOD, CA 90301-2023 |
| **20 LARGEST CREDITOR** ELLKAY, LLC ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 200 RIVERFRONT BLVD., 3RD FLOOR ELMWOOD PARK, NJ 07407-1038 | **20 LARGEST CREDITOR** FEDEX - 2451-0 ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS PO BOX 7221 PASADENA, CA 91109-7321 | **20 LARGEST CREDITOR** HAMILTON COMPANY ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS P.O. BOX 10030 RENO, NV 89520-0012 |
| **20 LARGEST CREDITOR** HOLOGIC SALES AND SERVICES, LLC ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 250 CAMPUS DR. MARLBOROUGH, MA 01752-3020 | **20 LARGEST CREDITOR** INNOVATIVE MEDICAL MANAGEMENT LLC ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 4175 E. LA PALMA AVENUE, SUITE 215 ANAHEIM, CA 92807-1864 | **20 LARGEST CREDITOR** KRYSTAL REED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED C/O IAN M. SILVERS BISNAR CHASE LLP 1301 DOVE STREET, SUITE 120 NEWPORT BEACH, CA 92660-2491 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**20 LARGEST CREDITOR**
MEDCARE MSO, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1000 CORDOVA PLACE, SUITE
206
SANTA FE, NM 87505-1725

**20 LARGEST CREDITOR**
SALES SEARCH AMERICA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1612 WESTGATE CIRCLE
BRENTWOOD, TN 37027-8089

**20 LARGEST CREDITOR**
SIRIUS COMPUTER SOLUTIONS,
INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
P.O. BOX 202289
DALLAS, TX 75320-2289

**20 LARGEST CREDITOR**
TXPSI, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
298 INDUSTRIAL BLVD
BASTROP, TX 78602-5020

**20 LARGEST CREDITOR**
TECAN US INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 602740
CHARLOTTE, NC 28260-2740

**20 LARGEST CREDITOR**
THE IRVINE COMPANY
662322 - S23399
PO BOX 846462
LOS ANGELES, CA 90084-6462

**20 LARGEST CREDITOR**
U.S. HEALTHTEK, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
5501 MERCHANTS VIEW SQUARE,
#744
HAYMARKET, VA 20169-5439

**20 LARGEST CREDITOR**
VEOLIA ENVIRONMENTAL SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 73709
CHICAGO, IL 60673-7709

**20 LARGEST CREDITOR**
WAVELAND RCM, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1150 FIRST AVENUE, SUITE 511
KING OF PRUSSIA, PA 19406-1316

**20 LARGEST CREDITOR**
XIFIN, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
12225 EL CAMINO REAL, SUITE
100
SAN DIEGO, CA 92130-3081

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**