MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

BRIDGE DIAGNOSTICS, LLC,

Debtor.

Case No. 8:24-bk-10803-TA

Chapter 11 Subchapter V

NOTICE OF ERRATA RE: DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED JUNE 18, 2024

[PLAN FILED ON 6/24/24 AS DK. NO. 122]

**Hearing**
Date:        August 14, 2024
Time:        10:00 a.m.
Ctrm:        5B via Zoom/Gov[1]
Place:       U.S. Bankruptcy Court
             Ronald Reagan Federal Bldg.
             411 W. Fourth Street
             Santa Ana, CA  92701

/ / /

/ / /

/ / /

---

[1] See court's website for further zoom instructions.

NOTICE OF ERRATA RE: DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED JUNE 18, 2024
4872-6452-9609

TO THE HONORABLE THEODOR ALBERT UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on June 24, 2024, as Dk. No. 122, Debtor, BRIDGE DIAGNOSTICS, LLC ("Debtor") filed *Debtor's Chapter 11 Plan of Reorganization dated June 18, 2024* ("Plan"). In the Plan, under Section 7, there was an inadvertent error listed on page 25, line 28 to Page 26, line 1. Section 7, Page 25, line 28 to Page 26, line 1, should read, takes the place of and is incorporated into the Plan as follows:

| Party to Executory Contract | Subject of Executory Contract/Lease | Cure Amount |
|---|---|---|
| Anthem Health Insurance Coverage | Health insurance overage, including, but not limited to medical, dental, vision, and all insurance coverage for Debtor's employees | $12,950 to be paid on the effective date of the Plan. |

Dated: July 22, 2024                          MARSHACK HAYS WOOD LLP


By:  */s/ David A. Wood*
       MATTHEW W. GRIMSHAW
       DAVID A. WOOD
       Attorneys for
       BRIDGE DIAGNOSTICS, LLC

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF ERRATA RE: DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED JUNE 18, 2024** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 22, 2024** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR CREDITOR JASON HANSEN:** Anthony Bisconti    tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN:** Christopher Crowell    ccrowell@hrhlaw.com
- **TRUSTEE:** Robert Paul Goe (TR)    bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
- **INTERESTED PARTY:** Aaron J Malo    amalo@sheppardmullin.com, abilly@sheppardmullin.com;rgolder@sheppardmullin.com
- **ATTORNEY FOR U.S. TRUSTEE:** Queenie K Ng    queenie.k.ng@usdoj.gov
- **INTERESTED PARTY:** Jennifer Oliver    jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter    gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **ATTORNEY FOR THERMO FISHER FINANCIAL SERVICES, INC.:** Michele R Stafford    mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com,docket@tuckerlaw.com,mthomas@tuckerlaw.com,SLeah@tuckerlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR:** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **July 22, 2024**, I delivered the document described above via email  to Stretto, Debtor's claims and noticing agent, for service on the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed per the mail matrix. Upon completion of the mailing by Stretto to all Creditors, Stretto will provide an Affidavit of Service to be filed. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 22, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**THE REQUIREMENT OF LBR 5005-2(d) TO PROVIDE JUDGES COPIES IS SUSPENDED AT THIS TIME**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2024 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**