DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re | Case No. 8:24-bk-10803-TA |
|---|---|
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Debtor. | SUPPLEMENTAL DECLARATION OF RICHARD HERSPERGER IN SUPPORT OF APPLICATION BY DEBTOR TO EMPLOY CROWN MEDICAL COLLECTIONS, LLC AS SPECIAL COUNSEL |
| | [APPLICATION FILED AS DK. NO. 110] |
| | [NO HEARING IS REQUIRED AS SET FORTH IN RULE 9013-1(o) OF THE LOCAL BANKRUPTCY RULES |

**DECLARATION OF RICHARD HERSPERGER**

I, Richard Hersperger declare as follows:

1.      The undersigned is an individual over 18 years of age and competent to make this Declaration.

2.      The undersigned is a representative of Crown Medical Collections, LLC ("Crown") with offices located at 110 W. High Street, Ebensburg, Pennsylvania 15931.

3.      The undersigned makes this Supplemental Declaration in support of the Application of Debtor to Employ Crown Medical Collections as Special Counsel ("Application") filed by Debtor, Bridge Diagnostics, LLC ("Debtor"), Case No. 8:24-bk-10803-TA.  The Application was filed on June 3, 2024, as Dk. No. 110.

DECLARATION OF RICHARD HERSPERGER

4. If called as a witness, the undersigned could and would competently testify to the following of his own personal knowledge.

5. The undersigned has reviewed the court's PACER docket and the files contained therein for this case.

6. The Debtor has asked that Crown serve as Special Counsel in connection with the collection of outstanding AR for COVID-19 diagnostic testing.

7. Crown is well-qualified to serve as special counsel as its expertise lies in collecting outstanding AR for COVID-19 diagnostic testing and Crown has extensive experience doing so.

8. Crown comprises members, attorneys, paralegals, and other employees who have extensive experience in the collection of outstanding payment for COVID-19 testing.

9. Crown employs several attorneys who are duly admitted to practice law in the courts across the United States, at least one of which is in the process of completing the pro-hac vice process for the United States District Court for the Central District of California.

10. Crown's compensation for services rendered will be on a contingent basis at a rate of 30% of the gross[1] amount of money collected, in accordance with the Fee Agreement attached to the Application as **Exhibit A.**

11. Crown has agreed to hold any funds received from collection efforts in trust pending Court approval and entered order of the 9019 motion to approve compromise.

12. Crown has not received a retainer for the services that it will perform in this matter.

13. Crown understands that its compensation in this case is subject to approval of this Court pursuant to 11 U.S.C. §§ 328, and 331.

14. Crown's business is limited to the collection of outstanding funds from health insurance payers on behalf of its clients.

15. Crown maintains a database of all of the cases for which it has been employed. Prior to entering into a Fee Agreement with the Debtor, Crown completed a conflicts check. As a result of

---

[1] The Application by Debtor to Employ Crown Medical Collections, LLC as Special Counsel inadvertently stated that the contingent fee for Crown Medical Collections would be 30% of the "net" recovery instead of "gross" recovery.

DECLARATION OF RICHARD HERSPERGER

the conflicts check, no relationship was identified that would prevent Crown's employment in this matter.

16.     Applicant has the experience and ability to represent the above-captioned Debtor for the purposes described in the accompanying Petition to Appoint Crown Medical Collections, LLC as Special Counsel for the Debtor-in-Possession and is willing to accept employment on the basis set forth herein.

17.     Applicant does not hold any interest adverse to the estate, and Applicant, as well as its members, are disinterested persons, as defined in 11 U.S.C. § 101(14)[2].

18.     Pursuant to F.R.Bankr.P. 2014, Applicant has no connection with the Debtor (other than its prepetition representation), creditors of the Debtor, or any other party in interest, including their respective accountants, the United States Trustee, or any other person employed by the Office of the United States Trustee, other than it has sought recovery on behalf of its clients from various insurance carriers in the past and concurrently in other representations, and will be seeking, or has sought, recovery from those same insurance carriers for Debtor.  Applicant has conducted a search of its client files to make this determination.

19.     As requested by the Office of the United States Trustee, to be clear, the application requests a contingency of the gross amount of recovery.

20.     The Firm will hold all amounts recovered in trust until a formal motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure is approved by this Court ("Settlement Motion"). The Settlement Motion will request approval of the contingency fee for the settlement recovered. The Firm will not apply the contingency fee until after the Court enters a final order approving the Settlement Motion.

After reviewing the investigation described above, I declare under penalty of perjury that the foregoing is true and correct.

---

[2] "Disinterested person" means person that ----
(A) is not a creditor, an equity security holder, or an insider;
(B) is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor or of an investment banker specified in subparagraph (B) or (C) of this paragraph; and (E) does not have an interest materially adverse to the interest of the estate or of an class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason"

3

DECLARATION OF RICHARD HERSPERGER

RICHARD HERSPERGER
CROWN MEDICAL COLLECTIONS, LLC

Chief Executive Officer
Crown Medical Collections, LLC
110 W. High Street
Ebensburg, PA 15931

DECLARATION OF RICHARD HERSPERGER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **SUPPLEMENTAL DECLARATION OF RICHARD HERSPERGER IN SUPPORT OF APPLICATION BY DEBTOR TO EMPLOY CROWN MEDICAL COLLECTIONS, LLC AS SPECIAL COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 22, 2024** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR CREDITOR JASON HANSEN:** Anthony Bisconti    tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN:** Christopher Crowell    ccrowell@hrhlaw.com
- **TRUSTEE:** Robert Paul Goe (TR)    bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
- **INTERESTED PARTY:** Aaron J Malo    amalo@sheppardmullin.com, abilly@sheppardmullin.com;rgolder@sheppardmullin.com
- **ATTORNEY FOR U.S. TRUSTEE:** Queenie K Ng    queenie.k.ng@usdoj.gov
- **INTERESTED PARTY:** Jennifer Oliver    jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **ATTORNEY FOR THERMO FISHER FINANCIAL SERVICES, INC.:** Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com,docket@tuckerlaw.com,mthomas@tuckerlaw.com,SLeah@tuckerlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR:** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **July 22, 2024**, I delivered the document described above via email  to Stretto, Debtor's claims and noticing agent, for service on the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed per the mail matrix. Upon completion of the mailing by Stretto to Debtor and Interested Party, Stretto will provide an Affidavit of Service to be filed. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 22, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
  **THE REQUIREMENT OF LBR 5005-2(d) TO PROVIDE JUDGES COPIES IS SUSPENDED AT THIS TIME**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2024 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**