Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
26400 La Alameda, Suite 210
Mission Viejo, CA  92691
Telephone:    (949) 766-8787
Facsimile:    (949) 766-9896
Email:         TomCasey@tomcaseylaw.com

Attorney for Crown Medical Collections,
Special Counsel for Debtor Bridge Diagnostics, LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BRIDGE DIAGNOSTICS, LLC,<br><br>Debtor. | Case No. 8:24-bk-10803-SC<br><br>Chapter 11 Subchapter V<br><br>**STIPULATION REGARDING THE UNITED STATES OF AMERICA'S OBJECTION TO DEBTOR'S MOTION FOR ORDER GRANTING AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND EXAMINATION OF WITNESSES**<br><br>[No Hearing Required] |

**STIPULATION REGARDING THE UNITED STATES OF AMERICA'S OBJECTION TO DEBTOR'S MOTION FOR ORDER GRANTING AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND EXAMINATION OF WITNESSES**

This Stipulation is entered into by and between Special Counsel for the Debtor, Bridge Diagnostics, LLC ("Debtor"), and the United States of America (the "United States"), through its counsel of record (together, the "Parties").

///

///

1

**WHEREAS,** Debtor filed a Motion for Order Granting Authority to Issue Subpoenas for the Production of Documents and Examination of Witnesses pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion") [Docket No. 252];

**WHEREAS,** the United States filed an objection to the Motion [Docket No. 253];

**WHEREAS,** the Parties desire to resolve the United States' objection to the Motion without the need for further litigation.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated and agreed by and between the undersigned counsel, on behalf of their respective clients, as follows:

1.      The Parties agree that any order entered by the Court granting the Motion shall expressly provide that it does not authorize the Debtor or its Special Counsel to issue a subpoena, pursuant to Fed. R. Bankr. P. 2004 or otherwise, to the United States of America, including its agencies, departments, or employees, in connection with the Debtor's bankruptcy case.

2.      In reliance on the foregoing, the United States hereby withdraws its objection to the Motion.

3.      It is the mutual intention of the Parties to work directly toward resolving the matter and to pursue a negotiated resolution, if possible.

4.      The Parties agree to be bound by the terms of this Stipulation and further agree that any disputes arising under this Stipulation shall be resolved in accordance with the terms of the Stipulation and the applicable rules of the Court.

5.      Except as set forth in this Stipulation, the Stipulation does not waive any rights or remedies available to the Parties under the law.

6. This Stipulation shall be binding on the Parties and their respective successors and assigns.

7. The Parties shall each bear their own attorney's fees and costs.

Dated: *May 1, 2025*

THE LAW OFFICE OF THOMAS H. CASEY, INC.

Thomas H. Casey, Attorney for Crown Medical Collections, Special Counsel for Debtor, Bridge Diagnostics, LLC

Dated: May 1, 2025

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax and Bankruptcy Section

ELAN S. LEVEY
Assistant United States Attorney
Attorneys for the United States

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**26400 La Alameda, Suite 210, Mission Viejo, CA  92691**

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation Regarding the United States of America's Objection to Debtor's Motion for Order Granting Authority to Issue Subpoenas for the Production of Documents and Examination of Witnesses** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 15, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Christopher Crowell**    ccrowell@hrhlaw.com
- **Robert Paul Goe (TR)**    bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Elan S Levey**    elan.levey@usdoj.gov, julie.morales@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 15, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 15, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Richard Hersperger CMC: Email address: richard@crownmedicalcollections.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 15, 2025 | Kathy Driggers | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Aaron J Malo** amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com
- **Myles P McAliney** mpmcalineylaw@gmail.com
- **Queenie K Ng** queenie.k.ng@usdoj.gov
- **Jennifer M Oliver** jennifer.oliver@bipc.com
- **R Gibson Pagter** gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **Michele R Stafford** mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com,docket@tuckerlaw.com,mthomas@tuckerlaw.com,SLeah@tuckerlaw.com,npetroy@tuckerlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**SERVED BY US MAIL:**

**Interested Party**
United States Bankruptcy Court
Attn: Hon. Scott C. Clarkson
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701

**Debtor**
Bridge Diagnostics, LLC
120 Vantis Drive, Suite 570
Aliso Viejo, CA 92656-2618

**Request for Special Notice**
Michele R. Stafford, Esq.
Tucker Arensberg LLP
1098 Foster City Boulevard, Suite 106 #700
Foster City, CA 94404

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**