Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
26400 La Alameda, Suite 210
Mission Viejo, CA  92691
Telephone:    (949) 766-8787
Facsimile:    (949) 766-9896
Email:        TomCasey@tomcaseylaw.com

Attorney for Crown Medical Collections,
Special Counsel for Debtor Bridge Diagnostics, LLC

**FILED & ENTERED**

**MAY 19 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

BRIDGE DIAGNOSTICS, LLC,

          Debtor.

Case No. 8:24-bk-10803-SC

Chapter 11 Subchapter V

**ORDER APPROVING STIPULATION REGARDING THE UNITED STATES OF AMERICA'S OBJECTION TO DEBTOR'S MOTION FOR ORDER GRANTING AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND EXAMINATION OF WITNESSES**

[No Hearing Required]

The Court having read and considered the stipulation ("Stipulation") entered into by and between Special Counsel for the Debtor, Bridge Diagnostics, LLC ("Debtor"), and the United States of America (the "United States"), through its counsel of record (together, the "Parties") filed and served on May 15, 2025 (Doc 255), proper notice having been given and good cause having been shown

///

///

1

**IT IS HEREBY ORDERED:**

1.  The Stipulation is approved.

2.  The Debtor, and/or its Special Counsel, is not authorized to issue a subpoena, pursuant to Fed. R. Bankr. P. 2004 or otherwise, to the United States of America, including its agencies, departments, or employees, in connection with the Debtor's bankruptcy case.

3.  The United States hereby withdraws its objection to the Motion.

4.  The Parties shall work directly toward resolving the matter and pursuing a negotiated resolution, if possible.

5.  The Parties agree to be bound by the terms of the Stipulation and further agree that any disputes arising under the Stipulation shall be resolved in accordance with the terms of the Stipulation and the applicable rules of the Bankruptcy Court.

6.  Except as set forth in the Stipulation, the Stipulation does not waive any rights or remedies available to the Parties.

7.  The Stipulation shall be binding on the Parties and their respective successors and assigns.

8.  The Parties shall each bear their own attorney's fees and costs.

###

Date: May 19, 2025

Scott C. Clarkson
United States Bankruptcy Judge