United States Bankruptcy Court

Central District of California

In re:                                                        Case No. 24-10803-SC

Bridge Diagnostic, LLC                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 20, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | # Bridge Diagnostic, LLC, 120 Vantis Drive, Suite 570, Aliso Viejo, CA 92656-2618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025               Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron J Malo | on behalf of Other Professional Aaron Malo amalo@sheppardmullin.com abilly@sheppardmullin.com;mlinker@sheppardmullin.com |
| Aaron J Malo | on behalf of Creditor Ross Blackburn amalo@sheppardmullin.com  abilly@sheppardmullin.com;mlinker@sheppardmullin.com |
| Anthony Bisconti | on behalf of Interested Party Jason Hansen tbisconti@bklwlaw.com  1193516420@filings.docketbird.com,docket@bklwlaw.com |
| Anthony Bisconti | on behalf of Interested Party Courtesy NEF tbisconti@bklwlaw.com  1193516420@filings.docketbird.com,docket@bklwlaw.com |
| Christopher Crowell | on behalf of Creditor De Lage Landen Financial Services  Inc. ccrowell@hrhlaw.com |
| David Wood | on behalf of Debtor Bridge Diagnostic  LLC dwood@marshackhays.com, |

District/off: 0973-8　　　　　　　　　　　User: admin　　　　　　　　　　　Page 2 of 2

Date Rcvd: May 20, 2025　　　　　　　　　Form ID: pdf042　　　　　　　　　Total Noticed: 1

　　　　　　　　　dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood

　　　　　　　　　on behalf of Other Professional Edward Bidanset dwood@marshackhays.com
　　　　　　　　　dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood

　　　　　　　　　on behalf of Attorney Marshack Hays Wood LLP dwood@marshackhays.com
　　　　　　　　　dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Elan S Levey

　　　　　　　　　on behalf of Interested Party United States of America elan.levey@usdoj.gov
　　　　　　　　　julie.morales@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Jennifer M Oliver

　　　　　　　　　on behalf of Interested Party Courtesy NEF jennifer.oliver@bipc.com

Kyra E Andrassy

　　　　　　　　　on behalf of Interested Party Courtesy NEF kandrassy@raineslaw.com  bclark@raineslaw.com;jfisher@raineslaw.com

Matthew Grimshaw

　　　　　　　　　on behalf of Debtor Bridge Diagnostic  LLC mgrimshaw@marshackhays.com,
　　　　　　　　　mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Michele R Stafford

　　　　　　　　　on behalf of Creditor Thermo Fisher Financial Services mstafford@tuckerlaw.com
　　　　　　　　　ecotterill@tuckerlaw.com,docket@tuckerlaw.com,mthomas@tuckerlaw.com,SLeah@tuckerlaw.com,npetroy@tuckerlaw.com

Myles P McAliney

　　　　　　　　　on behalf of Debtor Bridge Diagnostic  LLC mpmcalineylaw@gmail.com

Queenie K Ng

　　　　　　　　　on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

R Gibson Pagter, Jr.

　　　　　　　　　on behalf of Creditor University Research Park  LLC gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net

R Gibson Pagter, Jr.

　　　　　　　　　on behalf of Interested Party Courtesy NEF gibson@ppilawyers.com  pagterandperryisaacson@jubileebk.net

Robert Paul Goe (TR)

　　　　　　　　　bktrustee@goeforlaw.com
　　　　　　　　　kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;kmurphy@goeforlaw.com;rgoe@goeforlaw.com

Thomas H Casey

　　　　　　　　　on behalf of Special Counsel Crown Medical Collections  LLC kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com

United States Trustee (SA)

　　　　　　　　　ustpregion16.sa.ecf@usdoj.gov


TOTAL: 20

Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
26400 La Alameda, Suite 210
Mission Viejo, CA  92691
Telephone:      (949) 766-8787
Facsimile:      (949) 766-9896
Email:          TomCasey@tomcaseylaw.com

Attorney for Crown Medical Collections,
Special Counsel for Debtor Bridge Diagnostics, LLC

**FILED & ENTERED**

**MAY 19 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

BRIDGE DIAGNOSTICS, LLC,

          Debtor.

Case No. 8:24-bk-10803-SC

Chapter 11 Subchapter V

**ORDER APPROVING STIPULATION REGARDING THE UNITED STATES OF AMERICA'S OBJECTION TO DEBTOR'S MOTION FOR ORDER GRANTING AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND EXAMINATION OF WITNESSES**

[No Hearing Required]

The Court having read and considered the stipulation ("Stipulation") entered into by and between Special Counsel for the Debtor, Bridge Diagnostics, LLC ("Debtor"), and the United States of America (the "United States"), through its counsel of record (together, the "Parties") filed and served on May 15, 2025 (Doc 255), proper notice having been given and good cause having been shown

///

///

1

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. The Debtor, and/or its Special Counsel, is not authorized to issue a subpoena, pursuant to Fed. R. Bankr. P. 2004 or otherwise, to the United States of America, including its agencies, departments, or employees, in connection with the Debtor's bankruptcy case.

3. The United States hereby withdraws its objection to the Motion.

4. The Parties shall work directly toward resolving the matter and pursuing a negotiated resolution, if possible.

5. The Parties agree to be bound by the terms of the Stipulation and further agree that any disputes arising under the Stipulation shall be resolved in accordance with the terms of the Stipulation and the applicable rules of the Bankruptcy Court.

6. Except as set forth in the Stipulation, the Stipulation does not waive any rights or remedies available to the Parties.

7. The Stipulation shall be binding on the Parties and their respective successors and assigns.

8. The Parties shall each bear their own attorney's fees and costs.

###

Date: May 19, 2025

Scott C. Clarkson
United States Bankruptcy Judge