

**FILED & ENTERED**

JUN 03 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bridge Diagnostic, LLC<br><br><br><br>Debtor(s). | Case No.: 8:24-bk-10803-SC<br><br>CHAPTER 11<br><br>**ORDER CONTINUING POST-CONFIRMATION STATUS CONFERENCE**<br><br>New date/time:<br>Date:     July 3, 2025<br>Time:     10:00 AM<br>Courtroom: 5C |

The post-confirmation status conference is hereby CONTINUED to July 3, 2025, at 10:00 a.m., with a status report due 14 days in advance.

**IT IS SO ORDERED.**

Date: June 3, 2025

Scott C. Clarkson
United States Bankruptcy Judge

-1-