MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for: BRIDGE DIAGNOSTICS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BRIDGE DIAGNOSTICS, LLC,<br><br>    Reorganized Debtor. | Case No. 8:24-bk-10803-SC Chapter 11 Subchapter V<br><br>DEBTOR'S POST-CONFIRMATION STATUS REPORT<br><br>Post-Confirmation Status Hearing:<br>Date:    July 3, 2025<br>Time:    10:00 a.m.<br>Courtroom    5B<br>Place:    411 West Fourth Street<br>    Santa Ana, CA 92701-4593 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

    Bridge Diagnostics, LLC, the reorganized debtor ("Reorganized Debtor"), respectfully submits this post-confirmation Chapter 11 status report ("Status Report") prior to the continued post-confirmation status hearing scheduled for July 3, 2025.

    To date, the Reorganized Debtor believes that it is in compliance with the payments required under the Second Amended Plan and the Confirmation Order. Specifically, the Reorganized Debtor has paid the SubV Trustee approximately $35,000, on account of his allowed fees and expenses, and has not made any payments to Mr. Hanson on account of his pre-petition security interest or the post-petition DIP Loan.

    Operationally, the actual realization is less than projected, and, as result, the Debtor has relatively light operations to save cash flow, again, the Debtor believes that it is in compliance with

the Second Amended Plan and the Confirmation Order at this time.

    Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued by special counsel, Crown Medical Solutions ("Crown"). Crown has reported that it should be receiving sufficient settlements in the next 30-60 days to pay all pre and post administrative expenses, in full (including the SubV Trustee, counsel for the Reorganized Debtor, and any outstanding post-confirmation expenses), and provide much needed operating capital to the Reorganized Debtor.

    The Reorganized Debtor requests that the Court continue this Status Conference to a date approximately 180 days from the date of this instant status conference.

Dated: June 11, 2025

MARSHACK HAYS WOOD LLP

By: */s/ David A. Wood*
    MATTHEW W. GRIMSHAW
    DAVID A. WOOD
    Attorneys for BRIDGE DIAGNOSTICS LLC

4914-0081-3389, v. 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **DEBTOR'S POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 11, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 11, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
BRIDGE DIAGNOSTIC, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 570
ALISO VIEJO, CA 92656-2618

