MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for: BRIDGE DIAGNOSTICS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BRIDGE DIAGNOSTICS, LLC,<br><br>            Reorganized Debtor. | Case No. 8:24-bk-10803-SC<br><br>Chapter 11 Subchapter V<br><br>NOTICE OF SECOND MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS<br><br>[NO HEARING REQURIED UNDER LBR 9013-1(o)] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Reorganized Debtor, Bridge Diagnostics, LLC ("Reorganized Debtor") in the above-captioned case, has filed a motion ("Motion") to extend deadline to object to claims ("Motion") pursuant to section 105 of title 11 of the United States Code and Rule 9006 of the Federal Rules of Bankruptcy Procedure, for entry of an order, extending the deadline by which the Reorganized Debtor and/or the Edward Bidanset, solely in his capacity as Disbursing Agent ("Disbursing Agent") must object to Claims asserted against the Debtor's estate.

The Plan (as defined below) confirmed by the Court on September 13, 2024, as Dk. No. 203, provides that the "Standing and Claim Objection Deadline" "shall be" 180 days after the Effective Date to file objections to claims. The Debtor or Reorganized Debtor may obtain an extension of this deadline by filing a motion in the Court and Court order, based upon a showing of "cause."" (Plan, 10: 10-15.) The 180th day after the Effective Date of the Plan is March 29, 2025. Pursuant to the

order filed March 13, 2025, as Dk. No. 250, the Court extended the deadline for Objection to Claim from March 29, 2025, through and including July 28, 2025.  The Reorganized Debtor is informed and believe that it is compliance with the Plan and needs additional time to review the claims asserted against the Estate. By the Motion, the Disbursing Agent seeks to extend the deadline to object to claims by 120 days to December 1, 2025.

Good and sufficient cause exists to extend the Claims Objection Deadline. But while the Disbursing Agent is informed and believes Reorganized Debtor is in compliance with the Plan, the Disbursing Agent needs additional time to analyze the claims filed against the Estate. The Disbursing Agent is continuing to review and investigate the remaining unresolved Claims pending against the Debtor's estate, some of which are monetarily significant and involve factual complex issues. To ensure that the Disbursing Agent can continue to pursue objections to any unsubstantiated or legally infirm Claims—and thereby maximize recoveries for bona-fide creditors—the Disbursing Agent requests that the Court extend the Claims Objection Deadline for an additional 120 days.

The complete scope and terms of the relief requested are detailed in the Motion a copy of which can be obtained by contacting Matthew W. Grimshaw and David A. Wood, whose contact information is listed in the top left-hand corner of this Notice.

PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the Motion must be in the form as required by Local Bankruptcy Rules ("LBR") 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court no later than fourteen days (14) from the date of service of this Notice, plus an additional three days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response must be served on Matthew W. Grimshaw and David A. Wood, at the mailing address indicated in the upper left corner of the first page of this notice, and upon the Office of the United States Trustee at 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as acceptance of the proposed Motion. *See* LBR 9013-1(h).

Dated: July 28, 2025

MARSHACK HAYS WOOD LLP
By: */s/ David A. Wood*
_____
DAVID A. WOOD
Attorneys for BRIDGE DIAGNOSTICS LLC

2
NOTICE OF MOTION TO EXTENDE DEADLINE TO OBJECTION TO CLAIMS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF SECOND MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 28, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **July 28, 2025**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on the interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the mail matrix of the **Debtor, 20 largest creditors and all parties on claims register** . Upon completion of the mailing by Stretto to interested parties, Stretto will file a Certificate of Service listing the addresses served. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
BRIDGE DIAGNOSTIC, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 570
ALISO VIEJO, CA 92656-2618

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 28, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA PERSONAL DELIVERY**
Honorable Scott C. Clarkson
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 28, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY:** Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR INTERESTED PARTY JASON HANSEN:** Anthony Bisconti tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com; docket@bklwlaw.com
- **ATTORNEY FOR CROWN MEDICAL COLLECTIONS, SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN FINANCIAL SERVICES, INC.:** Christopher Crowell ccrowell@hrhlaw.com
- **SUBCHAPTER V TRUSTEE:** Robert Paul Goe (TR) bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR THE UNITED STATES OF AMERICA:** Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR ROSS BLACKBURN:** Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:**  Myles P McAliney mpmcalineylaw@gmail.com
- **INTERESTED PARTY COURTESY NEF:** Jennifer Oliver jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **ATTORNEY FOR CREDITOR THERMO FISHER FINANCIAL SERVICES:** Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com, docket@tuckerlaw.com, mthomas@tuckerlaw.com, SLeah@tuckerlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; alinares@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.