MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for: BRIDGE DIAGNOSTICS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:24-bk-10803-SC |
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Reorganized Debtor. | THIRD MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS; DECLARATION OF EDWARD BIDANSET IN SUPPORT |
| | [NO HEARING REQURIED UNDER LBR 9013-1(o)] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Reorganized Debtor, Bridge Diagnostics, LLC

("Reorganized Debtor") in the above-captioned case, files this motion ("Motion") to further extend

deadline to object to claims ("Motion") pursuant to section 105 of title 11 of the United States Code

and Rule 9006 of the Federal Rules of Bankruptcy Procedure, for entry of an order, extending the

deadline by which the Reorganized Debtor and/or the Edward Bidanset, solely in his capacity as

Disbursing Agent ("Disbursing Agent") must object to Claims asserted against the Debtor's estate.

In support of the Motion, the Reorganized Debtor respectfully represents as follows:

## 1.    Summary of Argument

The Plan (as defined below) confirmed by the Court on September 13, 2024, as Dk. No. 203, provides that the "Standing and Claim Objection Deadline" "shall be" 180 days after the Effective Date to file objections to claims. The Debtor or Reorganized Debtor may obtain an extension of this deadline by filing a motion in the Court and Court order, based upon a showing of "cause."" (Plan, 10: 10-15.)  The 180th day after the Effective Date of the Plan is March 29, 2025.

Pursuant to the order entered on August 15, 2025, as Dk. No. 270, the Court extended the deadline for Objection to Claim from July 28, 2025, through and including December 1, 2025. Operationally, the actual realization is less than projected, and, as result, the Debtor has relatively light operations to save cash flow, again, the Debtor believes that it is in compliance with the Second Amended Plan and the Confirmation Order at this time.

Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued by special counsel, Crown Medical Solutions ("Crown"). Crown has repeatedly reported that it should be receiving sufficient settlements by end of the year or in January 2026 to pay all pre and post administrative expenses, in full (including the SubV Trustee, counsel for the Reorganized Debtor, and any outstanding post-confirmation expenses), and provide much needed operating capital to the Reorganized Debtor.

As a result, the Reorganized Debtor and needs additional time to review the claims asserted against the Estate. By this Motion, the Disbursing Agent seeks to extend the deadline to object to claims by 120 days to March 30, 2026.

## 2.    Historic Background

On March 29, 2024 ("Petition Date"), the Debtor filed a voluntary petition under subchapter V of Chapter 11 of Title 11 of the United States Code. On April 19, 2024, as Dk. No. 48, Debtor filed its schedules and statement ("Schedules"). A true and correct copy of this Court's webPACER Docket for Case No. 8:24-bk-10803-SC as of December 1, 2025, is attached to the Declaration of Edward Bidanset ("Bidanset Decl.") as **Exhibit "1."** As a result of the confirmation Order, the Debtor continues to manage its' affairs as the reorganized debtor. No party has requested the

appointment of a trustee or examiner and a committee has not been appointed or designated in the case.

Although the Debtor somewhat successfully navigated the change from a COVID diagnostic testing center to a Women's Health and Urology diagnostic testing center, the financial strain continued. Specifically, the Debtor has $10-15 million in collectible outstanding accounts receivables ("AR") from COVID-related testing that was backed by the CARES Act. And, post-pandemic, many of the health insurances simply stopped paying the COVID-related AR to diagnostic testing centers nationwide. The lack of consistent collection on the COVID-AR put a severe strain on the Debtor's finances.  Thus, over time, the Debtor was forced to reduce its workforce substantially, transitioned from an outsized rental unit, and transitioned, yet again, into a different form of diagnostic testing.

Moving forward, the Debtor has been successful in validating a Pharmacogenomic (PGx) test. In light of a recently favorable LCD from MolDX, this new path should generate more market share and growth.  In addition to validating the PGx test, the Debtor obtained Z-codes for a significant array of gene testing as well as its comprehensive testing. Obtaining the Z-codes for this type of testing is important, as, historically, Medicare would not pay for PGx testing absent the requisite Z-code.

The Debtor commenced this Bankruptcy Case so that, among other things, it could propose a plan to pay its creditors. To assist in these efforts, the Debtor retained Edward Bidanset of Cutsheet Express LLC ("CE") to act as its chief restructuring officer.

## A.    The confirmed Plan

On June 24, 2024, as Dk. No. 122, Debtor filed its Chapter 11 Subchapter V Plan of Reorganization ("Plan"). The hearing on the adequacy of the Plan was set for August 14, 2024. The deadline to file an objection to the confirmation of the Plan was July 30, 2024.  On July 30, 2024, as Dk No. 157, Creditor Ross Blackburn filed a limited objection to the confirmation Plan. *Id*. 28.

On August 2, 2024, as Dk. No. 158, Debtor and Creditor Ross Blackburn entered into a stipulation to extend the confirmation brief deadline ("Extension Stipulation"). *Id*., pg. 29. On

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

August 2, 2024, as Dk. No. 159, the Court entered an order approving the Extension Stipulation. *Id*., pg. 29.

On August 5, 2024, as Dk. No. 161, the SubV trustee filed a statement to Debtor's Plan. *Id*., pg. 29.

On August 6, 2024, as Dk. No. 162, Creditor, Ross Black and Debtor entered into a stipulation re issues for determination regarding claim of Ross Blackburn ("Determination Stipulation")  On September 5, 2024, as Dk. No. 198, the Court entered an order approving the Determination Stipulation in favor of the Debtor, and avoiding any unperfected interest that Mr. Blackburn may have had against the Debtor pursuant to 11 U.S.C. §544(a)(3). *Id*., pg. 35.

On August 6, 2024, as Dk. No. 163, Debtor filed the Clean version its first amended Plan ("First Amended Plan"). *Id*., pg. 29.

On August 7, 2024, as Dk No. 169, Debtor filed the Redlined version of the First Amended Plan.  Id., pg. 42. Also, on the same date, as Dk. No. 170, Debtor filed a motion ("Modification Motion") to approve non-material modification of Debtor's First Amended Plan. On August 22, 2024, as Dk. No. 192, the Court entered an order approving the Modification Motion. *Id*., pg. 35.

On August 7, 2024, as Dk. No. 174, Debtor filed its brief in support of confirmation of First Amended Plan. *Id*., pg. 31. In addition, on the same date, as Dk. No. 175, Debtor filed a ballot summary, pursuant to LBR 3018-1. *Id*., pg. 31.

On September 10, 2024, as Dk. No. 200, Debtor filed its Redlined version of the Second Amended Plan. On the same date, as Dk. No. 201, Debtor filed its Clean version of the Second Amended Plan. *Id*., pg. 36.

On September 13, 2024, as Dk. No. 203, the Court entered an order confirming Debtor's Second Amended Plan ("Confirmation Order").  A true and correct copy of the Confirmation Order is attached to the Bidanset Declaration as **Exhibit "2."**

### B.    Status of Claims Resolution Process

The Debtor's register of claims ("Claims Register"), reflects that, as of today's date, thirty nine claims have been filed in the Debtor's chapter 11 case. A true and correct copy of the Claim

Register is attached to the Bidanset Declaration as **Exhibit "3."**

## C. Debtor's First and Second Extension Motions

On February 10, 2025, as Dk No. 239, Debtors filed a Motion to Extend Deadline to File Objection to Claims ("First Extension Motion"). On March 13, 2025, as Dk. No 250, the Court entered an order granting the Extension Motion and extending the date the Debtors have to file an Objection to Claims from March 29, 2025, through and including July 28, 2025 ("First Extension Order"). A true and correct copy of the First Extension Order is attached as **Exhibit "4"** to the Bidanset Declaration.

On July 28, 2025, as Dk No. 263, Debtors filed a Motion to Extend Deadline to File Objection to Claims ("Second Extension Motion"). On August 15, 2025, as Dk. No. 270, the Court entered an order granting the Extension Motion and extended the date the Debtors have to file an Objection to Claims from July 28, 2025, through and including December 1, 2025, ("Second Extension Order"). A true and correct copy of the Second Extension Order is attached as **Exhibit "5"** to the Bidanset Declaration.

## 3. Good Cause exists to grant relief requested

Good cause under the Plan exists to extend the deadline for the Debtor/CRO to object to claims.  "Good cause" has been defined in various contexts by courts considering extensions of deadlines as "when some outside factor ... rather than inadvertence or negligence" prevented a party's actions (*Mann v. Castiel*, 681 F.3d 368, 374-375 (D.C. Cir. 2012) (citing *Lepone–Dempsey v. Carroll Cnty. Com'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007))); as "a valid reason for delay" (*id.* (citing *Coleman v. Milwaukee Bd. of Sch. Dirs.*, 290 F.3d 932, 934 (7th Cir. 2002))); as that "deadlines cannot be met despite a party's diligent efforts" (*Skyline Potato Co., Inc. v. Tan-O-On Marketing, Inc.,* 879 F. Supp. 2d 1228, 1245 (D.N.M. 2012); and as "where there is a 'demonstration of good faith on the part of the party seeking an enlargement'" (*Deppenbrook v. Pension Ben. Guar. Corp.,* 2011 WL 1045765, 2 (W.D.Pa. 2011) (citing *MCI Telecom m. Corp. v. Teleconcepts, Inc.,* 71 F.3d 1086, 1097 (3d Cir.1995))).

/ / /

1    The Court has broad powers to grant the requested Claims Objection Deadline extension

2  pursuant to section 105 of the Bankruptcy Code. *See* 11. U.S.C. § 105(a) ("The court may issue any

3  order, process, or judgment that is necessary or appropriate to carry out the provisions of this title.").

4  Rule 9006(b) of the Bankruptcy Rules further authorizes the Court to extend the Claims Objection

5  Deadline in its discretion, with or without motion, if such request for an extension is made before the

6  expiration of the time period originally prescribed. See Fed. R. Bankr. P. 9006(b)(1) ("[W]hen an act

7  is required or allowed to be done at or within a specified period by these rules or by a notice given

8  thereunder or by order of court, the court for cause shown may at any time in its discretion . . . with

9  or without motion or notice order the period enlarged if the request therefor is made before the

10  expiration of the period originally prescribed or as extended by a previous order . . ..").

11    Additionally, the Plan contemplated extending the Claims Objection Deadline beyond the

12  initial 180-day deadline ("The Claim Objection Deadline can be extended by Court order based upon

13  a showing of "cause.") (emphasis added). *See* Plan, Dk. No. 201, pg. 10:10-15.

14    Good and sufficient cause exists to extend the Claims Objection Deadline. Since the

15  Effective Date, the Disbursing Agent is informed and believe that it is in compliance with the Plan.

16  Bidanset Decl., ¶21. Operationally, the actual realization is less than projected, and, as result, the

17  Debtor has relatively light operations to save cash flow, again, the Debtor believes that it is in

18  compliance with the Second Amended Plan and the Confirmation Order at this time. *Id*., ¶22.

19  Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts

20  receivable(s) which is being pursued by special counsel, Crown. *Id*., ¶22.

21    Crown has repeatedly reported that it should be receiving sufficient settlements by end of the

22  year or in January 2026 to pay all pre and post administrative expenses, in full (including the SubV

23  Trustee, counsel for the Reorganized Debtor, and any outstanding post-confirmation expenses), and

24  provide much needed operating capital to the Reorganized Debtor. *Id*., ¶22.

25    The Reorganized Debtor continuing to review and investigate the remaining unresolved

26  Claims pending against the Debtor's estate, some of which are monetarily significant and involve

27  factual complex issues. *Id.*, ¶23. To ensure that Reorganized Debtor can continue to pursue

28

objections to any unsubstantiated or legally infirm Claims—and thereby maximize recoveries for bona-fide creditors—the Reorganized Debtor requests that the Court extend the Claims Objection Deadline to March 30, 2026, or approximately 120 days. *Id.*, ¶¶21-24.

## 4.    Conclusion

Based on the foregoing, Reorganized Debtor respectfully requests this Court to enter an Order:

> (1)    Granting the Motion;
>
> (2)    Extending the Claims Objection Deadline from December 1, 2025, through and including March 30, 2026; and
>
> (3)    Granting such further relief as is just and appropriate.

Dated: December 1, 2025            MARSHACK HAYS WOOD LLP

By: */s/ David A. Wood*
MATTHEW W. GRIMSHAW
DAVID A. WOOD
Attorneys for BRIDGE DIAGNOSTICS LLC

# Declaration of Edward Bidanset

I, EDWARD BIDANSET, declare as follows:

1.   I am an individual over 18 years of age and competent to make this Declaration.

2.   If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.   The facts set forth below are true of my personal knowledge.

4.   I am a founding partner of Cutsheet Express LLC ("CE").

5.   I am the Disbursing Agent of BRIDGE DIAGNOSTICS, LLC (the "Reorganized Debtor") in the above-captioned case.

6.   I make this Declaration in support of Debtor's *Motion Extend Deadline to Object to Claims.*.

7.   All terms not defined herein are used as they are defined in the Motion.

8.   Unless otherwise set forth herein, I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify to these facts.

9.   A true and correct copy of the webPACER Docket Report for Case No. 8:24-bk-10803-SC as of December 1, 2025, is attached here as **Exhibit "1."**

10.   On June 24, 2024, as Dk. No. 122, Debtor filed its Chapter 11 Subchapter V Plan of Reorganization ("Plan"). The hearing on the adequacy of the Plan was set for August 14, 2024. The deadline to file an objection to the confirmation of the Plan was July 30, 2024.  On July 30, 2024, as Dk No. 157, Creditor Ross Blackburn filed a limited objection to the confirmation Plan.

11.   On August 2, 2024, as Dk. No. 158, Debtor and Creditor Ross Blackburn entered into a stipulation to extend the confirmation brief deadline ("Extension Stipulation"). On August 2, 2024, as Dk. No. 159, the Court entered an order approving the Extension Stipulation.

12.   On August 5, 2024, as Dk. No. 161, Trustee filed a statement to Debtor's Plan.

13.   On August 6, 2024, as Dk. No. 162, Creditor, Ross Black and Debtor entered into a stipulation re issues for determination regarding claim of Ross Blackburn ("Determination Stipulation")  On September 5, 2024, as Dk. No. 198, the Court entered an order approving the

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

Determination Stipulation in favor of the Debtor, and avoiding any unperfected interest that Mr. Blackburn may have had against the Debtor pursuant to 11 U.S.C. §544(a)(3).

14.     On August 6, 2024, as Dk. No. 163, Debtor filed the Clean version its first amended Plan ("First Amended Plan").

15.     On August 7, 2024, as Dk No. 169, Debtor filed the Redlined version of the First Amended Plan.  Also, on the same date, as Dk. No. 170, Debtor filed a motion ("Modification Motion") to approve non-material modification of Debtor's First Amended Plan. On August 22, 2024, as Dk. No. 192, the Court entered an order approving the Modification Motion.

16.     On August 7, 2024, as Dk. No. 174, Debtor filed its brief in support of confirmation of First Amended Plan.   In addition, on the same date, as Dk. No. 175, Debtor filed a ballot summary, pursuant to LBR 3018-1.

17.     On September 10, 2024, as Dk. No. 200, Debtor filed its Redlined version of the Second Amended Plan. On the same date, as Dk. No. 201, Debtor filed its Clean version of the Second Amended Plan.

18.     On September 13, 2024, as Dk. No. 203, the Court entered an order confirming Debtor's Second Amended Plan ("Confirmation Order").  A true and correct copy of the Confirmation Order is attached here as **Exhibit "2."**

19.     The Debtor's register of claims ("Claims Register"), reflects that, as of today's date, thirty nine claims have been filed in the Debtor's chapter 11 case. A true and correct copy of the Claims Register is attached here as **Exhibit "3."**

20.     The Amended Chapter 11 Plan confirmed by the Court on September 13, 2024, provides that the claims objection deadline is 180 days after the Effective Date to file objections to claims. The 180th day after the Effective Date of the Plan was March 29, 2025.

21.     On February 10, 2025, as Dk No. 239, Debtors filed a Motion to Extend Deadline to File Objection to Claims ("First Extension Motion"). On March 13, 2025, as Dk. No 250, the Court entered an order granting the First Extension Motion and extending the date the Debtors have to file an Objection to Claims from March 29, 2025, through and including July 28, 2025 ("First Extension Order"). A true and correct copy of the First Extension Order is attached here as **Exhibit "4."**

1    22.    Operationally, the actual realization is less than projected, and, as result, the Debtor

2  has relatively light operations to save cash flow, again, the Debtor believes that it is in compliance

3  with the Second Amended Plan and the Confirmation Order at this time.. Moreover, the Reorganized

4  Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued

5  by special counsel, Crown. Crown has repeatedly reported that it should be receiving sufficient

6  settlements by end of the year or in January 2026 to pay all pre and post administrative expenses, in

7  full (including the SubV Trustee, counsel for the Reorganized Debtor, and any outstanding post-

8  confirmation expenses), and provide much needed operating capital to the Reorganized Debtor.

9    23.    By this Motion, I request an extension of the deadline to object to claims by 120 days

10  to March 30, 2026.

11    24.    I need additional time to analyze the claims filed against the Estate.

12    25.    My professionals and I are continuing to review and investigate the remaining

13  unresolved Claims pending against the Debtor's estate, some of which are monetarily significant and

14  involve factual complex issues.

15    26.    To ensure that I can continue to pursue objections to any unsubstantiated or legally

16  infirm Claims—and thereby maximize recoveries for bona-fide creditors—I request that the Court

17  extend the Claims Objection Deadline for an additional 120 days to December 1, 2025.

