MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for: BRIDGE DIAGNOSTICS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BRIDGE DIAGNOSTICS, LLC,<br><br>Reorganized Debtor. | Case No. 8:24-bk-10803-SC<br><br>Chapter 11 Subchapter V<br><br>NOTICE OF SECOND MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS<br><br>[NO HEARING REQURIED UNDER LBR 9013-1(o)] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Reorganized Debtor, Bridge Diagnostics, LLC ("Reorganized Debtor") in the above-captioned case, has filed a motion ("Motion") to extend deadline to object to claims ("Motion") pursuant to section 105 of title 11 of the United States Code and Rule 9006 of the Federal Rules of Bankruptcy Procedure, for entry of an order, extending the deadline by which the Reorganized Debtor and/or the Edward Bidanset, solely in his capacity as Disbursing Agent ("Disbursing Agent") must object to Claims asserted against the Debtor's estate.

The Plan (as defined in the Motion) confirmed by the Court on September 13, 2024, as Dk. No. 203, provides that the "Standing and Claim Objection Deadline" "shall be" 180 days after the Effective Date to file objections to claims. The Debtor or Reorganized Debtor may obtain an extension of this deadline by filing a motion in the Court and Court order, based upon a showing of "cause."" (Plan, 10: 10-15.) The 180th day after the Effective Date of the Plan is March 29, 2025.

1  Pursuant to the order entered on August 15, 2025, as Dk. No. 270, the Court extended the
2  deadline for Objection to Claim from July 28, 2025, through and including December 1, 2025.
3  Operationally, the actual realization is less than projected, and, as result, the Debtor has relatively
4  light operations to save cash flow, again, the Debtor believes that it is in compliance with the Second
5  Amended Plan and the Confirmation Order at this time.
6  Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts
7  receivable(s) which is being pursued by special counsel, Crown Medical Solutions ("Crown").
8  Crown has repeatedly reported that it should be receiving sufficient settlements by end of the year or
9  in January 2026 to pay all pre and post administrative expenses, in full (including the SubV Trustee,
10 counsel for the Reorganized Debtor, and any outstanding post-confirmation expenses), and provide
11 much needed operating capital to the Reorganized Debtor.
12 As a result, the Reorganized Debtor and needs additional time to review the claims asserted
13 against the Estate. By this Motion, the Disbursing Agent seeks to extend the deadline to object to
14 claims by 120 days to March 30, 2026.
15 The complete scope and terms of the relief requested are detailed in the Motion a copy of
16 which can be obtained by contacting Matthew W. Grimshaw and David A. Wood, whose contact
17 information is listed in the top left-hand corner of this Notice.
18 PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the
19 Motion must be in the form as required by Local Bankruptcy Rules ("LBR") 9013-1(f) and (o) and
20 filed with the Clerk of the above-entitled Court no later than fourteen days (14) from the date of
21 service of this Notice, plus an additional three days unless this Notice was served by personal
22 delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).

A copy of any response must be served on Matthew W. Grimshaw and David A. Wood, at the mailing address indicated in the upper left corner of the first page of this notice, and upon the Office of the United States Trustee at 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as acceptance of the proposed Motion. *See* LBR 9013-1(h).

Dated: December 1, 2025

MARSHACK HAYS WOOD LLP
By: */s/ David A. Wood*
DAVID A. WOOD
Attorneys for BRIDGE DIAGNOSTICS LLC

4921-5319-8680, v. 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF THIRD MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 1, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **December 1, 2025**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on the interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the mail matrix of the **Debtor, 20 largest creditors and all parties on claims register** . Upon completion of the mailing by Stretto to interested parties, Stretto will file a Certificate of Service listing the addresses served. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
BRIDGE DIAGNOSTIC, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 570
ALISO VIEJO, CA 92656-2618

