DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

FILED & ENTERED

JAN 07 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BRIDGE DIAGNOSTICS, LLC,<br><br>Debtor. | Case No: 8:24-bk-10803-SC<br><br>Chapter 11 Subchapter V<br><br>ORDER GRANTING THIRD MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS<br><br>[MOTION– DK. NO. 275]<br><br>[UNOPPOSED APPLICATION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |

The Court has read and considered the Third Motion to Extend Deadline to Objection to claims ("Motion")[1], filed by Debtor, BRIDGE DIAGNOSTICS, LLC ("Debtor"), in the above-captioned case, filed on December 1, 2025, as Dk. No. 275. The Court finds, based upon the proof of service of the Notice of Motion filed on December 1, 2025, as Dk. No. 276, the Certificate of Service filed on December 2, 2025, as Dk. No. 277, and the Declaration that No Party Requested a Hearing on Application filed by David A. Wood, on January 6, 2026 as Dk. No. 279, that proper notice of the Motion has been given and no response, opposition, or request for a hearing was received. Accordingly, the Court finds good cause to grant the Motion, and enters its Order as follows:

---

[1] All terms not defined herein are used as they are defined in the Motion.

1

1   IT IS ORDERED that the Motion is granted. The deadline for extending the Objection to
2 Claims, is extended from December 1, 2025, through and including March 30, 2026.

### #

Date: January 7, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2