MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Reorganized Debtor,
BRIDGE DIAGNOSTICS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re | Case No. 8:24-bk-10803-SC |
|---|---|
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Reorganized Debtor. | FOURTH MOTION TO EXTEND DEADLINE TO OBJECT TO CLAIMS; DECLARATION OF EDWARD BIDANSET IN SUPPORT |
| | [NO HEARING REQUIRED UNDER LBR 9013-1(o)] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Reorganized Debtor, Bridge Diagnostics, LLC

("Reorganized Debtor") in the above-captioned case, files this motion ("Motion") to further extend

deadline to object to claims ("Motion") pursuant to section 105 of title 11 of the United States Code

and Rule 9006 of the Federal Rules of Bankruptcy Procedure, for entry of an order, extending the

deadline by which the Reorganized Debtor and/or the Edward Bidanset, solely in his capacity as

Disbursing Agent ("Disbursing Agent") must object to Claims asserted against the Reorganized

Debtor's estate. In support of the Motion, the Reorganized Debtor respectfully represents as follows:

1

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

## 1.      Summary of Argument

The Reorganized Debtor's Second Amended Chapter 11 Subchapter V Plan of Reorganization ("Plan") was confirmed by the Court on September 13, 2024, as Dk. No. 203 and provides that the "Standing and Claim Objection Deadline" "shall be" 180 days after the Effective Date to file objections to claims ("Deadline"). The Plan further provides that the Reorganized Debtor may obtain an extension of the Deadline by filing a motion evidencing cause for the extension. The 180th day after the Effective Date of the Plan was March 29, 2025.

Previously, the Reorganized Debtor sought and obtained extensions of the Deadline. The Deadline is currently set for March 30, 2026. Operationally, the actual realization is less than projected, and, as result, the Reorganized Debtor has relatively light operations to save cash flow, again, the Reorganized Debtor believes that it is in compliance with the Second Amended Plan and the Confirmation Order at this time.

Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued by special counsel, Crown Medical Solutions ("Crown"). Crown is in the midst of their analysis and are in various negotiations with payers who they believe owe the Debtor outstanding receivables, and some of which, who have filed claims against the Estate.

As a result, the Reorganized Debtor and needs additional time to review the claims asserted against the Estate. By this Motion, the Disbursing Agent seeks to extend the deadline to object to claims from March 30, 2026, through and including September 25 2026.

## 2.      Relevant Background

### A.      The Bankruptcy Filing and Historical Background

On March 29, 2024 ("Petition Date"), the Reorganized Debtor filed a voluntary petition under subchapter V of Chapter 11 of Title 11 of the United States Code. On April 19, 2024, as Dk. No. 48, Debtor filed its schedules and statement ("Schedules").[1] As a result of the confirmation

---

[1] A true and correct copy of this Court's webPACER Docket for Case No. 8:24-bk-10803-SC as of December 1, 2025, is attached to the Declaration of Edward Bidanset ("Bidanset Decl.") as **Exhibit "1."**

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

Order, the Reorganized Debtor continues to manage its' affairs as the reorganized debtor. No party has requested the appointment of a trustee or examiner and a committee has not been appointed or designated in the case.

Although the Reorganized Debtor somewhat successfully navigated the change from a COVID diagnostic testing center to a Women's Health and Urology diagnostic testing center, the financial strain continued. Specifically, the Reorganized Debtor has $10-15 million in collectible outstanding accounts receivables ("AR") from COVID-related testing that was backed by the CARES Act. And, post-pandemic, many of the health insurances simply stopped paying the COVID-related AR to diagnostic testing centers nationwide. The lack of consistent collection on the COVID-AR put a severe strain on the Reorganized Debtor's finances. Thus, over time, the Reorganized Debtor was forced to reduce its workforce substantially, transitioned from an outsized rental unit, and transitioned, yet again, into a different form of diagnostic testing.

Moving forward, the Reorganized Debtor has been successful in validating a Pharmacogenomic (PGx) test. In light of a recently favorable LCD from MolDX, this new path should generate more market share and growth.  In addition to validating the PGx test, the Reorganized Debtor obtained Z-codes for a significant array of gene testing as well as its comprehensive testing. Obtaining the Z-codes for this type of testing is important, as, historically, Medicare would not pay for PGx testing absent the requisite Z-code.

The Reorganized Debtor commenced this Bankruptcy Case so that, among other things, it could propose a plan to pay its creditors. To assist in these efforts, the Reorganized Debtor retained Edward Bidanset of Cutsheet Express LLC ("CE") to act as its chief restructuring officer.

**B.      Confirmation of the Plan**

On June 24, 2024, as Dk. No. 122, the Reorganized Debtor filed its Chapter 11 Subchapter V Plan of Reorganization.

On August 6, 2024, as Dk. No. 163, the Reorganized Debtor filed the Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024.

On September 10, 2024, as Dk. No. 200, the Reorganized Debtor filed the Plan.

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

On September 13, 2024, as Dk. No. 203, the Court entered an order confirming the Plan ("Confirmation Order").[2]

### C. Status of Claims Resolution Process

The Debtor's register of claims ("Claims Register"), reflects that, as of today's date, forty claims have been filed in the Debtor's chapter 11 case.[3]

### D. The Prior Extension Motions

On February 10, 2025, as Dk No. 239, the Reorganized Debtor filed the Motion to Extend Deadline to File Objection to Claims ("First Extension Motion").

On March 13, 2025, as Dk. No 250, the Court entered an order granting the First Extension Motion and extended the Deadline from March 29, 2025, through and including July 28, 2025 ("First Extension Order").[4]

On July 28, 2025, as Dk No. 263, the Reorganized Debtor filed the Second Motion to Extend Deadline to File Objection to Claims ("Second Extension Motion").

On August 15, 2025, as Dk. No. 270, the Court entered an order granting the Second Extension Motion and extended the Deadline from July 28, 2025, through and including December 1, 2025 ("Second Extension Order").[5]

On December 1, 2025, as Dk. 275, the Reorganized Debtor filed the Third Motion to Extend Deadline to File Objection to Claims ("Third Extension Motion").

On January 7, 2026, as Dk. No. 280, the Court entered an order granting the Third Extension Motion and extended the Deadline from December 1, 2025, through and including March 30, 2026, ("Third Extension Order").[6]

---

[2] A true and correct copy of the Confirmation Order is attached to the Bidanset Declaration as **Exhibit "2."**

[3] A true and correct copy of the Claim Register is attached to the Bidanset Decl. as **Exhibit "3."**

[4] A true and correct copy of the First Extension Order is attached as **Exhibit "4"** to the Bidanset Declaration.

[5] A true and correct copy of the Second Extension Order is attached as **Exhibit "5"** to the Bidanset Declaration.

[6] A true and correct copy of the Third Extension Order is attached as **Exhibit "6"** to the Bidanset Declaration.

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

## 3.      Legal Argument

### A.      The requested extension of the Plan should be granted because there is good cause to extend the Deadline.

Under 11 U.S.C. § 105(a), the Court has broad powers to extend deadlines, including the deadline to object to claims. 11. U.S.C. § 105(a) ("The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title"). Furthermore, Federal Rule of Bankruptcy Procedure 9006(b) authorizes the Court to extend the deadline to object to claims, with or without motion, if such request for an extension is made before the expiration of the time period originally prescribed. Fed. R. Bankr. P. 9006(b)(1) ("[W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . .").

