MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Reorganized Debtor,
BRIDGE DIAGNOSTICS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BRIDGE DIAGNOSTICS, LLC,<br><br>　　　　　Reorganized Debtor. | Case No. 8:24-bk-10803-SC<br><br>Chapter 11 Subchapter V<br><br>NOTICE OF FOURTH MOTION TO EXTEND DEADLINE TO OBJECT TO CLAIMS<br><br>[NO HEARING REQURIED UNDER LBR 9013-1(o)] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

PARTIES:

PLEASE TAKE NOTICE that the Reorganized Debtor, Bridge Diagnostics, LLC

("Reorganized Debtor") in the above-captioned case, has filed the Fourth Motion to Extend Deadline

to Object to Claims ("Motion") and seeks an extension of the deadline to object to claims pursuant to

11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9006.

The Reorganized Debtor's Second Amended Chapter 11 Subchapter V Plan of

Reorganization Dated August 19, 2024 ("Plan") was confirmed by the Court on September 13, 2024,

and provides that the "Standing and Claim Objection Deadline" "shall be" 180 days after the

Effective Date to file objections to claims ("Deadline"). The Plan further provides that the

1

NOTICE OF MOTION TO EXTENDE DEADLINE TO OBJECTION TO CLAIMS

Reorganized Debtor may obtain an extension of the Deadline by filing a motion evidencing cause for the extension. The 180th day after the Effective Date of the Plan was March 29, 2025.

Previously, the Reorganized Debtor sought and obtained extensions of the Deadline. The Deadline is currently set for March 30, 2026. Operationally, the actual realization is less than projected, and, as result, the Debtor has relatively light operations to save cash flow, again, the Debtor believes that it is in compliance with the Second Amended Plan and the Confirmation Order at this time.

Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued by special counsel, Crown Medical Solutions ("Crown"). Crown has been in the midst of analyzing the payee and payor reports, and needs additional time to investigate the claims asserted against the Estate, and possible receivables that are owed to the Estate.

As a result, the Reorganized Debtor and needs additional time to review the claims asserted against the Estate. By this Motion, the Disbursing Agent seeks to extend the deadline to object to claims by 120 days from March 30, 2026, through and including September 25, 2026.

The complete scope and terms of the relief requested are detailed in the Motion a copy of which can be obtained by contacting Matthew W. Grimshaw, David A. Wood, and Sarah R. Hasselberger whose contact information is listed in the top left-hand corner of this Notice.

PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the Motion must be in the form as required by Local Bankruptcy Rules ("LBR") 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court no later than fourteen days (14) from the date of service of this Notice, plus an additional three days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).

NOTICE OF MOTION TO EXTENDE DEADLINE TO OBJECTION TO CLAIMS

A copy of any response must be served on Matthew W. Grimshaw, David A. Wood, and Sarah R. Hasselberger at the mailing address indicated in the upper left corner of the first page of this notice, and upon the Office of the United States Trustee at 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as acceptance of the proposed Motion. *See* LBR 9013-1(h).

Dated: March 25, 2026

MARSHACK HAYS WOOD LLP

By: */s/ David A. Wood*
    MATTHEW W. GRIMSHAW
    DAVID A. WOOD
    SARAH R. HASSELBERGER
    Attorneys for Reorganized Debtor,
    BRIDGE DIAGNOSTICS LLC

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF FOURTH MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 25, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **March 25, 2026**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on the interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the mail matrix of the **Debtor, 20 largest creditors and all parties on claims register** . Upon completion of the mailing by Stretto to interested parties, Stretto will file a Certificate of Service listing the addresses served. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
BRIDGE DIAGNOSTIC, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 570
ALISO VIEJO, CA 92656-2618

