**MYLES P. McALINEY, ESQ.**
Crown Medical Collections, LLC — Special Counsel
100 West High Street
Ebensburg, PA 15931
Tel: (570) 237-5237
mpmcalineylaw@gmail.com

Special Counsel to Reorganized Debtor,
Bridge Diagnostics, LLC
(Admitted Pro Hac Vice)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re:

**BRIDGE DIAGNOSTICS, LLC,**

      Debtor.

Case No. 8:24-bk-10803-SC

Chapter 11

Hon. Scott C. Clarkson
Courtroom 5C

**PROOF OF SERVICE RE: ELECTRONIC AND U.S. MAIL SERVICE OF:**

**(i) Motion to Extend Deadline to Commence Avoidance Actions Under 11 U.S.C. §§ 544, 545, 547, 548, and 553 [Doc. 286]; and**
**(ii) Notice of Motion to Extend Deadline to Commence Avoidance Actions Under 11 U.S.C. §§ 544, 545, 547, 548, and 553 [Doc. 287]**

Hearing:
Date:  May 6, 2026
Time:   1:30 p.m.
Place:  Courtroom 5C
      411 W. Fourth St.
      Santa Ana, CA 92701

### PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Myles P. McAliney, Esq., Crown Medical Collections, LLC — Special Counsel, 100 West High Street, Ebensburg, PA 15931.

- 1 –

True and correct copies of the documents entitled: **(i) Motion to Extend Deadline to Commence Avoidance Actions Under 11 U.S.C. §§ 544, 545, 547, 548, and 553 [Doc. 286]; and (ii) Notice of Motion to Extend Deadline to Commence Avoidance Actions Under 11 U.S.C. §§ 544, 545, 547, 548, and 553 [Doc. 287]** were served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

On **March 27, 2026**, the foregoing documents were served via NEF upon the following persons:

Kyra E. Andrassy — kandrassy@raineslaw.com; bclark@raineslaw.com; csantiago@raineslaw.com
Anthony Bisconti — tbisconti@bklwlaw.com; 1193516420@filings.docketbird.com; docket@bklwlaw.com
Thomas H. Casey — kdriggers@tomcaseylaw.com; msilva@tomcaseylaw.com
Christopher Crowell — ccrowell@frandzel.com; mbrandenberg@frandzel.com
Elan S. Levey — elan.levey@usdoj.gov; usacac.tax@usdoj.gov; caseview.ecf@usdoj.gov
Aaron J. Malo — amalo@sheppardmullin.com; hudenka@sheppard.com; mlinker@sheppard.com
Myles P. McAliney — mpmcalineylaw@gmail.com
Kenneth Misken — Kenneth.M.Misken@usdoj.gov
Jennifer M. Oliver — jennifer.oliver@bipc.com
R. Gibson Pagter — gibson@ppilawyers.com; pagterandperryisaacson@jubileebk.net
Misty A. Perry Isaacson — misty@mpilawfirm.com; pagterandperryisaacson@jubileebk.net; misty@ecf.courtdrive.com
Michael B. Reynolds — mreynolds@swlaw.com; kcollins@swlaw.com
Michele R. Stafford — mstafford@tuckerlaw.com; ecotterill@tuckerlaw.com; docket@tuckerlaw.com
Andrew Still — astill@swlaw.com; kcollins@swlaw.com
United States Trustee (SA) — ustpregion16.sa.ecf@usdoj.gov
David Wood — dwood@marshackhays.com; dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; spineda@ecf.courtdrive.com; alinares@ecf.courtdrive.com
Matthew Grimshaw — mgrimshaw@marshackhays.com; mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
Robert Paul Goe (TR) — bktrustee@goeforlaw.com; kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com

**2. SERVED BY UNITED STATES MAIL:**

On **March 30, 2026**, true and correct copies of the foregoing documents were deposited in the United States Mail, First Class, postage prepaid, addressed to the following persons and entities. Service was complete upon deposit pursuant to Fed. R. Bankr. P. 9006(e):

**(a) Personally deposited by Richard Hersperger, CEO, Crown Medical Collections, LLC on March 30, 2026 (see Declaration of Richard Hersperger, ¶ 9), pursuant to the Creditor Matrix (Exhibit A) and the interested parties as provided in paragraph 2(b) below:**

