Pauline Aragon
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamBridgeDiagnostic@stretto.com

Claims and Noticing Agent for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>BRIDGE DIAGNOSTICS, LLC,<br><br>       Reorganized Debtor. | Case No. 8:24-bk-10803- SC<br><br>Chapter 11 Subchapter V<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE** |

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On April 5, 2026, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on Power Digital Marketing Inc., Attn: Officer or a Managing or General Agent at 9605 Scranton Rd, Ste 700, San Diego, CA 92121-1773:

- **Notice of Fourth Motion to Extend Deadline to Object to Claims** (Docket No. 284)

Dated: April 10, 2026

        /s/ *Pauline Aragon*
        Pauline Aragon