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 11, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA OVERNIGHT MAIL**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 11, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR INTERESTED PARTY JASON HANSEN:** Anthony Bisconti tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com; docket@bklwlaw.com
- **ATTORNEY FOR CROWN MEDICAL COLLECTIONS, SPECIAL COUNSEL FOR DEBTOR:** Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN FINANCIAL SERVICES, INC.:** Christopher Crowell ccrowell@hrhlaw.com
- **SUBCHAPTER V TRUSTEE:** Robert Paul Goe (TR) bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR UNITED STATES OF AMERICA:** Elan S Levey    elan.levey@usdoj.gov, julie.morales@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR ROSS BLACKBURN:** Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **SPECIAL COUNSEL FOR DEBTOR:** Myles P McAliney    mpmcalineylaw@gmail.com
- **ATTORNEY FOR U.S. TRUSTEE:** Queenie K Ng queenie.k.ng@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Jennifer Oliver jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **ATTORNEY FOR CREDITOR THERMO FISHER FINANCIAL SERVICES:** Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com, docket@tuckerlaw.com, mthomas@tuckerlaw.com, SLeah@tuckerlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; alinares@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| | | |
|---|---|---|
| **20 LARGEST CREDITOR**<br>AIRSPACE TECHNOLOGIES, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5909 SEA OTTER PLACE, SUITE 200<br>CARLSBAD, CA 92010-6675 | **20 LARGEST CREDITOR**<br>ALFRED LUI, MD, INC.<br>7 HORSESHOE LANE<br>PALOS VERDES PENINSULA, CA 90274-4823 | **20 LARGEST CREDITOR**<br>APOLLO COURIERS INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1039 W HILLCREST BLVD.<br>INGLEWOOD, CA 90301-2023 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| **20 LARGEST CREDITOR**<br>DAVID WRIGHT TREMAINE, LLP<br>920 FIFTH AVE., SUITE 3300<br>SEATTLE, WA 98104-1610 | **20 LARGEST CREDITOR**<br>ELLKAY, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>200 RIVERFRONT BLVD., 3RD FLOOR<br>ELMWOOD PARK, NJ 07407-1038 | **20 LARGEST CREDITOR / POC ADDRESS**<br>ELLKAY, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10 FURLER STREET PO BOX 209<br>TOTOWA, NJ 07512-10 |
|---|---|---|
| **20 LARGEST CREDITOR**<br>FEDEX - 2451-0<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 7221<br>PASADENA, CA 91109-7321 | **20 LARGEST CREDITOR**<br>FIRST INSURANCE FUNDING<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 7000<br>CAROL STREAM, IL 60197-7000 | **20 LARGEST CREDITOR**<br>HAMILTON COMPANY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>P.O. BOX 10030<br>RENO, NV 89520-0012 |
| **20 LARGEST CREDITOR / SECURED CREDITOR**<br>HOLOGIC SALES AND SERVICES, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>250 CAMPUS DR.<br>MARLBOROUGH, MA 01752-3020 | **20 LARGEST CREDITOR**<br>INNOVATIVE MEDICAL MANAGEMENT LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>4175 E. LA PALMA AVENUE, SUITE 215<br>ANAHEIM, CA 92807-1864 | **20 LARGEST CREDITOR**<br>KRYSTAL REED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED<br>C/O IAN M. SILVERS<br>BISNAR CHASE LLP<br>1301 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660-2491 |
| **20 LARGEST CREDITOR**<br>MEDCARE MSO, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1000 CORDOVA PLACE, SUITE 206<br>SANTA FE, NM 87505-1725 | **20 LARGEST CREDITOR**<br>ROSS BLACKBUM<br>C/O J. JACKSON WASTE FENNMEMORE<br>8080 N. PALM AVE., 3RD FL<br>FRESNO, CA 93711-5797 | **20 LARGEST CREDITOR**<br>SALES SEARCH AMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1612 WESTGATE CIRCLE<br>BRENTWOOD, TN 37027-8089 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **RTD 05/30/24 UTF**<br>**20 LARGEST CREDITOR**<br>SIRIUS COMPUTER SOLUTIONS, INC.<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~P.O. BOX 202289~~<br>~~DALLAS, TX 75320-2289~~ | **RTD 07/16/24 UTF / ADDR TX SOS**<br>**20 LARGEST CREDITOR**<br>SIRIUS COMPUTER SOLUTIONS, INC.<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~888 ISOM RD~~<br>~~SAN ANTONIO, TX 78216-4034~~ | **NEW ADDR PER WEBSITE**<br>**20 LARGEST CREDITOR**<br>SIRIUS COMPUTER SOLUTIONS, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10100 REUNION PLACE, SUITE 500<br>SAN ANTONIO, TX 78216 |
| **20 LARGEST CREDITOR**<br>TECAN US INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>P.O. BOX 602740<br>CHARLOTTE, NC 28260-2740 | **20 LARGEST CREDITOR**<br>THE IRVINE COMPANY<br>662322 - S23399<br>PO BOX 846462<br>LOS ANGELES, CA 90084-6462 | **20 LARGEST CREDITOR**<br>THE IRVINE COMPANY - 2207<br>110 THEORY#1<br>PO BOX 846407<br>LOS ANGELES, CA 90084-6407 |
| **20 LARGEST CREDITOR**<br>TXPSI, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>298 INDUSTRIAL BLVD<br>BASTROP, TX 78602-5020 | **20 LARGEST CREDITOR**<br>U.S. HEALTHTEK, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5501 MERCHANTS VIEW SQUARE, #744<br>HAYMARKET, VA 20169-5439 | **20 LARGEST CREDITOR**<br>VEOLIA ENVIRONMENTAL SERVICES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>P.O. BOX 73709<br>CHICAGO, IL 60673-7709 |
| **RTD 05/16/24 UTF**<br>**20 LARGEST CREDITOR**<br>WAVELAND RCM, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1150 FIRST AVENUE, SUITE 511<br>KING OF PRUSSIA, PA 19406-1316 | **NEW ADDR  PA SOS**<br>**20 LARGEST CREDITOR**<br>WAVELAND RCM, LLC<br>C/O CORPORATE CREATIONS NETWORK, INC.<br>1001 STATE STREET #1400<br>ERIE, PA 16501 | **20 LARGEST CREDITOR**<br>XIFIN, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>12225 EL CAMINO REAL, SUITE 100<br>SAN DIEGO, CA 92130-3081 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   F 9013-3.1.PROOF.SERVICE