18    I declare under penalty of perjury that the foregoing is true and correct.  Executed on

19  December ___, 2025.

20

21    _____

EDWARD BIDANSET

22  4900-9859-8013, v. 1

23

24

25

26

27

28

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

**EXHIBIT 1**

CM/ECF - U.S. Bankruptcy Court (NG 1.8.3 - LIVE)

**Subchapter_V**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
### Bankruptcy Petition #: 8:24-bk-10803-SC

|  |  |
|---|---|
| *Date filed:* | 03/29/2024 |
| *Plan confirmed:* | 09/13/2024 |
| *341 meeting:* | 04/26/2024 |
| *Deadline for filing claims:* | 06/07/2024 |
| *Deadline for filing claims (govt.):* | 09/25/2024 |
| *Deadline for objecting to discharge:* | 06/25/2024 |

*Assigned to:* Scott C Clarkson
Chapter 11
Voluntary
Asset

**Debtor**
**Bridge Diagnostic, LLC**
120 Vantis Drive, Suite 570
Aliso Viejo, CA 92656-2618
ORANGE-CA
Tax ID / EIN: 85-0602662

represented by **Matthew Grimshaw**
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: mgrimshaw@marshackhays.com

**Myles P McAliney**
Crown Medical Collections
100 W High Street
Edensburg, PA 15931
570-237-5237
Email: mpmcalineylaw@gmail.com

**David Wood**
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: dwood@marshackhays.com

**Trustee**
**Robert Paul Goe (TR)**
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Ste 210
Irvine, CA 92614
949-794-2460

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

represented by **Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701
714-338-3403
Fax : 714-338-3421
Email: queenie.k.ng@usdoj.gov

EXHIBIT 1, PAGE 11

| Filing Date | # | Docket Text |
|---|---|---|
| 03/29/2024 | 1<br>(14 pgs) | Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN). (Entered: 03/29/2024) |
| 03/29/2024 | | Receipt of Voluntary Petition (Chapter 11)( 8:24-bk-10803) [misc,volp11] (1738.00) Filing Fee. Receipt number A56679276. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 03/29/2024) |
| 03/29/2024 | | Set Case Commencement Deficiency Deadlines (def/deforco) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bridge Diagnostic, LLC) List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024. (VN) (Entered: 04/01/2024) |
| 03/29/2024 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bridge Diagnostic, LLC) Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. (VN) (Entered: 04/01/2024) |
| 04/01/2024 | 2 | Notice to Filer of Error and/or Deficient Document **Petition was filed as complete, but schedules or statements are deficient. THE FILER IS INSTRUCTED TO FILE THE DEFICIENT DOCUMENTS.** (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bridge Diagnostic, LLC) (VN) (Entered: 04/01/2024) |
| 04/01/2024 | 3<br>(1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bridge Diagnostic, LLC) (VN) (Entered: 04/01/2024) |

| 04/01/2024 | 4<br>(1 pg) | Notice of Case Deficiency Under 11 U.S.C. Sec. 521(a)(1) and Bankruptcy Rule 1007 (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bridge Diagnostic, LLC) (VN) (Entered: 04/01/2024) |
|---|---|---|
| 04/01/2024 | 5 | Request for a Certified Copy Fee Amount $12. The document will be sent via email to :cbastida@marshackhays.com: Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Wood, David) (Entered: 04/01/2024) |
| 04/01/2024 | | Receipt of Request for a Certified Copy( 8:24-bk-10803-TA) [misc,paycert] ( 12.00) Filing Fee. Receipt number A56684317. Fee amount 12.00. (re: Doc# 5 ) (U.S. Treasury) (Entered: 04/01/2024) |
| 04/01/2024 | 6<br>(3 pgs) | Notice of Appointment of Trustee *and Acceptance of Subchapter V Trustee*. Robert Paul Goe (TR) added to the case. Filed by U.S. Trustee United States Trustee (SA). (united states trustee (kmh)) (Entered: 04/01/2024) |
| 04/01/2024 | 7<br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 4/26/2024 at 10:00 AM at UST-SA2, TELEPHONIC MEETING. CONFERENCE LINE:1-866-919-3126, PARTICIPANT CODE:3803126. Last day to oppose discharge or dischargeability is 6/25/2024. Proofs of Claims due by 6/7/2024. Government Proof of Claim due by 9/25/2024. (JL) (Entered: 04/01/2024) |
| 04/01/2024 | 8 | Certified Copy Emailed to cbastida@marshackhays.com (Entered: 04/01/2024) |
| 04/03/2024 | 9<br>(2 pgs) | Order Setting Schedule And Case Management Conference In SubChapter V Case - Hearing Will Be Held On May 08, 2024 at 10:00 A.M., Rm 5B Via ZoomGov (BNC-PDF) (Related Doc # 1 ) Signed on 4/3/2024 (GD) (Entered: 04/03/2024) |
| 04/03/2024 | 10 | Hearing Set Status Conference (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bridge Diagnostic, LLC) Status hearing to be held on 5/8/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 04/03/2024) |
| 04/03/2024 | 11<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)7 Meeting of Creditors Chapter 11 (Corporations or Partnerships under Subchapter V) (309F2)) No. of Notices: 23. Notice Date 04/03/2024. (Admin.) (Entered: 04/03/2024) |
| 04/03/2024 | 12<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)3 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 04/03/2024. (Admin.) (Entered: 04/03/2024) |
| 04/03/2024 | 13<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)4 Notice of Case Deficiency (11 U.S.C. Sec. 521 & Rule 1007) (Ch 11/12) (BNC)) No. of Notices: 1. Notice Date 04/03/2024. (Admin.) (Entered: 04/03/2024) |
| 04/04/2024 | 14<br>(11 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Chapter 11 or Chapter 9 Cases Non-Individual:: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Form 104 or 204) *Amended with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s) Set Case Commencement Deficiency Deadlines (def/deforco)). (Wood, David) (Entered: 04/04/2024) |

EXHIBIT 1, PAGE 13

| | | |
|---|---|---|
| 04/05/2024 | **15**<br>(490 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 04/05/2024) |
| 04/05/2024 | **16**<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)9 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 04/05/2024. (Admin.) (Entered: 04/05/2024) |
| 04/08/2024 | **17**<br>(16 pgs) | Motion *Debtor's Expedited Motion for Order Approving Cash Management Procedures Pursuant to 11 U.S.C. Section 105, 345, and 363; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 4/11/24 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 04/08/2024) |
| 04/08/2024 | **18**<br>(25 pgs) | Motion *Debtor's Expedited Motion for Order Authorizing Payment of (1) Prepetition Wages and (2) Ongoing Employee Compensation and Benefits; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 4/11/24 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 04/08/2024) |
| 04/08/2024 | **19**<br>(31 pgs) | Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) *Debtor's Expedited Motion for Order Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Additional Adequate Assurance of Payment; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 04/11/24 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 04/08/2024) |
| 04/08/2024 | 20 | Hearing Set (RE: related document(s)17 Expedited Motion for Order Approving Cash Management filed by Debtor Bridge Diagnostic, LLC) The Hearing date is set for 4/11/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 04/08/2024) |
| 04/08/2024 | 21 | Hearing Set (RE: related document(s)18 Expedited Motion For Order Authorizing Payment Of (1) Prepetition Wages And (2) Ongoing Employee Compensation and Benefits filed by Debtor Bridge Diagnostic, LLC) The Hearing date is set for 4/11/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 04/08/2024) |
| 04/08/2024 | **22**<br>(29 pgs) | Motion to Use Cash Collateral *Debtor's Expedited Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 4/11/2024 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 04/08/2024) |
| 04/08/2024 | **23**<br>(8 pgs) | Notice of Hearing *Notice of Hearings on Emergency Motions* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)17 Motion *Debtor's Expedited Motion for Order Approving Cash Management Procedures Pursuant to 11 U.S.C. Section 105, 345, and 363; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 4/11/24 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC,, 18 Motion *Debtor's Expedited Motion for Order Authorizing Payment of (1) Prepetition Wages and (2) Ongoing Employee Compensation and Benefits;* |

EXHIBIT 1, PAGE 14

| | | |
|---|---|---|
| | | *Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 4/11/24 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC, 19 Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) *Debtor's Expedited Motion for Order Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Additional Adequate Assurance of Payment; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 04/11/24 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC, 22 Motion to Use Cash Collateral *Debtor's Expedited Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 4/11/2024 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 04/08/2024) |
| 04/08/2024 | 24 (6 pgs) | Notice *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)17 Motion *Debtor's Expedited Motion for Order Approving Cash Management Procedures Pursuant to 11 U.S.C. Section 105, 345, and 363; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 4/11/24 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC, 18 Motion *Debtor's Expedited Motion for Order Authorizing Payment of (1) Prepetition Wages and (2) Ongoing Employee Compensation and Benefits; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 4/11/24 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC, 19 Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) *Debtor's Expedited Motion for Order Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Additional Adequate Assurance of Payment; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 04/11/24 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC, 22 Motion to Use Cash Collateral *Debtor's Expedited Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 4/11/2024 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 04/08/2024) |
| 04/08/2024 | 25 | Hearing Set (RE: related document(s)19 Motion for Continuation of Utility Service filed by Debtor Bridge Diagnostic, LLC) The Hearing date is set for 4/11/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 04/09/2024) |
| 04/08/2024 | 26 | Hearing Set (RE: related document(s)22 Motion to Use Cash Collateral filed by Debtor Bridge Diagnostic, LLC) The Hearing date is set for 4/11/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 04/09/2024) |
| 04/09/2024 | 27 (4 pgs) | Proof of service *Amended Proof of Service re: Emergency Motions [Dk. Nos. 17-19 and 22] and Notice of Hearing [Dk. No. 23] and Supplemental Notice of Hearing [Dk. No. 24]* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)17 Motion *Debtor's Expedited Motion for Order Approving Cash Management Procedures Pursuant to 11 U.S.C. Section 105, 345, and 363; Memorandum of Points and Authorities; and Declarations of Edward Bidanset* |

EXHIBIT 1, PAGE 15

| | | |
|---|---|---|
| | | *and Jason Hansen in Support; with Proof of, 18 Motion Debtor's Expedited Motion for Order Authorizing Payment of (1) Prepetition Wages and (2) Ongoing Employee Compensation and Benefits; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; wi, 19 Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) Debtor's Expedited Motion for Order Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service,, 22 Motion to Use Cash Collateral Debtor's Expedited Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jaso). (Wood, David) (Entered: 04/09/2024)* |
| 04/09/2024 | 28 (2 pgs) | Order Setting Hearing On: (1) Order Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Resolving Requests For Additional Adequate Assurance Of Payment; (2) Order Authorizing Use Of Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected; (3) Order Authorizing Payment Of (1) Prepetition Wages And (2) Ongoing Employee Compensation And Benefits; And (4) For Order Approving Cash Management Procedures Pursuant To 11 USC §§ 105, 345, And 363 (BNC-PDF) (Related Doc # 17 ) Signed on 4/9/2024 (GD) (Entered: 04/09/2024) |
| 04/11/2024 | 29 | Hearing Held (RE: related document(s)17 Debtor's Expedited Motion For Order Approving Cash Management Procedures Pursuant To 11 USC Section 105, 345, and 363 filed by Debtor Bridge Diagnostic, LLC) Motion is granted. Movant to submit order. (GD) (Entered: 04/11/2024) |
| 04/11/2024 | 30 | Hearing Held (RE: related document(s)18 Debtor's Motion Expedited Motion For Order Authorizing Payment Of (1) Prepetition Wages And (2) Ongoing Employee Compensation And Benefits filed by Debtor Bridge Diagnostic, LLC) - Motion is granted. Movant to submit order. (GD) (Entered: 04/11/2024) |
| 04/11/2024 | 31 | Hearing Held (RE: related document(s)19 Motion for Continuation of Utility Service filed by Debtor Bridge Diagnostic, LLC) - Motion is granted. Movant to submit order. (GD) (Entered: 04/11/2024) |
| 04/11/2024 | 32 | Hearing Held (RE: related document(s)22 Debtor's Expedited Motion to Use Cash Collateral filed by Debtor Bridge Diagnostic, LLC) Motion is granted on an interim basis. Continued to May 8, 2024 at 10:00 a.m. Movant to submit order. (GD) (Entered: 04/11/2024) |
| 04/11/2024 | 33 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)28 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 04/11/2024. (Admin.) (Entered: 04/11/2024) |
| 04/12/2024 | 34 (2 pgs) | Order Granting Debtor's Expedited Motion For Order Approving Cash Management Procedures Pursuant To 11 USC §§ 105, 345, And 363 (BNC-PDF) (Related Doc # 17 ) - Please See Order - Signed on 4/12/2024 (GD) (Entered: 04/12/2024) |
| 04/12/2024 | 35 (2 pgs) | Order Granting Debtor's Expedited Motion For Order Authorizing Payment of (1) PrePetition Wages And (2) Ongoing Employee Compensation And Benefits (BNC-PDF) (Related Doc # 18 ) - Please See order - Signed on 4/12/2024 (GD) (Entered: 04/12/2024) |
| 04/12/2024 | 36 (2 pgs) | Order Granting Debtor's Expedited Motion For Order Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (B) Deeming |

EXHIBIT 1, PAGE 16

| | | |
|---|---|---|
| | | Utilities Adequately Assured of Future Performances, And (C) Establishing Procedures For Resolving Requests For Additional Adequate Assurance Of Payment (BNC-PDF) (Related Doc # 19 ) - Please See Order Signed on 4/12/2024 (GD) (Entered: 04/12/2024) |
| 04/12/2024 | 37 (11 pgs) | Ex parte application *Notice of Ex Parte Motion and Motion for an Order Extending Time within Which Debtor Must File Schedules, Statement of Financial Affairs and Other Required Documents with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 04/12/2024) |
| 04/12/2024 | 38 (8 pgs) | Notice *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)9 Order Setting Schedule And Case Management Conference In SubChapter V Case - Hearing Will Be Held On May 08, 2024 at 10:00 A.M., Rm 5B Via ZoomGov (BNC-PDF) (Related Doc # 1) Signed on 4/3/2024 (GD)). (Wood, David) (Entered: 04/12/2024) |
| 04/12/2024 | 39 (5 pgs) | Supplemental *Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 04/12/2024) |
| 04/12/2024 | 40 (2 pgs) | Order Authorization Debtor's Use Of Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected (BNC-PDF) (Related Doc # 22 ) Signed on 4/12/2024 (GD) (Entered: 04/12/2024) |
| 04/14/2024 | 41 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)34 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 04/14/2024. (Admin.) (Entered: 04/14/2024) |
| 04/14/2024 | 42 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)35 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 04/14/2024. (Admin.) (Entered: 04/14/2024) |
| 04/14/2024 | 43 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)36 Order on Motion for Continuation of Utility Service (BNC-PDF)) No. of Notices: 1. Notice Date 04/14/2024. (Admin.) (Entered: 04/14/2024) |
| 04/15/2024 | 44 (2 pgs) | ORDER Extending Time Within Which Debtor Must File Schedules, Statements Of Financial Affairs And Other Required Documents Pursuant To Federal Rule Of Bankruptcy Procedure 1007(C) And Local Bankruptcy Rule 1007-1(B) (BNC-PDF) - IT IS ORDERED: 1. The Motion is granted; 2. Deadline for Debtor to file the Documents is Extended to April 19, 2024. Signed on 4/15/2024. (GD) (Entered: 04/15/2024) |
| 04/17/2024 | 45 (8 pgs) | Notice *of Entered Order Authorizing Debtor's Use of Cash Collateral to Confirm that its Secured Creditor is Adequately Protected and Continued Hearing on Cash Collateral Motion with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)40 Order Authorization Debtor's Use Of Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected (BNC-PDF) (Related Doc # 22) Signed on 4/12/2024 (GD)). (Wood, David) (Entered: 04/17/2024) |
| 04/17/2024 | 46 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)40 Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 04/17/2024. (Admin.) (Entered: 04/17/2024) |

EXHIBIT 1, PAGE 17

| | | |
|---|---|---|
| 04/17/2024 | 47<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)44 ORDER to extend time (Generic Order - No Motion) (BNC-PDF)) No. of Notices: 1. Notice Date 04/17/2024. (Admin.) (Entered: 04/17/2024) |
| 04/19/2024 | 48<br>(76 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Non-Individual: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Form 104 or 204) , List of Equity Security Holders , Statement of Related Cases (LBR Form 1015-2.1) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Verification of Master Mailing List of Creditors (LBR Form F1007-1) , Statement of Corporate Ownership filed. Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 04/19/2024) |
| 04/19/2024 | 49<br>(11 pgs) | List of Creditors (Master Mailing List of Creditors) *Amendment to Master Mailing List with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 04/19/2024) |
| 04/19/2024 | 50<br>(16 pgs) | Amendment to List of Creditors. *with Proof of Service* Fee Amount $34 Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 04/19/2024) |
| 04/19/2024 | | Receipt of Amended List of Creditors (Fee)( 8:24-bk-10803-TA) [misc,amdcm] ( 34.00) Filing Fee. Receipt number A56759574. Fee amount 34.00. (re: Doc# 50) (U.S. Treasury) (Entered: 04/19/2024) |
| 04/23/2024 | 51<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Bisconti, Anthony. (Bisconti, Anthony) (Entered: 04/23/2024) |
| 04/23/2024 | 52<br>(50 pgs) | Emergency motion *Debtor's Emergency Motion for Order Authorizing Debtor to Obtain Post-Petition Loan; and Request for Expedited Hearing with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 04/23/2024) |
| 04/23/2024 | 53<br>(11 pgs) | Application shortening time *on Debtor's Emergency Motion for Order Authorizing Debtor to obtain Post Petition Loan and Request for Expedited Hearing with Proof of Service [RELATED TO DK. NO. 52]* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 04/23/2024) |
| 04/23/2024 | 54<br>(13 pgs) | Status Report for Chapter 11 Status Conference *Subchapter V Status Report with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 04/23/2024) |
| 04/23/2024 | 55<br>(5 pgs) | Supplemental *Notice of Hearing to be held Remotely Using ZoomGov Audio and Video re: Chapter 11 Subchapter V Status Conference with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 04/23/2024) |
| 04/23/2024 | 56<br>(4 pgs) | Order Granting Application And Setting Hearing On Shorten Notice Re: Debtor's Emergency Motion For Order Authorizing Debtor To Obtain Post-Petition Loan; And Request For Expedited Hearing - Hearing Will Take Place On April 25, |

EXHIBIT 1, PAGE 18

| | | 2024 at 11:00 a.m., Rm 5B Via Zoom/Gov (BNC-PDF) (Related Doc # 53 ) Signed on 4/23/2024 (GD) (Entered: 04/23/2024) |
|---|---|---|
| 04/23/2024 | 57 | Hearing Set (RE: related document(s)52 Emergency motion filed by Debtor Bridge Diagnostic, LLC) The Hearing date is set for 4/25/2024 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 04/23/2024) |
| 04/24/2024 | 58 (11 pgs) | Notice of Hearing *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)52 Emergency motion *Debtor's Emergency Motion for Order Authorizing Debtor to Obtain Post-Petition Loan; and Request for Expedited Hearing with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 04/24/2024) |
| 04/24/2024 | 59 (6 pgs) | Supplemental *Notice of Hearing to be Held Remotely Using ZoomGov Audio and Video with Proof of Service [RELATED TO DK. NO. 58]* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 04/24/2024) |
| 04/24/2024 | 60 (5 pgs) | Proof of service Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)52 Emergency motion *Debtor's Emergency Motion for Order Authorizing Debtor to Obtain Post-Petition Loan; and Request for Expedited Hearing with Proof of Service*, 53 Application shortening time *on Debtor's Emergency Motion for Order Authorizing Debtor to obtain Post Petition Loan and Request for Expedited Hearing with Proof of Service [RELATED TO DK. NO. 52]*, 56 ORDER shortening time (BNC-PDF), 58 Notice of Hearing (BK Case), 59 Supplemental). (Wood, David) (Entered: 04/24/2024) |
| 04/24/2024 | 61 (13 pgs) | Declaration re: *Notice of Hearing re: Debtor's Emergency Motion for Order Authorizing Debtor to Obtain Post-Petition Loan; with Proof of service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)56 ORDER shortening time (BNC-PDF)). (Wood, David) (Entered: 04/24/2024) |
| 04/25/2024 | 62 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Pagter, R. (Pagter, R) (Entered: 04/25/2024) |
| 04/25/2024 | 63 | Hearing Rescheduled/Continued (RE: related document(s)52 Emergency motion filed by Debtor Bridge Diagnostic, LLC) The Hearing date is set for 5/8/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Motion is granted as described on the record. Continued to May 8, 2024 at 10:00 a.m. Debtor's counsel to submit order. (GD) (Entered: 04/25/2024) |
| 04/25/2024 | 64 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)56 ORDER shortening time (BNC-PDF)) No. of Notices: 1. Notice Date 04/25/2024. (Admin.) (Entered: 04/25/2024) |
| 04/26/2024 | 65 (2 pgs) | Order Granting Debtor's Emergency Motion For Order Authorizing Debtor To Obtain Post-Petition Loan (BNC-PDF) (Related Doc # 52 ) - IT IS HEREBY FOUND as follows: IT IS ORDERED: 1. The Motion is granted on an interim basis; 2. Debtor is authorized to obtain a loan up to $100,000 (the "Initial Funding"), on an interim basis, to cover the Debtor's necessary expenses; A further interim hearing on this matter is set for May 8, 2024 at 10:00 a.m., at which time the Court will address any additional need for interim financing and set a final hearing. - Please See Order For Further Ruling - Signed on 4/26/2024 (GD) (Entered: 04/26/2024) |