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 1, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA PERSONAL DELIVERY**
Honorable Scott C. Clarkson
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 1, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY:** Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR INTERESTED PARTY JASON HANSEN:** Anthony Bisconti tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com; docket@bklwlaw.com
- **ATTORNEY FOR CROWN MEDICAL COLLECTIONS, SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN FINANCIAL SERVICES, INC.:** Christopher Crowell ccrowell@hrhlaw.com
- **SUBCHAPTER V TRUSTEE:** Robert Paul Goe (TR) bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Misty Perry Isaacson    misty@mpilawfirm.com, misty@salvatoboufadel.com
- **ATTORNEY FOR THE UNITED STATES OF AMERICA:** Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR ROSS BLACKBURN:** Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Myles P McAliney mpmcalineylaw@gmail.com
- **INTERESTED PARTY COURTESY NEF:** Jennifer Oliver jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **INTERESTED PARTY COURTESY NEF:** Michael B. Reynolds   mreynolds@swlaw.com; astill@swlaw.com
- **ATTORNEY FOR CREDITOR THERMO FISHER FINANCIAL SERVICES:** Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com, docket@tuckerlaw.com, mthomas@tuckerlaw.com, SLeah@tuckerlaw.com
- **INTERESTED PARTY COURTESY NEF:** Andrew B. Still   mreynolds@swlaw.com; astill@swlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: CONTINUED:

| **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** |
|---|---|---|
| AIRSPACE TECHNOLOGIES, INC. ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 5909 SEA OTTER PLACE, SUITE 200 CARLSBAD, CA 92010-6675 | ALFRED LUI, MD, INC. 7 HORSESHOE LANE PALOS VERDES PENINSULA, CA 90274-4823 | APOLLO COURIERS INC. ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 1039 W HILLCREST BLVD. INGLEWOOD, CA 90301-2023 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| **20 LARGEST CREDITOR**<br>DAVID WRIGHT TREMAINE, LLP<br>920 FIFTH AVE., SUITE 3300<br>SEATTLE, WA 98104-1610 | **20 LARGEST CREDITOR**<br>ELLKAY, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>200 RIVERFRONT BLVD., 3RD FLOOR<br>ELMWOOD PARK, NJ 07407-1038 | **20 LARGEST CREDITOR / POC ADDRESS**<br>ELLKAY, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10 FURLER STREET PO BOX 209<br>TOTOWA, NJ 07512-10 |
|---|---|---|
| **20 LARGEST CREDITOR**<br>FEDEX - 2451-0<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 7221<br>PASADENA, CA 91109-7321 | **20 LARGEST CREDITOR**<br>FIRST INSURANCE FUNDING<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 7000<br>CAROL STREAM, IL 60197-7000 | **20 LARGEST CREDITOR**<br>HAMILTON COMPANY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>P.O. BOX 10030<br>RENO, NV 89520-0012 |
| **20 LARGEST CREDITOR / SECURED CREDITOR**<br>HOLOGIC SALES AND SERVICES, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>250 CAMPUS DR.<br>MARLBOROUGH, MA 01752-3020 | **20 LARGEST CREDITOR**<br>INNOVATIVE MEDICAL MANAGEMENT LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>4175 E. LA PALMA AVENUE, SUITE 215<br>ANAHEIM, CA 92807-1864 | **20 LARGEST CREDITOR**<br>KRYSTAL REED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED<br>C/O IAN M. SILVERS<br>BISNAR CHASE LLP<br>1301 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660-2491 |
| **20 LARGEST CREDITOR**<br>MEDCARE MSO, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1000 CORDOVA PLACE, SUITE 206<br>SANTA FE, NM 87505-1725 | **20 LARGEST CREDITOR**<br>ROSS BLACKBUM<br>C/O J. JACKSON WASTE FENNMEMORE<br>8080 N. PALM AVE., 3RD FL<br>FRESNO, CA 93711-5797 | **NEW ADDR PER WEBSITE**<br>**20 LARGEST CREDITOR**<br>SIRIUS COMPUTER SOLUTIONS, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10100 REUNION PLACE, SUITE 500<br>SAN ANTONIO, TX 78216 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **20 LARGEST CREDITOR**<br>THE IRVINE COMPANY<br>662322 - S23399<br>PO BOX 846462<br>LOS ANGELES, CA 90084-6462 | **20 LARGEST CREDITOR**<br>THE IRVINE COMPANY - 2207<br>110 THEORY#1<br>PO BOX 846407<br>LOS ANGELES, CA 90084-6407 | **20 LARGEST CREDITOR**<br>TXPSI, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>298 INDUSTRIAL BLVD<br>BASTROP, TX 78602-5020 |
| **20 LARGEST CREDITOR**<br>U.S. HEALTHTEK, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>5501 MERCHANTS VIEW SQUARE, #744<br>HAYMARKET, VA 20169-5439 | **20 LARGEST CREDITOR**<br>VEOLIA ENVIRONMENTAL SERVICES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>P.O. BOX 73709<br>CHICAGO, IL 60673-7709 | **NEW ADDR  PA SOS**<br>**20 LARGEST CREDITOR**<br>WAVELAND RCM, LLC<br>C/O CORPORATE CREATIONS NETWORK, INC.<br>1001 STATE STREET #1400<br>ERIE, PA 16501 |
| **20 LARGEST CREDITOR**<br>XIFIN, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>12225 EL CAMINO REAL, SUITE 100<br>SAN DIEGO, CA 92130-3081 | **SECURED CREDITOR**<br>BAYCAP LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>250 N HARBOR BLVD., SYITE'313<br>REDONDO BEACH, CA 90277-2585 | **SECURED CREDITOR**<br>FINANCIAL AGENT SERVICES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>P.O. BOX 2576<br>SPRINGFIELD, IL 62708-2576 |