"Good cause" has been defined in various contexts by courts considering extensions of deadlines and includes: (i) "when some outside factor . . . rather than inadvertence or negligence" prevented a party's actions[7]; (ii) a valid reason for delay[8]; (iii) when deadlines cannot be met despite diligent efforts[9]; and (iv) where there is a demonstration of good faith on the part of the party seeking an extension of the deadline.[10]

In this case, the Plan expressly contemplated an extension of the Deadline. *See* Plan, Dk. No. 201, pg. 10:10-15 ("The Claims Objection Deadline can be extended by Court order based upon a showing of 'cause'"). Moreover, there is good cause to extend the Deadline. Since the Effective Date, the Disbursing Agent is informed and believes that the Reorganized Debtor is in compliance

---

[7] *See Mann v. Castiel*, 681 F.3d 368, 374 (D.C. Cir. 2012) (citing *Lepone–Dempsey v. Carroll Cnty. Com'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007).

[8] *Id*. at 375 (citing *Coleman v. Milwaukee Bd. of Sch. Dirs*., 290 F.3d 932, 934 (7th Cir. 2002).

[9] *Skyline Potato Co., Inc. v. Tan-O-On Marketing, Inc.,* 879 F. Supp. 2d 1228, 1245 (D.N.M. 2012).

[10] *Deppenbrook v. Pension Benefit Guar. Corp.,* 2011 U.S. Dist. LEXIS 27412, at *10 (W.D. Pa. 2011) (citing *MCI Telecom m. Corp. v. Teleconcepts, Inc.,* 71 F.3d 1086, 1097 (3d Cir.1995))).

5

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

with the Plan. *See* Bidanset Decl., ¶27. Operationally, the actual realization is less than projected, and, as result, the Reorganized Debtor has relatively light operations to save cash flow. *Id.*, ¶28.

The Reorganized Debtor believes that it is in compliance with the Plan and the Confirmation Order at this time. *See* Bidanset Decl., ¶27. Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued by special counsel, Crown. *Id.*, ¶28.

The Reorganized Debtor is continuing to review and investigate the remaining unresolved claims pending against the Debtor's estate, some of which are monetarily significant and involve factual complex issues. *See* Bidanset Decl., ¶31.[11] To ensure that Reorganized Debtor can continue to pursue objections to any unsubstantiated or objectionable claims—and thereby maximize recoveries for bona-fide creditors—the Reorganized Debtor requests that the Court extend the Deadline for rom March 30, 2026, through and including September 25, 2026. *Id.*, ¶¶27-32.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[11] Additionally, concurrently with the filing of this Motion, the Reorganized Debtor is filing the Motion to Extend Deadline to Commence Avoidance Actions Under 11 U.S.C. §§ 544, 545, 547, 548, and 553 ("546 Motion") and incorporates the arguments raised with respect to the extension of the deadline in the 546 Motion and the Declaration of Richard Hersperger in support of the 546 Motion.

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

**4.      Conclusion**

Based on the foregoing, the Reorganized Debtor respectfully requests this Court to enter an order:

1.      Granting the Motion;

2.      Extending the Deadline from March 30, 2026, through and including September 25, 2026; and

3.      Granting such further relief as is just and appropriate.

Dated: March 25, 2026                    MARSHACK HAYS WOOD LLP

By: */s/ David A. Wood*
_____
     MATTHEW W. GRIMSHAW
     DAVID A. WOOD
     SARAH R. HASSELBERGER
     Attorneys for Reorganized Debtor,
     BRIDGE DIAGNOSTICS LLC

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

# **Declaration of Edward Bidanset**

I, EDWARD BIDANSET, declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.      The facts set forth below are true of my personal knowledge.

4.      I am a founding partner of Cutsheet Express LLC ("CE").

5.      I am the Disbursing Agent of the Reorganized Debtor, Bridge Diagnostics, LLC ("Reorganized Debtor") in the above-captioned case.

6.      I make this Declaration in support of the Debtor's Fourth Motion Extend Deadline to Object to Claims ("Motion").

7.      All terms not defined herein are used as they are defined in the Motion.

8.      Unless otherwise set forth herein, I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify to these facts.

9.      A true and correct copy of the webPACER Docket Report for Case No. 8:24-bk-10803-SC as of March 24, 2026, is attached here as **Exhibit "1."**

10.      On June 24, 2024, as Dk. No. 122, the Reorganized Debtor filed its Chapter 11 Subchapter V Plan of Reorganization.

11.      On August 6, 2024, as Dk. No. 163, the Reorganized Debtor filed the Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024.

12.      On September 10, 2024, as Dk. No. 200, the Reorganized Debtor filed the Debtor's Second Amended Chapter 11 Plan of Reorganization Dated August 19, 2024 ("Plan").

13.      On September 13, 2024, as Dk. No. 203, the Court entered an order confirming the Plan ("Confirmation Order").

14.      A true and correct copy of the Confirmation Order is attached to the Bidanset Declaration as **Exhibit "2."**

15.      The Debtor's register of claims ("Claims Register"), reflects that, as of today's date, forty claims have been filed in the Debtor's chapter 11 case.

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

16. A true and correct copy of the Claim Register is attached to the Bidanset Decl. as **Exhibit "3."**

17. On February 10, 2025, as Dk No. 239, the Reorganized Debtor filed the Motion to Extend Deadline to File Objection to Claims ("First Extension Motion").

18. On March 13, 2025, as Dk. No 250, the Court entered an order granting the First Extension Motion and extended the Deadline from March 29, 2025, through and including July 28, 2025 ("First Extension Order").

19. A true and correct copy of the First Extension Order is attached here as **Exhibit "4."**

20. On July 28, 2025, as Dk No. 263, the Reorganized Debtor filed the Second Motion to Extend Deadline to File Objection to Claims ("Second Extension Motion").

21. On August 15, 2025, as Dk. No. 270, the Court entered an order granting the Second Extension Motion and extended the Deadline from July 28, 2025, through and including December 1, 2025 ("Second Extension Order").

22. A true and correct copy of the Second Extension Order is attached here as **Exhibit "5."**

23.

24. On December 1, 2025, as Dk. 275, the Reorganized Debtor filed the Third Motion to Extend Deadline to File Objection to Claims ("Third Extension Motion").

25. On January 7, 2026, as Dk. No. 280, the Court entered an order granting the Third Extension Motion and extended the Deadline from December 1, 2025, through and including March 30, 2026, ("Third Extension Order").

26. A true and correct copy of the Third Extension Order is attached here as **Exhibit "6."**

27. There is good cause to extend the Deadline. Since the Effective Date, I am informed and believe that the Reorganized Debtor is in compliance with the Plan and Confirmation Order.

28. Operationally, the actual realization is less than projected, and, as result, the Reorganized Debtor has relatively light operations to save cash flow. Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued by special counsel, Crown.

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

29.    By this Motion, I request an extension of the deadline to object to claims to September 25, 2026.

30.    I need additional time to analyze the claims filed against the Estate.

31.    My professionals and I are continuing to review and investigate the remaining unresolved Claims pending against the Debtor's estate, some of which are monetarily significant and involve factual complex issues.

32.    To ensure that I can continue to pursue objections to any unsubstantiated or legally infirm Claims—and thereby maximize recoveries for bona-fide creditors—I request that the Court extend the Claims Objection Deadline for an additional 120 days to September 25, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March ___, 2025.