☒  Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:</u>** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 25, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>PRESIDING JUDGE'S COPY</u> – VIA PERSONAL DELIVERY**
Honorable Scott C. Clarkson
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 25, 2026 | Cynthia Bastia | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                  **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY:** Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR INTERESTED PARTY JASON HANSEN:** Anthony Bisconti tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com; docket@bklwlaw.com
- **ATTORNEY FOR CROWN MEDICAL COLLECTIONS, SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN FINANCIAL SERVICES, INC.:** Christopher Crowell ccrowell@hrhlaw.com
- **SUBCHAPTER V TRUSTEE:** Robert Paul Goe (TR) bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR THE UNITED STATES OF AMERICA:** Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR ROSS BLACKBURN:** Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:**  Myles P McAliney mpmcalineylaw@gmail.com
- **INTERESTED PARTY:** Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Jennifer Oliver jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **INTERESTED PARTY COURTESY NEF:** Misty Perry Isaacson    misty@mpilawfirm.com, misty@salvatoboufadel.com
- **INTERESTED PARTY COURTESY NEF:** Michael B. Reynolds   mreynolds@swlaw.com; astill@swlaw.com
- **ATTORNEY FOR CREDITOR THERMO FISHER FINANCIAL SERVICES:** Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com, docket@tuckerlaw.com, mthomas@tuckerlaw.com, SLeah@tuckerlaw.com
- **INTERESTED PARTY COURTESY NEF:** Andrew B. Still   mreynolds@swlaw.com; astill@swlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; alinares@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** |
|---|---|---|
| AIRSPACE TECHNOLOGIES, INC. ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 5909 SEA OTTER PLACE, SUITE 200 CARLSBAD, CA 92010-6675 | ALFRED LUI, MD, INC. 7 HORSESHOE LANE PALOS VERDES PENINSULA, CA 90274-4823 | APOLLO COURIERS INC. ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 1039 W HILLCREST BLVD. INGLEWOOD, CA 90301-2023 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**20 LARGEST CREDITOR**
DAVID WRIGHT TREMAINE, LLP
920 FIFTH AVE., SUITE 3300
SEATTLE, WA 98104-1610

**20 LARGEST CREDITOR**
ELLKAY, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
200 RIVERFRONT BLVD., 3RD FLOOR
ELMWOOD PARK, NJ 07407-1038

**20 LARGEST CREDITOR / POC
ADDRESS**
ELLKAY, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10 FURLER STREET PO BOX 209
TOTOWA, NJ 07512-10

**20 LARGEST CREDITOR**
FEDEX - 2451-0
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 7221
PASADENA, CA 91109-7321

**20 LARGEST CREDITOR**
FIRST INSURANCE FUNDING
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 7000
CAROL STREAM, IL 60197-7000

**20 LARGEST CREDITOR**
HAMILTON COMPANY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
P.O. BOX 10030
RENO, NV 89520-0012

**20 LARGEST CREDITOR /
SECURED CREDITOR**
HOLOGIC SALES AND SERVICES,
LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
250 CAMPUS DR.
MARLBOROUGH, MA 01752-3020

**20 LARGEST CREDITOR**
INNOVATIVE MEDICAL MANAGEMENT
LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
4175 E. LA PALMA AVENUE, SUITE 215
ANAHEIM, CA 92807-1864

**20 LARGEST CREDITOR**
KRYSTAL REED, INDIVIDUALLY
AND ON BEHALF OF OTHERS
SIMILARLY SITUATED
C/O IAN M. SILVERS
BISNAR CHASE LLP
1301 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660-2491

**20 LARGEST CREDITOR**
MEDCARE MSO, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1000 CORDOVA PLACE, SUITE
206
SANTA FE, NM 87505-1725

**20 LARGEST CREDITOR**
ROSS BLACKBUM
C/O J. JACKSON WASTE
FENNMEMORE
8080 N. PALM AVE., 3RD FL
FRESNO, CA 93711-5797

**NEW ADDR PER WEBSITE
20 LARGEST CREDITOR**
SIRIUS COMPUTER SOLUTIONS,
INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10100 REUNION PLACE, SUITE 500
SAN ANTONIO, TX 78216

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**20 LARGEST CREDITOR**
THE IRVINE COMPANY
662322 - S23399
PO BOX 846462
LOS ANGELES, CA 90084-6462

**20 LARGEST CREDITOR**
THE IRVINE COMPANY - 2207
110 THEORY#1
PO BOX 846407
LOS ANGELES, CA 90084-6407

**20 LARGEST CREDITOR**
TXPSI, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
298 INDUSTRIAL BLVD
BASTROP, TX 78602-5020

**20 LARGEST CREDITOR**
U.S. HEALTHTEK, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
5501 MERCHANTS VIEW SQUARE,
#744
HAYMARKET, VA 20169-5439

**20 LARGEST CREDITOR**
VEOLIA ENVIRONMENTAL SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 73709
CHICAGO, IL 60673-7709