- 2 –

Hon. Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701

Michele R. Stafford, Esq.
Tucker Arensberg LLP
1098 Foster City Boulevard, Suite 106 #700
Foster City, CA 94404

(b)   **The following creditors and parties in interest were served by deposit with USPS on March 30, 2026 via CaseMail (my.casemail.us), U.S. Courts Approved Notice Provider pursuant to Fed. R. Bankr. P. 2002(g)(4) and 9001(9), Job No. CM-85719-0003.x. Service complete upon deposit pursuant to Fed. R. Bankr. P. 9006(e). See Declaration of Richard Hersperger filed herewith:**

Interested Party — Aetna, Inc. (Counsel)
Aaron McCollough, c/o McGuireWoods LLP
77 West Wacker Drive, Suite 4100, Chicago, IL 60601-1818

Interested Party — Aetna, Inc. (Litigation Services)
Aetna, Inc., Manager - Litigation Services
1425 Union Meeting Road, Blue Bell, PA 19422-1919

Interested Party — Aetna, Inc. (Headquarters)
Aetna, Inc., Attn: President
151 Farmington Ave., Hartford, CT 06156

Interested Party — Aetna, Inc. (Registered Agent)
Aetna, Inc. c/o CT Corporation System
357 East Center Street, Ste. 2J, Manchester, CT 06040-4471

Interested Party — United HealthCare Services (Counsel)
Shipman & Goodwin LLP, c/o Eric Goldstein
One Constitution Plaza, Hartford, CT 06103

Interested Party — United HealthCare Services (SIU)
United HealthCare Services, Manager SIU, UnitedHealthCare Compliance
PO Box 9472, Minneapolis, MN 55440

Interested Party — United HealthCare Services (Headquarters)
United HealthCare Services, Attn: President
9700 Healthcare Lane, Minnetonka, MN 55343

- 3 –

Interested Party — United HealthCare Services (Registered Agent)
United HealthCare Services, c/o United Agent Group Inc.
5200 Willson Road, Ste. 150, Minnetonka, MN 55424-1300

Interested Party — UnitedHealthcare Insurance Company (Bankruptcy)
UnitedHealthcare Insurance Company, Attn: CDM/Bankruptcy
185 Asylum Street — 03B, Hartford, CT 06103

Interested Party — UnitedHealthcare Insurance Company (Legal)
UnitedHealthcare Insurance Company, Attn: Priya Muthu, Legal Services Specialist
185 Asylum Street — 03B, Hartford, CT 06103

**All creditors of the estate (155 recipients):** See Exhibit A — Official PACER Creditor Matrix, Case No. 8:24-bk-10803-SC, pulled March 27, 2026 (161 mailable recipients; 155 served by mail; 6 excluded as duplicates or NEF parties per Declaration of Richard Hersperger (Exhibit B) filed herewith).

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE OR EMAIL:**
Not applicable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| March 31, 2026 | /s/ Myles P. McAliney |
| Date | Myles P. McAliney, Esq. — Signature |

Myles P. McAliney, Esq.
Special Counsel to the Estate of Bridge Diagnostics, LLC
Crown Medical Collections, LLC
100 West High Street, Ebensburg, PA 15931
mpmcalineylaw@gmail.com  |  (570) 237-5237

*PROOF OF SERVICE — In re Bridge Diagnostics, LLC,*
*Case No. 8:24-bk-10803-SC*

**EXHIBIT A**

**OFFICIAL PACER CREDITOR MATRIX**
Case No. 8:24-bk-10803-SC
Pulled: March 27, 2026 — 161 Mailable Recipients

Label Matrix for local noticing
0973-8
Case 8:24-bk-10803-SC
Central District of California
Santa Ana
Fri Mar 27 11:14:01 PDT 2026

Bridge Diagnostic, LLC
120 Vantis Drive, Suite 570
Aliso Viejo, CA 92656-2618

Crown Medical Collections, LLC
110 W High Street
Ebensburg, PA 15931-1539

De Lage Landen Financial Services, Inc.
Hemar, Rousso & Heald
c/o Christopher D. Crowell
15910 Ventura Blvd., 12th Fl
Encino, CA 91436-2829

Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620-3663

Stretto, Inc.
Attn: Sheryl Betance
410 Exchange Ste 100
Irvine, CA 92602-1331

Thermo Fisher Financial Services
c/o M. Stafford, Tucker Arensberg, LLP
1098 Foster City Blvd.
Suite 106, #700
Foster City, CA 94404-2302