**SECURED CREDITOR**
BAYCAP LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
250 N HARBOR BLVD., SYITE'313
REDONDO BEACH, CA 90277-2585

**SECURED CREDITOR**
FINANCIAL AGENT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 2576
SPRINGFIELD, IL 62708-2576

**SECURED CREDITOR**
GENPROBE LNSTRUMENTS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10210 GENETIC CENTEY DRIVE
SAN DIEGO, CA 92121-4362

**RTD 07/01/24 UTF**
**SECURED CREDITOR**
JASON HANSEN
~~1409 EMERALD BAY~~
~~IRVINE, CA 92617~~

**SECURED CREDITOR**
METROPOLITAN CAPITAL BANK & TRUST
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
9 EAST ONTARIO STREET
CHICAGO, IL 60611-2709

**SECURED CREDITOR**
TECAN U.S., INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
9401 GLOBE CENTER DRIVE, SUITE 140
MONISVILLE, NC 27560-6211

**SECURED CREDITOR**
TECAN U.S., INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 602740
CHARLOTTE, NC 28260-2740

**SECURED CREDITOR**
THERMO FISHER FINANCIAL SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
168 THIRD AVENUE
WALTHAM, MA 02451-7551

**SECURED CREDITOR / POC ADDRESS**
THERMO FISHER FINANCIAL SERVICES, INC.
C/O BEVERLY WEISS MANNE
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

**SECURED CREDITOR / REQUEST FOR SPECIAL NOTICE**
THERMO FISHER FINANCIAL SERVICES, INC.
C/O MICHELE R. STAFFORD, ESQ.
TUCKER ARENSBERG LLP
1098 FOSTER CITY BLVD, SUITE 106 #700
FOSTER CITY, CA 94404

**CREDITOR**
120 VANTIS PROPERTY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 300
ALISO VIEJO, CA 92656-2677

**CREDITOR / AGENT FOR SERVICE**
120 VANTIS PROPERTY, LLC
C/O GREGORY J KNAPP
151 KALMUS DR STE F-1
COSTA MESA, CA 92626

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**RTD UTF 5/3/24**
**CREDITOR**
ABLE BUILDING MAINTENANCE
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~DEPT. 34651~~
~~P.O. BOX 39000~~
~~SAN FRANCISCO, CA 94139-0001~~

**CREDITOR**
AETNA, INC.
AARON MCCOLLOUGH C/O MCGUIREWOODS LLP
77 WEST WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601−1818

**CREDITOR**
AGILOUST OPORATION
9407 HULL STREET ROAD
NORTH CHESTERTIELD, CA 23236-1660

**CREDITOR / POC ADDRESS**
AMERICAN TYPE CULTURE COLLECTION
10801 UNIVERSITY BLVD
MANASSAS, VA 20110

**RTD UTF 4/24/24**
**CREDITOR**
ANTHEM BLUE CROSS
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 51011~~
~~LOS ANGELES, CA 90051-5311~~

**CREDITOR**
ANTHEM BLUE CROSS LIFE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
DEPARTMENT L-8 111 .
COLUMBUS, OH 43268-8111