EXHIBIT 1, PAGE 19

| | | |
|---|---|---|
| 04/28/2024 | 66<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)65 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 04/28/2024. (Admin.) (Entered: 04/28/2024) |
| 04/29/2024 | 67<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Crowell, Christopher. (Crowell, Christopher) (Entered: 04/29/2024) |
| 04/29/2024 | 68<br>(24 pgs) | Application to Employ Marshack Hays Wood LLP as General Counsel *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 04/29/2024) |
| 04/29/2024 | 69<br>(9 pgs) | Notice *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)68 Application to Employ Marshack Hays Wood LLP as General Counsel *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 04/29/2024) |
| 04/29/2024 | 70<br>(23 pgs) | Application to Employ Edward Bidanset and Cutsheet Express LLC as Chief Restructuring Officer *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 04/29/2024) |
| 04/29/2024 | 71<br>(8 pgs) | Notice *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)70 Application to Employ Edward Bidanset and Cutsheet Express LLC as Chief Restructuring Officer *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 04/29/2024) |
| 04/29/2024 | 72<br>(4 pgs) | Statement *Subchapter V Trustees Comments On Debtors Motion For Use Of Cash Collateral with proof of service* Filed by Trustee Robert Paul Goe (TR). (Goe (TR), Robert) (Entered: 04/29/2024) |
| 04/30/2024 | 73<br>(4 pgs) | Errata *of Errata re: Page 13, Paragraph 13 of the Declaration of David A. Wood in Support with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)68 Application to Employ Marshack Hays Wood LLP as General Counsel *with Proof of Service*). (Wood, David) (Entered: 04/30/2024) |
| 05/01/2024 | 74<br>(5 pgs) | Status Report for Chapter 11 Status Conference *Trustee's Status Report with proof of service* Filed by Trustee Robert Paul Goe (TR). (Goe (TR), Robert) (Entered: 05/01/2024) |
| 05/01/2024 | 75<br>(6 pgs) | Reply to (related document(s): 40 Order on Motion to Use Cash Collateral (BNC-PDF), 65 Order (Generic) (BNC-PDF), 72 Statement filed by Trustee Robert Paul Goe (TR)) *Statement and Reply re: Debtor's Use of Cash Collateral and DIP Loan Motion with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 05/01/2024) |
| 05/01/2024 | 76<br>(4 pgs) | Reply to (related document(s): 40 Order on Motion to Use Cash Collateral (BNC-PDF), 65 Order (Generic) (BNC-PDF), 72 Statement filed by Trustee Robert Paul Goe (TR)) Filed by Interested Party Jason Hansen (Bisconti, Anthony) (Entered: 05/01/2024) |
| 05/06/2024 | 77<br>(5 pgs) | Notice *of the Court's Change of Time on Hearings Scheduled for May 8, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)9 Order Setting Schedule And Case Management Conference In SubChapter V Case - Hearing Will Be Held On May 08, 2024 at 10:00 A.M., Rm 5B Via ZoomGov (BNC-PDF) (Related Doc # 1) Signed on 4/3/2024 (GD), 22 Motion to Use Cash Collateral *Debtor's Expedited Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately* |

12/1/25, 3:02 PM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.8.3 - LIVE)

| | | |
|---|---|---|
| | | *Protected; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 4/11/2024 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC, 52 Emergency motion *Debtor's Emergency Motion for Order Authorizing Debtor to Obtain Post-Petition Loan; and Request for Expedited Hearing with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 05/06/2024) |
| 05/07/2024 | 78 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Oliver, Jennifer. (Oliver, Jennifer) (Entered: 05/07/2024) |
| 05/08/2024 | 79 | Hearing Rescheduled/Continued Status Conference (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bridge Diagnostic, LLC) Status hearing to be held on 5/8/2024 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued to 5-08-24 at 11:00 A.M. Per Court's Own Motion; Notice Of The Court's Change Of Time Filed 5-06-24 - See Doc #77 (GD) (Entered: 05/08/2024) |
| 05/08/2024 | 80 | Hearing Rescheduled/Continued Re:22 Debtor's Expedited Motion For Order Authorizing Use Of Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected; The Hearing date is set for 5/8/2024 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued To 5-08-24 At 11:00 A.M. Per Court's Own Motion; Notice Of The Court's Change Of Time Filed 5-06-24 - See Doc #77 (GD) (Entered: 05/08/2024) |
| 05/08/2024 | 81 | Hearing Rescheduled/Continued Re:52 Debtor's Emergency Motion For Order Authorizing Debtor To Obtain Post-Petition Loan; And Request For Expedited Hearing The Hearing date is set for 5/8/2024 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued To 5-08-25 at 11:00 A.M. Per Court's Own Motion; Notice Of The Court's Change Of Time Filed 5-06-24 - See Doc #77 (GD) (Entered: 05/08/2024) |
| 05/08/2024 | 82 | Hearing Held RE: Status Conference Hearing Scheduling Plan Confirmation (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bridge Diagnostic, LLC) Confirmation hearing to be held on 8/14/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Plan confirmation will be August 14, 2024 at 10:00 a.m.; Confirmation brief and ballot tally must be filed August 5, 2024; Objections to confirmation must be filed by July 30, 2024; Trustee's comments due August 1, 2024; Dispatch of plan and ballots by June 24, 2024; Debtor's counsel to submit scheduling order.(GD) (Entered: 05/08/2024) |
| 05/08/2024 | 83 | Hearing Rescheduled/Continued Re:52 Debtor's Emergency Motion For Order Authorizing Debtor To Obtain Post-Petition Loan; And Request For Expedited Hearing;The Hearing date is set for 6/26/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Motion granted as set forth on the record. Continued to June 26, 2024 at 10:00 a.m. Movant to submit order. (GD) (Entered: 05/08/2024) |
| 05/08/2024 | 84 | Hearing Rescheduled/Continued Re:22 Debtor's Expedited Motion For Order Authorizing Use Of Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected; The Hearing date is set for 6/26/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Motion is granted on the same terms and conditions. Continued to June 26, 2024 at 10:00 a.m. (GD) (Entered: 05/08/2024) |

EXHIBIT 1, PAGE 21

| | | |
|---|---|---|
| 05/15/2024 | **85**<br>(34 pgs) | Motion for Turnover of Property *Debtor's Motion for Order Compelling Turnover of Property of the Estate with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) - See docket entry no.: 90 for corrections Modified on 5/16/2024 (GD). (Entered: 05/15/2024) |
| 05/15/2024 | **86**<br>(5 pgs) | Notice of Hearing *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)85 Motion for Turnover of Property *Debtor's Motion for Order Compelling Turnover of Property of the Estate with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 05/15/2024) |
| 05/15/2024 | **87**<br>(11 pgs) | Motion to Extend Time *to Extend Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 05/15/2024) |
| 05/15/2024 | **88**<br>(14 pgs) | Notice *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)87 Motion to Extend Time *to Extend Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 05/15/2024) |
| 05/15/2024 | 89 | Hearing Set (RE: related document(s)85 Motion for Turnover of Property filed by Debtor Bridge Diagnostic, LLC) The Hearing date is set for 6/5/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 05/16/2024) |
| 05/16/2024 | 90 | Notice to Filer of Error and/or Deficient Document **Correct hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE A SUPPLEMENTAL ZOOMGOV NOTICE OF MOTION/HEARING WITH THE CORRECT ZOOMGOV MEETING ID# & PASSWORD HEARING INFORMATION. PLEASE FILED ASAP** (RE: related document(s)85 Motion for Turnover of Property filed by Debtor Bridge Diagnostic, LLC) (GD) (Entered: 05/16/2024) |
| 05/16/2024 | **91**<br>(4 pgs) | Notice *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)86 Notice of Hearing *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)85 Motion for Turnover of Property *Debtor's Motion for Order Compelling Turnover of Property of the Estate with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC).). (Wood, David) (Entered: 05/16/2024) |
| 05/16/2024 | **92**<br>(2 pgs) | Scheduling Order After Status Conference (BNC-PDF) - IT IS ORDERED that: 1. The Deadline to file and serve plan, a notice of the confirmation schedule set forth herein, ballots to creditors and this instant scheduling order is June 24, 2024; 2. The confirmation hearing is set for August 14, 2024 at 10:00 a.m. - Please See Order For Further Ruling - Signed on 5/16/2024. (GD) (Entered: 05/16/2024) |
| 05/16/2024 | **93**<br>(16 pgs) | Notice *of Entered Scheduling Order After Status Conference with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)92 Scheduling Order After Status Conference (BNC-PDF) - IT IS ORDERED that: 1. The Deadline to file and serve plan, a notice of the confirmation schedule set forth herein, ballots to creditors and this instant scheduling order is June 24, 2024; 2. The confirmation hearing is set for August 14, 2024 at 10:00 a.m. - Please See Order For Further Ruling - Signed on 5/16/2024. (GD)). (Wood, David) (Entered: 05/16/2024) |

| Date | Doc | Description |
|---|---|---|
| 05/16/2024 | **94** (13 pgs) | Notice *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)93 Notice *of Entered Scheduling Order After Status Conference with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)92 Scheduling Order After Status Conference (BNC-PDF) - IT IS ORDERED that: 1. The Deadline to file and serve plan, a notice of the confirmation schedule set forth herein, ballots to creditors and this instant scheduling order is June 24, 2024; 2. The confirmation hearing is set for August 14, 2024 at 10:00 a.m. - Please See Order For Further Ruling - Signed on 5/16/2024. (GD)).). (Wood, David) (Entered: 05/16/2024) |
| 05/17/2024 | **95** (124 pgs) | Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Stretto, Inc. as Debtor's Claims and Noticing Agent *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 05/17/2024) |
| 05/17/2024 | **96** (9 pgs) | Notice *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)95 Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Stretto, Inc. as Debtor's Claims and Noticing Agent *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 05/17/2024) |
| 05/18/2024 | **97** (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)92 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 05/18/2024. (Admin.) (Entered: 05/18/2024) |
| 05/21/2024 | **98** (2 pgs) | Order Authorizing Debtor's Use Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected (BNC-PDF) (Related Doc # 22 ) - Please See Order For Ruling - Signed on 5/21/2024 (GD) (Entered: 05/21/2024) |
| 05/21/2024 | **99** (2 pgs) | Order Granting Debtor's Emergency Motion For Order Authorizing Debtor To Obtain Post-Petition Loan (BNC-PDF) (Related Doc # 52 ) - IT IS HEREBY FOUND as follows: IT IS ORDERED: 1. The Motion is granted; 2. Debtor is authorized to obtain a further DIP loan up to $150,000 for May 2024 and up to $100,000 for June 2024 (the "Second Funding"), on an interim basis, to cover the Debtor's necessary expenses - Please See Order For Further Ruling - Signed on 5/21/2024 (GD) (Entered: 05/21/2024) |
| 05/22/2024 | **100** (5 pgs) | Supplemental *Declaration in Support of Application by Debtor to Employ Edward Bidanset as Chief Restructing Officer, with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 05/22/2024) |
| 05/23/2024 | **101** (37 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) , *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)70 Application to Employ Edward Bidanset and Cutsheet Express LLC as Chief Restructuring Officer *with Proof of Service*). (Wood, David) (Entered: 05/23/2024) |
| 05/23/2024 | **102** (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)98 Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 05/23/2024. (Admin.) (Entered: 05/23/2024) |
| 05/23/2024 | **103** (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)99 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 05/23/2024. (Admin.) (Entered: 05/23/2024) |

EXHIBIT 1, PAGE 23

| | | |
|---|---|---|
| 05/24/2024 | **104**<br>(6 pgs) | Stipulation By Bridge Diagnostic, LLC and *Subchapter V Trustee, Robert P. Goe regarding Reimbursement of Duplicative Payments to Patients with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 05/24/2024) |
| 05/24/2024 | **105**<br>(2 pgs) | Order Granting Application to Employ Edward Bidanset As Chief Restructing Officer (BNC-PDF) (Related Doc # **70**) Signed on 5/24/2024. (GD) (Entered: 05/24/2024) |
| 05/26/2024 | **106**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)**105** Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 05/26/2024. (Admin.) (Entered: 05/26/2024) |
| 05/30/2024 | **107**<br>(2 pgs) | Order Approving Stipulation Regarding Reimbursement of Duplicative Payments to Patients (BNC-PDF) (Related Doc # **104** ) Signed on 5/30/2024 (JL) (Entered: 05/30/2024) |
| 05/31/2024 | **108**<br>(17 pgs) | Monthly Operating Report. Operating Report Number: 2. For the Month Ending April 2024 *, with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 05/31/2024) |
| 06/01/2024 | **109**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)**107** Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 06/01/2024. (Admin.) (Entered: 06/01/2024) |
| 06/03/2024 | **110**<br>(19 pgs) | Application to Employ Crown Medical Collections, LLC as Special Counsel *; Declaration of Richard Hersperger; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 06/03/2024) |
| 06/03/2024 | **111**<br>(7 pgs) | Notice Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)**110** Application to Employ Crown Medical Collections, LLC as Special Counsel *; Declaration of Richard Hersperger; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 06/03/2024) |
| 06/04/2024 | **112**<br>(24 pgs) | Monthly Operating Report. Operating Report Number: One. For the Month Ending March 2024 *, with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 06/04/2024) |
| 06/05/2024 | 113 | Hearing Rescheduled/Continued (RE: related document(s)**85** Motion for Turnover of Property filed by Debtor Bridge Diagnostic, LLC) The Hearing date is set for 8/14/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert. Debtor to Provide Notice. (JL) (Entered: 06/06/2024) |
| 06/17/2024 | **114**<br>(4 pgs) | Voluntary Dismissal of Motion *Notice of Withdrawal re: Debtor's Motion for Order Compelling Turnover of Property of the Estate, with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)**85** Motion for Turnover of Property *Debtor's Motion for Order Compelling Turnover of Property of the Estate with Proof of Service*). (Wood, David) (Entered: 06/17/2024) |
| 06/19/2024 | **115**<br>(3 pgs) | Statement *[22, 52] Subchapter V Trustee's Omnibus Comments on Continued Motion for Use of Cash Collateral, Financing and Case Status with Proof of Service* Filed by Trustee Robert Paul Goe (TR). (Goe (TR), Robert) (Entered: 06/19/2024) |

| | | |
|---|---|---|
| 06/19/2024 | **116**<br>(139 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) , *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)95 Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Stretto, Inc. as Debtor's Claims and Noticing Agent *with Proof of Service*). (Wood, David) (Entered: 06/19/2024) |
| 06/19/2024 | **117**<br>(7 pgs) | Reply to (related document(s): 115 Statement filed by Trustee Robert Paul Goe (TR)) *Updated Statement and Reply re: Debtor's Use of Cash Collateral and DIP Loan Motion with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 06/19/2024) |
| 06/20/2024 | **118**<br>(6 pgs) | Errata *Notice of Errrata re: Updated Statement and Reply re: Debtor's Use of Cash Collateral and DIP Loan Motion with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)117 Reply). (Wood, David) (Entered: 06/20/2024) |
| 06/21/2024 | **119**<br>(1 pg) | Request for special notice Filed by Creditor Thermo Fisher Financial Services. (Stafford, Michele) (Entered: 06/21/2024) |
| 06/21/2024 | **120**<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Malo, Aaron. (Malo, Aaron) (Entered: 06/21/2024) |
| 06/24/2024 | **121**<br>(19 pgs) | Monthly Operating Report. Operating Report Number: 3. For the Month Ending 05/31/2024 Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 06/24/2024) |
| 06/24/2024 | **122**<br>(239 pgs) | Chapter 11 Plan of Reorganization *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)1 Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN).). (Wood, David) (Entered: 06/24/2024) |
| 06/24/2024 | **123**<br>(14 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomov Audio and Video with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)93 Notice *of Entered Scheduling Order After Status Conference with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)92 Scheduling Order After Status Conference (BNC-PDF) - IT IS ORDERED that: 1. The Deadline to file and serve plan, a notice of the confirmation schedule set forth herein, ballots to creditors and this instant scheduling order is June 24, 2024; 2. The confirmation hearing is set for August 14, 2024 at 10:00 a.m. - Please See Order For Further Ruling - Signed on 5/16/2024. (GD))., 122 Chapter 11 Plan of Reorganization *with Proof of Service* |

EXHIBIT 1, PAGE 25

| | | |
|---|---|---|
| | | Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)1 Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN).).). (Wood, David) (Entered: 06/24/2024) |
| 06/25/2024 | 124 (4 pgs) | Stipulation By Robert Paul Goe (TR) and *Debtor to Expand Trustee's Duties Pursuant to 11 U.S.C. §1183(b)(2)* Filed by Trustee Robert Paul Goe (TR) (Goe (TR), Robert) (Entered: 06/25/2024) |
| 06/25/2024 | 125 (5 pgs) | Supplemental *Declaration of David A. Wood in Support of Application by Debtor to Employ Marshack Hays Wood LLP as General Counsel with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 06/25/2024) |
| 06/25/2024 | 126 (44 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)68 Application to Employ Marshack Hays Wood LLP as General Counsel *with Proof of Service*). (Wood, David) (Entered: 06/25/2024) |
| 06/25/2024 | 127 (30 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)87 Motion to Extend Time *to Extend Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property with Proof of Service*). (Wood, David) (Entered: 06/25/2024) |
| 06/26/2024 | 128 | Hearing Rescheduled/Continued Re:22 Debtor's Expedited Motion For Order Authorizing Use Of Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected The Hearing date is set for 8/14/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Motion is granted on an interim basis. Continued to August 14, 2024 at 10:00 a.m. Movant to submit order. (GD) (Entered: 06/26/2024) |
| 06/26/2024 | 129 | Hearing Rescheduled/Continued Re:52 Debtor's Emergency Motion For Order Authorizing Debtor To Obtain Post-Petition Loan; And Request For Expedited Hearing The Hearing date is set for 8/14/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Motion is granted on the same terms. Continued to August 14, 2024 at 10:00 a.m. Movant to submit order. (GD) (Entered: 06/26/2024) |
| 06/27/2024 | 130 (1 pg) | Order Approving Stipulation To Expand Trustee's Duties Pursuant To 11 U.S.C. §1183(b)(2) (BNC-PDF) (Related Doc # 124) - IT IS ORDERED: 1. The Stipulation is approved. Signed on 6/27/2024 (GD) Modified on 6/27/2024 (GD). (Entered: 06/27/2024) |