| **SECURED CREDITOR**<br>GENPROBE LNSTRUMENTS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10210 GENETIC CENTEY DRIVE<br>SAN DIEGO, CA 92121-4362 | **SECURED CREDITOR**<br>METROPOLITAN CAPITAL BANK & TRUST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>9 EAST ONTARIO STREET<br>CHICAGO, IL 60611-2709 | **PER CA SOS 12-01-25**<br>**SECURED CREDITOR**<br>TECAN U.S., INC.<br>C/O 1505 CORPORATION DELAWARE BUSINESS FILINGS INCORPORATED, REGISTERED AGENT<br>330 N BRAND BLVD, SUITE 700<br>GLENDALE, CA 91203 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>THERMO FISHER FINANCIAL SERVICES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>168 THIRD AVENUE<br>WALTHAM, MA 02451-7551 | **SECURED CREDITOR / POC ADDRESS**<br>THERMO FISHER FINANCIAL SERVICES, INC.<br>C/O BEVERLY WEISS MANNE<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222 | **SECURED CREDITOR / REQUEST FOR SPECIAL NOTICE**<br>THERMO FISHER FINANCIAL SERVICES, INC.<br>C/O MICHELE R. STAFFORD, ESQ.<br>TUCKER ARENSBERG LLP<br>1098 FOSTER CITY BLVD, SUITE 106 #700<br>FOSTER CITY, CA 94404 |
| **CREDITOR**<br>120 VANTIS PROPERTY, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>120 VANTIS DRIVE, SUITE 300<br>ALISO VIEJO, CA 92656-2677 | **CREDITOR / AGENT FOR SERVICE**<br>120 VANTIS PROPERTY, LLC<br>C/O GREGORY J KNAPP<br>151 KALMUS DR STE F-1<br>COSTA MESA, CA 92626 | **CREDITOR**<br>AETNA, INC.<br>AARON MCCOLLOUGH C/O MCGUIREWOODS LLP<br>77 WEST WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601−1818 |
| **CREDITOR**<br>AGILOUST OPORATION<br>9407 HULL STREET ROAD<br>NORTH CHESTERTIELD, CA 23236-1660 | **CREDITOR / POC ADDRESS**<br>AMERICAN TYPE CULTURE COLLECTION<br>10801 UNIVERSITY BLVD<br>MANASSAS, VA 20110 | **CREDITOR**<br>ANTHEM BLUE CROSS LIFE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>DEPARTMENT L-8 111 .<br>COLUMBUS, OH 43268-8111 |
| **CREDITOR**<br>ANTIMICROBIAL THERAPY, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 276<br>SPENYVILLE, VA 22740-0276 | **CREDITOR**<br>ARAMARK SERVICES, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO B0X 734677<br>DALLA, TX 75373-4677 | **CREDITOR**<br>ASAP COURIER JOMPANY, LEC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>P.O. BOX 515<br>TYIONE, GA 30290-0515 |
| **CREDITOR**<br>ATCC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10801 UNIVERSITY BLVD<br>MANASSAS, VA 20110-2209 | **CREDITOR**<br>ATHENAHEALTH, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>P.O. BOX 415615<br>BOSTON, MA 02241-5615 | **CREDITOR**<br>BD DIAGNOSTICSV.S. TEIHNICAL SUPPORT<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>39 LOVETON CIRCLE MC602<br>SPARKS, MD 21152-9201 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>BECTON, DICKINSON AND COMPANY<br>C/O MCCARTER & ENGLISH, LLP,<br>ATTN: LISA S. BONSAL<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK, NJ 07102 | **CREDITOR**<br>BIENERT KATZMAN LITTRELL WILLIAMS, LLP<br>903 CALLE AMANECER SUITE 350<br>SAN CLEMENTE, CA 92673-6253 | **CREDITOR / POC ADDRESS**<br>BLAIR SIMON<br>250 S WACKER, STE 230<br>CHICAGO, IL 60606 |
| **CREDITOR**<br>BLUE CROSS OF CALIFORNIA & ANTHEM BLUE CROSS LIFE<br>NICOLE LAPENTA - SHIPMAN & GOODWIN LLP<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103 | **CREDITOR**<br>BRENT GIBBS CONSULTING<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>227 ACADIA TERRANCE<br>CELEBRATION, FL 34747-5006 | **CREDITOR / POC ADDRESS**<br>CDW DIRECT, LLC<br>CDW / ATTN: VIDA KRUG<br>200 N. MILWAUKEE AVE<br>VERNON HILLS, IL 60061 |
| **PER CA & IL SOS 11-26-25**<br>**CREDITOR**<br>CHANGE HEALTHCARE<br>C/O UNITED AGENT GROUP INC., REGISTERED AGENT<br>1320 TOWER RD<br>SCHAUMBURG, IL 60173-4309 | **CREDITOR**<br>COLLEGE OF AMEDCAN PATHOLOGISTS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 71698<br>CHICAGO, IL 60694-1698 | **CREDITOR**<br>COMPLIANCELINE, LLC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>8615 CLIFF CAMERON DRIVE, STE 290<br>CHARLOTTE, NC 28269-5912 |
| **CREDITOR**<br>CONCORD TECHNOLOGIES - 0639<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 84125<br>SEATTLE, WA 98124-5425 | **CREDITOR**<br>CONSENSUS CLOUD SOLUTIONS; LLC /J2 CLOU<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 51873<br>LOS ANGELES, CA 90051-6173 | **CREDITOR**<br>CT CORPORATION<br>PO BOX 4349<br>CAROL STREAM, IL 60197-4349 |
| **CREDITOR**<br>DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>HEATHER BURNS POZNIAK<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | **CREDITOR**<br>DIGI-TRAX COP.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>650 HEATHROW DR<br>LINCOLNSHIRE, IL 60069-4205 | **CREDITOR**<br>DLL<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087-1453 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE

**CREDITOR**
DOCUSIGN, 1NC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
221 MIAN ST SUITE 1550
SAN FRANCISCO, CA 94105-1947

**CREDITOR**
ECLIPICALWORK ,S LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 847950
BOSTON, MA 02284-7950

**CREDITOR**
ELAINE LUCKEY
8735 OERTEL DRIVE
BLAINE, WA 98230-5601

**CREDITOR**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR / POC ADDRESS**
EVOLUTION TECHNOLOGIES LLC, DBA TEAM LOGIC IT
22511 ASPAN ST, STE F
LAKE FOREST, CA 92630

**CREDITOR**
EXPERITY, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
8777 VELOCITY DRIVE
MACHESNEY PARK, IL 61115-8002

**CREDITOR**
FEDEX - 077124
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BO4 7221
PASADENA, CA 91109-7321

**CREDITOR**
FILTROUS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
12150 FLINT PLACE
POWAY, CA 92064-7106

**CREDITOR**
FISHER & PHILLIPS LLP
1075 PEACHTREE ST NE, SUITE 3500
ATLANTA, GA 30309-3900

**CREDITOR**
FOCUS MD
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
400 SOUTHPOINTE BLVD, SUITE 105
CANONSBURG, PA 15317-8548

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GENXYS HEALTH CARE SYSTEM INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 98837
RPO THE W VANCOUVER BC V6B

**CREDITOR**
GOTO TECHNOLOGIES USA, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
333 SUMMER STREET.
BOSTON MA 02210-1702

**CREDITOR**
GREAT AMERICAN DELIVERY SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1910 S CARBOY RD
MOUNT PROSPECT, IL 60056-5709

**CREDITOR**
GREENWAY HEALTH LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
4301 W BOY SCOUT BLVD #800
TAMPA FL 33607-5702

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE

**CREDITOR**
GUARDIAN LIFE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 14319
LEXINGTON, KY 40512-4319

**CREDITOR**
HARDY DIAGNOSTICS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 645264
CINCINATI, OH 45264-5264

**CREDITOR**
HELMCO ELECTRIC, INC. .
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
17985 SKY PARK CIRCLE SUITE J
LRVINE, CA 92614-6351

**CREDITOR**
HENRY TSAI
18322 MANITOBA LN
HUNTINGTON BEACH, CA 92648-1423

**CREDITOR**
HIGHERECHELON, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
101 LOWE AVE SE, SUITE 3B
HUNTSVILLE, AL 35801

**CREDITOR**
HUB INTENZATIONAL INSURANC SERVICES INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1525 FARADAY AVENUE, #200
CARLSBAD, CA 92008-7374

**CREDITOR**
INDIGO BIOAUTOMATION, INC .
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
385 CITY CENTER DR., SUITE #200
CARMEL, IN 46032-3806

**CREDITOR**
INGENEIOUS RX INCORPORATED / BECKY WINSLOW
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6080 VIA SPRENA DR
EL PASO, TX 79912-2660

**CREDITOR**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**NEW ADDR PER WEBSITE CREDITOR**
ISALUS HEALTHCARE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
111 N MAGNOLIA AVE #1100
ORLANDO, FL 32801

**CREDITOR**
JACK HENRY & ASSOCIATES INC.
PO BOX 609
MONETT, MO 65708-0609

**CREDITOR / POC ADDRESS**
JENNA SCHROEDER
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR / POC ADDRESS**
KATIE WHEELER
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR**
KATRINA GILLESPIE
28432 VIA CYNTHIA
LAGUNA NIGUEL, CA 92677

**CREDITOR**
KELLY COLLINS
4740 W LARKSPUR DR
GLENDALE, AZ 85304-2024

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

**CREDITOR**
LAB INSIGHTS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3451 VIA MONTEBELLO, STE 192-320
CARLSBAD, CA 92009-8492

**CREDITOR**
LAB LOGISTICS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 84938
CHICAGO, IL 60689-4938

**NEW ADDR PER USPS**
**CREDITOR**
LABSOFT, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 21042
TAMPA, FL 33622-1042

**CREDITOR**
LEARNTOWN, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 756
MENLO PARK, CA 94026-0756

**CREDITOR**
LIFE TECHNOLOGIES CORPORATION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
12088 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0001