_____
EDWARD BIDANSET

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

# Exhibit "1"

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:24-bk-10803-SC

|  |  |
|---|---|
| *Date filed:* | 03/29/2024 |
| *Plan confirmed:* | 09/13/2024 |
| *341 meeting:* | 04/26/2024 |
| *Deadline for filing claims:* | 06/07/2024 |
| *Deadline for filing claims (govt.):* | 09/25/2024 |
| *Deadline for objecting to discharge:* | 06/25/2024 |

*Assigned to:* Scott C Clarkson
Chapter 11
Voluntary
Asset

**Debtor**
**Bridge Diagnostic, LLC**
120 Vantis Drive, Suite 570
Aliso Viejo, CA 92656-2618
ORANGE-CA
Tax ID / EIN: 85-0602662

represented by **Matthew Grimshaw**
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: mgrimshaw@marshackhays.com

**Myles P McAliney**
Crown Medical Collections
100 W High Street
Edensburg, PA 15931
570-237-5237
Email: mpmcalineylaw@gmail.com

**David Wood**
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: dwood@marshackhays.com

**Trustee**
**Robert Paul Goe (TR)**
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Ste 210
Irvine, CA 92614

EXHIBIT "1"

949-794-2460

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

represented by **Kenneth Misken**
DOJ-UST
Office of the United States Trustee
411 W. Fourth St, #7160
Ste 7160
Santa Ana, CA 92701
714-338-3405
Email: Kenneth.M.Misken@usdoj.gov

**Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701
714-338-3403
Fax : 714-338-3421
Email: queenie.k.ng@usdoj.gov
*TERMINATED: 01/08/2026*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/01/2025 | 275 (71 pgs) | Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 12/01/2025) |
| 12/01/2025 | 276 (17 pgs) | Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 12/01/2025) |
| 12/02/2025 | 277 (4 pgs) | Certificate of Service *re: Motion to Extend Time Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service Filed by Debtor Bridge Diagnostic, LLC (Wood, David), Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service Filed by Debtor Bridge Diagnostic, LLC). (Wood, David)* Filed by Other Professional Stretto, Inc. (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC, 276 Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC).). (Vandell, Travis) (Entered: 12/02/2025) |
| 12/10/2025 | 278 | Hearing Continued On Post-Confirmation Status Conference RE: Chapter 11 Subchapter V Plan - POST-CONFIRMATION STATUS CONFERENCE HEARING CONTINUED TO JUNE 17, 2026 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701; STATUS REPORT DUE 14 DAYS IN ADVANCE. The case judge is Scott C Clarkson (GD) (Entered: 12/17/2025) |

EXHIBIT "1"
Page 12

| | | | |
|---|---|---|---|
| 01/06/2026 | 279 (94 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service*). (Wood, David) (Entered: 01/06/2026) | |
| 01/07/2026 | 280 (2 pgs) | ORDER Granting Third Motion To Extend Deadline To Objection To Claims. IT IS ORDERED: The Motion Is GRANTED. The Deadline For Extending The Objection To Claims, Is EXTENDED From December 1, 2025, Through And Including MARCH 30, 2026. (BNC-PDF) (Related Doc # 275 ) Signed on 1/7/2026 (NB8) (Entered: 01/07/2026) | |
| 01/09/2026 | 281 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)280 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 01/09/2026. (Admin.) (Entered: 01/09/2026) | |
| 01/12/2026 | 282 (1 pg) | Certificate of Service *(Supplemental) re: Motion to Extend Time Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service Filed by Debtor Bridge Diagnostic, LLC (Wood, David), Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service Filed by Debtor Bridge Diagnostic, LLC).* (Wood, David) Filed by Other Professional Stretto, Inc. (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC, 276 Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC).). (Vandell, Travis) (Entered: 01/12/2026) | |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/25/2026 10:08:58 | | | |
| **PACER Login:** | atty272406 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:24-bk-10803-SC Fil or Ent: filed From: 12/1/2025 To: 3/25/2026 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# Exhibit "2"

MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

**FILED & ENTERED**

**SEP 13 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

BRIDGE DIAGNOSTICS, LLC,

Debtor.

Case No. 8:24-bk-10803-TA

Chapter 11 Subchapter V

ORDER CONFIRMING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 19, 2024

Hearing:
Date:   August 14, 2024
Time:   10:00 a.m.
Ctrm:   5B
Place:  411 West Fourth Street
        Santa Ana, CA  92701

The hearing on the confirmation of Debtor Bridge Diagnostics, LLC ("Debtor"), Second Amended Chapter 11 Plan of Reorganization by Debtor, filed on September 10, 2024, as Dk. No. 201 ("Plan")[1], came on for hearing on August 14, 2024, at 10:00 a.m., before the Honorable Theodor C. Albert, United States Bankruptcy Judge, presiding ("Confirmation Hearing"). All appearances are as stated on the record.

The Court has reviewed the Plan; the Confirmation Brief ("Confirmation Brief") filed by Debtor on August 7, 2024, as Dk. No. 174; the Declarations of Jason Hansen, Edward Bidanset, and

---

[1] A copy of the redlined second amended Plan has been filed separately as Exhibit "A," due to the length of the document and is incorporated into this Order. A copy of the clean second amended Plan has been filed separately as Exhibit "B," due to the length of the document and is incorporated into this Order.

1

David A. Wood in Support of the Confirmation Brief; the comments filed by the SubV Chapter 11 Trustee ("Trustee") on August 9, 2024, as Dk. No. 177 ("Trustee Comments"), the reply filed by creditor University Research Park LLC ("URP LLC") on August 9, 2024, as Dk. No. 179 ("URP Reply"), the reply filed by interested party Mr. Jason Hansen ("Mr. Hansen") on August 9, 2024, as DK. No. 180 , and all other relevant pleadings and evidence filed with respect to this matter.

Creditor Ross Blackburn ("Blackburn") filed a limited objection with respect to the Plan Confirmation. On August 6, 2024 as Dk. No. 162, Debtor and Blackburn entered into a stipulation regarding issues for determination with respect to the claim of Blackburn ("Blackburn Stipulation").

Based on the foregoing, the Court adopts the Confirmation Brief as its findings of fact and conclusions of law with the following exceptions:

A. On the record at the Confirmation Hearing, the Debtor, Trustee, URP LLC, and Mr. Hansen agreed to certain non-material modifications of the Plan to resolve the Trustee's Comments, and the URP Reply. The Plan contains the agreed upon non-material modifications.

B. Under §1191(a), a plan can be confirmed if it meets all of the requirements of 11 U.S.C. §1129(a) with the exception to 11 U.S.C. §1129(a)(15), which need not be met. The Plan does not satisfy §§1129(a)(8). Therefore, the Debtor is not seeking confirmation under §1191(a).

C. Under § 1191(b) the Plan can be confirmed if the Plan (1) meets all of the requirements of 11 U.S.C. §1129(a) with the exceptions of 11 U.S.C. §§1129(a)(8), (10), and (15) and (2) does not discriminate unfairly and is "fair and equitable" (as defined by 11 U.S.C. §1191(c)) as to all impaired classes of claims that did not vote to accept the plan.

D. The Plan satisfies all of the requirements of 11 U.S.C. §§1129(a) other than subsection (8).

E. Section 1129(a)(1) requires that a plan comply with the applicable provisions of the Bankruptcy Code. The Plan satisfies the requirement.

F. Section 1122(a) permits a proposed plan to "place a claim or interest in a particular class only if such a claim or interest is substantially similar to other claims or interests in such class." The Plan classifies claims into three (3) different classes. Class 1 consists of the Debtor's secured claims–which are separately classified in Classes 1(a) through Class 1(m). Class 2 consists of the

2

priority claim of BlueCross filed against the Debtor. Finally, Class 3 consists of the general unsecured claims asserted against the Debtor.  Thus, as can be seen by the description of the classes contained in the Plan, the claims within each class are substantially similar. Because the Plan places only similar claims within each class, the Plan complies with 11 U.S.C. §1122.