**NEW ADDR  PA SOS**
**20 LARGEST CREDITOR**
WAVELAND RCM, LLC
C/O CORPORATE CREATIONS
NETWORK, INC.
1001 STATE STREET #1400
ERIE, PA 16501

**20 LARGEST CREDITOR**
XIFIN, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
12225 EL CAMINO REAL, SUITE
100
SAN DIEGO, CA 92130-3081

**SECURED CREDITOR**
BAYCAP LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
250 N HARBOR BLVD., SYITE'313
REDONDO BEACH, CA 90277-2585

**SECURED CREDITOR**
FINANCIAL AGENT SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
P.O. BOX 2576
SPRINGFIELD, IL 62708-2576

**SECURED CREDITOR**
GENPROBE LNSTRUMENTS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10210 GENETIC CENTEY DRIVE
SAN DIEGO, CA 92121-4362

**SECURED CREDITOR**
METROPOLITAN CAPITAL BANK &
TRUST
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
9 EAST ONTARIO STREET
CHICAGO, IL 60611-2709

**PER CA SOS 12-01-25**
**SECURED CREDITOR**
TECAN U.S., INC.
C/O 1505 CORPORATION
DELAWARE BUSINESS FILINGS
INCORPORATED, REGISTERED
AGENT
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SECURED CREDITOR**
THERMO FISHER FINANCIAL
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
168 THIRD AVENUE
WALTHAM, MA 02451-7551

**SECURED CREDITOR / POC ADDRESS**
THERMO FISHER FINANCIAL
SERVICES, INC.
C/O BEVERLY WEISS MANNE
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

**SECURED CREDITOR / REQUEST
FOR SPECIAL NOTICE**
THERMO FISHER FINANCIAL
SERVICES, INC.
C/O MICHELE R. STAFFORD, ESQ.
TUCKER ARENSBERG LLP
1098 FOSTER CITY BLVD, SUITE
106 #700
FOSTER CITY, CA 94404

**CREDITOR**
120 VANTIS PROPERTY, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 300
ALISO VIEJO, CA 92656-2677

**CREDITOR / AGENT FOR SERVICE**
120 VANTIS PROPERTY, LLC
C/O GREGORY J KNAPP
151 KALMUS DR STE F-1
COSTA MESA, CA 92626

**CREDITOR**
AETNA, INC.
AARON MCCOLLOUGH C/O
MCGUIREWOODS LLP
77 WEST WACKER DRIVE, SUITE
4100
CHICAGO, IL 60601−1818

**CREDITOR**
AGILOUST OPORATION
9407 HULL STREET ROAD
NORTH CHESTERTIELD, CA
23236-1660

**CREDITOR / POC ADDRESS**
AMERICAN TYPE CULTURE
COLLECTION
10801 UNIVERSITY BLVD
MANASSAS, VA 20110

**CREDITOR**
ANTHEM BLUE CROSS LIFE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
DEPARTMENT L-8 111 .
COLUMBUS, OH 43268-8111

**CREDITOR**
ANTIMICROBIAL THERAPY, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 276
SPENYVILLE, VA 22740-0276

**CREDITOR**
ARAMARK SERVICES, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO B0X 734677
DALLA, TX 75373-4677

**CREDITOR**
ASAP COURIER JOMPANY, LEC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
P.O. BOX 515
TYIONE, GA 30290-0515

**CREDITOR**
ATCC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10801 UNIVERSITY BLVD
MANASSAS, VA 20110-2209

**CREDITOR**
ATHENAHEALTH, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 415615
BOSTON, MA 02241-5615

**CREDITOR**
BD DIAGNOSTICSV.S. TEIHNICAL
SUPPORT
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
39 LOVETON CIRCLE MC602
SPARKS, MD 21152-9201

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
BECTON, DICKINSON AND
COMPANY
C/O MCCARTER & ENGLISH, LLP,
ATTN: LISA S. BONSAL
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK, NJ 07102

**CREDITOR**
BIENERT KATZMAN LITTRELL
WILLIAMS, LLP
903 CALLE AMANECER SUITE 350
SAN CLEMENTE, CA 92673-6253

**CREDITOR / POC ADDRESS**
BLAIR SIMON
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR**
BLUE CROSS OF CALIFORNIA &
ANTHEM BLUE CROSS LIFE
NICOLE LAPENTA - SHIPMAN &
GOODWIN LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103