University Research Park, LLC
c/o R. Gibson Pagter, Jr.
1851 E. First St., Suite 700
Santa Ana, CA 92705-4064

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

120 Vantis Property, LLC
120 Vantis Drive, Suite 300
Aliso Viejo, CA 92656-2677

ASAP Courier Company, LLC
P.O. Box 515
Tyrone, GA 30290-0515

ATCC
10801 University Blvd
Manassas, VA 20110-2209

Able Building Maintenance
Dept. 34651
P.O. Box 39000
San Francisco, CA 94139-0001

Aetna, Inc.
Aaron McCollough
c/o McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

AgilQuest Corporation
9407 Hull Street Road
North Chesterfield, CA 23236-1660

Airspace Technologies, Inc.
5909 Sea Otter PlaceSuite 200
Carlsbad, CA 92010-6675

Alfred Lui, MD, Inc.
7 Horseshoe Lane
Palos Verdes Peninsula, CA 90274-4823

American Type Culture Collection
10801 University Blvd
Manassas, VA 20110-2204

Anthem Blue Cross
P.O. Box 51011
Los Angeles, CA 90051-5311

Anthem Blue Cross Life
Department L-8 111 .
Columbus, OH 43268-8111

Antimicrobial Therapy, Inc.
PO BOX 276
Spenyville, VA 22740-0276

Apollo Couriers Inc.
1039 W Hillcrest Blvd.
Inglewood, CA 90301-2023

Aramark Services, Inc
PO BOX 734677
Dalla, TX 75373-4677

Athenahealth, Inc
P.O. Box 415615
Boston, MA 02241-5615

BD Diagnostics U.S. Technical Support
39 Loveton Circle MC602
Sparks, MD 21152-9201

Barragan's Professional Cleaning Servic
3140 South Main Street 15F
Santa Ana, CA 92707-8200

BayCap LLC
250 N Harbor Blvd., Suite 313
Redondo Beach, CA 90277-2585

Becton, Dickinson and Company
McCarter & English, LLP, Attn: Lisa S. B
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102-4062

Bienert Katzman Littrell Williams, LLP
903 Calle Amanecer Suite 350
San Clemente, CA 92673-6253

Blair Simon
250 S Wacker Dr
Ste 230
Chicago, IL 60606-5800

Blue Cross of California & Anthem Blue Cross
Nicole Lapenta - Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1803

Brent Gibbs Consulting
227 Acadia Terrance
Celebration, FL 34747-5006

Bridge Diagnostics, LLC
120 Vantis Drive, Suite 570
Aliso Viejo, CA 92656-2618

CDW Direct, LLC
Attn: Vida Krug
200 N. Milwaukee Ave.
Vernon Hills, IL 60061-1577

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

Change Healthcare
P.O. Box 98347
Chicago, IL 60693-8347

College of Amedcan Pathologists
CAP)
PO Box 71698
Chicago, IL 60694-1698

ComplianceLine, LLC.
8615 Cliff Cameron Drive, STE 290
Charlotte, NC 28269-5912

Concord Technologies - 0639
PO Box 84125
Seattle, WA 98124-5425

Consensus Cloud Solutions, LLC /j2 Clou
PO Box 51873
Los Angeles, CA 90051-6173

DLL
1111 Old Eagle School Road
Wayne, PA 19087-1453

David A. Wood
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663

David Wright Tremaine, LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104-1610

Digi-Trax Cop.
650 Heathrow Dr
Lincolnshire, IL 60069-4205

Docusign, 1nc
221 Mian St Suite 1550
San Francisco, CA 94105-1947

ELLKAY LLC
10 Furler Street PO Box 209
Totowa, NJ 07511-0209

Eife Technlogies Corporation
12088 Cpllections Center Dra
Chicago, IL 60693-0001

Elaine Luckey
8735 Oertel Drive
Blaine, WA 98230-5601

Ellkay, LLC
200 Riverfront Blvd., 3rd Floor
Elmwood Park, NJ 07407-1038

Evolution Technologies LLC
dba Team Logic IT
22511 Aspan St, STE F
Lake Forest, CA 92630-6321