**CREDITOR**
ANTIMICROBIAL THERAPY, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 276
SPENYVILLE, VA 22740-0276

**CREDITOR**
ARAMARK SERVICES, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO B0X 734677
DALLA, TX 75373-4677

**CREDITOR**
ASAP COURIER JOMPANY, LEC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 515
TYIONE, GA 30290-0515

**CREDITOR**
ATCC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10801 UNIVERSITY BLVD
MANASSAS, VA 20110-2209

**CREDITOR**
ATHENAHEALTH, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 415615
BOSTON, MA 02241-5615

**RTD UTF 5/2/24**
**CREDITOR**
BARRAGAN'S PROFESSIONAL CLEANING SERVIC
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~3140 SOUTH MAIN STREET 15F~~
~~SANTA ANA, CA 92707-8200~~

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR**<br>BD DIAGNOSTICSV.S. TEIHNICAL SUPPORT<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>39 LOVETON CIRCLE MC602<br>SPARKS, MD 21152-9201 | **CREDITOR / POC ADDRESS**<br>BECTON, DICKINSON AND COMPANY<br>C/O MCCARTER & ENGLISH, LLP,<br>ATTN: LISA S. BONSAL<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK, NJ 07102 | **CREDITOR**<br>BIENERT KATZMAN LITTRELL WILLIAMS, LLP<br>903 CALLE AMANECER SUITE 350<br>SAN CLEMENTE, CA 92673-6253 |
| **CREDITOR / POC ADDRESS**<br>BLAIR SIMON<br>250 S WACKER, STE 230<br>CHICAGO, IL 60606 | **CREDITOR**<br>BLUE CROSS OF CALIFORNIA & ANTHEM BLUE CROSS LIFE<br>NICOLE LAPENTA - SHIPMAN & GOODWIN LLP<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103 | **CREDITOR**<br>BRENT GIBBS CONSULTING<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>227 ACADIA TERRANCE<br>CELEBRATION, FL 34747-5006 |
| **CREDITOR / POC ADDRESS**<br>CDW DIRECT, LLC<br>CDW / ATTN: VIDA KRUG<br>200 N. MILWAUKEE AVE<br>VERNON HILLS, IL 60061 | **RTD 06/10/24 UTF**<br>**CREDITOR**<br>CHANGE HEALTHCARE<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~P.O. BOX 98347~~<br>~~CHICAGO, IL 60693-8347~~ | **CREDITOR**<br>COLLEGE OF AMEDCAN PATHOLOGISTS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 71698<br>CHICAGO, IL 60694-1698 |
| **CREDITOR**<br>COMPLIANCELINE, LLC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>8615 CLIFF CAMERON DRIVE, STE 290<br>CHARLOTTE, NC 28269-5912 | **CREDITOR**<br>CONCORD TECHNOLOGIES - 0639<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 84125<br>SEATTLE, WA 98124-5425 | **CREDITOR**<br>CONSENSUS CLOUD SOLUTIONS; LLC /J2 CLOU<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 51873<br>LOS ANGELES, CA 90051-6173 |
| **CREDITOR**<br>CT CORPORATION<br>PO BOX 4349<br>CAROL STREAM, IL 60197-4349 | **CREDITOR**<br>DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>HEATHER BURNS POZNIAK<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | **CREDITOR**<br>DIGI-TRAX COP.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>650 HEATHROW DR<br>LINCOLNSHIRE, IL 60069-4205 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE

**CREDITOR**
DLL
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087-1453

**CREDITOR**
DOCUSIGN, 1NC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
221 MIAN ST SUITE 1550
SAN FRANCISCO, CA 94105-1947

**CREDITOR**
ECLIPICALWORK ,S LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 847950
BOSTON, MA 02284-7950

**CREDITOR**
ELAINE LUCKEY
8735 OERTEL DRIVE
BLAINE, WA 98230-5601

**CREDITOR**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR / POC ADDRESS**
EVOLUTION TECHNOLOGIES LLC, DBA TEAM LOGIC IT
22511 ASPAN ST, STE F
LAKE FOREST, CA 92630