EXHIBIT 1, PAGE 26

| | | |
|---|---|---|
| 06/28/2024 | **131**<br>(2 pgs) | Order Granting Motion To Extend Deadline To Assume Or Reject Unexpired Leases Of Nonresidential Real Property (BNC-PDF) (Related Doc # 87 ) - IT IS ORDERED that the Motion is granted. The deadline for Debtor to assume or reject an unexpired leases of nonresidential real property under which the Debtor is the lessee pursuant to 11 U.S.C. § 365(d)(4), is extended from July 29, 2024, to and including September 2, 2024. Signed on 6/28/2024 (GD) (Entered: 06/28/2024) |
| 06/28/2024 | **132**<br>(5 pgs) | Order (A) Authorizing The Retention And Appointment Of Stretto, Inc. As Claims, Noticing And Solicitation Agent And (B) Granting Related Relief (BNC-PDF) Stretto, Inc. (Related Doc 95) - HEREBY ORDERED THAT: 1. The Application is approved on a final basis as set forth herein - Please See Order For Further Ruling - Signed on 6/28/2024. (GD) Modified on 6/28/2024 (GD). (Entered: 06/28/2024) |
| 06/29/2024 | **133**<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)130 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 06/29/2024. (Admin.) (Entered: 06/29/2024) |
| 06/30/2024 | **134**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)131 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 06/30/2024. (Admin.) (Entered: 06/30/2024) |
| 06/30/2024 | **135**<br>(7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)132 Order on Motion For Order Employing Professional (Ch 11)-(LBR 2014-1) (BNC-PDF)) No. of Notices: 1. Notice Date 06/30/2024. (Admin.) (Entered: 06/30/2024) |
| 07/02/2024 | **136**<br>(6 pgs) | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule Filed by Creditor Thermo Fisher Financial Services (Stafford, Michele) - See docket entry no.: 137 for corrections Modified on 7/2/2024 (GD). (Entered: 07/02/2024) |
| 07/02/2024 | 137 | Notice to Filer of Error and/or Deficient Document<br>**Incorrect/incomplete/unreadable PDF was attached to the docket entry.**<br>**THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY. THIS APPLICATION MUST BE FILED BY THE DESIGNEE - PLEASE CORRECT** (RE: related document(s)136 Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule filed by Creditor Thermo Fisher Financial Services) (GD) (Entered: 07/02/2024) |
| 07/02/2024 | **138**<br>(2 pgs) | Order Granting Application By Debtor to Employ Marshack Hays Wood LLP As General Counsel (BNC-PDF) (Related Doc # 68) Signed on 7/2/2024. (GD) (Entered: 07/02/2024) |
| 07/03/2024 | **139**<br>(9 pgs) | Notice of lodgment *re: Order Authorizing Debtor's Continued Use of Cash Collateral, with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)22 Motion to Use Cash Collateral *Debtor's Expedited Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protected; Memorandum of Points and Authorities; and Declarations of Edward Bidanset and Jason Hansen in Support; with Proof of Service [Hrg. 4/11/2024 at 10:00 a.m.]* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 07/03/2024) |

| | | |
|---|---|---|
| 07/04/2024 | 140 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)138 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 07/04/2024. (Admin.) (Entered: 07/04/2024) |
| 07/08/2024 | 141 (2 pgs) | Order Granting Debtor's Emergency Motion For Order Authorizing Debtor To Obtain Post-Petition Loan (BNC-PDF) (Related Doc # 1 ) - IT IS HEREBY FOUND as follows: IT IS ORDERED: 1. The Motion is granted; 2. Debtor is authorized to obtain a further DIP loan up to $70,000 for June 2024, and up to $100,000 for July 2024 (the "Third Funding"), on an interim basis, to cover the Debtor's necessary expenses; A further interim hearing on this matter is set for August 14, 2024 at 10:00 a.m. at which time the Court will address any additional need for interim financing and set a final hearing, if necessary - Please See Order For Further Ruling - Signed on 7/8/2024 (GD) (Entered: 07/08/2024) |
| 07/09/2024 | 142 (6 pgs) | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule Filed by Creditor Thermo Fisher Financial Services (Stafford, Michele) (Entered: 07/09/2024) |
| 07/09/2024 | 143 (2 pgs) | ORDER on application of non-resident attorney Beverly Weiss Manne to appear in a specific case per Local Bankruptcy rule (BNC-PDF) (Related Doc # 142 ) Signed on 7/9/2024 (GD) (Entered: 07/09/2024) |
| 07/10/2024 | 144 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)141 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 07/10/2024. (Admin.) (Entered: 07/10/2024) |
| 07/11/2024 | 145 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)143 ORDER on application of non-resident attorney to appear in a specific case per Local Bankruptcy rule (BNC-PDF)) No. of Notices: 1. Notice Date 07/11/2024. (Admin.) (Entered: 07/11/2024) |
| 07/12/2024 | 146 (2 pgs) | Order Authorizing Debtor's Continued Use Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected (BNC-PDF) (Related Doc # 22 ) - HEREBY ORDERED as follows: 1. Debtor is authorized to continue to use Cash Collateral to pay its normal and cutomary operating expenses, including those shown in the Budget attached to the Motion - A Continued Hearing On The Motion Is Scheduled For August 14, 2024 at 10:00 a.m. - Please See Order For Further Ruling - Signed on 7/12/2024 (GD) (Entered: 07/12/2024) |
| 07/14/2024 | 147 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)146 Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 07/14/2024. (Admin.) (Entered: 07/14/2024) |
| 07/18/2024 | 148 (17 pgs) | Monthly Operating Report. Operating Report Number: 4. For the Month Ending July 21, 2024 *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 07/18/2024) |
| 07/22/2024 | 149 (3 pgs) | Errata *Notice of Errata re: Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)122 Chapter 11 Plan). (Wood, David) (Entered: 07/22/2024) |
| 07/22/2024 | 150 (5 pgs) | Declaration re: *Supplemental Declaration of Richard Hersperger in Support of Application by Debtor to Employ Crown Medical Collections, LLC as Special Counsel with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)110 Application to Employ Crown Medical Collections, LLC |

| | | |
|---|---|---|
| | | as Special Counsel *; Declaration of Richard Hersperger; with Proof of Service*). (Wood, David) (Entered: 07/22/2024) |
| 07/22/2024 | [151](#) (37 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[110](#) Application to Employ Crown Medical Collections, LLC as Special Counsel *; Declaration of Richard Hersperger; with Proof of Service*). (Wood, David) (Entered: 07/22/2024) |
| 07/26/2024 | [152](#) (2 pgs) | Order Granting Application By Debtor To Employ Crown Medical Collections, LLC As Special Counsel (BNC-PDF) (Related Doc # [110](#)) Signed on 7/26/2024. (GD) (Entered: 07/26/2024) |
| 07/26/2024 | [153](#) (3 pgs) | Errata *Second Notice of Errata re: Debtor's Chapter 11 Plan of Reorganization Dated June 18, 20204 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[122](#) Chapter 11 Plan). (Grimshaw, Matthew) (Entered: 07/26/2024) |
| 07/26/2024 | [154](#) (9 pgs) | Certificate of Service *re: Notice of Errata Re: Debtors Chapter 11 Plan of Reorganization Dated June 18, 2024 (Doket No. 149), Supplemental Declaration of Richard Hersperger in Support of Application by Debtor to Employ Crown Medical Collections, LLC as Special Counsel (Docket No. 150), Declaration That No Party Requested a Hearing on Motion (Docket No. 151)* Filed by Other Professional Stretto, Inc. (RE: related document(s)[149](#) Errata *Notice of Errata re: Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[122](#) Chapter 11 Plan)., [150](#) Declaration re: *Supplemental Declaration of Richard Hersperger in Support of Application by Debtor to Employ Crown Medical Collections, LLC as Special Counsel with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[110](#) Application to Employ Crown Medical Collections, LLC as Special Counsel *; Declaration of Richard Hersperger; with Proof of Service*)., [151](#) Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[110](#) Application to Employ Crown Medical Collections, LLC as Special Counsel *; Declaration of Richard Hersperger; with Proof of Service*).). (Vandell, Travis) (Entered: 07/26/2024) |
| 07/28/2024 | [155](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[152](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 07/28/2024. (Admin.) (Entered: 07/28/2024) |
| 07/29/2024 | [156](#) (7 pgs) | Certificate of Service *re: Second Notice of Errata Re: Debtors Chapter 11 Plan of Reorganization Dated June 18, 2024 (Doket No. 153)* Filed by Other Professional Stretto, Inc. (RE: related document(s)[153](#) Errata *Second Notice of Errata re: Debtor's Chapter 11 Plan of Reorganization Dated June 18, 20204 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[122](#) Chapter 11 Plan).). (Vandell, Travis) (Entered: 07/29/2024) |
| 07/30/2024 | [157](#) (9 pgs) | Objection to Confirmation of Plan *Creditor Ross Blackburn's Limited Objection to Confirmation of Debtor's Chapter 11 Plan of Reorganization* Filed by Creditor Ross Blackburn (RE: related document(s)[122](#) Chapter 11 Plan of Reorganization *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[1](#) Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or |

EXHIBIT 1, PAGE 29

| | | |
|---|---|---|
| | | 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN).).). (Malo, Aaron) (Entered: 07/30/2024) |
| 08/02/2024 | 158<br>(4 pgs) | Stipulation By Bridge Diagnostic, LLC and *Subchapter V Trustee and Creditor, Ross Blackburn to Extend Confirmation Brief Deadline with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 08/02/2024) |
| 08/02/2024 | 159<br>(2 pgs) | Order Approving Stipulation To Extend Confirmation Brief Deadline (BNC-PDF) (Related Doc # 158 ) - IT IS ORDERED: 1. The Stipulation is approved in its entirety; 2. The Trustee's comments and/or response deadline is extended from August 1, 2024 to August 5, 2024; 3. The Confirmation Brief and Ballot Tally deadlines is extended from August 5, 2024 to August 7, 2024. Signed on 8/2/2024 (GD) (Entered: 08/02/2024) |
| 08/04/2024 | 160<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)159 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 08/04/2024. (Admin.) (Entered: 08/04/2024) |
| 08/05/2024 | 161<br>(7 pgs) | Statement *Trustees Comments To Debtors Chapter 11 Plan Of Reorganization Dated June 10, 2024 (With Erratas) with proof of service* Filed by Trustee Robert Paul Goe (TR). (Goe (TR), Robert) (Entered: 08/05/2024) |
| 08/06/2024 | 162<br>(31 pgs) | Stipulation By Ross Blackburn and *Stipulation Re Issues for Determination Regarding Claim of Ross Blackburn* Filed by Creditor Ross Blackburn (Malo, Aaron) (Entered: 08/06/2024) |
| 08/06/2024 | 163<br>(228 pgs) | Amended Chapter 11 Plan *Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)122 Chapter 11 Plan of Reorganization *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)1 Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors |

EXHIBIT 1, PAGE 30

12/1/25, 3:02 PM                    CM/ECF - U.S. Bankruptcy Court (NG 1.8.3 - LIVE)

| | | |
|---|---|---|
| | | (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN).).). (Wood, David) (Entered: 08/06/2024) |
| 08/06/2024 | 164 | Amended Chapter 11 Plan *REDLINED Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)163 Amended Chapter 11 Plan *Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)122 Chapter 11 Plan of Reorganization *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)1 Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN).).). (Wood, David) (Entered: 08/06/2024) |
| 08/06/2024 | 165 | Motion *Motion to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 08/06/2024) |
| 08/06/2024 | 166 | Notice of Hearing *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)165 Motion *Motion to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 08/06/2024) |
| 08/07/2024 | 167 (3 pgs) | Voluntary Dismissal of Motion *Voluntary Dismissal of Motion Voluntary Dismissal of Motion Voluntary Dismissal of Motion Notice of Withdrawal re: (1) Debtor's REDLINED First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 Filed as Dk. No. 164; and (2) Motion to Approve Non-Material Modification of Debtor's Chapter 11 Plan Reorganization Dated June 17, 2024; Declaration of Edward Bidanset and David A. Wood in Support Filed as Dk. No. 165 with Proof of Service (RELATED TO DOCKET NO. 164 REDLINED Plan) AND (RELATED TO DOCKET NO. 165 Motion)* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 08/07/2024) |
| 08/07/2024 | 168 (3 pgs) | Notice *of Withdrawal with Proof of Service RELATED TO DK. NO. 166* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)166 Notice of Hearing *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)165 Motion *Motion to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC).). (Wood, David) (Entered: 08/07/2024) |

EXHIBIT 1, PAGE 31

| | | |
|---|---|---|
| 08/07/2024 | [169](#)<br>(40 pgs) | Amended Chapter 11 Plan *REDLINED Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[122](#) Chapter 11 Plan of Reorganization *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[1](#) Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN).).). (Wood, David) (Entered: 08/07/2024) |
| 08/07/2024 | [170](#)<br>(84 pgs) | Motion *to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 08/07/2024) |
| 08/07/2024 | [171](#)<br>(3 pgs) | Notice of Hearing *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[170](#) Motion *to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 08/07/2024) |
| 08/07/2024 | [172](#)<br>(3 pgs) | Notice *Supplemental Notice of Hearing to be held Remotely Using ZoomGov Audio and Video with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[171](#) Notice of Hearing *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[170](#) Motion *to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC).). (Wood, David) (Entered: 08/07/2024) |
| 08/07/2024 | 173 | Hearing Set (RE: related document(s)[170](#) Generic Motion filed by Debtor Bridge Diagnostic, LLC) The Hearing date is set for 8/14/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 08/07/2024) |
| 08/07/2024 | [174](#)<br>(124 pgs) | Brief *Memorandum of Points and Authorities in Support of Confirmation of Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[163](#) Amended Chapter 11 Plan). (Wood, David) (Entered: 08/07/2024) |
| 08/07/2024 | [175](#)<br>(7 pgs) | Summary of ballots *Ballot Summary Pursuant to Local Bankruptcy Rule 3018-1 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 08/07/2024) |

EXHIBIT 1, PAGE 32

| | | |
|---|---|---|
| 08/09/2024 | 176 (5 pgs) | Reply to (related document(s): 161 Statement filed by Trustee Robert Paul Goe (TR)) *with proof of service* Filed by Creditor University Research Park, LLC (Pagter, R) - See docket entry no.: [178 ] for corrections Modified on 8/9/2024 (GD). (Entered: 08/09/2024) |
| 08/09/2024 | 177 (38 pgs) | Statement *Subchapter V Trustee's Investigative Statement with proof of service* Filed by Trustee Robert Paul Goe (TR). (Goe (TR), Robert) (Entered: 08/09/2024) |
| 08/09/2024 | 178 | Notice to Filer of Error and/or Deficient Document **Correct hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING LOCATION INFORMATION. YOU HAVE THE WRONG COURTROOM LISTED - CORRECT COURTROOM IS 5B VIA ZOOMGOV** (RE: related document(s)176 Reply filed by Creditor University Research Park, LLC) (GD) -CORRECTION: ALSO THE JUDGES INITIAL IS CAPITAL "TA" Modified on 8/9/2024 (GD). (Entered: 08/09/2024) |
| 08/09/2024 | 179 (5 pgs) | Reply to (related document(s): 161 Statement filed by Trustee Robert Paul Goe (TR), 176 Reply filed by Creditor University Research Park, LLC) *Amended Reply to Comments of Trustee to Debtor's Plan with Proof of Service* Filed by Creditor University Research Park, LLC (Pagter, R) (Entered: 08/09/2024) |
| 08/09/2024 | 180 (12 pgs) | Reply to (related document(s): 176 Reply filed by Creditor University Research Park, LLC, 177 Statement filed by Trustee Robert Paul Goe (TR), 179 Reply filed by Creditor University Research Park, LLC) Filed by Interested Party Jason Hansen (Bisconti, Anthony) (Entered: 08/09/2024) |
| 08/12/2024 | 181 (6 pgs) | Certificate of Service *re: Debtors First Amended Chapter11 Plan of Reorganization Dated August 6, 2024 (Doket No. 163), Motion to Approve Nonmaterial Modification of Debtors Chapter 11 Plan of Reorganization Dated June 18, 2024; Declaration of Edward Bidanset and David a. Wood in Support (Doket No. 165), Notice of Motion to Approve Non-material Modification of Debtors Chapter 11 Plan of Reorganization Dated June 18, 2024 (Doket No. 166)* Filed by Other Professional Stretto, Inc. (RE: related document(s)163 Amended Chapter 11 Plan *Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)122 Chapter 11 Plan of Reorganization *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)1 Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN).).)., 165 |

EXHIBIT 1, PAGE 33

|  |  |  |
|---|---|---|
|  |  | Motion *Motion to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC, 166 Notice of Hearing *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)165 Motion *Motion to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC).). (Vandell, Travis) (Entered: 08/12/2024) |
| 08/12/2024 | 182 (7 pgs) | Certificate of Service *re: Notice of Withdrawal Re: (1) Debtors Redlined First Amended Chaper 11 Plan of Reorganization Dated August 6, 2024 Filed as Dk. No. 164; and (2) Motion to Approve Nonmaterial Modification of Debtors Chapter 11 Plan of Reorganization Dated June 17, 2024; Declaration of Edward Bidanset and David A. Wood in Support Filed as Dk. No. 165 (Docket No. 167), Notice of Withdrawal of Notice of Motion to Approve Non-Material Modification of Debtors Chapter 11 Plan of Reorganization Dated June 18, 2024 Filed as Dk. No. 166 (Docket No. 168), Debtors First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 (Docket No. 169), Motion to Approve Nonmaterial Modification of Debtors Chapter 11 Plan of Reorganization Dated June 18, 2024; Declaration of Edward Bidanset and David A. Wood in Support (Docket No. 170), Notice of Motion to Approve Non-Material Modification of Debtors Chapter 11 Plan of Reorganization Dated June 18, 2024 (Docket No. 171), Supplemental Notice of Hearing (Docket No. 172), Memorandum of Points and Authorities in Support of Confirmation of Debtors First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024; Declarations of Jason Hansen, Edward Bidanset, and David a. Wood in Support Thereof (Docket No. 174), Ballot Summary, Pursuant to Local Bankruptcy Rule 3018-1 (Docket No. 175)* Filed by Other Professional Stretto, Inc. (RE: related document(s)167 Voluntary Dismissal of Motion *Voluntary Dismissal of Motion Voluntary Dismissal of Motion Voluntary Dismissal of Motion Notice of Withdrawal re: (1) Debtor's REDLINED First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 Filed as Dk. No. 164; and (2) Motion to Approve Non-Material Modification of Debtor's Chapter 11 Plan Reorganization Dated June 17, 2024; Declaration of Edward Bidanset and David A. Wood in Support Filed as Dk. No. 165 with Proof of Service (RELATED TO DOCKET NO. 164 REDLINED Plan) AND (RELATED TO DOCKET NO. 165 Motion)* Filed by Debtor Bridge Diagnostic, LLC., 168 Notice *of Withdrawal with Proof of Service RELATED TO DK. NO. 166* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)166 Notice of Hearing *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)165 Motion *Motion to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC).)., 169 Amended Chapter 11 Plan *REDLINED Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)122 Chapter 11 Plan of Reorganization *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)1 Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement |

EXHIBIT 1, PAGE 34

| | | |
|---|---|---|
| | | (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN).).)., 170 Motion *to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC, 171 Notice of Hearing *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)170 Motion *to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC)., 172 Notice *Supplemental Notice of Hearing to be held Remotely Using ZoomGov Audio and Video with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)171 Notice of Hearing *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)170 Motion *to Approve Non-Material Modification of Debtor's Chapter 11 Plan of Reorganization Dated June 18, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC).)., 174 Brief *Memorandum of Points and Authorities in Support of Confirmation of Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)163 Amended Chapter 11 Plan)., 175 Summary of ballots *Ballot Summary Pursuant to Local Bankruptcy Rule 3018-1 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC.). (Vandell, Travis) (Entered: 08/12/2024) |
| 08/13/2024 | 183<br>(4 pgs) | Supplemental *Trustees Supplemental Comments To Debtors Chapter 11 Plan Of Reorganization Dated June 10, 2024 (With Erratas with proof of service* Filed by Trustee Robert Paul Goe (TR). (Goe (TR), Robert) (Entered: 08/13/2024) |
| 08/14/2024 | 184 | Hearing Held Re:22 Debtor's Expedited Motion For Order Authorizing Use of Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected - Cash collateral on same terms and conditions pending post-confirmation status conference. Movant to submit order. (GD) (Entered: 08/14/2024) |
| 08/14/2024 | 185 | Hearing Rescheduled/Continued Re:52 Debtor's Emergency Motion For Order Authorizing Debtor To Obtain Post-Petition Loan; And Request For Expedited Hearing; The Hearing date is set for 11/6/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert Motion is granted on same terms. Continued to November 6, 2024 at 10:00 a.m. (GD) (Entered: 08/14/2024) |
| 08/14/2024 | 186 | Hearing Held (RE: related document(s)170 Motion To Approve Non-Material Modification Of Debtor's Chapter 11 Plan Of Reorganization Dated June 18, 2024 filed by Debtor Bridge Diagnostic, LLC) Motion is granted. Movant to submit order. (GD) (Entered: 08/14/2024) |
| 08/14/2024 | 187 | Hearing Held Re:122 Confirmation Hearing Re: Chapter 11 Subchapter V Plan - Plan confirmed as recited on the record. Movant to submit order. (GD) (Entered: 08/14/2024) |
| 08/14/2024 | 188 | Hearing Held Re:85 Debtor's Motion For Order Compelling Turnover Of Property Of The Estate - Off Calendar - Notice Of Withdrawal Re: Debtor's Motion For Order Compelling Turnover Of Property Of The Estate Filed 6-17-24 - See Doc #114 (GD) (Entered: 08/14/2024) |
| 08/14/2024 | 189<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [08/14/2024 10:40:46 AM]. File Size [ 2922 KB ]. Run Time [ 00:12:29 ]. (admin). (Entered: 08/14/2024) |

EXHIBIT 1, PAGE 35

| | | |
|---|---|---|
| 08/22/2024 | [190](#)<br>(19 pgs) | Monthly Operating Report. Operating Report Number: 5. For the Month Ending July 2024 *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 08/22/2024) |
| 08/22/2024 | [191](#)<br>(3 pgs) | Errata *Notice of Errata re: Monthly Operating Report Number 4 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)[148](#) Monthly Operating Report). (Wood, David) (Entered: 08/22/2024) |
| 08/22/2024 | [192](#)<br>(2 pgs) | Order Granting Motion To Approve Non-Material Modification Of Debtor's Chapter 11 Plan Of Reorganization Dated June 18, 2024 (BNC-PDF) (Related Doc # [170](#) ) - 1. The Motion is granted in its entirety, including the modifications stated on the record at the August 14, 2024, hearing, and subject to the filing of a redline Second Amended Plan. Signed on 8/22/2024 (GD) (Entered: 08/22/2024) |
| 08/23/2024 | [193](#)<br>(2 pgs) | Order Authorizing Debtor's Continued Use Of Cash Collateral To Confirm That Its Secured Creditor Is Adequatel Protected; And Continued Hearing Date (BNC-PDF) (Related Doc # [22](#) ) - HEREBY ORDERED as follows: 1. Debtor is authorized to continue to use Cash Collateral to pay its normal and customary operating expenses, including those shown in the Budget attached to the Motion; 2. Mr. Hansen's consent is sufficient to permit Debtor to use Cash Collateral; A continued hearing on the Motion is scheduled for November 6, 2024 at 10:00 a.m. - See Order For Further Ruling - Signed on 8/23/2024 (GD) (Entered: 08/23/2024) |
| 08/23/2024 | [194](#)<br>(2 pgs) | Order Granting Debtor's Motion For Order Authorizing Debtor To Obtain Post-Petition Loan; And Continued Hearing Date (BNC-PDF) (Related Doc # [52](#) ) IT IS HEREBY FOUND as follows: IT IS ORDERED: 1. The Motion is granted; 2. Debtor is authorized to obtain a further DIP loan funds, as needed in a amount not to exceed $100,000 ("Fourth Funding"), to cover the Debtor's necessary expenses; 3. The Fourth Funding shall be entitled to administrative claim treatment in favor of the lender, Jason Hansen - A final hearing on this matter is set for November 6, 2024 at 10:00 a.m. - Please See Order For Further Ruling - Signed on 8/23/2024 (GD) (Entered: 08/23/2024) |
| 08/24/2024 | [195](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[192](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 08/24/2024. (Admin.) (Entered: 08/24/2024) |
| 08/25/2024 | [196](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[193](#) Order on Motion to Use Cash Collateral (BNC-PDF)) No. of Notices: 1. Notice Date 08/25/2024. (Admin.) (Entered: 08/25/2024) |
| 08/25/2024 | [197](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[194](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 08/25/2024. (Admin.) (Entered: 08/25/2024) |
| 09/05/2024 | [198](#)<br>(4 pgs) | Order Granting Stipulation Regarding Issues For Determination Regarding Claim Of Ross Blackburn - (BNC-PDF) (Related Doc # [162](#) ) - IT IS ORDERED: 1. The Court finds that the treatment of Class 1 (i) claim for Blackburn will be treated as a Class 3 unsecured claim, and share pro rata with similarly situated unsecured creditors; 2. Blackburn's alleged security interest was not perfected prior to the filing of the Petition Date, and therefore Blackburn does not have a pre-petition lien against the Debtor and/or its assets; and - Please See Order For Further Ruling - Signed on 9/5/2024 (GD) (Entered: 09/05/2024) |

| | | |
|---|---|---|
| 09/08/2024 | [199](#)<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)198 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 09/08/2024. (Admin.) (Entered: 09/08/2024) |
| 09/10/2024 | [200](#)<br>(42 pgs) | Amended Chapter 11 Plan *Debtor's Second Amended Chapter 11 Plan of Reorganization Dated August 19, 2024 - REDLINED VERSION with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)163 Amended Chapter 11 Plan *Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)122 Chapter 11 Plan of Reorganization *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)1 Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN).).).). (Wood, David) (Entered: 09/10/2024) |
| 09/10/2024 | [201](#)<br>(219 pgs) | Amended Chapter 11 Plan *Debtor's Second Amended Chapter 11 Plan of Reorganization Dated August 19, 2024 - CLEAN VERSION with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)163 Amended Chapter 11 Plan *Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)122 Chapter 11 Plan of Reorganization *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)1 Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due |

EXHIBIT 1, PAGE 37

CM/ECF - U.S. Bankruptcy Court (NG 1.8.3 - LIVE)

| | | |
|---|---|---|
| | | 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN).).).). (Wood, David) (Entered: 09/10/2024) |
| 09/11/2024 | [202](#)<br>(265 pgs) | Exhibit *Exhibits "A" and "B" in Support of Order Confirming Debtor's Second Amended Chapter 11 Plan of Reorganization Dated August 19, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 09/11/2024) |
| 09/13/2024 | [203](#)<br>(5 pgs) | Order Confirming Debtor's Second Amended Chapter 11 Plan Of Reorganization Dated August 19, 2024 (BNC-PDF) (Related Doc # [201](#) ) - IT IS HEREBY ORDERED THAT: 1. The Plan filed on September 10, 2024, as Dk. No. 201, with the non-material modifications states on the record at the August 14, 2024 - A post-confirmation staus conference will be held on February 12, 2025 at 10:00 a.m. - Please See Order For Further Ruling - Signed on 9/13/2024 (GD) (Entered: 09/13/2024) |
| 09/15/2024 | [204](#)<br>(7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[203](#) Order Confirming Chapter 11 Plan (BNC-PDF)) No. of Notices: 1. Notice Date 09/15/2024. (Admin.) (Entered: 09/15/2024) |
| 09/16/2024 | [205](#)<br>(2 pgs; 2 docs) | Notice of order confirming chapter 11 plan (BNC) (AUTU) (Entered: 09/16/2024) |

EXHIBIT 1, PAGE 38

| | | |
|---|---|---|
| 09/18/2024 | 206<br>(5 pgs) | Certificate of Service *re: Debtors Second Amended Chapter 11 Plan of Reorganization Dated August 19, 2024 (Docket No. 201)* Filed by Other Professional Stretto, Inc. (RE: related document(s)201 Amended Chapter 11 Plan *Debtor's Second Amended Chapter 11 Plan of Reorganization Dated August 19, 2024 - CLEAN VERSION with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)163 Amended Chapter 11 Plan *Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)122 Chapter 11 Plan of Reorganization *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)1 Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Bridge Diagnostic, LLC Chapter 11 Plan Subchapter V Due by 06/27/2024.Appointment of health care ombudsman due by 04/29/2024 (Wood, David) See deficient docket entry no 2 for correction. Case's deficient List of Equity Security Holders due 4/12/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 4/12/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 4/12/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 4/12/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 4/12/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 4/12/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 4/12/2024. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/12/2024. Statement of Financial Affairs (Form 107 or 207) due 4/12/2024. Incomplete Filings due by 4/12/2024.Corporate Resolution Authorizing Filing of Petition due 4/12/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 4/12/2024. Statement of Related Cases (LBR Form F1015-2) due 4/12/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/12/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/12/2024. Modified on 4/1/2024 (VN).).).).). (Vandell, Travis) (Entered: 09/18/2024) |
| 09/18/2024 | 207<br>(6 pgs) | BNC Certificate of Notice (RE: related document(s)205 Confirming Ch 11 plan (Notice) (CACB Auto) (BNC)) No. of Notices: 140. Notice Date 09/18/2024. (Admin.) (Entered: 09/18/2024) |
| 09/20/2024 | 208<br>(19 pgs) | Monthly Operating Report. Operating Report Number: 6. For the Month Ending August 2024 *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 09/20/2024) |
| 09/27/2024 | 209<br>(15 pgs) | Application for Compensation *Notice of Submission of First and Final Compensation report for Cutsheet Express, LLC for the Period of March 1, 2024 to September 6, 2024 with Proof of Service* for Edward Bidanset, Other Professional, Period: 3/1/2024 to 9/6/2024, Fee: $15,837.50, Expenses: $. Filed by Other Professional Edward Bidanset (Wood, David) (Entered: 09/27/2024) |
| 09/27/2024 | 210<br>(146 pgs) | Application for Compensation *First and Final Application for Pre-Confirmation Fees and Costs with Proof of Service* for Marshack Hays Wood LLP, General Counsel, Period: 3/1/2024 to 9/27/2024, Fee: $178,703, Expenses: $8,970.32. Filed by Attorney Marshack Hays Wood LLP (Wood, David) (Entered: 09/27/2024) |
| 09/27/2024 | 211 | Hearing Set (RE: related document(s)209 Application for Compensation filed by Other Professional Edward Bidanset) The Hearing date is set for 10/23/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 09/30/2024) |

EXHIBIT 1, PAGE 39

| | | |
|---|---|---|
| 09/27/2024 | 212 | Hearing Set (RE: related document(s)210 Application for Compensation filed by Attorney Marshack Hays Wood LLP) The Hearing date is set for 10/23/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 09/30/2024) |
| 09/30/2024 | 213 (9 pgs) | Notice *Reorganized Debtor's Notice of Effective Date of Second Amended Chapter 11 Plan of Reorganization Dated August 19, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)203 Order Confirming Debtor's Second Amended Chapter 11 Plan Of Reorganization Dated August 19, 2024 (BNC-PDF) (Related Doc # 201) - IT IS HEREBY ORDERED THAT: 1. The Plan filed on September 10, 2024, as Dk. No. 201, with the non-material modifications states on the record at the August 14, 2024 - A post-confirmation staus conference will be held on February 12, 2025 at 10:00 a.m. - Please See Order For Further Ruling - Signed on 9/13/2024 (GD)). (Wood, David) (Entered: 09/30/2024) |
| 09/30/2024 | 214 (4 pgs) | Notice of Hearing *Notice of First and Final Application for Pre-Confirmation Fees and Costs with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)210 Application for Compensation *First and Final Application for Pre-Confirmation Fees and Costs with Proof of Service* for Marshack Hays Wood LLP, General Counsel, Period: 3/1/2024 to 9/27/2024, Fee: $178,703, Expenses: $8,970.32. Filed by Attorney Marshack Hays Wood LLP). (Wood, David) (Entered: 09/30/2024) |
| 09/30/2024 | 215 (4 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using ZoomGov Audio and Video with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)214 Notice of Hearing *Notice of First and Final Application for Pre-Confirmation Fees and Costs with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)210 Application for Compensation *First and Final Application for Pre-Confirmation Fees and Costs with Proof of Service* for Marshack Hays Wood LLP, General Counsel, Period: 3/1/2024 to 9/27/2024, Fee: $178,703, Expenses: $8,970.32. Filed by Attorney Marshack Hays Wood LLP).). (Wood, David) (Entered: 09/30/2024) |
| 10/01/2024 | 216 (41 pgs) | Application for Compensation *First And Final Pre-Confirmation Fee Application Of Sub Chapter V Trustee Robert P. Goe; Memorandum Of Points & Authorities, Declaration Of Robert P. Goe In Support Thereof with proof of service* for Robert Paul Goe (TR), Trustee Chapter 9/11, Period: 4/1/2024 to 9/27/2024, Fee: $60,925.00, Expenses: $106.48. Filed by Attorney Robert Paul Goe (TR) (Goe (TR), Robert) (Entered: 10/01/2024) |
| 10/01/2024 | 217 | Hearing Set (RE: related document(s)216 Application for Compensation filed by Trustee Robert Paul Goe (TR)) The Hearing date is set for 10/23/2024 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 10/01/2024) |
| 10/01/2024 | 218 (5 pgs) | Declaration re: *Jason Hansen in Support of First and Final Applications for Allowance of Pre-Confirmation Fees and Costs re: Marshack Hays Wood LLP as General Counsel; Cutsheet Express LLC as Chief Restructuring Officer with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)209 Application for Compensation *Notice of Submission of First and Final Compensation report for Cutsheet Express, LLC for the Period of March 1, 2024 to September 6, 2024 with Proof of Service* for Edward Bidanset, Other |

EXHIBIT 1, PAGE 40

| | | |
|---|---|---|
| | | Professional, Period: 3/1, 210 Application for Compensation *First and Final Application for Pre-Confirmation Fees and Costs with Proof of Service* for Marshack Hays Wood LLP, General Counsel, Period: 3/1/2024 to 9/27/2024, Fee: $178,703, Expenses: $8,970.32.). (Wood, David) (Entered: 10/01/2024) |
| 10/01/2024 | 219 (1 pg) | Certificate of Service *re: Notice of Submission of First and Final Compensation Report for Cutsheet Express, LLC for the Period of March 2024 to September 6, 2024 ; Declaration of Edward Bidanset in Support Thereof (Docket No. 209) and First and Final Application for Pre-confirmation Fees and Costs; Declaration David A. Wood in Support (Docket No. 210)* Filed by Other Professional Stretto, Inc. (RE: related document(s)209 Application for Compensation *Notice of Submission of First and Final Compensation report for Cutsheet Express, LLC for the Period of March 1, 2024 to September 6, 2024 with Proof of Service* for Edward Bidanset, Other Professional, Period: 3/1/2024 to 9/6/2024, Fee: $15,837.50, Expenses: $. Filed by Other Professional Edward Bidanset, 210 Application for Compensation *First and Final Application for Pre-Confirmation Fees and Costs with Proof of Service* for Marshack Hays Wood LLP, General Counsel, Period: 3/1/2024 to 9/27/2024, Fee: $178,703, Expenses: $8,970.32. Filed by Attorney Marshack Hays Wood LLP). (Vandell, Travis) (Entered: 10/01/2024) |
| 10/01/2024 | 220 (15 pgs) | Certificate of Service *re: Reorganized Debtors Notice of Effective Date of Second Amended Chapter 11 Plan of Reorganization Dated August 19, 2024 (Docket No. 213), Notice of First and Final Application for Preconfirmation Fees and Costs (Docket No. 214), and Supplemental Notice of Hearing to Be Held Remotely Using Zoomgov Audio and Video (Docket No. 215)* Filed by Other Professional Stretto, Inc. (RE: related document(s)213 Notice *Reorganized Debtor's Notice of Effective Date of Second Amended Chapter 11 Plan of Reorganization Dated August 19, 2024 with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)203 Order Confirming Debtor's Second Amended Chapter 11 Plan Of Reorganization Dated August 19, 2024 (BNC-PDF) (Related Doc 201) - IT IS HEREBY ORDERED THAT: 1. The Plan filed on September 10, 2024, as Dk. No. 201, with the non-material modifications states on the record at the August 14, 2024 - A post-confirmation staus conference will be held on February 12, 2025 at 10:00 a.m. - Please See Order For Further Ruling - Signed on 9/13/2024 (GD)).,  214 Notice of Hearing *Notice of First and Final Application for Pre-Confirmation Fees and Costs with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)210 Application for Compensation *First and Final Application for Pre-Confirmation Fees and Costs with Proof of Service* for Marshack Hays Wood LLP, General Counsel, Period: 3/1/2024 to 9/27/2024, Fee: $178,703, Expenses: $8,970.32. Filed by Attorney Marshack Hays Wood LLP)., 215 Notice *Supplemental Notice of Hearing to be Held Remotely Using ZoomGov Audio and Video with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)214 Notice of Hearing *Notice of First and Final Application for Pre-Confirmation Fees and Costs with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)210 Application for Compensation *First and Final Application for Pre-Confirmation Fees and Costs with Proof of Service* for Marshack Hays Wood LLP, General Counsel, Period: 3/1/2024 to 9/27/2024, Fee: $178,703, Expenses: $8,970.32. Filed by Attorney Marshack Hays Wood LLP).).). (Vandell, Travis) (Entered: 10/01/2024) |
| 10/02/2024 | 221 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Andrassy, Kyra. (Andrassy, Kyra) (Entered: 10/02/2024) |