**PER CA SOS 11-26-25**
**CREDITOR**
LINKEDIN CORPORATION
C/O 1505 CORPORATION, CSC - LAWYERS INCORPORATING SERVICE, REGISTERED AGENT
2710 GATEWAY OAKS, SUITE 150N
SACRAMENTO, CA 95833-3505

**CREDITOR**
MATRIX IMAGING PRODUCTS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6341 INDUCON DR
EAST SANBORN, NY 14132-9097

**CREDITOR**
MEDICAL BIOWASTE SOLUTIONS, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
25971 PALA STE 101
MISSION VIEJO, CA 92691-2742

**CREDITOR**
MELANIE A. BOTZ
5109 HAFLEY BLVD
SAN DIEGO, CA 92116-1935

**CREDITOR**
MJB LAB CONSULTING
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
200 SOUTH WILCOX ST. #443
CASTLE ROCK, CO 80104-1913

**CREDITOR**
MODERN EMBROIDERY, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3300 $. YALE STREET
SANTA ANA, CA 92704-6447

**PER CA SOS 12-01-25**
**CREDITOR**
NEXTGEN HEALTHCARE
C/O 1505 CORPORATION, C T CORPORATION SYSTEM, REGISTERED AGENT
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

**CREDITOR**
NOVA 401(K)
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10777 NORTHWEST FREEWAY, STE 440
HOUSTON, TX 77092-7319

**CREDITOR**
OC ENVIRONMENTAL HEALTH DIVISION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1241 E DYER ROAD, SUITE 120
SANTA ANA, CA 92705-5611

**CREDITOR**
OCCUPATIONAL SERVICES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6397 NANCY RIDGE DRIVE
SAN.DIEGO, CA 92121-2247

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE

**CREDITOR**
OPENTRONS LABWORKS, LNC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
45-18 COURT SQUARE W., 2ND FLOOR
LONG ISLAND CITY, NY 11101-2955

**CREDITOR**
OPTUP FINANCIAL
ATTN: CORPORATE TAX MN008-1390
9900 BREN RD E .
MINNETONKA, MN 55343-9603

**CREDITOR**
PA DEPARTMENT OF HEALTH
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 500
110 PICKERING WAY
EXTON, PA 19341-1310

**CREDITOR**
POWER DIGITAL MARKETING INC .
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2251 SAN DIEGO AVE, SULTE A250
SAN DIEGO, CA 92110-2984

**CREDITOR / POC ADDRESS**
ROSS BLACKBURN
C/O AARON J. MALO, ESQUIRE
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 TOWN CENTER DRIVE, 10TH FLOOR
COSTA MESA, CA 92626

**CREDITOR**
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**CREDITOR**
SIGMA-ALDRICH, LNC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO B0X 734283
CHICAGO, IL 60673-4283

**CREDITOR**
SIX BEHAVIORS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1037 NE 65TH ST, STE #81896
SEATTLE, WA 98115-6655

**CREDITOR**
SLIDEGENIUS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1660 HOTEL CIRCLE NORTH, STE 175
SAN DIEGO! CA 92108-2802

**CREDITOR**
SMARTLINK HEA1TH SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1000 CNTREGREEN WAY, STE 250
CARY, NC 27513-2284

**CREDITOR**
SOFTCHOICE CORPORATION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
314 WEST SUPERIOR STREET, SUITE 400
CICAGO, IL 60654-3538

**CREDITOR**
SOUTH COAST AIR QUALITY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
MANAGEMENT D STR
PO BOX 4943
DIAMON BAR, CA 91765-0943

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  F 9013-3.1.PROOF.SERVICE

**CREDITOR / POC ADDRESS**
STUART LIPPMAN AND ASSOCIATES
5447 E 5TH STREET, SUITE 110
TUCSON, AZ 85711

**PER CA SOS 11-26-25**
**CREDITOR**
TECHNICAL SAFETY SERVICES, INC.
C/O 1505 CORPORATION, C T CORPORATION SYSTEM, REGISTERED AGENT
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