G.       Section 1123(a)(1) requires that a plan designate one or more classes of claims and interests other than claims specified in 11 U.S.C. § 507(a)(2) (administrative expense claims), (a)(3) (claims arising during the "gap period" in an involuntary case), (a)(8) (priority tax claims), and classes of interests. The Plan complies with 11 U.S.C. § 1123(a)(1) because it classifies claims other than administrative claims and priority tax claims. Thus, the Plan complies with 11 U.S.C. §1123(a)(1).

Therefore, good cause exists for the Court to make its order as follows:

IT IS HEREBY ORDERED THAT:

1.       The Plan filed on September 10, 2024, as Dk. No. 201, with the non-material modifications stated on the record at the August 14, 2024, hearing, is confirmed under 11 U.S.C. §1191(b);

2.       The Court finds that the treatment of Class 1(i) claim for Blackburn will be treated as a Class 3 unsecured claim, and share *pro rata* with similarly situated unsecured creditors. Blackburn's alleged security interest was not perfected prior to the filing of the Petition Date, and therefore Blackburn does not have a pre-petition lien against the Debtor and/or its assets. Blackburn does not have a lien on any of the Debtor's and/or Reorganized Debtor's assets, and pursuant to 11 U.S.C. § 544(a)(1), 550, and 551, any unperfected security interest held by Blackburn is avoided, recovered, and preserved in favor of the Debtor. *Nielson v. Chang (In re First T.D. & Inv., Inc.)*, 523 F.3d 520, 526 (9th Cir. 2001);

3.       The provisions of this Order, as well as all provisions of the Plan, are binding in all respects upon the Debtor and each creditor, whether or not such creditor voted in favor of the Plan;

4.       The Effective Date of the Plan will be the first business day after this Order becomes Final.  An order is "Final" if the deadline to file a notice of appeal or seek a new trial or rehearing has passed and (1) no appeal or motion for new trial or rehearing has been filed; or (2) an appeal or

motion for new trial or rehearing has been filed but no stay was obtained;

5. Except as otherwise provided in the Plan, the confirmation of the Plan vests in the Reorganized Debtor all property of the Estate and all the rights and privileges to prosecute any and all claims and actions of the Debtor and Debtor's Bankruptcy Estate including claims and actions of Debtor's creditors pursuant to 11 U.S.C. §§ 108, 541, 544, 545, 546, 547, 548, 549, 550 and 551;

6. The Disbursing Agent is authorized to make disbursements to claimants in accordance with the Plan and this Order;

7. The Reorganized Debtor and Disbursing Agent, and any other person that has a duty or responsibility to act under the Plan is hereby authorized, empowered, and directed to carry out the provisions of the Plan, and to perform such other acts and execute such other documents as are necessary or appropriate in connection with the Plan and this Order;

8. Until Debtor's case is closed, the Court retains jurisdiction over this case, to the extent provided by the Plan or applicable law to ensure that the purposes and intent of the Plan are carried out;

9. If Debtor's case is converted to one under Chapter 7, the nonexempt property of Debtor that has not been disbursed pursuant to the Plan shall be re-vested in the Chapter 7 estate and all orders previously entered by the Court in this bankruptcy case shall survive and remain enforceable and binding on all relevant parties notwithstanding conversion to Chapter 7;

10. If Debtor's case is dismissed, all orders previously entered by the Court in this bankruptcy case shall survive and remain enforceable and binding on all relevant parties, notwithstanding entry of such order dismissing the Debtor's bankruptcy case;

11. On the Effective Date, the Debtor shall be discharged from any and all debts that arose before confirmation of the Plan, provided, however, that the Debtor is not discharged from any debt of a kind specified in 11 U.S.C. §§ 523(a)(2)(A)-(B) that is owed to a domestic governmental unity, or owed to a person as the result of an action filed under subchapter III of Chapter 37 of title 31 or any similar State statute; or for a tax or customs duty with respect to which the debtor made a fraudulent tax return or willfully attempted in any manner to evade or to defeat such tax or such customs duty. All persons or entities who held claims against Debtor as of the date of when the Plan

4

was confirmed or who held or may hold claims based on conduct that occurred, wholly or partially, before the Petition Date, shall refrain from enforcing such claim in any fashion, including through setoff, subrogation, or recoupment;

12.    On the Effective Date, the Debtor and officers, directors, and employees; the Debtor's professionals in this case, including Marshack Hays Woods LLP, Edward Bidanset and Cutsheet Express LLC, Stretto, Inc., Crown Medical Collections, LLC, and their respective officers, directors, partners, associates, and employees; and the Subchapter V Trustees shall be relieved of any liability to any person, including creditors of the Debtor's Bankruptcy Estate, for any act or omission in connection with, relating to or arising out of any post-petition action, including without limitation the formulation and implementation of the Plan; provided, however, that such parties are not relieved of liability for willful misconduct or gross negligence; and

13.    The Court retains jurisdiction in accordance with the provisions of the Plan and to enforce this Confirmation Order.

*A post-confirmation status conference will be held on February 12, 2025 at 10:00 a.m.*

###

Date: September 13, 2024

Theodor C. Albert
United States Bankruptcy Judge

5

# Exhibit "3"

# Central District of California
# Claims Register

[8:24-bk-10803-SC Bridge Diagnostic, LLC](#)

**Judge:** Scott C Clarkson                        **Chapter:** 11
**Office:** Santa Ana                              **Last Date to file claims:** 06/07/2024
**Trustee:** Robert Paul Goe (TR)                  **Last Date to file (Govt):** 09/25/2024

| | | |
|---|---|---|
| *Creditor:*        (41926228) | **Claim No: 1** | *Status:* |
| Texas Health & Human Services Commission | *Original Filed Date*: 04/11/2024 | *Filed by:* CR |
| 4601 W. Guadalupe Street, MC-1100 | *Original Entered Date*: 04/11/2024 | *Entered by:* AUTP |
| Austin, TX 78751 | | *Modified:* |

Amount claimed: $707.43

*History:*

Details ●    1-1    04/11/2024 Claim #1 filed by Texas Health & Human Services Commission, Amount claimed: $707.43 (AUTP)

*Description:*

*Remarks:* (1-1) Account Number (last 4 digits):5622

| | | |
|---|---|---|
| *Creditor:*        (41911984) | **Claim No: 2** | *Status:* |
| Hamilton Company | *Original Filed Date*: 04/15/2024 | *Filed by:* CR |
| P.O. Box 10030 | *Original Entered Date*: 04/15/2024 | *Entered by:* TL |
| Reno, NV 89520-0012 | | *Modified:* |

Amount claimed: $112304.89

*History:*

Details ●    2-1    04/15/2024 Claim #2 filed by Hamilton Company, Amount claimed: $112304.89 (TL)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*        (41911992) | **Claim No: 3** | *Status:* |
| TXPSI, LLC | *Original Filed Date*: 04/16/2024 | *Filed by:* CR |
| 298 Industrial Blvd | *Original Entered Date*: 04/16/2024 | *Entered by:* AUTP |
| Bastrop, TX 78602 | | *Modified:* |

Amount claimed: $118152.33

*History:*

Details ●    3-1    04/16/2024 Claim #3 filed by TXPSI, LLC, Amount claimed: $118152.33 (AUTP)

*Description:*

*Remarks:*

*Creditor:* (41911996)
Xifin, Inc.
12225 El Camino Real, Suite 100
San Diego, CA 92130-3081

**Claim No: 4**
*Original Filed Date*: 04/17/2024
*Original Entered Date*: 04/17/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

 Amount claimed: $234381.00

*History:*

 Details      4-1    04/17/2024 Claim #4 filed by Xifin, Inc., Amount claimed: $234381.00 (AUTP)