**CREDITOR**
BRENT GIBBS CONSULTING
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
227 ACADIA TERRANCE
CELEBRATION, FL 34747-5006

**CREDITOR / POC ADDRESS**
CDW DIRECT, LLC
CDW / ATTN: VIDA KRUG
200 N. MILWAUKEE AVE
VERNON HILLS, IL 60061

**PER CA & IL SOS 11-26-25**
**CREDITOR**
CHANGE HEALTHCARE
C/O UNITED AGENT GROUP INC.,
REGISTERED AGENT
1320 TOWER RD
SCHAUMBURG, IL 60173-4309

**CREDITOR**
COLLEGE OF AMEDCAN
PATHOLOGISTS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 71698
CHICAGO, IL 60694-1698

**CREDITOR**
COMPLIANCELINE, LLC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
8615 CLIFF CAMERON DRIVE, STE
290
CHARLOTTE, NC 28269-5912

**CREDITOR**
CONCORD TECHNOLOGIES - 0639
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 84125
SEATTLE, WA 98124-5425

**CREDITOR**
CONSENSUS CLOUD SOLUTIONS; LLC
/J2 CLOU
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 51873
LOS ANGELES, CA 90051-6173

**CREDITOR**
CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

**CREDITOR**
DE LAGE LANDEN FINANCIAL
SERVICES, INC.
HEATHER BURNS POZNIAK
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**CREDITOR**
DIGI-TRAX COP.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
650 HEATHROW DR
LINCOLNSHIRE, IL 60069-4205

**CREDITOR**
DLL
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087-1453

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
DOCUSIGN, 1NC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
221 MIAN ST SUITE 1550
SAN FRANCISCO, CA 94105-1947

**CREDITOR**
ECLIPICALWORK ,S LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 847950
BOSTON, MA 02284-7950

**CREDITOR**
ELAINE LUCKEY
8735 OERTEL DRIVE
BLAINE, WA 98230-5601

**CREDITOR**
EMPLOYMENT DEVELOPMENT
DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR / POC ADDRESS**
EVOLUTION TECHNOLOGIES LLC,
DBA TEAM LOGIC IT
22511 ASPAN ST, STE F
LAKE FOREST, CA 92630

**CREDITOR**
EXPERITY, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
8777 VELOCITY DRIVE
MACHESNEY PARK, IL 61115-8002

**CREDITOR**
FEDEX - 077124
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BO4 7221
PASADENA, CA 91109-7321

**CREDITOR**
FILTROUS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
12150 FLINT PLACE
POWAY, CA 92064-7106

**CREDITOR**
FISHER & PHILLIPS LLP
1075 PEACHTREE ST NE, SUITE
3500
ATLANTA, GA 30309-3900

**CREDITOR**
FOCUS MD
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
400 SOUTHPOINTE BLVD, SUITE
105
CANONSBURG, PA 15317-8548

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GENXYS HEALTH CARE SYSTEM
INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 98837
RPO THE W VANCOUVER BC V6B

**CREDITOR**
GOTO TECHNOLOGIES USA, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
333 SUMMER STREET.
BOSTON MA 02210-1702

**CREDITOR**
GREAT AMERICAN DELIVERY
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1910 S CARBOY RD
MOUNT PROSPECT, IL 60056-5709

**CREDITOR**
GREENWAY HEALTH LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
4301 W BOY SCOUT BLVD #800
TAMPA FL 33607-5702

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
GUARDIAN LIFE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 14319
LEXINGTON, KY 40512-4319

**CREDITOR**
HARDY DIAGNOSTICS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 645264
CINCINATI, OH 45264-5264

**CREDITOR**
HELMCO ELECTRIC, INC. .
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
17985 SKY PARK CIRCLE SUITE J
LRVINE, CA 92614-6351

**CREDITOR**
HENRY TSAI
18322 MANITOBA LN
HUNTINGTON BEACH, CA 92648-
1423

**CREDITOR**
HIGHERECHELON, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
101 LOWE AVE SE, SUITE 3B
HUNTSVILLE, AL 35801

**CREDITOR**
HUB INTENZATIONAL INSURANC
SERVICES INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1525 FARADAY AVENUE, #200
CARLSBAD, CA 92008-7374

**CREDITOR**
INDIGO BIOAUTOMATION, INC .
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
385 CITY CENTER DR., SUITE
#200
CARMEL, IN 46032-3806