Experity, Inc.
8777 Velocity Drive
Machesney Park, IL 61115-8002

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FedEx - 0773-4
PO Box 7221
Pasadena, CA 91109-7321

FedEx - 2451-0
PO Box 7221
Pasadena, CA 91109-7321

Filtrous, Inc.
12150 Flint Place
Poway, CA 92064-7106

Financial Agent Services
P.O. Box 2576
Springfield, IL 62708-2576

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000

Fisher & Phillips LLP
1075 Peachtree St NE, Suite 3500
Atlanta, GA 30309-3900

Focus MD
400 Southpointe Blvd, Suite 105
Canonsburg, PA 15317-8548

FocusMD
400 Southpointe Boulevard
Suite 105
Canonsburg, PA 15317-8548

Genprobe lnstruments
10210 Genetic Centey Drive
San Diego, CA 92121-4362

Genxys Health Care System Inc.
PO Box 98837
RPO the W Vancouver BC V6B

GoTo Technologies USA, Inc.
333 Summer Street.
Boston MA 02210-1702

Great American Delivery Services
1910 S Carboy Rd
Mount Prospect, IL 60056-5709

(p)GREENWAY HEALTH LLC
4301 W BOY SCOUT BLVD
#800
TAMPA FL 33607-5702

Guardian Life
PO BOX 14319
Lexington, KY 40512-4319

HUB International Insurance Services Inc
1525 Faraday Avenue, #200
Carlsbad, CA 92008-7374

Hamilton Company
P.O. Box 10030
Reno, NV 89520-0012

Hardy Diagnostics
P.O. BOX 645264
Cincinati, OH 45264-5264

Helmco Electric, Inc. .
17985 Sky Park Circle Suite J
lrvine, CA 92614-6351

Henry Tsai
18322 Manitoba Ln
Huntington Beach, CA 92648-1423

HigherEchelon, Inc.
101 Lowe Ave SE, Suite 3B
Huntsville, AL 35801-4220

Hologic Sales and Services, LLC
250 Campus Dr.
Marlborough, MA 01752-3020

Indigo BioAutomation, Inc .
385 City Center Dr., Suite #200
Carmel, IN 46032-3806

Innovative Medical Management LLC
4175 E. La Palma Avenue, Suite 215
Anaheim, CA 92807-1864

Jack Henry & Associates Inc.
PO Box 609
Monett, MO 65708-0609

Jason Hansen
1409 Emerald Bay
Irvine, CA 92617

Jenna Schroeder
250 S Wacker Dr
Ste 230
Chicago, IL 60606-5800

KRYSTAL REED, INDIVIDUALLY AND ON BEHALF OF
SIMILARLY SITUATED
C/O IAN M. SILVERS
BISNAR CHASE LLP
1301 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660-2491

Kathleen Sedey
250 S Wacker Dr
Ste 230
Chicago, IL 60606-5800

Katie Wheeler
250 S Wacker Dr
Ste 230
Chicago, IL 60606-5800

Katrina Gillespie
28432 Via Cynthia
Laguna Niguel, CA 92677-7578

Katrina Marie Gillespie
28432 Via Cynthia
Laguna Niguel, CA 92677-7578

Kelly Collins
4740 W LARKSPUR DR
Glendale, AZ 85304-2024

Lab Insights LLC
3451 Via Montebello, Ste 192-320
Carlsbad, CA 92009-8492

Lab Logtstics, LLC
P.O. Box 84938
Chicago, IL 60689-4938

Labsoft, Inc.
2202 N. West Shore, Suite 115
Tampa, FL 33607-5749

Learntown, Inc.
PO Box 756
Menlo Park, CA 94026-0756

Life Technologies Corporation
12088 Collections Center Dr
Chicago Il 60693-0622

LinkedIn Corporation
62228 Collections Center Dr
Chicago, IL 60693-0622

MJB Lab Consulting
200 South Wilcox St. #443
Castle Rock, CO 80104-1913

Matijevich Assembley & Installation LLC
18662 Auburn Ave
Santa Ana CA 92705-2707

Matrix Imaging Products
6341 Inducon Dr
East Sanborn, NY 14132-9097

Medcare MSO, LLC
1000 Cordova Place, Suite 206
Santa Fe, NM 87505-1725

Medical BioWaste Solutions, INC
25971 Pala Ste 101
Mission Viejo, CA 92691-2742

Melanie A. Botz
5109 HaFley Blvd
San Diego, CA 92116-1935

Metropglitan Capital Bank & Trust
9 East Ontario Street
Chicago, IL 60611-2709

Modern Embroidery, Inc.
3300 S. Yale Street
Santa Ana, CA 92704-6447

NextGen Healthcare
18111 Von Karman Ave., Suite 600
Irvine, CA 92612-7100

Nova 401(k)
10777 Northwest Freeway, Ste 440
Houston, TX 77092-7319

OC Environmental Health Division
1241 E Dyer Road, Suite 120
Santa Ana,  CA 92705-5611