**CREDITOR**
EXPERITY, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8777 VELOCITY DRIVE
MACHESNEY PARK, IL 61115-8002

**CREDITOR**
FEDEX - 077124
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BO4 7221
PASADENA, CA 91109-7321

**CREDITOR**
FILTROUS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
12150 FLINT PLACE
POWAY, CA 92064-7106

**CREDITOR**
FISHER & PHILLIPS LLP
1075 PEACHTREE ST NE, SUITE 3500
ATLANTA, GA 30309-3900

**CREDITOR**
FOCUS MD
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
400 SOUTHPOINTE BLVD, SUITE 105
CANONSBURG, PA 15317-8548

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GENXYS HEALTH CARE SYSTEM INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 98837
RPO THE W VANCOUVER BC V6B

**CREDITOR**
GOTO TECHNOLOGIES USA, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
333 SUMMER STREET.
BOSTON MA 02210-1702

**CREDITOR**
GREAT AMERICAN DELIVERY SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1910 S CARBOY RD
MOUNT PROSPECT, IL 60056-5709

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
GREENWAY HEALTH LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
4301 W BOY SCOUT BLVD #800
TAMPA FL 33607-5702

**CREDITOR**
GUARDIAN LIFE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 14319
LEXINGTON, KY 40512-4319

**CREDITOR**
HARDY DIAGNOSTICS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 645264
CINCINATI, OH 45264-5264

**CREDITOR**
HELMCO ELECTRIC, INC. .
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
17985 SKY PARK CIRCLE SUITE J
LRVINE, CA 92614-6351

**CREDITOR**
HENRY TSAI
18322 MANITOBA LN
HUNTINGTON BEACH, CA 92648-1423

**CREDITOR**
HIGHERECHELON, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
101 LOWE AVE SE, SUITE 3B
HUNTSVILLE, AL 35801

**CREDITOR**
HUB INTENZATIONAL INSURANC SERVICES INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1525 FARADAY AVENUE, #200
CARLSBAD, CA 92008-7374

**CREDITOR**
INDIGO BIOAUTOMATION, INC .
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
385 CITY CENTER DR., SUITE #200
CARMEL, IN 46032-3806

**CREDITOR**
INGENEIOUS RX INCORPORATED / BECKY WINSLOW
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6080 VIA SPRENA DR
EL PASO, TX 79912-2660

**CREDITOR**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**RTD 06/11/24 UTF**
**CREDITOR**
ISALUS HEALTHCARE
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~DEPT CH 18220~~
~~PALATINE, IL 60055-0001~~

**NEW ADDR PER WEBSITE**
**CREDITOR**
ISALUS HEALTHCARE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
111 N MAGNOLIA AVE #1100
ORLANDO, FL 32801

**CREDITOR**
JACK HENRY & ASSOCIATES INC.
PO BOX 609
MONETT, MO 65708-0609

**CREDITOR / POC ADDRESS**
JENNA SCHROEDER
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR / POC ADDRESS**
KATIE WHEELER
250 S WACKER, STE 230
CHICAGO, IL 60606

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**CREDITOR**
KATRINA GILLESPIE
28432 VIA CYNTHIA
LAGUNA NIGUEL, CA 92677

**CREDITOR**
KELLY COLLINS
4740 W LARKSPUR DR
GLENDALE, AZ 85304-2024

**CREDITOR**
LAB INSIGHTS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3451 VIA MONTEBELLO, STE 192-320
CARLSBAD, CA 92009-8492

**CREDITOR**
LAB LOGISTICS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 84938
CHICAGO, IL 60689-4938

**RTD FWD 4/25/24**
**CREDITOR**
LABSOFT, INC.
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~2202 N. WEST SHORE, SUITE. 115~~
~~TAMPA, FL 33607-5749~~

**NEW ADDR PER USPS**
**CREDITOR**
LABSOFT, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 21042
TAMPA, FL 33622-1042