EXHIBIT 1, PAGE 41

| | | |
|---|---|---|
| 10/23/2024 | 222 | Hearing Held (RE: related document(s)209 Application for Compensation filed by Other Professional Edward Bidanset) - Allowed as prayed. Movant to submit order. (GD) (Entered: 10/23/2024) |
| 10/23/2024 | 223 | Hearing Held (RE: related document(s)210 Application for Compensation filed by Attorney Marshack Hays Wood LLP) Allowed as prayed. Movant to submit order. (GD) (Entered: 10/23/2024) |
| 10/23/2024 | 224 | Hearing Held (RE: related document(s)216 Application for Compensation filed by Trustee Robert Paul Goe (TR)) Allowed as prayed. Movant to submit order. (GD) (Entered: 10/23/2024) |
| 10/23/2024 | 225 (2 pgs) | Order On Application For Payment Of: Final Fees And/Or Expenses (BNC-PDF) (Related Doc # 216) for Robert Paul Goe (TR), Subchapter V Trustee fees awarded: $60,925.00, expenses awarded: $106.48 - The Court Further Orders: Debtor Is Ordered To Pay The Pre-Confirmation Allowed Fees And Expenses Forthwith - Signed on 10/23/2024. (GD) (Entered: 10/23/2024) |
| 10/25/2024 | 226 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)225 Order on Application for Compensation (BNC-PDF)) No. of Notices: 1. Notice Date 10/25/2024. (Admin.) (Entered: 10/25/2024) |
| 10/28/2024 | 227 (2 pgs) | Order Granting Application For Payment Of: Final Fees And/Or Expenses (BNC-PDF) (Related Doc # 209) for Edward Bidanset, Cutsheet Express LLC, Chief Reconstructing Officer fees awarded: $15,837.50, expenses awarded: $0.00 - The Court Further Orders (Specify): The Movant May Apply Any Outstanding Retainer That It Is Currently Holding In Trust. Signed on 10/28/2024. (GD) (Entered: 10/28/2024) |
| 10/28/2024 | 228 (2 pgs) | Order Granting Application For Payment Of: Final Fees And/Or Expenses (BNC-PDF) (Related Doc # 210) for Marshack Hays Wood LLP, fka Marshack Hays LLP fees awarded: $178,703.00, expenses awarded: $8,970.32 - The Court Further Orders (Specify): The Firm Is Authorized To Apply The $40,941.00 Currently Held In Trust To The Amounts Approved Herein - Signed on 10/28/2024. (GD) (Entered: 10/28/2024) |
| 10/30/2024 | 229 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)227 Order on Application for Compensation (BNC-PDF)) No. of Notices: 1. Notice Date 10/30/2024. (Admin.) (Entered: 10/30/2024) |
| 10/30/2024 | 230 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)228 Order on Application for Compensation (BNC-PDF)) No. of Notices: 1. Notice Date 10/30/2024. (Admin.) (Entered: 10/30/2024) |
| 11/01/2024 | 231 (16 pgs) | Status report *and Request for Continuance of Hearing with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s) 185 Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option)). (Wood, David) (Entered: 11/01/2024) |
| 11/06/2024 | 232 | Hearing Rescheduled/Continued Re:52 Debtor's Emergency Motion For Order Authorizing Debtor To Obtain Post-Petition Loan; And Request For Expedited Hearing The Hearing date is set for 2/12/2025 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 11/06/2024) |

EXHIBIT 1, PAGE 42

12/1/25, 3:02 PM                                      CM/ECF - U.S. Bankruptcy Court (NG 1.8.3 - LIVE)

| | | |
|---|---|---|
| 11/07/2024 | **233**<br>(3 pgs) | Certificate of Service *re: Status Report and Request for Continuance of Hearing Re: 1. Motion for Order Authorizing Debtor to Obtain Post-petition Loan (Dk. No. 52); 2. Debtors Motion for Order Authorizing Use of Cash Collateral to Confirm That Its Secured Creditor is Adequately Protecte (Dk. No. 22) (Docket No. 231)* Filed by Other Professional Stretto, Inc. (RE: related document(s)231 Status report *and Request for Continuance of Hearing with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s) 185 Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option)).). (Vandell, Travis) (Entered: 11/07/2024) |
| 01/29/2025 | **234**<br>(9 pgs) | Motion to Appear pro hac vice *re: Myles Patrick McAliney with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 01/29/2025) |
| 01/29/2025 | **235**<br>(11 pgs) | Status report *Debtor's Post-Confirmation Status Report with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s) 232 Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option)). (Wood, David) (Entered: 01/29/2025) |
| 01/29/2025 | **236**<br>(2 pgs) | Order On Application Of Non-Resident Attorney Myles Patrick McAliney To Appear Pro Hac Vice (BNC-PDF) (Related Doc # 234 ) Signed on 1/29/2025 (GD) (Entered: 01/29/2025) |
| 01/31/2025 | **237**<br>(3 pgs) | Certificate of Service *re: Application of Non-resident Attorney to Appear in a Specific Case [LBR 2090-1 (b)] (Docket No. 234) and Debtors Post-confirmation Status Report (Docket No. 235)* Filed by Other Professional Stretto, Inc. (RE: related document(s)234 Motion to Appear pro hac vice *re: Myles Patrick McAliney with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC, 235 Status report *Debtor's Post-Confirmation Status Report with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s) 232 Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option)).). (Vandell, Travis) (Entered: 01/31/2025) |
| 01/31/2025 | **238**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)236 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 01/31/2025. (Admin.) (Entered: 01/31/2025) |
| 02/10/2025 | **239**<br>(63 pgs) | Motion to Extend Time *Motion to Extend Deadline to Objection to Claims with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 02/10/2025) |
| 02/10/2025 | **240**<br>(4 pgs) | Notice *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)239 Motion to Extend Time *Motion to Extend Deadline to Objection to Claims with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 02/10/2025) |
| 02/12/2025 | 241 | Hearing Rescheduled/Continued Re:122 Post-Confirmation Status Conference Confirmation hearing to be held on 7/2/2025 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 02/12/2025) |
| 02/12/2025 | 242 | Hearing Held (RE: related document(s)52 Emergency motion filed by Debtor Bridge Diagnostic, LLC) Off calendar. (GD) (Entered: 02/12/2025) |

EXHIBIT 1, PAGE 43

| | | |
|---|---|---|
| 02/12/2025 | 243 | Hearing Held Re:22 Debtor's Expedited Motion For Order Authorizing Use Of Cash Collateral To Confirm That Its Secured Creditor Is Adequately Protected - Off Calendar. (GD) (Entered: 02/12/2025) |
| 02/24/2025 | 244 (3 pgs) | Certificate of Service re: Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support (Docket No. 239), Notice of Motion to Extend Deadline to Objection to Claims (Docket No. 240) Filed by Other Professional Stretto, Inc. (RE: related document(s)239 Motion to Extend Time Motion to Extend Deadline to Objection to Claims with Proof of Service Filed by Debtor Bridge Diagnostic, LLC, 240 Notice with Proof of Service Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)239 Motion to Extend Time Motion to Extend Deadline to Objection to Claims with Proof of Service Filed by Debtor Bridge Diagnostic, LLC).). (Vandell, Travis) (Entered: 02/24/2025) |
| 02/27/2025 | 245 (73 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) with Proof of Service Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)239 Motion to Extend Time Motion to Extend Deadline to Objection to Claims with Proof of Service). (Wood, David) (Entered: 02/27/2025) |
| 02/27/2025 | 246 (4 pgs) | Notice of Rescheduled Hearing re: Post-Confirmation Status Conference with Proof of Service Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 02/27/2025) |
| 02/27/2025 | 247 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [02/12/2025 10:38:26 AM]. File Size [ 457 KB ]. Run Time [ 00:01:46 ]. (admin). (Entered: 02/27/2025) |
| 02/28/2025 | 248 (3 pgs) | Notice of Increased Hourly Rates Charged by Marshack Hays Wood LLP with Proof of Service Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) (Entered: 02/28/2025) |
| 03/10/2025 | 249 (3 pgs) | Certificate of Service re: Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) with Proof of Service Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)239 Motion to Extend Time Motion to Extend Deadline to Objection to Claims with Proof of Service). (Wood, David), Notice of Rescheduled Hearing re: Post-Confirmation Status Conference with Proof of Service Filed by Debtor Bridge Diagnostic, LLC. (Wood, David) Filed by Other Professional Stretto, Inc. (RE: related document(s)245 Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) with Proof of Service Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)239 Motion to Extend Time Motion to Extend Deadline to Objection to Claims with Proof of Service)., 246 Notice of Rescheduled Hearing re: Post-Confirmation Status Conference with Proof of Service Filed by Debtor Bridge Diagnostic, LLC.). (Vandell, Travis) (Entered: 03/10/2025) |
| 03/13/2025 | 250 (2 pgs) | Order Granting Motion To Extend Deadline To Objection To Claims (BNC-PDF) (Related Doc # 239 ) - IT IS ORDERED that the Motion is granted. The deadline for extending the Objection to Claims, is extended from March 29, 2025 through and including July 28, 2025. Signed on 3/13/2025 (GD) (Entered: 03/13/2025) |

EXHIBIT 1, PAGE 44

| | | |
|---|---|---|
| 03/15/2025 | **251**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)250 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 03/15/2025. (Admin.) (Entered: 03/15/2025) |
| 03/21/2025 | **252**<br>(18 pgs; 2 docs) | Motion *for Order Granting Authority to Issue Subpoenas for the Production of Documents and the Examination of Witnesses, pursuant to LBR 2004-1* Filed by Debtor Bridge Diagnostic, LLC (Attachments: # 1 Proposed Order) (McAliney, Myles) (Entered: 03/21/2025) |
| 04/11/2025 | **253**<br>(18 pgs) | Objection (related document(s): 252 Motion *for Order Granting Authority to Issue Subpoenas for the Production of Documents and the Examination of Witnesses, pursuant to LBR 2004-1 filed by Debtor Bridge Diagnostic, LLC) w/ Proof of Service* Filed by Interested Party United States of America (Levey, Elan) (Entered: 04/11/2025) |
| 05/12/2025 | 254 | In accordance with the Administrative Order 25-05 dated 05/05/2025, this case is hereby reassigned from Judge Theodor Albert to Judge Scott C Clarkson. (JL) (Entered: 05/12/2025) |
| 05/15/2025 | **255**<br>(5 pgs) | Stipulation By Crown Medical Collections, LLC and *the United States of America. Stipulation Regarding the United States of America's Objection to Debtor's Motion for Order Granting Authority to Issue Subpoenas for the Production of Documents and Examination of Witnesses with Proof of Service* Filed by Special Counsel Crown Medical Collections, LLC (Casey, Thomas) (Entered: 05/15/2025) |
| 05/19/2025 | **256**<br>(2 pgs) | Order Approving Stipulation Regarding The United States Of America's Objection To Debtor's Motion For Order Granting Authority To Issue Subpoenas For The Production Of Documents And Examination Of Witnesses. IT IS ORDERED: 1. The Stipulation Is APPROVED. 2. The Debtor, And/Or Its Special Counsel, Is Not Authorized To Issue A Subpoena Pursuant To Fed. R. Bankr. P. 2004 Or Otherwise, To The United States Of America, Including Its Agencies, Departments, Or Employees, In Connection With The Debtor's Bankruptcy Case. 3. The United States Hereby Withdraws Its Objection To The Motion. 4. The Parties Shall Work Directly Toward Resolving The Matter And Pursuing A Negotiated Resolution, If Possible. 5. The Parties Agree To Be Bound By The Terms Of The Stipulation And Further Agree That Any Disputes Arising Under the Stipulation Shall Be Resolved In Accordance With The Terms Of The Stipulation And The Applicable Rules Of The Bankruptcy Court. 6. Except As Set Forth In The Stipulation, The Stipulation Does Not Waive Any Rights Or Remedies Available To The Parties. 7. The Stipulation Shall Be Binding On The Parties And Their Respective Successors And Assigns. 8. The Parties Shall Each Bear Their Own Attorney's Fees And Costs. (BNC-PDF) (Related Doc # 255) Signed on 5/19/2025 (NB8) (Entered: 05/19/2025) |
| 05/22/2025 | **257**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)256 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 05/22/2025. (Admin.) (Entered: 05/22/2025) |
| 06/03/2025 | **258**<br>(1 pg) | Order Continuing Post-Confirmation Status Conference. IT IS ORDERED: The POST-CONFIRMATION STATUS CONFERENCE Is Hereby CONTINUED TO JULY 3, 2025, AT 10:00 A.M., In COURTROOM 5C, With A Status Report Due 14 Days In Advance. (BNC-PDF) (Related Doc # 122 ) Signed on 6/3/2025 (NB8) (Entered: 06/03/2025) |

EXHIBIT 1, PAGE 45

CM/ECF - U.S. Bankruptcy Court (NG 1.8.3 - LIVE)

| | | |
|---|---|---|
| 06/05/2025 | **259**<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)258 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 06/05/2025. (Admin.) (Entered: 06/05/2025) |
| 06/11/2025 | **260**<br>(16 pgs) | Status report *Debtor's Post-Confirmation Status Report; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)258 ORDER to continue/reschedule hearing (BNC-PDF)). (Wood, David) (Entered: 06/11/2025) |
| 07/01/2025 | 261 | Hearing Continued Post-Confirmation Status Conference Re:122 Chapter 11 Subchapter V Plan; Status hearing to be held on 7/3/2025 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson - CONTINUED TO JULY 3, 2025 AT 10:00 A.M. PER ORDER CONTINUING POST-CONFIRMATION STATUS CONFERENCE ENTERED 6-3-2025 - (DOCKET NO. 258) (GD) (Entered: 07/01/2025) |
| 07/03/2025 | 262 | Hearing Continued On Post-Confirmation Status Conference RE:122 Chapter 11 Subchapter V Plan - POST-CONFIRMATION STATUS CONFERENCE CONTINUED TO DECEMBER 10, 2025 AT 11:00 A.M., RM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 - STATUS REPORT DUE 14 DAYS IN ADVANCE The case judge is Scott C Clarkson (GD) (Entered: 07/14/2025) |
| 07/28/2025 | **263**<br>(69 pgs) | Motion to Extend Time *Deadline to File Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 07/28/2025) |
| 07/28/2025 | **264**<br>(4 pgs) | Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)263 Motion to Extend Time *Deadline to File Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 07/28/2025) |
| 07/29/2025 | **265**<br>(4 pgs) | Certificate of Service *re: Motion to Extend Time Deadline to File Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service Filed by Debtor Bridge Diagnostic, LLC (Wood, David), Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)263 Motion to Extend Time Deadline to File Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service Filed by Debtor Bridge Diagnostic, LLC).* (Wood, David) Filed by Other Professional Stretto, Inc. (RE: related document(s)263 Motion to Extend Time *Deadline to File Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC, 264 Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)263 Motion to Extend Time *Deadline to File Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC).). (Vandell, Travis) (Entered: 07/29/2025) |
| 07/30/2025 | **266**<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Reynolds, Michael. (Reynolds, Michael) (Entered: 07/30/2025) |
| 07/30/2025 | **267**<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Still, Andrew. (Still, Andrew) (Entered: 07/30/2025) |

**EXHIBIT 1, PAGE 46**

| | | |
|---|---|---|
| 08/14/2025 | 268<br>(82 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)263 Motion to Extend Time *Deadline to File Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service*). (Wood, David) - See docket entry no.: 269 for corrections Modified on 8/15/2025 (NB8). (Entered: 08/14/2025) |
| 08/15/2025 | 269 | Notice to Filer of Error and/or Deficient Document **Incorrect Case Number Format. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER CASE NUMBER FORMAT, WHICH IS: 8:24-bk-10803-SC.** (RE: related document(s)268 Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) filed by Debtor Bridge Diagnostic, LLC) (NB8) (Entered: 08/15/2025) |
| 08/15/2025 | 270<br>(2 pgs) | Order Granting Motion To Extend Deadline To Objection To Claims. IT IS ORDERED: The Motion Is GRANTED. The Deadline For Extending The Objection To Claims, Is EXTENDED From July 28, 2025, Through And Including December 1, 2025. (BNC-PDF) (Related Doc # 263 ) Signed on 8/15/2025 (NB8) (Entered: 08/15/2025) |
| 08/17/2025 | 271<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)270 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 08/17/2025. (Admin.) (Entered: 08/17/2025) |
| 10/16/2025 | 272<br>(4 pgs) | Substitution of attorney *with Proof of Service* Filed by Creditor University Research Park, LLC. (Pagter, R) (Entered: 10/16/2025) |
| 10/17/2025 | 273<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Perry Isaacson, Misty. (Perry Isaacson, Misty) (Entered: 10/17/2025) |
| 11/26/2025 | 274<br>(16 pgs) | Status report *Post-Confirmation; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s) 262 Hearing Rescheduled/Continued (Other) (BK Case - BNC Option)). (Wood, David) (Entered: 11/26/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/01/2025 15:02:29 | | |
| **PACER Login:** | attydeh162507 | **Client Code:** | 9999-001 |
| **Description:** | Docket Report | **Search Criteria:** | 8:24-bk-10803-SC Fil or Ent: filed From: 9/2/2021 To: 12/1/2025 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

EXHIBIT 1, PAGE 47

**EXHIBIT 2**

1  MATTHEW W. GRIMSHAW, #210424
   grimshaw@marshackhays.com
2  DAVID A. WOOD, #272406
   dwood@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt, Irvine, CA 92620
4  Telephone: 949-333-7777
   Facsimile: 949-333-7778
5
   Attorneys for Debtor,
6  BRIDGE DIAGNOSTICS, LLC,

**FILED & ENTERED**

**SEP 13 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

7                                    **CHANGES MADE BY COURT**

8              UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

10

11  In re                                    Case No. 8:24-bk-10803-TA

12  BRIDGE DIAGNOSTICS, LLC,                 Chapter 11 Subchapter V

13              Debtor.                      ORDER CONFIRMING DEBTOR'S
                                            SECOND AMENDED CHAPTER 11
14                                          PLAN OF REORGANIZATION DATED
                                            AUGUST 19, 2024
15
                                            Hearing:
16                                          Date:   August 14, 2024
                                            Time:   10:00 a.m.
17                                          Ctrm:   5B
                                            Place:  411 West Fourth Street
18                                                  Santa Ana, CA  92701

19          The hearing on the confirmation of Debtor Bridge Diagnostics, LLC ("Debtor"), Second

20  Amended Chapter 11 Plan of Reorganization by Debtor, filed on September 10, 2024, as Dk. No.

21  201 ("Plan")[1], came on for hearing on August 14, 2024, at 10:00 a.m., before the Honorable Theodor

22  C. Albert, United States Bankruptcy Judge, presiding ("Confirmation Hearing"). All appearances are

23  as stated on the record.

24          The Court has reviewed the Plan; the Confirmation Brief ("Confirmation Brief") filed by

25  Debtor on August 7, 2024, as Dk. No. 174; the Declarations of Jason Hansen, Edward Bidanset, and

26

27  _____

28  A copy of the redlined second amended Plan has been filed separately as Exhibit "A," due to the
    length of the document and is incorporated into this Order. A copy of the clean second amended Plan
    has been filed separately as Exhibit "B," due to the length of the document and is incorporated into
    this Order.
                                            1

David A. Wood in Support of the Confirmation Brief; the comments filed by the SubV Chapter 11 Trustee ("Trustee") on August 9, 2024, as Dk. No. 177 ("Trustee Comments"), the reply filed by creditor University Research Park LLC ("URP LLC") on August 9, 2024, as Dk. No. 179 ("URP Reply"), the reply filed by interested party Mr. Jason Hansen ("Mr. Hansen") on August 9, 2024, as DK. No. 180 , and all other relevant pleadings and evidence filed with respect to this matter.

Creditor Ross Blackburn ("Blackburn") filed a limited objection with respect to the Plan Confirmation. On August 6, 2024 as Dk. No. 162, Debtor and Blackburn entered into a stipulation regarding issues for determination with respect to the claim of Blackburn ("Blackburn Stipulation").