**CREDITOR**
TEXAS HEALTH & HUMAN SERVICES COMMISSION
4601 W. GUADALUPE STREET, MC-1100
AUSTIN, TX 78751-3146

**PER IL SOS 11-26-25**
**CREDITOR**
TFORCE FREIGHT, INC.
C/O ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261

**CREDITOR**
THE HARTFORD - 2672 (WC)
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 660916
DALLAS, TX 75266-0916

**CREDITOR**
THE HARTFORD - 9471 (COMMERCIAL PKG)
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 660916.
DALLAS, TX 75266-0916

**CREDITOR**
THE PRIVATEER COMPANYS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
27 VIA PALACIO
SAN CLEMENTE, CA 92673-5686

**CREDITOR**
THOMAS SCIENTITIC
1654 HIGH HILL RD
PO BOX 99
SWEDESBORO, NJ 08085-6099

**NEW ADDR PER USPS**
**CREDITOR**
TIG / TECHNOLOGY INTEGRATION GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2710 MEDIA CENTER DR, STE 120
LOS ANGELES, CA 90065

**CREDITOR**
TRANSCAT
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
35 VANTAGE POINT DR
ROCHESTER, NY 14624-1175

**CREDITOR**
TRANSLATIONAL SOFTWARE, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
7683 SE 27TH STREET, #352
MERCER ISLAND, WA 98040-2804

**CREDITOR**
TTEAM LOGIC IT
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
22511 ASPAN ,ST STE F
LAKE FOREST, CA 92630-6321

**NEW ADDR PER CA SOS**
**CREDITOR**
TWILIO, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
101 SPEAR STREET, SUITE 500
SAN FRANCISCO, CA 94105

**CREDITOR**
UNITECH SERVICES GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 650481
DALLAS, TX 75265-0481

**CREDITOR**
UNITED HEALTHCARE SERVICES, INC.
SHIPMAN & GOODWIN LLP, C/O ERIC GOLDSTEIN
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**CREDITOR**
UNITEDHEALTHCARE INSURANCE COMPANY
ATTN: CDM/BANKRUPTCY
185 ASYLUM STREET − 03B
HARTFORD, CT 06103

**PER CA SOS 11-26-25**
**CREDITOR**
UPS
C/O 1505 CORPORATION, CSC - LAWYERS INCORPORATING SERVICE, REGISTERED AGENT
2710 GATEWAY OAKS, SUITE 150N
SACRAMENTO, CA 95833-3505

**CREDITOR**
VATIJEVICH ASSEMBLY & INSTALLATION, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
18662 AUBURN AVENUE
SANTA ANA, CA 92705-2707

**CREDITOR**
VETATEK, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1533 MARTINGALE CT
CARLSBAD, CA 92011-4034

**CREDITOR**
VWR INTEMATIONAL
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 640169
PITTSBURGH, PA 15264-0169

**CREDITOR**
WE KONNECT, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
9151 ATLANTA AVE, UNIT 7706
HUNTINGTON BEACH, CA 92615-2605

**CREDITOR**
WHEELS ASSURED LOGISTICS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 47364
INDIANAAPOLIS, IN 46247-0364

**RTD UTF 5/3/24**
**CREDITOR**
~~ABLE BUILDING MAINTENANCE~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~DEPT. 34651~~
~~P.O. BOX 39000~~
~~SAN FRANCISCO, CA 94139-0001~~

**RTD UTF 4/24/24**
**CREDITOR**
~~ANTHEM BLUE CROSS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 51011~~
~~LOS ANGELES, CA 90051-5311~~

**RTD UTF 5/2/24**
**CREDITOR**
~~BARRAGAN'S PROFESSIONAL CLEANING SERVIC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~3140 SOUTH MAIN STREET 15F~~
~~SANTA ANA, CA 92707-8200~~