*Description:*

*Remarks:* (4-1) Account Number (last 4 digits):ib01

*Creditor:* (41938098)
Helmco Electric, Inc. .
17985 Sky Park Circle Suite J
Irvine, CA 926 14

**Claim No: 5**
*Original Filed Date*: 04/25/2024
*Original Entered Date*: 04/25/2024

*Status:*
*Filed by:* CR
*Entered by:* TL
*Modified:*

 Amount claimed: $21105.00

*History:*

 Details      5-1    04/25/2024 Claim #5 filed by Helmco Electric, Inc. ., Amount claimed: $21105.00 (TL)

*Description:*

*Remarks:*

*Creditor:* (41950125)
CDW Direct, LLC
Attn: Vida Krug
200 N. Milwaukee Ave.
Vernon Hills, IL 60061

**Claim No: 6**
*Original Filed Date*: 04/29/2024
*Original Entered Date*: 04/29/2024

*Status:*
*Filed by:* CR
*Entered by:* SM2
*Modified:*

 Amount claimed: $105730.70

*History:*

 Details      6-1    04/29/2024 Claim #6 filed by CDW Direct, LLC, Amount claimed: $105730.70 (SM2)

*Description:* (6-1) goods sold

*Remarks:*

*Creditor:* (41957126)
Becton, Dickinson and Company
McCarter & English, LLP, Attn: Lisa S. Bonsall
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102

**Claim No: 7**
*Original Filed Date*: 05/02/2024
*Original Entered Date*: 05/02/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

 Amount claimed: $29489.76

*History:*

 Details      7-1    05/02/2024 Claim #7 filed by Becton, Dickinson and Company, Amount claimed: $29489.76 (AUTP)

*Description:*

*Remarks:*

*Creditor:*         (41960224)
Stuart Lippman And Associates
5447 E 5th Street
Suite 110
Tucson, AZ 85711

 Amount claimed: $27858.86

| | |
|---|---|
| **Claim No: 8** | *Status:* |
| *Original Filed Date*: 05/06/2024 | *Filed by:* CR |
| *Original Entered Date*: 05/06/2024 | *Entered by:* AUTP |
| | *Modified:* |

*History:*

Details        8-1      05/06/2024 Claim #8 filed by Stuart Lippman And Associates, Amount claimed: $27858.86 (AUTP)

*Description:*

*Remarks:* (8-1) Account Number (last 4 digits):6889

---

*Creditor:*         (41961701)
American Type Culture Collection
10801 University Blvd
Manassas, VA 20110

 Amount claimed: $3130501.00

| | |
|---|---|
| **Claim No: 9** | *Status:* |
| *Original Filed Date*: 05/07/2024 | *Filed by:* CR |
| *Original Entered Date*: 05/07/2024 | *Entered by:* TS |
| | *Modified:* |

*History:*

Details        9-1      05/07/2024 Claim #9 filed by American Type Culture Collection, Amount claimed: $3130501.00 (TS)

*Description:* (9-1) Goods sold

*Remarks:*

---

*Creditor:*         (41938069)    History
BayCap LLC
250 N Harbor Blvd., Suite 313
Redondo Beach, CA 90277

 Amount  claimed: $166725.95
 Secured  claimed: $166725.95
 Priority   claimed:          $0.00

| | |
|---|---|
| **Claim No: 10** | *Status:* |
| *Original Filed Date*: 05/09/2024 | *Filed by:* CR |
| *Original Entered Date*: 05/09/2024 | *Entered by:* JL |
| | *Modified:* |

*History:*

Details        10-1     05/09/2024 Claim #10 filed by BayCap LLC, Amount claimed: $166725.95 (JL)

*Description:*

*Remarks:*

---

*Creditor:*         (41938069)    History
BayCap LLC
250 N Harbor Blvd., Suite 313
Redondo Beach, CA 90277

 Amount  claimed: $127329.93
 Secured  claimed: $127329.93

| | |
|---|---|
| **Claim No: 11** | *Status:* |
| *Original Filed Date*: 05/09/2024 | *Filed by:* CR |
| *Original Entered Date*: 05/09/2024 | *Entered by:* JL |
| | *Modified:* |

*History:*

Details        11-1     05/09/2024 Claim #11 filed by BayCap LLC, Amount claimed: $127329.93 (JL)

*Description:*

*Remarks:*

EXHIBIT "3"
Page 21

*Creditor:*      (41938069)   History
BayCap LLC
250 N Harbor Blvd., Suite 313
Redondo Beach, CA 90277

**Claim No: 12**
*Original Filed Date*: 05/09/2024
*Original Entered Date*: 05/09/2024

*Status:*
*Filed by:* CR
*Entered by:* JL
*Modified:*

 Amount  claimed: $237202.75

 Secured claimed: $237202.75

*History:*

Details       12-1     05/09/2024 Claim #12 filed by BayCap LLC, Amount claimed: $237202.75 (JL)

*Description:*

*Remarks:*

---

*Creditor:*      (41938069)   History
BayCap LLC
250 N Harbor Blvd., Suite 313
Redondo Beach, CA 90277

**Claim No: 13**
*Original Filed Date*: 05/09/2024
*Original Entered Date*: 05/09/2024

*Status:*
*Filed by:* CR
*Entered by:* JL
*Modified:*

 Amount  claimed: $151023.12

 Secured claimed: $151023.12

*History:*

Details       13-1     05/09/2024 Claim #13 filed by BayCap LLC, Amount claimed: $151023.12 (JL)

*Description:*

*Remarks:*

---

*Creditor:*      (41919433)
KRYSTAL REED, INDIVIDUALLY AND ON BEHALF OF OTHERS
SIMILARLY SITUATED
C/O IAN M. SILVERS
BISNAR CHASE LLP
1301 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

**Claim No: 14**
*Original Filed Date*: 05/15/2024
*Original Entered Date*: 05/15/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

 Amount claimed: $309632.82

*History:*

Details      14-1     05/15/2024 Claim #14 filed by KRYSTAL REED, INDIVIDUALLY AND ON BEHALF OF OTHERS, Amount claimed: $309632.82 (AUTP)

*Description:*

*Remarks:*

---

*Creditor:*      (41972231)
Jenna Schroeder
250 S Wacker Dr

**Claim No: 15**
*Original Filed Date*: 05/15/2024
*Original Entered Date*: 05/15/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

*History:*

Details      15-1     05/15/2024 Claim #15 filed by Jenna Schroeder, Amount claimed: $137484.20 (AUTP)

*Description:*

*Remarks:*

Ste 230
Chicago, IL 60606

 Amount claimed: $137484.20

*History:*
Details      ●      15-1      05/15/2024 Claim #15 filed by Jenna Schroeder, Amount claimed: $137484.20 (AUTP)

*Description:*
*Remarks:*

*Creditor:*      (41972233)                                                    **Claim No: 16**                          Status:
Blair Simon                                                                    *Original Filed Date*: 05/15/2024       *Filed by:* CR
250 S Wacker Dr                                                                 *Original Entered Date*: 05/15/2024     *Entered by:* AUTP
Ste 230                                                                                                                 *Modified:*
Chicago, IL 60606

 Amount claimed: $132882.13

*History:*
Details      ●      16-1      05/15/2024 Claim #16 filed by Blair Simon, Amount claimed: $132882.13 (AUTP)

*Description:*
*Remarks:*

*Creditor:*      (41972234)                                                    **Claim No: 17**                          Status:
Katie Wheeler                                                                  *Original Filed Date*: 05/15/2024       *Filed by:* CR
250 S Wacker Dr                                                                 *Original Entered Date*: 05/15/2024     *Entered by:* AUTP
Ste 230                                                                                                                 *Modified:*
Chicago, IL 60606