**CREDITOR**
INGENEIOUS RX INCORPORATED /
BECKY WINSLOW
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
6080 VIA SPRENA DR
EL PASO, TX 79912-2660

**CREDITOR**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**NEW ADDR PER WEBSITE**
**CREDITOR**
ISALUS HEALTHCARE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
111 N MAGNOLIA AVE #1100
ORLANDO, FL 32801

**CREDITOR**
JACK HENRY & ASSOCIATES INC.
PO BOX 609
MONETT, MO 65708-0609

**CREDITOR / POC ADDRESS**
JENNA SCHROEDER
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR / POC ADDRESS**
KATIE WHEELER
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR**
KATRINA GILLESPIE
28432 VIA CYNTHIA
LAGUNA NIGUEL, CA 92677

**CREDITOR**
KELLY COLLINS
4740 W LARKSPUR DR
GLENDALE, AZ 85304-2024

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
LAB INSIGHTS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3451 VIA MONTEBELLO, STE 192-320
CARLSBAD, CA 92009-8492

**CREDITOR**
LEARNTOWN, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 756
MENLO PARK, CA 94026-0756

**CREDITOR**
MATRIX IMAGING PRODUCTS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6341 INDUCON DR
EAST SANBORN, NY 14132-9097

**CREDITOR**
MJB LAB CONSULTING
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
200 SOUTH WILCOX ST. #443
CASTLE ROCK, CO 80104-1913

**CREDITOR**
NOVA 401(K)
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10777 NORTHWEST FREEWAY, STE 440
HOUSTON, TX 77092-7319

**CREDITOR**
LAB LOGISTICS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 84938
CHICAGO, IL 60689-4938

**CREDITOR**
LIFE TECHNOLOGIES CORPORATION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
12088 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0001

**CREDITOR**
MEDICAL BIOWASTE SOLUTIONS, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
25971 PALA STE 101
MISSION VIEJO, CA 92691-2742

**CREDITOR**
MODERN EMBROIDERY, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3300 $. YALE STREET
SANTA ANA, CA 92704-6447

**CREDITOR**
OC ENVIRONMENTAL HEALTH DIVISION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1241 E DYER ROAD, SUITE 120
SANTA ANA,  CA 92705-5611

**NEW ADDR PER USPS**
**CREDITOR**
LABSOFT, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 21042
TAMPA, FL 33622-1042

**PER CA SOS 11-26-25**
**CREDITOR**
LINKEDIN CORPORATION
C/O 1505 CORPORATION, CSC - LAWYERS INCORPORATING SERVICE, REGISTERED AGENT
2710 GATEWAY OAKS, SUITE 150N
SACRAMENTO, CA 95833-3505

**CREDITOR**
MELANIE A. BOTZ
5109 HAFLEY BLVD
SAN DIEGO, CA 92116-1935

**PER CA SOS 12-01-25**
**CREDITOR**
NEXTGEN HEALTHCARE
C/O 1505 CORPORATION, C T CORPORATION SYSTEM, REGISTERED AGENT
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

**CREDITOR**
OCCUPATIONAL SERVICES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6397 NANCY RIDGE DRIVE
SAN.DIEGO, CA 92121-2247

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
OPENTRONS LABWORKS, LNC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
45-18 COURT SQUARE W., 2ND
FLOOR
LONG ISLAND CITY, NY 11101-
2955

**CREDITOR**
OPTUP FINANCIAL
ATTN: CORPORATE TAX MN008-1390
9900 BREN RD E .
MINNETONKA, MN 55343-9603

**CREDITOR**
PA DEPARTMENT OF HEALTH
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 500
110 PICKERING WAY
EXTON, PA 19341-1310

**CREDITOR**
POWER DIGITAL MARKETING INC
.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2251 SAN DIEGO AVE, SULTE
A250
SAN DIEGO, CA 92110-2984

**CREDITOR / POC ADDRESS**
ROSS BLACKBURN
C/O AARON J. MALO, ESQUIRE
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
650 TOWN CENTER DRIVE, 10TH
FLOOR
COSTA MESA, CA 92626

**CREDITOR**
SECURITIES & EXCHANGE
COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**CREDITOR**
SIGMA-ALDRICH, LNC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO B0X 734283
CHICAGO, IL 60673-4283

**CREDITOR**
SIX BEHAVIORS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1037 NE 65TH ST, STE #81896
SEATTLE, WA 98115-6655