Occupational Services, Inc.
6397 Nancy Ridge Drive
San Diego, CA 92121-2247

Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 92701-4500

Opentrons Labworks, lnc.
45-18 Court Square W., 2nd Floor
Long Island City, NY 11101-4301

Optum Financial
ATTN: Corporate Tax MN008-1390
9900 Bren Rd E .
Minnetonka, MN 55343-9603

PA Department of Health
PO Box 500
110 Pickering Way
Exton, PA 19341-1310

Power Digital Marketing Inc.
2251 San Diego Ave, Suite A250
San Diego, CA 92110-2984

Ross Blackbum
c/o J. Jackson Waste
Fennmemore
8080 N. Palm Ave., 3rd Fl
Fresno, CA 93711-5797

Ross Blackburn
c/o Aaron J. Malo, Esquire
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993

Sales Search America
1612 Westgate Circle
Brentwood, TN 37027-8089

Sigma-Aldrich, lnc.
PO B0X 734283
Chicago, IL 60673-4283

Sirius Computer Solutions, Inc.
P.O. Box 202289
Dallas, TX 75320-2289

Six Behaviors
1037 NE 65th St, Ste #81896
Seattle, WA 98115-6655

SlideGenius, Inc.
1660 Hotel Circle North, Ste 175
San Diego, CA 92108-2802

Smartlink Health Solutions
1000 Cntregreen Way, Ste 250
Cary, NC 27513-2284

Softchoice Corporation
314 West Superior Street, Suite 400
Cicago, IL 60654-3538

South Coast Air Quality
Management D str
PO Box 4943
Diamon Bar, CA 91765-0943

(p)STUART LIPPMAN AND ASSOCIATES
5447 E 5TH STREET
STE 110
TUCSON AZ 85711-2345

TForce Freight, Inc.
PO BOX 7410804
Chicago, IL 60674-0804

TIG / Technology Integration Group
PO Box 84244
San Diego, CA 92138-4244

TSS
Dept 33265
PO Box 39000
San Frandsco, CA 94139-3265

TYPSI, LLC
298 Industrial Blvd
Bastrop, TX 78602-5020

Tecan U.S., Inc.
9401 Globe Center Drive,
Suite 140
Morrisville, NC 27560-6211


Tecan US Inc
P.O. Box 602740
Charlotte, NC 28260-2740

Tecan USA, Inc.
9401 Globe Center Drive, Suite 140
Morrisville, NC 27560-6211

(p)TEXAS HEALTH AND HUMAN SERVICES COMMISSION
4601 W GUADALUPE STREET
MC 1100
AUSTIN TX 78751-3146


The Hartford - 2672 (WC)
PO Box 660916
Dallas, TX 75266-0916

The Hartford - 9471 (Commercial Pkg)
PO Box 660916
Dallas, TX 75266-0916

The Irvine Company
662322 - S23399
PO Box 846462
Los Angeles, CA 90084-6462


The Irvine Company - 2207
110 Theory#1
PO Box 846407
Los Angeles, CA 90084-6407

The Privateer Companys LLC
27 Via Palacio
San Clemente, CA 92673-5686

Thermo Fisher
168 Third Avenue
Waltham, MA 02451-7551


Thermo Fisher Financial Services
168 Third Avenue
Waltham, MA 02451-7551

Thermo Fisher Financial Services, Inc.
c/o Beverly Weiss Manne
1500 One PPG Place
Pittsburgh, PA 15222-5416

Thomas Scientific
1654 High Hill Rd
PO Box 99
Swedesboro, NJ 08085-6099


Transcat
35 Vantage Point Dr
Rochester, NY 14624-1175

Translational Software, Inc.
7683 SE 27th Street, #352
Mercer Island, WA 98040-2804