**CREDITOR**
LEARNTOWN, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 756
MENLO PARK, CA 94026-0756

**CREDITOR**
LIFE TECHNOLOGIES CORPORATION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
12088 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0001

**RTD 06/25/24 REFUSED/CLOSED**
**CREDITOR**
LINKEDIN CORPORATION
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~62228 COLLECTIONS CENTER DR~~
~~CHICAGO, IL 60693-0622~~

**CREDITOR**
MATRIX IMAGING PRODUCTS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6341 INDUCON DR
EAST SANBORN, NY 14132-9097

**CREDITOR**
MEDICAL BIOWASTE SOLUTIONS, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
25971 PALA STE 101
MISSION VIEJO, CA 92691-2742

**CREDITOR**
MELANIE A. BOTZ
5109 HAFLEY BLVD
SAN DIEGO, CA 92116-1935

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**CREDITOR**
MJB LAB CONSULTING
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
200 SOUTH WILCOX ST. #443
CASTLE ROCK, CO 80104-1913

**CREDITOR**
MODERN EMBROIDERY, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3300 $. YALE STREET
SANTA ANA, CA 92704-6447

**CREDITOR**
NEXTGEN HEALTHCARE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
18111 VON KARMAN AVE., SUITE 600
IRVINE, CA 92612-7100

**CREDITOR**
NOVA 401(K)
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10777 NORTHWEST FREEWAY, STE 440
HOUSTON, TX 77092-7319

**CREDITOR**
OC ENVIRONMENTAL HEALTH DIVISION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1241 E DYER ROAD, SUITE 120
SANTA ANA, CA 92705-5611

**CREDITOR**
OCCUPATIONAL SERVICES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6397 NANCY RIDGE DRIVE
SAN.DIEGO, CA 92121-2247

**CREDITOR**
OPENTRONS LABWORKS, LNC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
45-18 COURT SQUARE W., 2ND FLOOR
LONG ISLAND CITY, NY 11101-2955

**CREDITOR**
OPTUP FINANCIAL
ATTN: CORPORATE TAX MN008-1390
9900 BREN RD E .
MINNETONKA, MN 55343-9603

**CREDITOR**
PA DEPARTMENT OF HEALTH
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 500
110 PICKERING WAY
EXTON, PA 19341-1310

**CREDITOR**
POWER DIGITAL MARKETING INC .
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2251 SAN DIEGO AVE, SULTE A250
SAN DIEGO, CA 92110-2984

**CREDITOR / POC ADDRESS**
ROSS BLACKBURN
C/O AARON J. MALO, ESQUIRE
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 TOWN CENTER DRIVE, 10TH FLOOR
COSTA MESA, CA 92626

**CREDITOR**
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
SIGMA-ALDRICH, LNC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO B0X 734283
CHICAGO, IL 60673-4283

**CREDITOR**
SIX BEHAVIORS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1037 NE 65TH ST, STE #81896
SEATTLE, WA 98115-6655

**CREDITOR**
SLIDEGENIUS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1660 HOTEL CIRCLE NORTH, STE 175
SAN DIEGO! CA 92108-2802

**CREDITOR**
SMARTLINK HEA1TH SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1000 CNTREGREEN WAY, STE 250
CARY, NC 27513-2284

**CREDITOR**
SOFTCHOICE CORPORATION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
314 WEST SUPERIOR STREET, SUITE 400
CICAGO, IL 60654-3538

**CREDITOR**
SOUTH COAST AIR QUALITY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
MANAGEMENT D STR
PO BOX 4943
DIAMON BAR, CA 91765-0943

**CREDITOR / POC ADDRESS**
STUART LIPPMAN AND ASSOCIATES
5447 E 5TH STREET, SUITE 110
TUCSON, AZ 85711

**CREDITOR**
TEXAS HEALTH & HUMAN SERVICES COMMISSION
4601 W. GUADALUPE STREET, MC-1100
AUSTIN, TX 78751-3146

**RTD 06/25/24 REFUSED/CLOSED CREDITOR**
TFORCE FREIGHT, INC.
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~PO BOX 7410804~~
~~CHICAGO, IL 60674-0804~~