Based on the foregoing, the Court adopts the Confirmation Brief as its findings of fact and conclusions of law with the following exceptions:

A.    On the record at the Confirmation Hearing, the Debtor, Trustee, URP LLC, and Mr. Hansen agreed to certain non-material modifications of the Plan to resolve the Trustee's Comments, and the URP Reply. The Plan contains the agreed upon non-material modifications.

B.    Under §1191(a), a plan can be confirmed if it meets all of the requirements of 11 U.S.C. §1129(a) with the exception to 11 U.S.C. §1129(a)(15), which need not be met.  The Plan does not satisfy §§1129(a)(8). Therefore, the Debtor is not seeking confirmation under §1191(a).

C.    Under § 1191(b) the Plan can be confirmed if the Plan (1) meets all of the requirements of 11 U.S.C. §1129(a) with the exceptions of 11 U.S.C. §§1129(a)(8), (10), and (15) and (2) does not discriminate unfairly and is "fair and equitable" (as defined by 11 U.S.C. §1191(c)) as to all impaired classes of claims that did not vote to accept the plan.

D.    The Plan satisfies all of the requirements of 11 U.S.C. §§1129(a) other than subsection (8).

E.    Section 1129(a)(1) requires that a plan comply with the applicable provisions of the Bankruptcy Code. The Plan satisfies the requirement.

F.    Section 1122(a) permits a proposed plan to "place a claim or interest in a particular class only if such a claim or interest is substantially similar to other claims or interests in such class." The Plan classifies claims into three (3) different classes. Class 1 consists of the Debtor's secured claims–which are separately classified in Classes 1(a) through Class 1(m).  Class 2 consists of the

2

priority claim of BlueCross filed against the Debtor. Finally, Class 3 consists of the general unsecured claims asserted against the Debtor.  Thus, as can be seen by the description of the classes contained in the Plan, the claims within each class are substantially similar. Because the Plan places only similar claims within each class, the Plan complies with 11 U.S.C. §1122.

G.    Section 1123(a)(1) requires that a plan designate one or more classes of claims and interests other than claims specified in 11 U.S.C. § 507(a)(2) (administrative expense claims), (a)(3) (claims arising during the "gap period" in an involuntary case), (a)(8) (priority tax claims), and classes of interests. The Plan complies with 11 U.S.C. § 1123(a)(1) because it classifies claims other than administrative claims and priority tax claims. Thus, the Plan complies with 11 U.S.C. §1123(a)(1).

Therefore, good cause exists for the Court to make its order as follows:

IT IS HEREBY ORDERED THAT:

1.    The Plan filed on September 10, 2024, as Dk. No. 201, with the non-material modifications stated on the record at the August 14, 2024, hearing, is confirmed under 11 U.S.C. §1191(b);

2.    The Court finds that the treatment of Class 1(i) claim for Blackburn will be treated as a Class 3 unsecured claim, and share *pro rata* with similarly situated unsecured creditors. Blackburn's alleged security interest was not perfected prior to the filing of the Petition Date, and therefore Blackburn does not have a pre-petition lien against the Debtor and/or its assets. Blackburn does not have a lien on any of the Debtor's and/or Reorganized Debtor's assets, and pursuant to 11 U.S.C. § 544(a)(1), 550, and 551, any unperfected security interest held by Blackburn is avoided, recovered, and preserved in favor of the Debtor. *Nielson v. Chang (In re First T.D. & Inv., Inc.)*, 523 F.3d 520, 526 (9th Cir. 2001);

3.    The provisions of this Order, as well as all provisions of the Plan, are binding in all respects upon the Debtor and each creditor, whether or not such creditor voted in favor of the Plan;

4.    The Effective Date of the Plan will be the first business day after this Order becomes Final.  An order is "Final" if the deadline to file a notice of appeal or seek a new trial or rehearing has passed and (1) no appeal or motion for new trial or rehearing has been filed; or (2) an appeal or

EXHIBIT 2, PAGE 50

motion for new trial or rehearing has been filed but no stay was obtained;

5. Except as otherwise provided in the Plan, the confirmation of the Plan vests in the Reorganized Debtor all property of the Estate and all the rights and privileges to prosecute any and all claims and actions of the Debtor and Debtor's Bankruptcy Estate including claims and actions of Debtor's creditors pursuant to 11 U.S.C. §§ 108, 541, 544, 545, 546, 547, 548, 549, 550 and 551;

6. The Disbursing Agent is authorized to make disbursements to claimants in accordance with the Plan and this Order;

7. The Reorganized Debtor and Disbursing Agent, and any other person that has a duty or responsibility to act under the Plan is hereby authorized, empowered, and directed to carry out the provisions of the Plan, and to perform such other acts and execute such other documents as are necessary or appropriate in connection with the Plan and this Order;

8. Until Debtor's case is closed, the Court retains jurisdiction over this case, to the extent provided by the Plan or applicable law to ensure that the purposes and intent of the Plan are carried out;

9. If Debtor's case is converted to one under Chapter 7, the nonexempt property of Debtor that has not been disbursed pursuant to the Plan shall be re-vested in the Chapter 7 estate and all orders previously entered by the Court in this bankruptcy case shall survive and remain enforceable and binding on all relevant parties notwithstanding conversion to Chapter 7;

10. If Debtor's case is dismissed, all orders previously entered by the Court in this bankruptcy case shall survive and remain enforceable and binding on all relevant parties, notwithstanding entry of such order dismissing the Debtor's bankruptcy case;

11. On the Effective Date, the Debtor shall be discharged from any and all debts that arose before confirmation of the Plan, provided, however, that the Debtor is not discharged from any debt of a kind specified in 11 U.S.C. §§ 523(a)(2)(A)-(B) that is owed to a domestic governmental unity, or owed to a person as the result of an action filed under subchapter III of Chapter 37 of title 31 or any similar State statute; or for a tax or customs duty with respect to which the debtor made a fraudulent tax return or willfully attempted in any manner to evade or to defeat such tax or such customs duty. All persons or entities who held claims against Debtor as of the date of when the Plan

4

1    was confirmed or who held or may hold claims based on conduct that occurred, wholly or partially,

2    before the Petition Date, shall refrain from enforcing such claim in any fashion, including through

3    setoff, subrogation, or recoupment;

4        12.    On the Effective Date, the Debtor and officers, directors, and employees; the Debtor's

5    professionals in this case, including Marshack Hays Woods LLP, Edward Bidanset and Cutsheet

6    Express LLC, Stretto, Inc., Crown Medical Collections, LLC, and their respective officers, directors,

7    partners, associates, and employees; and the Subchapter V Trustees shall be relieved of any liability

8    to any person, including creditors of the Debtor's Bankruptcy Estate, for any act or omission in

9    connection with, relating to or arising out of any post-petition action, including without limitation

10   the formulation and implementation of the Plan; provided, however, that such parties are not relieved

11   of liability for willful misconduct or gross negligence; and

12       13.    The Court retains jurisdiction in accordance with the provisions of the Plan and to

13   enforce this Confirmation Order.

14       *A post-confirmation status conference will be held on February 12, 2025 at 10:00 a.m.*

15                                    ###

16

17

18

19

20

21

22

23   Date: September 13, 2024

24                                          Theodor C. Albert
                                            United States Bankruptcy Judge

25

26

27

28

                                    5

**EXHIBIT 3**

12/1/25, 3:03 PM                                  CM/ECF - U.S. Bankruptcy Court (NG 1.8.3 - LIVE)

# Central District of California
# Claims Register

### 8:24-bk-10803-SC Bridge Diagnostic, LLC

| | |
|---|---|
| **Judge:** Scott C Clarkson | **Chapter:** 11 |
| **Office:** Santa Ana | **Last Date to file claims:** 06/07/2024 |
| **Trustee:** Robert Paul Goe (TR) | **Last Date to file (Govt):** 09/25/2024 |

| | | |
|---|---|---|
| *Creditor:* (41926228)<br>Texas Health & Human Services<br>Commission<br>4601 W. Guadalupe Street, MC-1100<br>Austin, TX 78751 | **Claim No: 1**<br>*Original Filed Date:* 04/11/2024<br>*Original Entered Date:* 04/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

Amount claimed: $707.43

*History:*

| Details | | 1-1 | 04/11/2024 Claim #1 filed by Texas Health & Human Services Commission, Amount claimed: $707.43 (AUTP) |
|---|---|---|---|

*Description:*

*Remarks:* (1-1) Account Number (last 4 digits):5622

| | | |
|---|---|---|
| *Creditor:* (41911984)<br>Hamilton Company<br>P.O. Box 10030<br>Reno, NV 89520-0012 | **Claim No: 2**<br>*Original Filed Date:* 04/15/2024<br>*Original Entered Date:* 04/15/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* TL<br>*Modified:* |

Amount claimed: $112304.89

*History:*

| Details | | 2-1 | 04/15/2024 Claim #2 filed by Hamilton Company, Amount claimed: $112304.89 (TL) |
|---|---|---|---|

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41911992)<br>TXPSI, LLC<br>298 Industrial Blvd<br>Bastrop, TX 78602 | **Claim No: 3**<br>*Original Filed Date:* 04/16/2024<br>*Original Entered Date:* 04/16/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

Amount claimed: $118152.33

*History:*

| Details | | 3-1 | 04/16/2024 Claim #3 filed by TXPSI, LLC, Amount claimed: $118152.33 (AUTP) |
|---|---|---|---|

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41911996)<br>Xifin, Inc.<br>12225 El Camino Real, Suite 100<br>San Diego, CA 92130-3081 | **Claim No: 4**<br>*Original Filed Date:* 04/17/2024<br>*Original Entered Date:* 04/17/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

Amount claimed: $234381.00

*History:*

| Details | | 4-1 | 04/17/2024 Claim #4 filed by Xifin, Inc., Amount claimed: $234381.00 (AUTP) |
|---|---|---|---|

*Description:*
*Remarks:* (4-1) Account Number (last 4 digits):ib01

EXHIBIT 3, PAGE 53

| | | |
|---|---|---|
| *Creditor:*        (41938098) | **Claim No: 5** | *Status:* |
| Helmco Electric, Inc. . | *Original Filed Date:* 04/25/2024 | *Filed by:* CR |
| 17985 Sky Park Circle Suite J | *Original Entered Date:* 04/25/2024 | *Entered by:* TL |
| Irvine, CA 926 14 | | *Modified:* |

  Amount claimed: $21105.00

*History:*

| Details | 🌐 | 5-1 | 04/25/2024 Claim #5 filed by Helmco Electric, Inc. ., Amount claimed: $21105.00 (TL) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*        (41950125) | **Claim No: 6** | *Status:* |
| CDW Direct, LLC | *Original Filed Date:* 04/29/2024 | *Filed by:* CR |
| Attn: Vida Krug | *Original Entered Date:* 04/29/2024 | *Entered by:* SM2 |
| 200 N. Milwaukee Ave. | | *Modified:* |
| Vernon Hills, IL 60061 | | |

  Amount claimed: $105730.70

*History:*

| Details | 🌐 | 6-1 | 04/29/2024 Claim #6 filed by CDW Direct, LLC, Amount claimed: $105730.70 (SM2) |

*Description:* (6-1) goods sold

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*        (41957126) | **Claim No: 7** | *Status:* |
| Becton, Dickinson and Company | *Original Filed Date:* 05/02/2024 | *Filed by:* CR |
| McCarter & English, LLP, Attn: Lisa S. | *Original Entered Date:* 05/02/2024 | *Entered by:* AUTP |
| Bonsall | | *Modified:* |
| 100 Mulberry Street | | |
| Four Gateway Center | | |
| Newark, NJ 07102 | | |

  Amount claimed: $29489.76

*History:*

| Details | 🌐 | 7-1 | 05/02/2024 Claim #7 filed by Becton, Dickinson and Company, Amount claimed: $29489.76 (AUTP) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*        (41960224) | **Claim No: 8** | *Status:* |
| Stuart Lippman And Associates | *Original Filed Date:* 05/06/2024 | *Filed by:* CR |
| 5447 E 5th Street | *Original Entered Date:* 05/06/2024 | *Entered by:* AUTP |
| Suite 110 | | *Modified:* |
| Tucson, AZ 85711 | | |

  Amount claimed: $27858.86

*History:*

| Details | 🌐 | 8-1 | 05/06/2024 Claim #8 filed by Stuart Lippman And Associates, Amount claimed: $27858.86 (AUTP) |

*Description:*

*Remarks:* (8-1) Account Number (last 4 digits):6889

| | | |
|---|---|---|
| *Creditor:*        (41961701) | **Claim No: 9** | *Status:* |
| American Type Culture Collection | *Original Filed Date:* 05/07/2024 | *Filed by:* CR |
| 10801 University Blvd | *Original Entered Date:* 05/07/2024 | *Entered by:* TS |
| Manassas, VA 20110 | | *Modified:* |

*History:*

| Details | 🌐 | 9-1 | 05/07/2024 Claim #9 filed by American Type Culture Collection, Amount claimed: $3130501.00 (TS) |

*Description:* (9-1) Goods sold

*Remarks:*

EXHIBIT 3, PAGE 54

Amount claimed: $3130501.00

*History:*

Details ⬤ 9-1  05/07/2024 Claim #9 filed by American Type Culture Collection, Amount claimed: $3130501.00 (TS)

*Description:* (9-1) Goods sold

*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:*    (41938069)   History | **Claim No: 10** | *Status:* | |
| BayCap LLC | *Original Filed Date*: 05/09/2024 | *Filed by:* CR | |
| 250 N Harbor Blvd., Suite 313 | *Original Entered Date*: 05/09/2024 | *Entered by:* JL | |
| Redondo Beach, CA 90277 | | *Modified:* | |

  Amount  claimed: $166725.95
  Secured claimed: $166725.95
  Priority  claimed:        $0.00

*History:*

Details ⬤ 10-1  05/09/2024 Claim #10 filed by BayCap LLC, Amount claimed: $166725.95 (JL)

*Description:*

*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:*    (41938069)   History | **Claim No: 11** | *Status:* | |
| BayCap LLC | *Original Filed Date*: 05/09/2024 | *Filed by:* CR | |
| 250 N Harbor Blvd., Suite 313 | *Original Entered Date*: 05/09/2024 | *Entered by:* JL | |
| Redondo Beach, CA 90277 | | *Modified:* | |

  Amount  claimed: $127329.93
  Secured claimed: $127329.93

*History:*

Details ⬤ 11-1  05/09/2024 Claim #11 filed by BayCap LLC, Amount claimed: $127329.93 (JL)

*Description:*

*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:*    (41938069)   History | **Claim No: 12** | *Status:* | |
| BayCap LLC | *Original Filed Date*: 05/09/2024 | *Filed by:* CR | |
| 250 N Harbor Blvd., Suite 313 | *Original Entered Date*: 05/09/2024 | *Entered by:* JL | |
| Redondo Beach, CA 90277 | | *Modified:* | |

  Amount  claimed: $237202.75
  Secured claimed: $237202.75

*History:*

Details ⬤ 12-1  05/09/2024 Claim #12 filed by BayCap LLC, Amount claimed: $237202.75 (JL)

*Description:*

*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:*    (41938069)   History | **Claim No: 13** | *Status:* | |
| BayCap LLC | *Original Filed Date*: 05/09/2024 | *Filed by:* CR | |
| 250 N Harbor Blvd., Suite 313 | *Original Entered Date*: 05/09/2024 | *Entered by:* JL | |
| Redondo Beach, CA 90277 | | *Modified:* | |

  Amount  claimed: $151023.12
  Secured claimed: $151023.12

*History:*

Details ⬤ 13-1  05/09/2024 Claim #13 filed by BayCap LLC, Amount claimed: $151023.12 (JL)

*Description:*

*Remarks:*

EXHIBIT 3, PAGE 55

*Creditor:*      (41919433)      **Claim No: 14**      *Status:*
KRYSTAL REED, INDIVIDUALLY AND ON    *Original Filed Date:* 05/15/2024    *Filed by:* CR
BEHALF OF OTHERS      *Original Entered Date:* 05/15/2024    *Entered by:* AUTP
SIMILARLY SITUATED      *Modified:*
C/O IAN M. SILVERS
BISNAR CHASE LLP
1301 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

  Amount claimed: $309632.82

*History:*

Details    ⚫    14-1   05/15/2024 Claim #14 filed by KRYSTAL REED, INDIVIDUALLY AND ON BEHALF OF OTHERS,
                  Amount claimed: $309632.82 (AUTP)

*Description:*
*Remarks:*


*Creditor:*      (41972231)      **Claim No: 15**      *Status:*
Jenna Schroeder      *Original Filed Date:* 05/15/2024    *Filed by:* CR
250 S Wacker Dr      *Original Entered Date:* 05/15/2024    *Entered by:* AUTP
Ste 230      *Modified:*
Chicago, IL 60606

  Amount claimed: $137484.20

*History:*

Details    ⚫    15-1   05/15/2024 Claim #15 filed by Jenna Schroeder, Amount claimed: $137484.20 (AUTP)

*Description:*
*Remarks:*


*Creditor:*      (41972233)      **Claim No: 16**      *Status:*
Blair Simon      *Original Filed Date:* 05/15/2024    *Filed by:* CR
250 S Wacker Dr      *Original Entered Date:* 05/15/2024    *Entered by:* AUTP
Ste 230      *Modified:*
Chicago, IL 60606

  Amount claimed: $132882.13

*History:*

Details    ⚫    16-1   05/15/2024 Claim #16 filed by Blair Simon, Amount claimed: $132882.13 (AUTP)

*Description:*
*Remarks:*


*Creditor:*      (41972234)      **Claim No: 17**      *Status:*
Katie Wheeler      *Original Filed Date:* 05/15/2024    *Filed by:* CR
250 S Wacker Dr      *Original Entered Date:* 05/15/2024    *Entered by:* AUTP
Ste 230      *Modified:*
Chicago, IL 60606

  Amount claimed: $135237.68

*History:*

Details    ⚫    17-1   05/15/2024 Claim #17 filed by Katie Wheeler, Amount claimed: $135237.68 (AUTP)

*Description:*
*Remarks:*

EXHIBIT 3, PAGE 56

| | | |
|---|---|---|
| *Creditor:* (41938103) | **Claim No: 18** | *Status:* |
| inGENEious RX Incorporated / Becky Winsl | *Original Filed Date*: 05/15/2024 | *Filed by:* CR |
| 6080 Via Sprena Dr | *Original Entered Date*: 05/15/2024 | *Entered by:* AUTP |
| El Paso, TX 79912 | | *Modified:* |

Amount claimed: $1600.00

*History:*

Details   🌐   18-1   05/15/2024 Claim #18 filed by inGENEious RX Incorporated / Becky Winsl, Amount claimed: $1600.00 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41983823) | **Claim No: 19** | *Status:* |
| Aetna, Inc. | *Original Filed Date*: 05/23/2024 | *Filed by:* CR |
| Aaron McCollough | *Original Entered Date*: 05/23/2024 | *Entered by:* AUTP |
| c/o McGuireWoods LLP | | *Modified:* |
| 77 West Wacker Drive, Suite 4100 | | |
| Chicago, IL 60601-1818 | | |