**RTD 06/10/24 UTF**
**CREDITOR**
~~CHANGE HEALTHCARE~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 98347~~
~~CHICAGO, IL 60693-8347~~

**RTD 06/11/24 UTF**
**CREDITOR**
~~ISALUS HEALTHCARE~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~DEPT CH 18220~~
~~PALATINE, IL 60055-0001~~

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **RTD 07/01/24 UTF**<br>**SECURED CREDITOR**<br>~~JASON HANSEN~~<br>~~1409 EMERALD BAY~~<br>~~IRVINE, CA 92617~~ | **RTD FWD 4/25/24**<br>**CREDITOR**<br>~~LABSOFT, INC.~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~2202 N. WEST SHORE, SUITE. 115~~<br>~~TAMPA, FL 33607-5749~~ | **RTD 06/25/24 REFUSED/CLOSED**<br>**CREDITOR**<br>~~LINKEDIN CORPORATION~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~62228 COLLECTIONS CENTER DR~~<br>~~CHICAGO, IL 60693-0622~~ |
| **RTD 06-23-25 UTF**<br>**CREDITOR**<br>~~NEXTGEN HEALTHCARE~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~18111 VON KARMAN AVE., SUITE 600~~<br>~~IRVINE, CA 92612-7100~~ | **RTD 06-23-25 UTF**<br>**20 LARGEST CREDITOR**<br>~~SALES SEARCH AMERICA~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~1612 WESTGATE CIRCLE~~<br>~~BRENTWOOD, TN 37027-8089~~ | **RTD 07/16/24 UTF / ADDR TX SOS**<br>**20 LARGEST CREDITOR**<br>~~SIRIUS COMPUTER SOLUTIONS, INC.~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~888 ISOM RD~~<br>~~SAN ANTONIO, TX 78216-4034~~ |
| **RTD 05/30/24 UTF**<br>**20 LARGEST CREDITOR**<br>~~SIRIUS COMPUTER SOLUTIONS, INC.~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~P.O. BOX 202289~~<br>~~DALLAS, TX 75320-2289~~ | **RTD 06-23-25 UTF**<br>**SECURED CREDITOR**<br>~~TECAN U.S., INC.~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~9401 GLOBE CENTER DRIVE, SUITE 140~~<br>~~MONISVILLE, NC 27560-6211~~ | **RTD 04-29-24 UTF**<br>**SECURED CREDITOR**<br>~~TECAN U.S., INC.~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~P.O. BOX 602740~~<br>~~CHARLOTTE, NC 28260-2740~~ |
| **RTD 04-29-24 UTF**<br>**20 LARGEST CREDITOR**<br>~~TECAN US INC~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~P.O. BOX 602740~~<br>~~CHARLOTTE, NC 28260-2740~~ | **RTD 06/25/24 REFUSED/CLOSED**<br>**CREDITOR**<br>~~TFORCE FREIGHT, INC.~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~PO BOX 7410804~~<br>~~CHICAGO, IL 60674-0804~~ | **RTD 05/13/24**<br>**CREDITOR**<br>~~TIG / TECHNOLOGY INTEGRATION GROUP~~<br>~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~<br>~~PO BOX 84244~~<br>~~SAN DIEGO, CA 92138-4244~~ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**RTD 05/10/24 UTF CREDITOR**
~~TSS~~
~~DEPT 33265~~
~~PO BOX 39000~~
~~SAN FRANCISCO, CA 94139-3265~~

**RTD 05/30/24 UTF CREDITOR**
~~TWILIO, INC.~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~375 BEALE STREET, SUITE 300~~
~~SAN FRANCISCO, CA 94105-2177~~

**RTD 05/13/24 UTF CREDITOR**
~~UPS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~PO BOX 89420~~
~~LOS ANGELES, CA 90189-4820~~

**RTD 05/16/24 UTF**
**20 LARGEST CREDITOR**
~~WAVELAND RCM, LLC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~1150 FIRST AVENUE, SUITE 511~~
~~KING OF PRUSSIA, PA 19406-1316~~

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**