 Amount claimed: $135237.68

*History:*
Details      ●      17-1      05/15/2024 Claim #17 filed by Katie Wheeler, Amount claimed: $135237.68 (AUTP)

*Description:*
*Remarks:*

*Creditor:*      (41938103)                                                    **Claim No: 18**                          Status:
inGENEious RX Incorporated / Becky Winsl                                        *Original Filed Date*: 05/15/2024       *Filed by:* CR
6080 Via Sprena Dr                                                              *Original Entered Date*: 05/15/2024     *Entered by:* AUTP
El Paso, TX 79912                                                                                                       *Modified:*

 Amount claimed: $1600.00

*History:*
Details      ●      18-1      05/15/2024 Claim #18 filed by inGENEious RX Incorporated / Becky Winsl, Amount claimed: $1600.00 (AUTP)

*Description:*
*Remarks:*

EXHIBIT "3"
Page 23

*Creditor:*      (41983823)
Aetna, Inc.
Aaron McCollough
c/o McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

**Claim No: 19**
*Original Filed Date*: 05/23/2024
*Original Entered Date*: 05/23/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

 Amount claimed: $4807.72

*History:*

Details        19-1      05/23/2024 Claim #19 filed by Aetna, Inc., Amount claimed: $4807.72 (AUTP)

*Description:*

*Remarks:*

*Creditor:*      (41987935)
FocusMD
400 Southpointe Boulevard
Suite 105
Canonsburg, PA 15317

**Claim No: 20**
*Original Filed Date*: 05/28/2024
*Original Entered Date*: 05/28/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

 Amount claimed: $2950.75

*History:*

Details        20-1      05/28/2024 Claim #20 filed by FocusMD, Amount claimed: $2950.75 (AUTP)

*Description:*

*Remarks:*

*Creditor:*      (41911977)
Airspace Technologies, Inc.
5909 Sea Otter PlaceSuite 200
Carlsbad, CA 92010

**Claim No: 21**
*Original Filed Date*: 05/29/2024
*Original Entered Date*: 05/29/2024

*Status:*
*Filed by:* CR
*Entered by:* Jennifer M Oliver
*Modified:*

 Amount claimed: $163503.88

*History:*

Details        21-1      05/29/2024 Claim #21 filed by Airspace Technologies, Inc., Amount claimed: $163503.88 (Oliver, Jennifer)

*Description:*

*Remarks:*

*Creditor:*      (41989721)
ELLKAY LLC
10 Furler Street PO Box 209
Totowa, NJ 07512-10

**Claim No: 22**
*Original Filed Date*: 05/29/2024
*Original Entered Date*: 05/29/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

 Amount claimed: $92510.00

*History:*

Details        22-1      05/29/2024 Claim #22 filed by ELLKAY LLC, Amount claimed: $92510.00 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (41995127) | **Claim No: 23** | *Status:* |
| UnitedHealthcare Insurance Company | *Original Filed Date*: 05/31/2024 | *Filed by:* CR |
| ATTN: CDM/Bankruptcy | *Original Entered Date*: 05/31/2024 | *Entered by:* AUTP |
| 185 Asylum Street - 03B | | *Modified:* |
| Hartford, CT 06103 | | |

 Amount claimed: $17556.25

*History:*

| Details |   | 23-1 | 05/31/2024 Claim #23 filed by UnitedHealthcare Insurance Company, Amount claimed: $17556.25 (AUTP) |

*Description:*

*Remarks:* (23-1) Account Number (last 4 digits):2662


| | | |
|---|---|---|
| *Creditor:*     (41911981) | **Claim No: 24** | *Status:* |
| David Wright Tremaine, LLP | *Original Filed Date*: 05/31/2024 | *Filed by:* CR |
| 920 Fifth Ave., Suite 3300 | *Original Entered Date*: 05/31/2024 | *Entered by:* AUTP |
| Seattle, WA 98104-1610 | *Last Amendment Filed*: 06/07/2024 | *Modified:* 06/07/2024 |
| | *Last Amendment Entered*: 06/07/2024 | |

 Amount claimed: $111589.50

*History:*

| Details |   | 24-1 | 05/31/2024 Claim #24 filed by David Wright Tremaine, LLP, Amount claimed: $111589.50 (AUTP) |
| Details |   | 24-2 | 06/07/2024 Amended Claim #24 filed by David Wright Tremaine, LLP, Amount claimed: $111589.50 (AUTP) |

*Description:*

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*     (42000653) | **Claim No: 25** | *Status:* |
| Blue Cross of California & Anthem Blue Cross Life | *Original Filed Date*: 06/04/2024 | *Filed by:* CR |
| Nicole Lapenta - Shipman & Goodwin LLP | *Original Entered Date*: 06/04/2024 | *Entered by:* AUTP |
| One Constitution Plaza | | *Modified:* |
| Hartford, CT 06103 | | |

 Amount claimed: $12942.80

 Priority  claimed: $12942.80

*History:*

| Details |   | 25-1 | 06/04/2024 Claim #25 filed by Blue Cross of California & Anthem Blue Cross Life, Amount claimed: $12942.80 (AUTP) |

*Description:*

*Remarks:*


| | | |
|---|---|---|
| *Creditor:*     (42001160) | **Claim No: 26** | *Status:* |
| De Lage Landen Financial Services, Inc. | *Original Filed Date*: 06/04/2024 | *Filed by:* AT |
| Hemar, Rousso & Heald, LLP | *Original Entered Date*: 06/04/2024 | *Entered by:* Christopher Crowell |
| c/o Christopher D. Crowell | | *Modified:* |

*History:*

| Details |   | 26-1 | 06/04/2024 Claim #26 filed by De Lage Landen Financial Services, Inc., Amount claimed: $160932.56 (Crowell, Christopher) |

*Description:*

*Remarks:*

EXHIBIT "3"
Page 25

15910 Ventura Blvd., 12th Fl, Encino, CA
(818)501-3800; ccrowell@hrhlaw.com

  Amount  claimed: $160932.56
  Secured claimed: $160932.56

*History:*
Details       26-1       06/04/2024 Claim #26 filed by De Lage Landen Financial Services, Inc., Amount claimed: $160932.56 (Crowell, Christopher)
*Description:*
*Remarks:*

*Creditor:*       (42001160)
De Lage Landen Financial Services, Inc.
Hemar, Rousso & Heald, LLP
c/o Christopher D. Crowell
15910 Ventura Blvd., 12th Fl, Encino, CA
(818)501-3800; ccrowell@hrhlaw.com

**Claim No: 27**
*Original Filed Date*: 06/04/2024
*Original Entered Date*: 06/04/2024

*Status:*
*Filed by:* AT
*Entered by:* Christopher Crowell
*Modified:*

  Amount  claimed: $40908.16
  Secured claimed: $40908.16

*History:*
Details       27-1       06/04/2024 Claim #27 filed by De Lage Landen Financial Services, Inc., Amount claimed: $40908.16 (Crowell, Christopher)
*Description:*
*Remarks:*

*Creditor:*       (42001160)
De Lage Landen Financial Services, Inc.
Hemar, Rousso & Heald, LLP
c/o Christopher D. Crowell
15910 Ventura Blvd., 12th Fl, Encino, CA
(818)501-3800; ccrowell@hrhlaw.com

**Claim No: 28**
*Original Filed Date*: 06/04/2024
*Original Entered Date*: 06/04/2024

*Status:*
*Filed by:* AT
*Entered by:* Christopher Crowell
*Modified:*

  Amount  claimed: $107315.36
  Secured claimed: $107315.36

*History:*
Details       28-1       06/04/2024 Claim #28 filed by De Lage Landen Financial Services, Inc., Amount claimed: $107315.36 (Crowell, Christopher)
*Description:*
*Remarks:*