**CREDITOR**
SLIDEGENIUS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1660 HOTEL CIRCLE NORTH, STE
175
SAN DIEGO! CA 92108-2802

**CREDITOR**
SMARTLINK HEA1TH SOLUTIONS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1000 CNTREGREEN WAY, STE 250
CARY, NC 27513-2284

**CREDITOR**
SOFTCHOICE CORPORATION
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
314 WEST SUPERIOR STREET, SUITE
400
CICAGO, IL 60654-3538

**CREDITOR**
SOUTH COAST AIR QUALITY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
MANAGEMENT D STR
PO BOX 4943
DIAMON BAR, CA 91765-0943

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
**F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
STUART LIPPMAN AND
ASSOCIATES
5447 E 5TH STREET, SUITE 110
TUCSON, AZ 85711

**PER CA SOS 11-26-25**
**CREDITOR**
TECHNICAL SAFETY SERVICES, INC.
C/O 1505 CORPORATION, C T
CORPORATION SYSTEM,
REGISTERED AGENT
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

**CREDITOR**
TEXAS HEALTH & HUMAN
SERVICES COMMISSION
4601 W. GUADALUPE STREET, MC-
1100
AUSTIN, TX 78751-3146

**PER IL SOS 11-26-25**
**CREDITOR**
TFORCE FREIGHT, INC.
C/O ILLINOIS CORPORATION
SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261

**CREDITOR**
THE HARTFORD - 2672 (WC)
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 660916
DALLAS, TX 75266-0916

**CREDITOR**
THE HARTFORD - 9471
(COMMERCIAL PKG)
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 660916.
DALLAS, TX 75266-0916

**CREDITOR**
THE PRIVATEER COMPANYS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
27 VIA PALACIO
SAN CLEMENTE, CA 92673-5686

**CREDITOR**
THOMAS SCIENTITIC
1654 HIGH HILL RD
PO BOX 99
SWEDESBORO, NJ 08085-6099

**NEW ADDR PER USPS**
**CREDITOR**
TIG / TECHNOLOGY INTEGRATION
GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2710 MEDIA CENTER DR, STE 120
LOS ANGELES, CA 90065

**CREDITOR**
TRANSCAT
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
35 VANTAGE POINT DR
ROCHESTER, NY 14624-1175

**CREDITOR**
TRANSLATIONAL SOFTWARE, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
7683 SE 27TH STREET, #352
MERCER ISLAND, WA 98040-2804

**CREDITOR**
TTEAM LOGIC IT
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
22511 ASPAN ,ST STE F
LAKE FOREST, CA 92630-6321

**NEW ADDR PER CA SOS**
**CREDITOR**
TWILIO, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
101 SPEAR STREET, SUITE 500
SAN FRANCISCO, CA 94105

**CREDITOR**
UNITECH SERVICES GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 650481
DALLAS, TX 75265-0481

**CREDITOR**
UNITED HEALTHCARE SERVICES,
INC.
SHIPMAN & GOODWIN LLP, C/O
ERIC GOLDSTEIN
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
UNITEDHEALTHCARE
INSURANCE COMPANY
ATTN: CDM/BANKRUPTCY
185 ASYLUM STREET − 03B
HARTFORD, CT 06103

**PER CA SOS 11-26-25**
**CREDITOR**
UPS
C/O 1505 CORPORATION, CSC -
LAWYERS INCORPORATING SERVICE,
REGISTERED AGENT
2710 GATEWAY OAKS, SUITE 150N
SACRAMENTO, CA 95833-3505

**CREDITOR**
VATIJEVICH ASSEMBLY &
INSTALLATION, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
18662 AUBURN AVENUE
SANTA ANA, CA 92705-2707

**CREDITOR**
VETATEK, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1533 MARTINGALE CT
CARLSBAD, CA 92011-4034

**CREDITOR**
VWR INTEMATIONAL
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 640169
PITTSBURGH, PA 15264-0169

**CREDITOR**
WE KONNECT, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
9151 ATLANTA AVE, UNIT 7706
HUNTINGTON BEACH, CA 92615-
2605

**CREDITOR**
WHEELS ASSURED LOGISTICS
LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 47364
INDIANAAPOLIS, IN 46247-0364