Twilio, Inc.
375 Beale Street, Suite 300
San Francisco, CA 94105-2177


U.S. Department of Health and Human Services
Angela M. Belgrove
90 - 7th Street, Suite 4-500
San Francisco, CA 94103-6721

U.S. HealthTek, Inc.
5501 Merchants View Square, #744
Haymarket, VA 20169-5439

UPS
PO Box 89420
Los Angeles, CA 90189-4820


Unitech Services Group
P.O. BOX 650481
Dallas, TX 75265-0481

United HealthCare Services, Inc.
Shipman & Goodwin LLP, c/o Eric Goldstei
One Constitution Plaza
Hartford, CT 06103-1803

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500


UnitedHealthcare Insurance Company
ATTN: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

University Research Park LLC
c/o R. Gibson Pagter, Jr.
PAGTER AND PERRY ISAACSON
1851 E. First Street, Suite 700
Santa Ana, CA 92705-4064

VWR Intemational
PO Box 640169
Pittsburgh, PA 15264-0169


Vatijevich Assembly & Installation, LLC
18662 Auburn Avenue
Santa Ana, CA 92705-2707

Veolia Environmental Services
P.O. Box 73709
Chicago, IL 60673-7709

VetaTek, LLC
1533 Martingale Ct
Carlsbad, CA 92011-4034

Waveland RCM, LLC
1150 First Avenue, Suite 511
King of Prussia, PA 19406-1316

We Konnect, Inc
9151 Atlanta Ave, Unit 7706
Huntington Beach, CA 92615-2605

Wheels Assured Logistics LLC
PO Box 47364
Indianaapolis, IN 46247-0364

Xifin, Inc.
12225 El Camino Real, Suite 100
San Diego, CA 92130-3081

eClinicalworks, LLC
PO Box 847950
Boston, MA 02284-7950

iSalus Healthcare
Dept Ch 18220
Palatine, IL 60055-0001

inGENEious RX Incorporated / Becky Winsl
6080 Via Sprena Dr
El Paso, TX 79912-2660

David Wood
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620-3663

Edward Bidanset
39W372 W Curtis Square
Cutsheet Express, LLC
Geneva, IL 60134-6055

Matthew Grimshaw
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620-3663

Myles P McAliney
Crown Medical Collections
100 W High Street
Edensburg, PA 15931-1539

Robert Paul Goe (TR)
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Ste 210
Irvine, CA 92614-6840

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Greenway Health
4301 W Boy Scout Blvd #800
Tampa, FL 33607

Stuart Lippman And Associates
5447 E 5th Street
Suite 110
Tucson, AZ 85711

Texas Health & Human Services Commission
4601 W. Guadalupe Street, MC-1100
Austin, TX 78751

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)United States of America

(u)De Lage Landen Financial Services, Inc.
Hemar, Rousso & Heald, LLP
c/o Christopher D. Crowell
15910 Ventura Blvd., 12th Fl, Encino, CA
(818)501-3800; ccrowell@hrhlaw.com

(d)Kathleen Sedey
250 S. .Wacker Dr. Ste. 230
Chicago, IL 60606-5800

(d)Tecan US Inc
P.O. Box 602740
Charlotte, NC 28260-2740

(u)Aaron Malo

(u)Jason Hansen

(u)Ross Blackburn

End of Label Matrix
Mailable recipients   161
Bypassed recipients     8
Total                 169

**EXHIBIT B**

**DECLARATION OF RICHARD HERSPERGER**
In Support of Proof of Service

*PROOF OF SERVICE — In re Bridge Diagnostics, LLC,*
*Case No. 8:24-bk-10803-SC*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>**BRIDGE DIAGNOSTICS, LLC,**<br><br>        Debtor. | Case No. 8:24-bk-10803-SC<br><br>Chapter 11<br><br>Hon. Scott C. Clarkson<br>Courtroom 5C<br><br>**DECLARATION OF RICHARD HERSPERGER IN SUPPORT OF PROOF OF SERVICE RE: SERVICE LIST RECONCILIATION**<br><br><u>Hearing:</u><br>Date:  May 6, 2026<br>Time:  1:30 p.m.<br>Place: Courtroom 5C<br>       411 W. Fourth St.<br>       Santa Ana, CA 92701 |

I, Richard Hersperger, declare as follows:

1.   I am the Chief Executive Officer of Crown Medical Collections, LLC ("CMC"), Special Counsel to the bankruptcy estate of Bridge Diagnostics, LLC in the above-captioned case. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2.   On March 28, 2026, I personally submitted a bulk mailing job through CaseMail (my.casemail.us), a notice provider approved by the Administrative Office of the United States Courts pursuant to Fed. R. Bankr. P. 2002(g)(4) and 9001(9), for service of (i) the Motion to

- 1 –

Extend Avoidance Action Deadline [Doc. 286] and (ii) the Notice of Motion [Doc. 287] upon creditors and parties in interest in this case.