**CREDITOR**
THE HARTFORD - 2672 (WC)
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 660916
DALLAS, TX 75266-0916

**CREDITOR**
THE HARTFORD - 9471 (COMMERCIAL PKG)
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 660916.
DALLAS, TX 75266-0916

**CREDITOR**
THE PRIVATEER COMPANYS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
27 VIA PALACIO
SAN CLEMENTE, CA 92673-5686

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR**<br>THOMAS SCIENTITIC<br>1654 HIGH HILL RD<br>PO BOX 99<br>SWEDESBORO, NJ 08085-6099 | **RTD 05/13/24**<br>**CREDITOR**<br>TIG / TECHNOLOGY INTEGRATION GROUP<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~PO BOX 84244~~<br>~~SAN DIEGO, CA 92138-4244~~ | **NEW ADDR PER USPS**<br>**CREDITOR**<br>TIG / TECHNOLOGY INTEGRATION GROUP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>2710 MEDIA CENTER DR, STE 120<br>LOS ANGELES, CA 90065 |
| **CREDITOR**<br>TRANSCAT<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>35 VANTAGE POINT DR<br>ROCHESTER, NY 14624-1175 | **CREDITOR**<br>TRANSLATIONAL SOFTWARE, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>7683 SE 27TH STREET, #352<br>MERCER ISLAND, WA 98040-2804 | **RTD 05/10/24 UTF**<br>**CREDITOR**<br>TSS<br>DEPT 33265<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-3265 |
| **CREDITOR**<br>TTEAM LOGIC IT<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>22511 ASPAN ,ST STE F<br>LAKE FOREST, CA 92630-6321 | **RTD 05/30/24 UTF**<br>**CREDITOR**<br>TWILIO, INC.<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~375 BEALE STREET, SUITE 300~~<br>~~SAN FRANCISCO, CA 94105-2177~~ | **NEW ADDR PER CA SOS**<br>**CREDITOR**<br>TWILIO, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>101 SPEAR STREET, SUITE 500<br>SAN FRANCISCO, CA 94105 |
| **CREDITOR**<br>UNITECH SERVICES GROUP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>P.O. BOX 650481<br>DALLAS, TX 75265-0481 | **CREDITOR**<br>UNITED HEALTHCARE SERVICES, INC.<br>SHIPMAN & GOODWIN LLP, C/O ERIC GOLDSTEIN<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103 | **CREDITOR**<br>UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTN: CDM/BANKRUPTCY<br>185 ASYLUM STREET – 03B<br>HARTFORD, CT 06103 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                           F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR**<br>UNIVERSITY RESEARCH PARK LLC<br>C/O R. GIBSON PAGTER, JR<br>PAGTER AND PERRY ISAACSON<br>1851 E. FIRST STREET, SUITE 700<br>SANTA ANA, CA 92705 | **RTD 05/13/24 UTF**<br>**CREDITOR**<br>UPS<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~PO BOX 89420~~<br>~~LOS ANGELES, CA 90189-4820~~ | **CREDITOR**<br>VATIJEVICH ASSEMBLY & INSTALLATION, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>18662 AUBURN AVENUE<br>SANTA ANA, CA 92705-2707 |
| **CREDITOR**<br>VETATEK, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1533 MARTINGALE CT<br>CARLSBAD, CA 92011-4034 | **CREDITOR**<br>VWR INTEMATIONAL<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 640169<br>PITTSBURGH, PA 15264-0169 | **CREDITOR**<br>WE KONNECT, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>9151 ATLANTA AVE, UNIT 7706<br>HUNTINGTON BEACH, CA 92615-2605 |
| **CREDITOR**<br>WHEELS ASSURED LOGISTICS LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 47364<br>INDIANAAPOLIS, IN 46247-0364 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**