Amount claimed: $4807.72

*History:*

Details   🌐   19-1   05/23/2024 Claim #19 filed by Aetna, Inc., Amount claimed: $4807.72 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41987935) | **Claim No: 20** | *Status:* |
| FocusMD | *Original Filed Date*: 05/28/2024 | *Filed by:* CR |
| 400 Southpointe Boulevard | *Original Entered Date*: 05/28/2024 | *Entered by:* AUTP |
| Suite 105 | | *Modified:* |
| Canonsburg, PA 15317 | | |

Amount claimed: $2950.75

*History:*

Details   🌐   20-1   05/28/2024 Claim #20 filed by FocusMD, Amount claimed: $2950.75 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41911977) | **Claim No: 21** | *Status:* |
| Airspace Technologies, Inc. | *Original Filed Date*: 05/29/2024 | *Filed by:* CR |
| 5909 Sea Otter PlaceSuite 200 | *Original Entered Date*: 05/29/2024 | *Entered by:* Jennifer M Oliver |
| Carlsbad, CA 92010 | | *Modified:* |

Amount claimed: $163503.88

*History:*

Details   🌐   21-1   05/29/2024 Claim #21 filed by Airspace Technologies, Inc., Amount claimed: $163503.88 (Oliver, Jennifer)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41989721) | **Claim No: 22** | *Status:* |
| ELLKAY LLC | *Original Filed Date*: 05/29/2024 | *Filed by:* CR |

*History:*

Details   🌐   22-1   05/29/2024 Claim #22 filed by ELLKAY LLC, Amount claimed: $92510.00 (AUTP)

*Description:*

*Remarks:*

EXHIBIT 3, PAGE 57

10 Furler Street PO Box 209          *Original Entered Date:* 05/29/2024          *Entered by:* AUTP
Totowa, NJ 07512-10                                                              *Modified:*

  Amount claimed: $92510.00

*History:*

Details  ◉  22-1  05/29/2024 Claim #22 filed by ELLKAY LLC, Amount claimed: $92510.00 (AUTP)

*Description:*

*Remarks:*

---

*Creditor:*       (41995127)               **Claim No: 23**               *Status:*
UnitedHealthcare Insurance Company         *Original Filed Date:* 05/31/2024      *Filed by:* CR
ATTN: CDM/Bankruptcy                       *Original Entered Date:* 05/31/2024    *Entered by:* AUTP
185 Asylum Street - 03B                                                    *Modified:*
Hartford, CT 06103

  Amount claimed: $17556.25

*History:*

Details  ◉  23-1  05/31/2024 Claim #23 filed by UnitedHealthcare Insurance Company, Amount claimed: $17556.25
                  (AUTP)

*Description:*

*Remarks:* (23-1) Account Number (last 4 digits):2662

---

*Creditor:*       (41911981)               **Claim No: 24**               *Status:*
David Wright Tremaine, LLP                 *Original Filed Date:* 05/31/2024      *Filed by:* CR
920 Fifth Ave., Suite 3300                 *Original Entered Date:* 05/31/2024    *Entered by:* AUTP
Seattle, WA 98104-1610                     *Last Amendment Filed:* 06/07/2024     *Modified:* 06/07/2024
                                           *Last Amendment Entered:* 06/07/2024

  Amount claimed: $111589.50

*History:*

Details  24-1  05/31/2024 Claim #24 filed by David Wright Tremaine, LLP, Amount claimed: $111589.50 (AUTP)
Details  24-2  06/07/2024 Amended Claim #24 filed by David Wright Tremaine, LLP, Amount claimed: $111589.50
              (AUTP)

*Description:*

*Remarks:*

---

*Creditor:*       (42000653)               **Claim No: 25**               *Status:*
Blue Cross of California & Anthem Blue      *Original Filed Date:* 06/04/2024      *Filed by:* CR
Cross Life                                 *Original Entered Date:* 06/04/2024    *Entered by:* AUTP
Nicole Lapenta - Shipman & Goodwin LLP                                     *Modified:*
One Constitution Plaza
Hartford, CT 06103

  Amount claimed: $12942.80
  Priority  claimed: $12942.80

*History:*

Details  ◉  25-1  06/04/2024 Claim #25 filed by Blue Cross of California & Anthem Blue Cross Life, Amount claimed:
                  $12942.80 (AUTP)

*Description:*

*Remarks:*

EXHIBIT 3, PAGE 58

*Creditor:*       (42001160)                      **Claim No: 26**                              *Status:*
De Lage Landen Financial Services, Inc.           *Original Filed Date:* 06/04/2024             *Filed by:* AT
Hemar, Rousso & Heald, LLP                         *Original Entered Date:* 06/04/2024          *Entered by:* Christopher Crowell
c/o Christopher D. Crowell                                                                       *Modified:*
15910 Ventura Blvd., 12th Fl, Encino, CA
(818)501-3800;
ccrowell@hrhlaw.com

 Amount  claimed: $160932.56
 Secured claimed: $160932.56

*History:*

Details      🔵  26-1   06/04/2024 Claim #26 filed by De Lage Landen Financial Services, Inc., Amount claimed: $160932.56
                            (Crowell, Christopher)

*Description:*
*Remarks:*


*Creditor:*       (42001160)                      **Claim No: 27**                              *Status:*
De Lage Landen Financial Services, Inc.           *Original Filed Date:* 06/04/2024             *Filed by:* AT
Hemar, Rousso & Heald, LLP                         *Original Entered Date:* 06/04/2024          *Entered by:* Christopher Crowell
c/o Christopher D. Crowell                                                                       *Modified:*
15910 Ventura Blvd., 12th Fl, Encino, CA
(818)501-3800;
ccrowell@hrhlaw.com

 Amount  claimed: $40908.16
 Secured claimed: $40908.16

*History:*

Details      🔵  27-1   06/04/2024 Claim #27 filed by De Lage Landen Financial Services, Inc., Amount claimed: $40908.16
                            (Crowell, Christopher)

*Description:*
*Remarks:*


*Creditor:*       (42001160)                      **Claim No: 28**                              *Status:*
De Lage Landen Financial Services, Inc.           *Original Filed Date:* 06/04/2024             *Filed by:* AT
Hemar, Rousso & Heald, LLP                         *Original Entered Date:* 06/04/2024          *Entered by:* Christopher Crowell
c/o Christopher D. Crowell                                                                       *Modified:*
15910 Ventura Blvd., 12th Fl, Encino, CA
(818)501-3800;
ccrowell@hrhlaw.com

 Amount  claimed: $107315.36
 Secured claimed: $107315.36

*History:*

Details      🔵  28-1   06/04/2024 Claim #28 filed by De Lage Landen Financial Services, Inc., Amount claimed: $107315.36
                            (Crowell, Christopher)

*Description:*
*Remarks:*


*Creditor:*       (42003238)                      **Claim No: 29**                              *Status:*
United HealthCare Services, Inc.                  *Original Filed Date:* 06/06/2024             *Filed by:* CR
Shipman & Goodwin LLP, c/o Eric                   *Original Entered Date:* 06/06/2024

*History:*

Details      🔵  29-1   06/06/2024 Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $7271504.94 (AUTP)
Details      🔵  29-2   07/17/2024 Amended Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $769646.73
                            (AUTP)

*Description:*
*Remarks:*

12/1/25, 3:03 PM
CM/ECF - U.S. Bankruptcy Court (NG 1.8.3 - LIVE)

Goldstein
One Constitution Plaza
Hartford, CT 06103

*Last Amendment Filed:* 07/17/2024        *Entered by:* AUTP
*Last Amendment Entered:* 07/17/2024      *Modified:* 07/17/2024

 Amount claimed: $769646.73

*History:*

| Details | 🔵 | 29-1 | 06/06/2024 Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $7271504.94 (AUTP) |
| Details | 🔵 | 29-2 | 07/17/2024 Amended Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $769646.73 (AUTP) |

*Description:*
*Remarks:*


*Creditor:*        (42004025)
University Research Park LLC
c/o R. Gibson Pagter, Jr.
PAGTER AND PERRY ISAACSON
1851 E. First Street, Suite 700
Santa Ana, CA 92705
*No amounts claimed*

**Claim No: 30**
*Original Filed Date:* 06/06/2024
*Original Entered Date:* 06/06/2024

*Status:*
*Filed by:* CR
*Entered by:* R Gibson Pagter, Jr.
*Modified:*

*History:*

| Details | 🔵 | 30-1 | 06/06/2024 Claim #30 filed by University Research Park LLC, Amount claimed: (Pagter, R) |

*Description:* (30-1) Terminated Lease
*Remarks:*


*Creditor:*        (42004778)
Ross Blackburn
c/o Aaron J. Malo, Esquire
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626

**Claim No: 31**
*Original Filed Date:* 06/07/2024
*Original Entered Date:* 06/07/2024

*Status:*
*Filed by:* CR
*Entered by:* Aaron J Malo
*Modified:*

 Amount  claimed: $2624490.98
 Secured claimed: $2624490.98

*History:*

| Details | 🔵 | 31-1 | 06/07/2024 Claim #31 filed by Ross Blackburn, Amount claimed: $2624490.98 (Malo, Aaron) |

*Description:*
*Remarks:*


*Creditor:*        (42004968)
Thermo Fisher Financial Services, Inc.
c/o Beverly Weiss Manne
1500 One PPG Place
Pittsburgh, PA 15222

**Claim No: 32**
*Original Filed Date:* 06/07/2024
*Original Entered Date:* 06/07/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

 Amount  claimed: $423151.10
 Secured claimed: $423151.10

*History:*

| Details | 🔵 | 32-1 | 06/07/2024 Claim #32 filed by Thermo Fisher Financial Services, Inc., Amount claimed: $423151.10 (AUTP) |

*Description:*
*Remarks:*

EXHIBIT 3, PAGE 60

CM/ECF - U.S. Bankruptcy Court (NG 1.8.3 - LIVE)

*Creditor:*       (41938088)   History
First Insurance Funding
PO Box 7000
Carol Stream, IL 6197-7000

**Claim No: 33**
*Original Filed Date:* 06/07/2024
*Original Entered Date:* 06/07/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

 Amount  claimed: $21584.58
 Secured claimed: $21584.58

*History:*

Details   🌐   33-1   06/07/2024 Claim #33 filed by First Insurance Funding, Amount claimed: $21584.58 (AUTP)

*Description:*

*Remarks:* (33-1) Account Number (last 4 digits):4081

---

*Creditor:*       (41938088)   History
First Insurance Funding
PO Box 7000
Carol Stream, IL 6197-7000

**Claim No: 34**
*Original Filed Date:* 06/07/2024
*Original Entered Date:* 06/07/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

 Amount  claimed: $101214.00
 Secured claimed: $101214.00

*History:*

Details   🌐   34-1   06/07/2024 Claim #34 filed by First Insurance Funding, Amount claimed: $101214.00 (AUTP)

*Description:*

*Remarks:* (34-1) Account Number (last 4 digits):0257

---

*Creditor:*       (42005424)
Katrina Gillespie
28432 Via Cynthia
Laguna Niguel, CA 92677

**Claim No: 35**
*Original Filed Date:* 06/07/2024
*Original Entered Date:* 06/07/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

 Amount claimed: $21393.75

*History:*

Details   🌐   35-1   06/07/2024 Claim #35 filed by Katrina Gillespie, Amount claimed: $21393.75 (AUTP)

*Description:*

*Remarks:*

---

*Creditor:*       (41938137)   History
Evolution Technologies LLC
dba Team Logic IT
22511 Aspan St, STE F
Lake Forest, CA 92630

**Claim No: 36**
*Original Filed Date:* 06/10/2024
*Original Entered Date:* 06/10/2024

*Status:*
*Filed by:* CR
*Entered by:* VN
*Modified:*

 Amount claimed: $14278.21

*History:*

Details   🌐   36-1   06/10/2024 Claim #36 filed by Evolution Technologies LLC, Amount claimed: $14278.21 (VN)

*Description:* (36-1) Services Performed
*Remarks:*

---

*Creditor:*       (42013486)
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**Claim No: 37**
*Original Filed Date:* 06/14/2024
*Original Entered Date:* 06/14/2024

*Status:*
*Filed by:* CR
*Entered by:* Rebecca Estonilo
*Modified:*

*History:*

Details   🌐   37-1   06/14/2024 Claim #37 filed by FRANCHISE TAX BOARD, Amount claimed: $707.91 (Estonilo, Rebecca)

*Description:* (37-1) Claim Filed
*Remarks:*

EXHIBIT 3, PAGE 61

Amount claimed: $707.91
Priority  claimed: $707.91

*History:*

*Details*    37-1    06/14/2024 Claim #37 filed by FRANCHISE TAX BOARD, Amount claimed: $707.91 (Estonilo, Rebecca)

*Description:* (37-1) Claim Filed
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (41938100)    *History* | **Claim No: 38** | *Status:* |
| HigherEchelon, Inc. | *Original Filed Date:* 06/20/2024 | *Filed by:* CR |
| 101 Lowe Ave SE, Suite 3B | *Original Entered Date:* 06/20/2024 | *Entered by:* VN |
| Huntsville, AL 35801 | | *Modified:* |

Amount claimed: $21136.07

*History:*

*Details*    38-1    06/20/2024 Claim #38 filed by HigherEchelon, Inc., Amount claimed: $21136.07 (VN)

*Description:* (38-1) #0133; Services Performed
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (42067118) | **Claim No: 39** | *Status:* |
| U.S. Department of Health and Human | *Original Filed Date:* 07/26/2024 | *Filed by:* CR |
| Services, CMS | *Original Entered Date:* 07/26/2024 | *Entered by:* AUTP |
| Angela M. Belgrove | | *Modified:* |
| 90 - 7th Street, Suite 4-500 | | |
| San Francisco, CA 94103 | | |

Amount claimed: $0.00

*History:*

*Details*    39-1    07/26/2024 Claim #39 filed by U.S. Department of Health and Human Services, CMS, Amount claimed:
$0.00 (AUTP)

*Description:*
*Remarks:* (39-1) Account Number (last 4 digits):2662 Filer Comment: Contingent and unliquidated.

| | | |
|---|---|---|
| *Creditor:*    (42004025) | **Claim No: 40** | *Status:* |
| University Research Park LLC | *Original Filed Date:* 10/16/2025 | *Filed by:* CR |
| c/o R. Gibson Pagter, Jr. | *Original Entered Date:* 10/16/2025 | *Entered by:* R Gibson Pagter, Jr. |
| PAGTER AND PERRY ISAACSON | | *Modified:* |
| 1851 E. First Street, Suite 700 | | |
| Santa Ana, CA 92705 | | |

Amount claimed: $1807068.15

*History:*

*Details*    40-1    10/16/2025 Claim #40 filed by University Research Park LLC, Amount claimed: $1807068.15 (Pagter, R)

*Description:*
*Remarks:*

# Claims Register Summary

**Case Name:** Bridge Diagnostic, LLC
**Case Number:** 8:24-bk-10803-SC
**Chapter:** 11
**Date Filed:** 03/29/2024
**Total Number Of Claims:** 40

EXHIBIT 3, PAGE 62

CM/ECF - U.S. Bankruptcy Court (NG 1.8.3 - LIVE)

| | |
|---|---|
| **Total Amount Claimed\*** | $11699038.01 |
| **Total Amount Allowed\*** | |

*\*Includes general unsecured claims*

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $4161878.49 | |
| **Priority** | $13650.71 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/01/2025 15:03:46 | | | |
| **PACER Login:** | attydeh162507 | **Client Code:** | 9999-001 |
| **Description:** | Claims Register | **Search Criteria:** | 8:24-bk-10803-SC Filed or Entered From: 1/1/1900 Filed or Entered To: 12/1/2025 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

EXHIBIT 3, PAGE 63

**EXHIBIT 4**

1 | DAVID A. WOOD, #272406
dwood@marshackhays.com
2 | MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
3 | MARSHACK HAYS WOOD LLP
870 Roosevelt
4 | Irvine, California 92620
Telephone: (949) 333-7777
5 | Facsimile: (949) 333-7778

6 | Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

7 |

**FILED & ENTERED**

**MAR 13 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10 | In re | Case No: 8:24-bk-10803-TA

11 | BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V

12 | Debtor. | ORDER GRANTING MOTION TO EXTEND
DEADLINE TO OBJECTION TO CLAIMS

13 |

14 | [APPLICATION – DK. NO. 239]

15 | [UNOPPOSED APPLICATION – NO
SERVICE OF PROPOSED JUDGMENT OR
LODGMENT PERIOD REQUIRED
16 | PURSUANT TO LBR 9021-1(b)(4)]

17 |     The Court has read and considered the Motion to Extend Deadline to Objection to claims

18 | ("Motion")[1], filed by Debtor, BRIDGE DIAGNOSTICS, LLC ("Debtor"), in the above-captioned

19 | case, filed on February 10, 2025, as Dk. No. 239. The Court finds, based upon the proof of service of

20 | the Notice of Motion filed on February 10, 2025, as Dk. No. 240, the Declaration that No Party

21 | Requested a Hearing on Application filed by David A. Wood, on February 27, 2025, as Dk. No. 245,

22 | that proper notice of the Motion has been given and no response, opposition, or request for a hearing

23 | was received. Accordingly, the Court finds good cause to grant the Motion, and enters its Order as

24 | follows:

25 | / / /

26 | / / /

27 |

28 | _____
[1] All terms not defined herein are used as they are defined in the Motion.

1

1    IT IS ORDERED that the Motion is granted. The deadline for extending the Objection to

2  Claims, is extended from March 29, 2025 through and including July 28, 2025.

3                                             # # #

Date: March 13, 2025

*Theodor C. Albert*

Theodor C. Albert
United States Bankruptcy Judge

2

EXHIBIT 4, PAGE 65

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **THIRD MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS; DECLARATION OF EDWARD BIDANSET IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 1, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **December 1, 2025**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on the interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the mail matrix of the **Debtor, 20 largest creditors and all parties on claims register**. Upon completion of the mailing by Stretto to interested parties, Stretto will file a Certificate of Service listing the addresses served. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
BRIDGE DIAGNOSTIC, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 570
ALISO VIEJO, CA 92656-2618

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 1, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA PERSONAL DELIVERY**
Honorable Scott C. Clarkson
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| December 1, 2025 | Layla Buchanan | /s/ Layla Buchanan |
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY:** Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR INTERESTED PARTY JASON HANSEN:** Anthony Bisconti tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com; docket@bklwlaw.com
- **ATTORNEY FOR CROWN MEDICAL COLLECTIONS, SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN FINANCIAL SERVICES, INC.:** Christopher Crowell ccrowell@hrhlaw.com
- **SUBCHAPTER V TRUSTEE:** Robert Paul Goe (TR) bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Misty Perry Isaacson    misty@mpilawfirm.com, misty@salvatoboufadel.com
- **ATTORNEY FOR THE UNITED STATES OF AMERICA:** Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR ROSS BLACKBURN:** Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Myles P McAliney mpmcalineylaw@gmail.com
- **INTERESTED PARTY COURTESY NEF:** Jennifer Oliver jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **INTERESTED PARTY COURTESY NEF:** Michael B. Reynolds    mreynolds@swlaw.com; astill@swlaw.com
- **ATTORNEY FOR CREDITOR THERMO FISHER FINANCIAL SERVICES:** Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com, docket@tuckerlaw.com, mthomas@tuckerlaw.com, SLeah@tuckerlaw.com
- **INTERESTED PARTY COURTESY NEF:** Andrew B. Still    mreynolds@swlaw.com; astill@swlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; alinares@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**