*Creditor:*       (42003238)
United HealthCare Services, Inc.
Shipman & Goodwin LLP, c/o Eric Goldstein

**Claim No: 29**
*Original Filed Date*: 06/06/2024
*Original Entered Date*: 06/06/2024

*Status:*
*Filed by:* CR

*History:*
Details       29-1       06/06/2024 Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $7271504.94 (AUTP)
Details       29-2       07/17/2024 Amended Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $769646.73 (AUTP)
*Description:*
*Remarks:*

EXHIBIT "3"
Page 26

One Constitution Plaza
Hartford, CT 06103

*Last Amendment Filed*: 07/17/2024
*Last Amendment Entered*: 07/17/2024

*Entered by:* AUTP
*Modified:* 07/17/2024

 Amount claimed: $769646.73

*History:*

| | | | |
|---|---|---|---|
| Details | ● | 29-1 | 06/06/2024 Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $7271504.94 (AUTP) |
| Details | ● | 29-2 | 07/17/2024 Amended Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $769646.73 (AUTP) |

*Description:*
*Remarks:*

---

*Creditor:*        (42004025)
University Research Park LLC
c/o R. Gibson Pagter, Jr.
PAGTER AND PERRY ISAACSON
1851 E. First Street, Suite 700
Santa Ana, CA 92705
*No amounts claimed*

**Claim No: 30**
*Original Filed Date*: 06/06/2024
*Original Entered Date*: 06/06/2024

Status:
*Filed by:* CR
*Entered by:* R Gibson Pagter, Jr.
*Modified:*

*History:*

| | | | |
|---|---|---|---|
| Details | ● | 30-1 | 06/06/2024 Claim #30 filed by University Research Park LLC, Amount claimed: (Pagter, R) |

*Description:* (30-1) Terminated Lease
*Remarks:*

---

*Creditor:*        (42004778)
Ross Blackburn
c/o Aaron J. Malo, Esquire
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626

**Claim No: 31**
*Original Filed Date*: 06/07/2024
*Original Entered Date*: 06/07/2024

Status:
*Filed by:* CR
*Entered by:* Aaron J Malo
*Modified:*

 Amount  claimed: $2624490.98

 Secured claimed: $2624490.98

*History:*

| | | | |
|---|---|---|---|
| Details | ● | 31-1 | 06/07/2024 Claim #31 filed by Ross Blackburn, Amount claimed: $2624490.98 (Malo, Aaron) |

*Description:*
*Remarks:*

---

*Creditor:*       (42004968)
Thermo Fisher Financial Services, Inc.
c/o Beverly Weiss Manne
1500 One PPG Place
Pittsburgh, PA 15222

**Claim No: 32**
*Original Filed Date*: 06/07/2024
*Original Entered Date*: 06/07/2024
*Last Amendment Filed*: 01/23/2026
*Last Amendment Entered*: 01/23/2026

Status:
*Filed by:* CR
*Entered by:* AUTP
*Modified:* 01/23/2026

*History:*

| | | | |
|---|---|---|---|
| Details | ● | 32-1 | 06/07/2024 Claim #32 filed by Thermo Fisher Financial Services, Inc., Amount claimed: $423151.10 (AUTP) |
| Details | ● | 32-2 | 01/23/2026 Amended Claim #32 filed by Thermo Fisher Financial Services, Inc., Amount claimed: $403151.10 (AUTP) |

*Description:*
*Remarks:*

Amount  claimed: $403151.10

Secured claimed: $403151.10

*History:*

| Details | 32-1 | 06/07/2024 Claim #32 filed by Thermo Fisher Financial Services, Inc., Amount claimed: $423151.10 (AUTP) |
| Details | 32-2 | 01/23/2026 Amended Claim #32 filed by Thermo Fisher Financial Services, Inc., Amount claimed: $403151.10 (AUTP) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (41938088)   History | **Claim No: 33** | *Status:* |
| First Insurance Funding | *Original Filed Date*: 06/07/2024 | *Filed by:* CR |
| PO Box 7000 | *Original Entered Date*: 06/07/2024 | *Entered by:* AUTP |
| Carol Stream, IL 6197-7000 | | *Modified:* |

Amount  claimed: $21584.58

Secured claimed: $21584.58

*History:*

| Details | 33-1 | 06/07/2024 Claim #33 filed by First Insurance Funding, Amount claimed: $21584.58 (AUTP) |

*Description:*

*Remarks:* (33-1) Account Number (last 4 digits):4081

| | | |
|---|---|---|
| *Creditor:*      (41938088)   History | **Claim No: 34** | *Status:* |
| First Insurance Funding | *Original Filed Date*: 06/07/2024 | *Filed by:* CR |
| PO Box 7000 | *Original Entered Date*: 06/07/2024 | *Entered by:* AUTP |
| Carol Stream, IL 6197-7000 | | *Modified:* |

Amount  claimed: $101214.00

Secured claimed: $101214.00

*History:*

| Details | 34-1 | 06/07/2024 Claim #34 filed by First Insurance Funding, Amount claimed: $101214.00 (AUTP) |

*Description:*

*Remarks:* (34-1) Account Number (last 4 digits):0257

| | | |
|---|---|---|
| *Creditor:*      (42005424) | **Claim No: 35** | *Status:* |
| Katrina Gillespie | *Original Filed Date*: 06/07/2024 | *Filed by:* CR |
| 28432 Via Cynthia | *Original Entered Date*: 06/07/2024 | *Entered by:* AUTP |
| Laguna Niguel, CA 92677 | | *Modified:* |

Amount claimed: $21393.75

*History:*

| Details | 35-1 | 06/07/2024 Claim #35 filed by Katrina Gillespie, Amount claimed: $21393.75 (AUTP) |

*Description:*

*Remarks:*

EXHIBIT "3"
Page 28

*Creditor:*        (41938137)    History
Evolution Technologies LLC
dba Team Logic IT
22511 Aspan St, STE F
Lake Forest, CA 92630

**Claim No: 36**
*Original Filed Date*: 06/10/2024
*Original Entered Date*: 06/10/2024

*Status:*
*Filed by:* CR
*Entered by:* VN
*Modified:*

 Amount claimed: $14278.21

*History:*
Details        36-1      06/10/2024 Claim #36 filed by Evolution Technologies LLC, Amount claimed: $14278.21 (VN)

*Description:* (36-1) Services Performed
*Remarks:*


*Creditor:*        (42013486)
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**Claim No: 37**
*Original Filed Date*: 06/14/2024
*Original Entered Date*: 06/14/2024

*Status:*
*Filed by:* CR
*Entered by:* Rebecca Estonilo
*Modified:*

 Amount claimed: $707.91
 Priority  claimed: $707.91

*History:*
Details        37-1      06/14/2024 Claim #37 filed by FRANCHISE TAX BOARD, Amount claimed: $707.91 (Estonilo, Rebecca)

*Description:* (37-1) Claim Filed
*Remarks:*


*Creditor:*        (41938100)    History
HigherEchelon, Inc.
101 Lowe Ave SE, Suite 3B
Huntsville, AL 35801

**Claim No: 38**
*Original Filed Date*: 06/20/2024
*Original Entered Date*: 06/20/2024

*Status:*
*Filed by:* CR
*Entered by:* VN
*Modified:*

 Amount claimed: $21136.07

*History:*
Details        38-1      06/20/2024 Claim #38 filed by HigherEchelon, Inc., Amount claimed: $21136.07 (VN)

*Description:* (38-1) #0133; Services Performed
*Remarks:*


*Creditor:*        (42067118)
U.S. Department of Health and Human Services, CMS
Angela M. Belgrove
90 - 7th Street, Suite 4-500
San Francisco, CA 94103

**Claim No: 39**
*Original Filed Date*: 07/26/2024
*Original Entered Date*: 07/26/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

 Amount claimed: $0.00

*History:*
Details        39-1      07/26/2024 Claim #39 filed by U.S. Department of Health and Human Services, CMS, Amount claimed: $0.00 (AUTP)

*Description:*
*Remarks:* (39-1) Account Number (last 4 digits):2662 Filer Comment: Contingent and unliquidated.