**RTD UTF 5/3/24**
**CREDITOR**
~~ABLE BUILDING MAINTENANCE~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~DEPT. 34651~~
~~P.O. BOX 39000~~
~~SAN FRANCISCO, CA 94139-0001~~

**RTD UTF 4/24/24**
**CREDITOR**
~~ANTHEM BLUE CROSS~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 51011~~
~~LOS ANGELES, CA 90051-5311~~

**RTD UTF 5/2/24**
**CREDITOR**
~~BARRAGAN'S PROFESSIONAL~~
~~CLEANING SERVIC~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~3140 SOUTH MAIN STREET 15F~~
~~SANTA ANA, CA 92707-8200~~

**RTD 06/10/24 UTF**
**CREDITOR**
~~CHANGE HEALTHCARE~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~P.O. BOX 98347~~
~~CHICAGO, IL 60693-8347~~

**RTD 06/11/24 UTF**
**CREDITOR**
~~ISALUS HEALTHCARE~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~DEPT CH 18220~~
~~PALATINE, IL 60055-0001~~

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**RTD 07/01/24 UTF**
**SECURED CREDITOR**
~~JASON HANSEN~~
~~1409 EMERALD BAY~~
~~IRVINE, CA 92617~~

**RTD FWD 4/25/24**
**CREDITOR**
~~LABSOFT, INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~2202 N. WEST SHORE, SUITE. 115~~
~~TAMPA, FL 33607-5749~~

**RTD 06/25/24 REFUSED/CLOSED**
**CREDITOR**
~~LINKEDIN CORPORATION~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~62228 COLLECTIONS CENTER DR~~
~~CHICAGO, IL 60693-0622~~

**RTD 06-23-25 UTF**
**CREDITOR**
~~NEXTGEN HEALTHCARE~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~18111 VON KARMAN AVE., SUITE~~
~~600~~
~~IRVINE, CA 92612-7100~~

**RTD 06-23-25 UTF**
**20 LARGEST CREDITOR**
~~SALES SEARCH AMERICA~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~1612 WESTGATE CIRCLE~~
~~BRENTWOOD, TN 37027-8089~~

**RTD 07/16/24 UTF / ADDR TX SOS**
**20 LARGEST CREDITOR**
~~SIRIUS COMPUTER SOLUTIONS,~~
~~INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~888 ISOM RD~~
~~SAN ANTONIO, TX 78216-4034~~

**RTD 05/30/24 UTF**
**20 LARGEST CREDITOR**
~~SIRIUS COMPUTER SOLUTIONS,~~
~~INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 202289~~
~~DALLAS, TX 75320-2289~~

**RTD 06-23-25 UTF**
**SECURED CREDITOR**
~~TECAN U.S., INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~9401 GLOBE CENTER DRIVE, SUITE~~
~~140~~
~~MONISVILLE, NC 27560-6211~~

**RTD 04-29-24 UTF**
**SECURED CREDITOR**
~~TECAN U.S., INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 602740~~
~~CHARLOTTE, NC 28260-2740~~

**RTD 04-29-24 UTF**
**20 LARGEST CREDITOR**
~~TECAN US INC~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 602740~~
~~CHARLOTTE, NC 28260-2740~~

**RTD 06/25/24 REFUSED/CLOSED**
**CREDITOR**
~~TFORCE FREIGHT, INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~PO BOX 7410804~~
~~CHICAGO, IL 60674-0804~~

**RTD 05/13/24**
**CREDITOR**
~~TIG / TECHNOLOGY INTEGRATION~~
~~GROUP~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~PO BOX 84244~~
~~SAN DIEGO, CA 92138-4244~~

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**RTD 05/10/24 UTF**
**CREDITOR**
~~TSS~~
~~DEPT 33265~~
~~PO BOX 39000~~
~~SAN FRANCISCO, CA 94139-3265~~

**RTD 05/30/24 UTF**
**CREDITOR**
~~TWILIO, INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~375 BEALE STREET, SUITE 300~~
~~SAN FRANCISCO, CA 94105-2177~~

**RTD 05/13/24 UTF**
**CREDITOR**
~~UPS~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~PO BOX 89420~~
~~LOS ANGELES, CA 90189-4820~~

**RTD 05/16/24 UTF**
**20 LARGEST CREDITOR**
~~WAVELAND RCM, LLC~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~1150 FIRST AVENUE, SUITE 511~~
~~KING OF PRUSSIA, PA 19406-1316~~

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.