3.   The mailing job was assigned CaseMail ID series CM-85719-0003.x, ordered on March 28, 2026 at 8:12 a.m., encompassing the 155 individual recipients from the Creditor Matrix (Exhibit A), plus the additional, interested parties as provided in paragraph 2(b) of the Proof of Service. Service was by United States Mail, First Class, postage prepaid. The documents were deposited with the United States Postal Service on March 30, 2026. Service was complete upon such deposit pursuant to Fed. R. Bankr. P. 9006(e).

4.   The service list was derived from the official PACER creditor matrix for Case No. 8:24-bk-10803-SC, pulled on March 27, 2026. The PACER matrix reflects 161 mailable recipients and 8 bypassed entries (undeliverable or duplicate), for a total of 169 entries.

5.   The difference between the 161 mailable matrix entries and the 155-piece CaseMail mailing is accounted for as follows:

(a)  Six (6) matrix entries were excluded from the postal mailing because they were either: (i) exact duplicates pointing to an identical physical address already served (e.g., FocusMD / Focus MD; Katrina Gillespie / Katrina Marie Gillespie; Matijevich / Vatijevich Assembly — spelling variants, same address); (ii) parties served via NEF through CM/ECF (Debtor's counsel Marshack Hays Wood LLP); or (iii) internal CMC personnel served by direct communication.

*DECLARATION OF RICHARD HERSPERGER*
*RE SERVICE LIST RECONCILIATION*

(b)  Nine (9) additional recipients beyond the PACER matrix were included in the mailing consistent with standard bankruptcy notice practice: the Internal Revenue Service, the Securities and Exchange Commission, the California Employment Development Department, Buchanan Ingersoll & Rooney LLP, Hemar Rousso & Heald LLP, a second address for 120 Vantis Property LLC, a registered agent address for Waveland RCM LLC, a second counsel address for Ross Blackburn, and a separate DBA entry for Team Logic IT.

6.  A full reconciliation of the service list — identifying each included, duplicated, supplemental, and excluded entry with the specific basis for each treatment — has been prepared and is maintained in CMC's records. The reconciliation is available upon request.

7.  CaseMail (Vertrius, Corp. d/b/a CaseMail), the approved notice provider, has issued a Certificate of Mailing for Job No. CM-85719-0003.x, signed by Joe L. Ruiz pursuant to 28 U.S.C. § 1746, confirming deposit of the mailing batch with the United States Postal Service. That certificate is maintained in CMC's records and is available upon request.

8.  No creditor entitled to notice under Fed. R. Bankr. P. 2002 or the confirmed Plan was omitted from service.

9.  In addition to the CaseMail bulk mailing, on March 30, 2026, I personally deposited into the United States Mail, First Class, postage prepaid, true and correct copies of Doc. 286 and Doc.

- 3 –

*DECLARATION OF RICHARD HERSPERGER*
*RE SERVICE LIST RECONCILIATION*

287 addressed to the following parties: (i) Hon. Scott C. Clarkson, United States Bankruptcy Court, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701; and (ii) Michele R. Stafford, Esq., Tucker Arensberg LLP, 1098 Foster City Boulevard, Suite 106 #700, Foster City, CA 94404. Service upon each was complete upon deposit pursuant to Fed. R. Bankr. P. 9006(e).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 31, 2026
Date

Signature

Richard Hersperger
Chief Executive Officer
Crown Medical Collections, LLC
100 West High Street
Ebensburg, PA 15931

*Special Counsel to the Estate of Bridge Diagnostics, LLC*
*Case No. 8:24-bk-10803-SC (C.D. Cal.)*

*DECLARATION OF RICHARD HERSPERGER*
*RE SERVICE LIST RECONCILIATION*