*Creditor:*      (42004025)
University Research Park LLC
c/o R. Gibson Pagter, Jr.
PAGTER AND PERRY ISAACSON
1851 E. First Street, Suite 700
Santa Ana, CA 92705

**Claim No: 40**
*Original Filed Date*: 10/16/2025
*Original Entered Date*: 10/16/2025

*Status:*
*Filed by:* CR
*Entered by:* R Gibson Pagter, Jr.
*Modified:*

 Amount claimed: $1807068.15

*History:*

| Details | | 40-1 | 10/16/2025 Claim #40 filed by University Research Park LLC, Amount claimed: $1807068.15 (Pagter, R) |

*Description:*
*Remarks:*

## Claims Register Summary

**Case Name:** Bridge Diagnostic, LLC
**Case Number:** 8:24-bk-10803-SC
**Chapter:** 11
**Date Filed:** 03/29/2024
**Total Number Of Claims:** 40

| | |
|---|---|
| **Total Amount Claimed*** | $11679038.01 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $4141878.49 | |
| **Priority** | $13650.71 | |
| **Administrative** | | |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/25/2026 09:54:25 | | |
| **PACER Login:** | atty272406 | **Client Code:** | |

EXHIBIT "3"
Page 30

| **Description:** | Claims Register | **Search Criteria:** | 8:24-bk-10803-SC Filed or Entered From: 3/5/2002 Filed or Entered To: 12/31/2026 |
|---|---|---|---|
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# Exhibit "4"

DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

**FILED & ENTERED**

**MAR 13 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No: 8:24-bk-10803-TA |
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Debtor. | ORDER GRANTING MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS |
| | [APPLICATION – DK. NO. 239] |
| | [UNOPPOSED APPLICATION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |

The Court has read and considered the Motion to Extend Deadline to Objection to claims ("Motion")[1], filed by Debtor, BRIDGE DIAGNOSTICS, LLC ("Debtor"), in the above-captioned case, filed on February 10, 2025, as Dk. No. 239. The Court finds, based upon the proof of service of the Notice of Motion filed on February 10, 2025, as Dk. No. 240, the Declaration that No Party Requested a Hearing on Application filed by David A. Wood, on February 27, 2025, as Dk. No. 245, that proper notice of the Motion has been given and no response, opposition, or request for a hearing was received. Accordingly, the Court finds good cause to grant the Motion, and enters its Order as follows:

/ / /

/ / /

---

[1] All terms not defined herein are used as they are defined in the Motion.

1

IT IS ORDERED that the Motion is granted. The deadline for extending the Objection to Claims, is extended from March 29, 2025 through and including July 28, 2025.

# # #

Date: March 13, 2025

_____
Theodor C. Albert
United States Bankruptcy Judge

2

# Exhibit "5"

DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

FILED & ENTERED

AUG 15 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No: 8:24-bk-10803-SC |
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Debtor. | ORDER GRANTING MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS |
| | [APPLICATION – DK. NO. 239] |
| | [UNOPPOSED APPLICATION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |

The Court has read and considered the Motion to Extend Deadline to Objection to claims ("Motion")[1], filed by Debtor, BRIDGE DIAGNOSTICS, LLC ("Debtor"), in the above-captioned case, filed on July 28, 2025, as Dk. No. 263. The Court finds, based upon the proof of service of the Notice of Motion filed on July 28, 2025, as Dk. No. 264, the Certificate of Service filed on July 29, 2025, as Dk. No. 265, and the Declaration that No Party Requested a Hearing on Application filed by David A. Wood, on August 14, 2025 as Dk. No. 268, that proper notice of the Motion has been given and no response, opposition, or request for a hearing was received. Accordingly, the Court finds good cause to grant the Motion, and enters its Order as follows:

---

[1] All terms not defined herein are used as they are defined in the Motion.

1

IT IS ORDERED that the Motion is granted. The deadline for extending the Objection to Claims, is extended from July 28, 2025, through and including December 1, 2025.

# # #

4937-8585-4303, v. 1

Date: August 15, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2

# Exhibit "6"

DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

**FILED & ENTERED**

**JAN 07 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No: 8:24-bk-10803-SC |
|---|---|
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Debtor. | ORDER GRANTING THIRD MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS |
| | [MOTION– DK. NO. 275] |
| | [UNOPPOSED APPLICATION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |

The Court has read and considered the Third Motion to Extend Deadline to Objection to claims ("Motion")[1], filed by Debtor, BRIDGE DIAGNOSTICS, LLC ("Debtor"), in the above-captioned case, filed on December 1, 2025, as Dk. No. 275. The Court finds, based upon the proof of service of the Notice of Motion filed on December 1, 2025, as Dk. No. 276, the Certificate of Service filed on December 2, 2025, as Dk. No. 277, and the Declaration that No Party Requested a Hearing on Application filed by David A. Wood, on January 6, 2026 as Dk. No. 279, that proper notice of the Motion has been given and no response, opposition, or request for a hearing was received. Accordingly, the Court finds good cause to grant the Motion, and enters its Order as follows:

---

[1] All terms not defined herein are used as they are defined in the Motion.

1

IT IS ORDERED that the Motion is granted. The deadline for extending the Objection to Claims, is extended from December 1, 2025, through and including March 30, 2026.

# # #

Date: January 7, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **FOURTH MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS; DECLARATION OF EDWARD BIDANSET IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 25, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **March 25, 2026**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on the interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the mail matrix of the **Debtor, 20 largest creditors and all parties on claims register** . Upon completion of the mailing by Stretto to interested parties, Stretto will file a Certificate of Service listing the addresses served. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
BRIDGE DIAGNOSTIC, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 570
ALISO VIEJO, CA 92656-2618

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 25, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA PERSONAL DELIVERY**
Honorable Scott C. Clarkson
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 25, 2026 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: CONTINUED:

- **INTERESTED PARTY:** Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR INTERESTED PARTY JASON HANSEN:** Anthony Bisconti tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com; docket@bklwlaw.com
- **ATTORNEY FOR CROWN MEDICAL COLLECTIONS, SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN FINANCIAL SERVICES, INC.:** Christopher Crowell ccrowell@hrhlaw.com
- **SUBCHAPTER V TRUSTEE:** Robert Paul Goe (TR) bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR THE UNITED STATES OF AMERICA:** Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR ROSS BLACKBURN:** Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:**  Myles P McAliney mpmcalineylaw@gmail.com
- **INTERESTED PARTY:** Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Jennifer Oliver jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **INTERESTED PARTY COURTESY NEF:** Misty Perry Isaacson    misty@mpilawfirm.com, misty@salvatoboufadel.com
- **INTERESTED PARTY COURTESY NEF:** Michael B. Reynolds   mreynolds@swlaw.com; astill@swlaw.com
- **ATTORNEY FOR CREDITOR THERMO FISHER FINANCIAL SERVICES:** Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com, docket@tuckerlaw.com, mthomas@tuckerlaw.com, SLeah@tuckerlaw.com
- **INTERESTED PARTY COURTESY NEF:** Andrew B. Still   mreynolds@swlaw.com; astill@swlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; alinares@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**