| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID A. WOOD, #272406 dwood@marshackhays.com MATTHEW W. GRIMSHAW, #210424 mgrimshaw@marshackhays.com MARSHACK HAYS WOOD LLP 870 Roosevelt Irvine, California 92620 Telephone: (949) 333-7777 Facsimile: (949) 333-7778  ☐ *Movant(s) appearing without an attorney* ☒ Attorney for Movant(s) | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re: BRIDGE DIAGNOSTICS, LLC,                     Debtor(s). | CASE NO.: 8:24-bk-10803-TA  CHAPTER: 11  **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**  **LBR 9013-1(o)(3)**  [No Hearing Required] |
|---|---|

1.  I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*): 03/25/2026   Movant(s) filed a motion or application (Motion) entitled: Fourth Motion to Extend Deadline Objection to Claims [Dk. No. 283]

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On (*date*): 03/25/2026   Movant(s), served a copy of   ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than 17   days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 04/14/2026         /s/ David A. Wood_____
                         Signature


                         David A. Wood_____
                         Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                           Page 2                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# Exhibit "1"

MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Reorganized Debtor,
BRIDGE DIAGNOSTICS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re | Case No. 8:24-bk-10803-SC |
|---|---|
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Reorganized Debtor. | FOURTH MOTION TO EXTEND DEADLINE TO OBJECT TO CLAIMS; DECLARATION OF EDWARD BIDANSET IN SUPPORT |
| | [NO HEARING REQUIRED UNDER LBR 9013-1(o)] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Reorganized Debtor, Bridge Diagnostics, LLC

("Reorganized Debtor") in the above-captioned case, files this motion ("Motion") to further extend

deadline to object to claims ("Motion") pursuant to section 105 of title 11 of the United States Code

and Rule 9006 of the Federal Rules of Bankruptcy Procedure, for entry of an order, extending the

deadline by which the Reorganized Debtor and/or the Edward Bidanset, solely in his capacity as

Disbursing Agent ("Disbursing Agent") must object to Claims asserted against the Reorganized

Debtor's estate. In support of the Motion, the Reorganized Debtor respectfully represents as follows:

1

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

**Exhibit "1"
Page 3**

## 1.      Summary of Argument

The Reorganized Debtor's Second Amended Chapter 11 Subchapter V Plan of Reorganization ("Plan") was confirmed by the Court on September 13, 2024, as Dk. No. 203 and provides that the "Standing and Claim Objection Deadline" "shall be" 180 days after the Effective Date to file objections to claims ("Deadline"). The Plan further provides that the Reorganized Debtor may obtain an extension of the Deadline by filing a motion evidencing cause for the extension. The 180th day after the Effective Date of the Plan was March 29, 2025.

Previously, the Reorganized Debtor sought and obtained extensions of the Deadline. The Deadline is currently set for March 30, 2026. Operationally, the actual realization is less than projected, and, as result, the Reorganized Debtor has relatively light operations to save cash flow, again, the Reorganized Debtor believes that it is in compliance with the Second Amended Plan and the Confirmation Order at this time.

Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued by special counsel, Crown Medical Solutions ("Crown"). Crown is in the midst of their analysis and are in various negotiations with payers who they believe owe the Debtor outstanding receivables, and some of which, who have filed claims against the Estate.

As a result, the Reorganized Debtor and needs additional time to review the claims asserted against the Estate. By this Motion, the Disbursing Agent seeks to extend the deadline to object to claims from March 30, 2026, through and including September 25 2026.

## 2.      Relevant Background

### A.      The Bankruptcy Filing and Historical Background

On March 29, 2024 ("Petition Date"), the Reorganized Debtor filed a voluntary petition under subchapter V of Chapter 11 of Title 11 of the United States Code. On April 19, 2024, as Dk. No. 48, Debtor filed its schedules and statement ("Schedules").[1] As a result of the confirmation

---

[1] A true and correct copy of this Court's webPACER Docket for Case No. 8:24-bk-10803-SC as of December 1, 2025, is attached to the Declaration of Edward Bidanset ("Bidanset Decl.") as **Exhibit "1."**

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

Order, the Reorganized Debtor continues to manage its' affairs as the reorganized debtor. No party has requested the appointment of a trustee or examiner and a committee has not been appointed or designated in the case.

Although the Reorganized Debtor somewhat successfully navigated the change from a COVID diagnostic testing center to a Women's Health and Urology diagnostic testing center, the financial strain continued. Specifically, the Reorganized Debtor has $10-15 million in collectible outstanding accounts receivables ("AR") from COVID-related testing that was backed by the CARES Act. And, post-pandemic, many of the health insurances simply stopped paying the COVID-related AR to diagnostic testing centers nationwide. The lack of consistent collection on the COVID-AR put a severe strain on the Reorganized Debtor's finances. Thus, over time, the Reorganized Debtor was forced to reduce its workforce substantially, transitioned from an outsized rental unit, and transitioned, yet again, into a different form of diagnostic testing.

Moving forward, the Reorganized Debtor has been successful in validating a Pharmacogenomic (PGx) test. In light of a recently favorable LCD from MolDX, this new path should generate more market share and growth.  In addition to validating the PGx test, the Reorganized Debtor obtained Z-codes for a significant array of gene testing as well as its comprehensive testing. Obtaining the Z-codes for this type of testing is important, as, historically, Medicare would not pay for PGx testing absent the requisite Z-code.

The Reorganized Debtor commenced this Bankruptcy Case so that, among other things, it could propose a plan to pay its creditors. To assist in these efforts, the Reorganized Debtor retained Edward Bidanset of Cutsheet Express LLC ("CE") to act as its chief restructuring officer.

**B.      Confirmation of the Plan**

On June 24, 2024, as Dk. No. 122, the Reorganized Debtor filed its Chapter 11 Subchapter V Plan of Reorganization.

On August 6, 2024, as Dk. No. 163, the Reorganized Debtor filed the Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024.

On September 10, 2024, as Dk. No. 200, the Reorganized Debtor filed the Plan.

3

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

Exhibit "1"
Page 5

On September 13, 2024, as Dk. No. 203, the Court entered an order confirming the Plan ("Confirmation Order").[2]

## C.    Status of Claims Resolution Process

The Debtor's register of claims ("Claims Register"), reflects that, as of today's date, forty claims have been filed in the Debtor's chapter 11 case.[3]

## D.    The Prior Extension Motions

On February 10, 2025, as Dk No. 239, the Reorganized Debtor filed the Motion to Extend Deadline to File Objection to Claims ("First Extension Motion").

On March 13, 2025, as Dk. No 250, the Court entered an order granting the First Extension Motion and extended the Deadline from March 29, 2025, through and including July 28, 2025 ("First Extension Order").[4]

On July 28, 2025, as Dk No. 263, the Reorganized Debtor filed the Second Motion to Extend Deadline to File Objection to Claims ("Second Extension Motion").

On August 15, 2025, as Dk. No. 270, the Court entered an order granting the Second Extension Motion and extended the Deadline from July 28, 2025, through and including December 1, 2025 ("Second Extension Order").[5]

On December 1, 2025, as Dk. 275, the Reorganized Debtor filed the Third Motion to Extend Deadline to File Objection to Claims ("Third Extension Motion").

On January 7, 2026, as Dk. No. 280, the Court entered an order granting the Third Extension Motion and extended the Deadline from December 1, 2025, through and including March 30, 2026, ("Third Extension Order").[6]

---

[2] A true and correct copy of the Confirmation Order is attached to the Bidanset Declaration as **Exhibit "2."**

[3] A true and correct copy of the Claim Register is attached to the Bidanset Decl. as **Exhibit "3."**

[4] A true and correct copy of the First Extension Order is attached as **Exhibit "4"** to the Bidanset Declaration.

[5] A true and correct copy of the Second Extension Order is attached as **Exhibit "5"** to the Bidanset Declaration.

[6] A true and correct copy of the Third Extension Order is attached as **Exhibit "6"** to the Bidanset Declaration.

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

## 3.      Legal Argument

### A.      The requested extension of the Plan should be granted because there is good cause to extend the Deadline.

Under 11 U.S.C. § 105(a), the Court has broad powers to extend deadlines, including the deadline to object to claims. 11. U.S.C. § 105(a) ("The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title"). Furthermore, Federal Rule of Bankruptcy Procedure 9006(b) authorizes the Court to extend the deadline to object to claims, with or without motion, if such request for an extension is made before the expiration of the time period originally prescribed. Fed. R. Bankr. P. 9006(b)(1) ("[W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . .").

"Good cause" has been defined in various contexts by courts considering extensions of deadlines and includes: (i) "when some outside factor . . . rather than inadvertence or negligence" prevented a party's actions[7]; (ii) a valid reason for delay[8]; (iii) when deadlines cannot be met despite diligent efforts[9]; and (iv) where there is a demonstration of good faith on the part of the party seeking an extension of the deadline.[10]

In this case, the Plan expressly contemplated an extension of the Deadline. *See* Plan, Dk. No. 201, pg. 10:10-15 ("The Claims Objection Deadline can be extended by Court order based upon a showing of 'cause'"). Moreover, there is good cause to extend the Deadline. Since the Effective Date, the Disbursing Agent is informed and believes that the Reorganized Debtor is in compliance

---

[7] *See Mann v. Castiel*, 681 F.3d 368, 374 (D.C. Cir. 2012) (citing *Lepone–Dempsey v. Carroll Cnty. Com'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007).
[8] *Id.* at 375 (citing *Coleman v. Milwaukee Bd. of Sch. Dirs.*, 290 F.3d 932, 934 (7th Cir. 2002).
[9] *Skyline Potato Co., Inc. v. Tan-O-On Marketing, Inc.*, 879 F. Supp. 2d 1228, 1245 (D.N.M. 2012).
[10] *Deppenbrook v. Pension Benefit Guar. Corp.*, 2011 U.S. Dist. LEXIS 27412, at *10 (W.D. Pa. 2011) (citing *MCI Telecom m. Corp. v. Teleconcepts, Inc.*, 71 F.3d 1086, 1097 (3d Cir.1995))).

5

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

Exhibit "1"
Page 7

with the Plan. *See* Bidanset Decl., ¶27. Operationally, the actual realization is less than projected, and, as result, the Reorganized Debtor has relatively light operations to save cash flow. *Id*., ¶28.

The Reorganized Debtor believes that it is in compliance with the Plan and the Confirmation Order at this time. *See* Bidanset Decl., ¶27. Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued by special counsel, Crown. *Id*., ¶28.

The Reorganized Debtor is continuing to review and investigate the remaining unresolved claims pending against the Debtor's estate, some of which are monetarily significant and involve factual complex issues. *See* Bidanset Decl., ¶31.[11] To ensure that Reorganized Debtor can continue to pursue objections to any unsubstantiated or objectionable claims—and thereby maximize recoveries for bona-fide creditors—the Reorganized Debtor requests that the Court extend the Deadline for rom March 30, 2026, through and including September 25, 2026. *Id.*, ¶¶27-32.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[11] Additionally, concurrently with the filing of this Motion, the Reorganized Debtor is filing the Motion to Extend Deadline to Commence Avoidance Actions Under 11 U.S.C. §§ 544, 545, 547, 548, and 553 ("546 Motion") and incorporates the arguments raised with respect to the extension of the deadline in the 546 Motion and the Declaration of Richard Hersperger in support of the 546 Motion.

6

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

## 4.      Conclusion

Based on the foregoing, the Reorganized Debtor respectfully requests this Court to enter an order:

1.      Granting the Motion;

2.      Extending the Deadline from March 30, 2026, through and including September 25, 2026; and

3.      Granting such further relief as is just and appropriate.

Dated: March 25, 2026

MARSHACK HAYS WOOD LLP

By: */s/ David A. Wood*
_____
MATTHEW W. GRIMSHAW
DAVID A. WOOD
SARAH R. HASSELBERGER
Attorneys for Reorganized Debtor,
BRIDGE DIAGNOSTICS LLC

Exhibit "1"
Page 9

## Declaration of Edward Bidanset

I, EDWARD BIDANSET, declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am a founding partner of Cutsheet Express LLC ("CE").

5. I am the Disbursing Agent of the Reorganized Debtor, Bridge Diagnostics, LLC ("Reorganized Debtor") in the above-captioned case.

6. I make this Declaration in support of the Debtor's Fourth Motion Extend Deadline to Object to Claims ("Motion").

7. All terms not defined herein are used as they are defined in the Motion.

8. Unless otherwise set forth herein, I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify to these facts.

9. A true and correct copy of the webPACER Docket Report for Case No. 8:24-bk-10803-SC as of March 24, 2026, is attached here as **Exhibit "1."**

10. On June 24, 2024, as Dk. No. 122, the Reorganized Debtor filed its Chapter 11 Subchapter V Plan of Reorganization.

11. On August 6, 2024, as Dk. No. 163, the Reorganized Debtor filed the Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 6, 2024.

12. On September 10, 2024, as Dk. No. 200, the Reorganized Debtor filed the Debtor's Second Amended Chapter 11 Plan of Reorganization Dated August 19, 2024 ("Plan").

13. On September 13, 2024, as Dk. No. 203, the Court entered an order confirming the Plan ("Confirmation Order").

14. A true and correct copy of the Confirmation Order is attached to the Bidanset Declaration as **Exhibit "2."**

15. The Debtor's register of claims ("Claims Register"), reflects that, as of today's date, forty claims have been filed in the Debtor's chapter 11 case.

8

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

16.     A true and correct copy of the Claim Register is attached to the Bidanset Decl. as **Exhibit "3."**

17.     On February 10, 2025, as Dk No. 239, the Reorganized Debtor filed the Motion to Extend Deadline to File Objection to Claims ("First Extension Motion").

18.     On March 13, 2025, as Dk. No 250, the Court entered an order granting the First Extension Motion and extended the Deadline from March 29, 2025, through and including July 28, 2025 ("First Extension Order").

19.     A true and correct copy of the First Extension Order is attached here as **Exhibit "4."**

20.     On July 28, 2025, as Dk No. 263, the Reorganized Debtor filed the Second Motion to Extend Deadline to File Objection to Claims ("Second Extension Motion").

21.     On August 15, 2025, as Dk. No. 270, the Court entered an order granting the Second Extension Motion and extended the Deadline from July 28, 2025, through and including December 1, 2025 ("Second Extension Order").

22.     A true and correct copy of the Second Extension Order is attached here as **Exhibit "5."**

23.

24.     On December 1, 2025, as Dk. 275, the Reorganized Debtor filed the Third Motion to Extend Deadline to File Objection to Claims ("Third Extension Motion").

25.     On January 7, 2026, as Dk. No. 280, the Court entered an order granting the Third Extension Motion and extended the Deadline from December 1, 2025, through and including March 30, 2026, ("Third Extension Order").

26.     A true and correct copy of the Third Extension Order is attached here as **Exhibit "6."**

27.     There is good cause to extend the Deadline. Since the Effective Date, I am informed and believe that the Reorganized Debtor is in compliance with the Plan and Confirmation Order.

28.     Operationally, the actual realization is less than projected, and, as result, the Reorganized Debtor has relatively light operations to save cash flow. Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued by special counsel, Crown.

**Exhibit "1"**
**Page 11**

29.    By this Motion, I request an extension of the deadline to object to claims to September 25, 2026.

30.    I need additional time to analyze the claims filed against the Estate.

31.    My professionals and I are continuing to review and investigate the remaining unresolved Claims pending against the Debtor's estate, some of which are monetarily significant and involve factual complex issues.

32.    To ensure that I can continue to pursue objections to any unsubstantiated or legally infirm Claims—and thereby maximize recoveries for bona-fide creditors—I request that the Court extend the Claims Objection Deadline for an additional 120 days to September 25, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March ___, 2025.

_____
EDWARD BIDANSET

MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

**Exhibit "1"**
**Page 12**

Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document        Page 11 of 45

# Exhibit "1"

Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document         Page 12 of 45

Subchapter_V

**U.S. Bankruptcy Court**
**Central District of California (Santa Ana)**
**Bankruptcy Petition #: 8:24-bk-10803-SC**

| | |
|---|---|
| *Date filed:* | 03/29/2024 |
| *Plan confirmed:* | 09/13/2024 |
| *341 meeting:* | 04/26/2024 |
| *Deadline for filing claims:* | 06/07/2024 |
| *Deadline for filing claims (govt.):* | 09/25/2024 |
| *Deadline for objecting to discharge:* | 06/25/2024 |

*Assigned to:* Scott C Clarkson
Chapter 11
Voluntary
Asset

**Debtor**
**Bridge Diagnostic, LLC**
120 Vantis Drive, Suite 570
Aliso Viejo, CA 92656-2618
ORANGE-CA
Tax ID / EIN: 85-0602662

represented by **Matthew Grimshaw**
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: mgrimshaw@marshackhays.com

**Myles P McAliney**
Crown Medical Collections
100 W High Street
Edensburg, PA 15931
570-237-5237
Email: mpmcalineylaw@gmail.com

**David Wood**
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: dwood@marshackhays.com

**Trustee**
**Robert Paul Goe (TR)**
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Ste 210
Irvine, CA 92614

EXHIBIT "1"
Page 11
**Exhibit "1"**
**Page 14**

949-794-2460

***U.S. Trustee***
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

represented by **Kenneth Misken**
DOJ-UST
Office of the United States Trustee
411 W. Fourth St, #7160
Ste 7160
Santa Ana, CA 92701
714-338-3405
Email: Kenneth.M.Misken@usdoj.gov

**Queenie K Ng**
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701
714-338-3403
Fax : 714-338-3421
Email: queenie.k.ng@usdoj.gov
*TERMINATED: 01/08/2026*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/01/2025 | 275 (71 pgs) | Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David) (Entered: 12/01/2025) |
| 12/01/2025 | 276 (17 pgs) | Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) (Entered: 12/01/2025) |
| 12/02/2025 | 277 (4 pgs) | Certificate of Service *re: Motion to Extend Time Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service Filed by Debtor Bridge Diagnostic, LLC (Wood, David), Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service Filed by Debtor Bridge Diagnostic, LLC).* Filed by Other Professional Stretto, Inc. (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC, 276 Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC.). (Vandell, Travis) (Entered: 12/02/2025) |
| 12/10/2025 | 278 | Hearing Continued On Post-Confirmation Status Conference RE: Chapter 11 Subchapter V Plan - POST-CONFIRMATION STATUS CONFERENCE HEARING CONTINUED TO JUNE 17, 2026 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701; STATUS REPORT DUE 14 DAYS IN ADVANCE. The case judge is Scott C Clarkson (GD) (Entered: 12/17/2025) |

| | | |
|---|---|---|
| 01/06/2026 | 279<br>(94 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service*). (Wood, David) (Entered: 01/06/2026) |
| 01/07/2026 | 280<br>(2 pgs) | ORDER Granting Third Motion To Extend Deadline To Objection To Claims. IT IS ORDERED: The Motion Is GRANTED. The Deadline For Extending The Objection To Claims, Is EXTENDED From December 1, 2025, Through And Including MARCH 30, 2026. (BNC-PDF) (Related Doc # 275 ) Signed on 1/7/2026 (NB8) (Entered: 01/07/2026) |
| 01/09/2026 | 281<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)280 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 01/09/2026. (Admin.) (Entered: 01/09/2026) |
| 01/12/2026 | 282<br>(1 pg) | Certificate of Service *(Supplemental)* re: Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC (Wood, David), Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC). (Wood, David) Filed by Other Professional Stretto, Inc. (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC, 276 Notice of motion/application Filed by Debtor Bridge Diagnostic, LLC (RE: related document(s)275 Motion to Extend Time *Third Motion to Extend Deadline to Objection to Claims; Declaration of Edward Bidanset in Support; with Proof of Service* Filed by Debtor Bridge Diagnostic, LLC).). (Vandell, Travis) (Entered: 01/12/2026) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/25/2026 10:08:58 | | |
| **PACER Login:** | atty272406 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:24-bk-10803-SC Fil or Ent: filed From: 12/1/2025 To: 3/25/2026 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document      Page 15 of 45

# Exhibit "2"

Case 8:24-bk-10803-SC    Doc 292    Filed 04/14/26    Entered 04/14/26 15:41:46    Desc
Main Document    Page 19 of 79
Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document    Page 16 of 45
Case 8:24-bk-10803-TA    Doc 203    Filed 09/13/24    Entered 09/13/24 17:49:55    Desc
Main Document    Page 1 of 5

MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

**FILED & ENTERED**

SEP 13 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:24-bk-10803-TA |
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Debtor. | ORDER CONFIRMING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 19, 2024 |
| | Hearing: |
| | Date:    August 14, 2024 |
| | Time:    10:00 a.m. |
| | Ctrm:    5B |
| | Place:   411 West Fourth Street |
| | Santa Ana, CA  92701 |

The hearing on the confirmation of Debtor Bridge Diagnostics, LLC ("Debtor"), Second Amended Chapter 11 Plan of Reorganization by Debtor, filed on September 10, 2024, as Dk. No. 201 ("Plan")[1], came on for hearing on August 14, 2024, at 10:00 a.m., before the Honorable Theodor C. Albert, United States Bankruptcy Judge, presiding ("Confirmation Hearing"). All appearances are as stated on the record.

The Court has reviewed the Plan; the Confirmation Brief ("Confirmation Brief") filed by Debtor on August 7, 2024, as Dk. No. 174; the Declarations of Jason Hansen, Edward Bidanset, and

---

[1] A copy of the redlined second amended Plan has been filed separately as Exhibit "A," due to the length of the document and is incorporated into this Order. A copy of the clean second amended Plan has been filed separately as Exhibit "B," due to the length of the document and is incorporated into this Order.

1

Case 8:24-bk-10803-SC    Doc 292    Filed 04/14/26    Entered 04/14/26 15:41:46    Desc
Main Document      Page 20 of 79
Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document      Page 17 of 45
Case 8:24-bk-10803-TA    Doc 203    Filed 09/13/24    Entered 09/13/24 17:49:55    Desc
Main Document      Page 2 of 5

David A. Wood in Support of the Confirmation Brief; the comments filed by the SubV Chapter 11 Trustee ("Trustee") on August 9, 2024, as Dk. No. 177 ("Trustee Comments"), the reply filed by creditor University Research Park LLC ("URP LLC") on August 9, 2024, as Dk. No. 179 ("URP Reply"), the reply filed by interested party Mr. Jason Hansen ("Mr. Hansen") on August 9, 2024, as DK. No. 180 , and all other relevant pleadings and evidence filed with respect to this matter.

Creditor Ross Blackburn ("Blackburn") filed a limited objection with respect to the Plan Confirmation. On August 6, 2024 as Dk. No. 162, Debtor and Blackburn entered into a stipulation regarding issues for determination with respect to the claim of Blackburn ("Blackburn Stipulation").

Based on the foregoing, the Court adopts the Confirmation Brief as its findings of fact and conclusions of law with the following exceptions:

A.    On the record at the Confirmation Hearing, the Debtor, Trustee, URP LLC, and Mr. Hansen agreed to certain non-material modifications of the Plan to resolve the Trustee's Comments, and the URP Reply. The Plan contains the agreed upon non-material modifications.

B.    Under §1191(a), a plan can be confirmed if it meets all of the requirements of 11 U.S.C. §1129(a) with the exception to 11 U.S.C. §1129(a)(15), which need not be met.  The Plan does not satisfy §§1129(a)(8). Therefore, the Debtor is not seeking confirmation under §1191(a).

C.    Under § 1191(b) the Plan can be confirmed if the Plan (1) meets all of the requirements of 11 U.S.C. §1129(a) with the exceptions of 11 U.S.C. §§1129(a)(8), (10), and (15) and (2) does not discriminate unfairly and is "fair and equitable" (as defined by 11 U.S.C. §1191(c)) as to all impaired classes of claims that did not vote to accept the plan.

D.    The Plan satisfies all of the requirements of 11 U.S.C. §§1129(a) other than subsection (8).

E.    Section 1129(a)(1) requires that a plan comply with the applicable provisions of the Bankruptcy Code. The Plan satisfies the requirement.

F.    Section 1122(a) permits a proposed plan to "place a claim or interest in a particular class only if such a claim or interest is substantially similar to other claims or interests in such class." The Plan classifies claims into three (3) different classes. Class 1 consists of the Debtor's secured claims–which are separately classified in Classes 1(a) through Class 1(m).  Class 2 consists of the

2

Case 8:24-bk-10803-SC    Doc 292    Filed 04/14/26    Entered 04/14/26 15:41:46    Desc
Main Document        Page 21 of 79
Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document        Page 18 of 45
Case 8:24-bk-10803-TA    Doc 203    Filed 09/13/24    Entered 09/13/24 17:49:55    Desc
Main Document    Page 3 of 5

priority claim of BlueCross filed against the Debtor. Finally, Class 3 consists of the general unsecured claims asserted against the Debtor.  Thus, as can be seen by the description of the classes contained in the Plan, the claims within each class are substantially similar. Because the Plan places only similar claims within each class, the Plan complies with 11 U.S.C. §1122.

G.      Section 1123(a)(1) requires that a plan designate one or more classes of claims and interests other than claims specified in 11 U.S.C. § 507(a)(2) (administrative expense claims), (a)(3) (claims arising during the "gap period" in an involuntary case), (a)(8) (priority tax claims), and classes of interests. The Plan complies with 11 U.S.C. § 1123(a)(1) because it classifies claims other than administrative claims and priority tax claims. Thus, the Plan complies with 11 U.S.C. §1123(a)(1).

Therefore, good cause exists for the Court to make its order as follows:

IT IS HEREBY ORDERED THAT:

1.      The Plan filed on September 10, 2024, as Dk. No. 201, with the non-material modifications stated on the record at the August 14, 2024, hearing, is confirmed under 11 U.S.C. §1191(b);

2.      The Court finds that the treatment of Class 1(i) claim for Blackburn will be treated as a Class 3 unsecured claim, and share *pro rata* with similarly situated unsecured creditors. Blackburn's alleged security interest was not perfected prior to the filing of the Petition Date, and therefore Blackburn does not have a pre-petition lien against the Debtor and/or its assets. Blackburn does not have a lien on any of the Debtor's and/or Reorganized Debtor's assets, and pursuant to 11 U.S.C. § 544(a)(1), 550, and 551, any unperfected security interest held by Blackburn is avoided, recovered, and preserved in favor of the Debtor. *Nielson v. Chang (In re First T.D. & Inv., Inc.*), 523 F.3d 520, 526 (9th Cir. 2001);

3.      The provisions of this Order, as well as all provisions of the Plan, are binding in all respects upon the Debtor and each creditor, whether or not such creditor voted in favor of the Plan;

4.      The Effective Date of the Plan will be the first business day after this Order becomes Final.  An order is "Final" if the deadline to file a notice of appeal or seek a new trial or rehearing has passed and (1) no appeal or motion for new trial or rehearing has been filed; or (2) an appeal or

Case 8:24-bk-10803-SC    Doc 292    Filed 04/14/26    Entered 04/14/26 15:41:46    Desc
Main Document      Page 22 of 79
Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document      Page 19 of 45
Case 8:24-bk-10803-TA    Doc 203    Filed 09/13/24    Entered 09/13/24 17:49:55    Desc
Main Document    Page 4 of 5

motion for new trial or rehearing has been filed but no stay was obtained;

5.      Except as otherwise provided in the Plan, the confirmation of the Plan vests in the Reorganized Debtor all property of the Estate and all the rights and privileges to prosecute any and all claims and actions of the Debtor and Debtor's Bankruptcy Estate including claims and actions of Debtor's creditors pursuant to 11 U.S.C. §§ 108, 541, 544, 545, 546, 547, 548, 549, 550 and 551;

6.      The Disbursing Agent is authorized to make disbursements to claimants in accordance with the Plan and this Order;

7.      The Reorganized Debtor and Disbursing Agent, and any other person that has a duty or responsibility to act under the Plan is hereby authorized, empowered, and directed to carry out the provisions of the Plan, and to perform such other acts and execute such other documents as are necessary or appropriate in connection with the Plan and this Order;

8.      Until Debtor's case is closed, the Court retains jurisdiction over this case, to the extent provided by the Plan or applicable law to ensure that the purposes and intent of the Plan are carried out;

9.      If Debtor's case is converted to one under Chapter 7, the nonexempt property of Debtor that has not been disbursed pursuant to the Plan shall be re-vested in the Chapter 7 estate and all orders previously entered by the Court in this bankruptcy case shall survive and remain enforceable and binding on all relevant parties notwithstanding conversion to Chapter 7;

10.     If Debtor's case is dismissed, all orders previously entered by the Court in this bankruptcy case shall survive and remain enforceable and binding on all relevant parties, notwithstanding entry of such order dismissing the Debtor's bankruptcy case;

11.     On the Effective Date, the Debtor shall be discharged from any and all debts that arose before confirmation of the Plan, provided, however, that the Debtor is not discharged from any debt of a kind specified in 11 U.S.C. §§ 523(a)(2)(A)-(B) that is owed to a domestic governmental unity, or owed to a person as the result of an action filed under subchapter III of Chapter 37 of title 31 or any similar State statute; or for a tax or customs duty with respect to which the debtor made a fraudulent tax return or willfully attempted in any manner to evade or to defeat such tax or such customs duty. All persons or entities who held claims against Debtor as of the date of when the Plan

4

Case 8:24-bk-10803-SC    Doc 292    Filed 04/14/26    Entered 04/14/26 15:41:46    Desc
Main Document        Page 23 of 79
Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document        Page 20 of 45
Case 8:24-bk-10803-TA    Doc 203    Filed 09/13/24    Entered 09/13/24 17:49:55    Desc
Main Document    Page 5 of 5

was confirmed or who held or may hold claims based on conduct that occurred, wholly or partially, before the Petition Date, shall refrain from enforcing such claim in any fashion, including through setoff, subrogation, or recoupment;

12.    On the Effective Date, the Debtor and officers, directors, and employees; the Debtor's professionals in this case, including Marshack Hays Woods LLP, Edward Bidanset and Cutsheet Express LLC, Stretto, Inc., Crown Medical Collections, LLC, and their respective officers, directors, partners, associates, and employees; and the Subchapter V Trustees shall be relieved of any liability to any person, including creditors of the Debtor's Bankruptcy Estate, for any act or omission in connection with, relating to or arising out of any post-petition action, including without limitation the formulation and implementation of the Plan; provided, however, that such parties are not relieved of liability for willful misconduct or gross negligence; and

13.    The Court retains jurisdiction in accordance with the provisions of the Plan and to enforce this Confirmation Order.

*A post-confirmation status conference will be held on February 12, 2025 at 10:00 a.m.*

### 

Date: September 13, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge

5

# Exhibit "3"

# Central District of California
# Claims Register

8:24-bk-10803-SC Bridge Diagnostic, LLC

**Judge:** Scott C Clarkson          **Chapter:** 11
**Office:** Santa Ana          **Last Date to file claims:** 06/07/2024
**Trustee:** Robert Paul Goe (TR)          **Last Date to file (Govt):** 09/25/2024

| | | |
|---|---|---|
| *Creditor:*          (41926228)<br>Texas Health & Human Services Commission<br>4601 W. Guadalupe Street, MC-1100<br>Austin, TX 78751 | **Claim No: 1**<br>*Original Filed Date*: 04/11/2024<br>*Original Entered Date*: 04/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

 Amount claimed: $707.43

*History:*
Details   ◉   1-1   04/11/2024 Claim #1 filed by Texas Health & Human Services Commission, Amount claimed: $707.43 (AUTP)
*Description:*
*Remarks:* (1-1) Account Number (last 4 digits):5622

| | | |
|---|---|---|
| *Creditor:*          (41911984)<br>Hamilton Company<br>P.O. Box 10030<br>Reno, NV 89520-0012 | **Claim No: 2**<br>*Original Filed Date*: 04/15/2024<br>*Original Entered Date*: 04/15/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* TL<br>*Modified:* |

 Amount claimed: $112304.89

*History:*
Details   ◉   2-1   04/15/2024 Claim #2 filed by Hamilton Company, Amount claimed: $112304.89 (TL)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*          (41911992)<br>TXPSI, LLC<br>298 Industrial Blvd<br>Bastrop, TX 78602 | **Claim No: 3**<br>*Original Filed Date*: 04/16/2024<br>*Original Entered Date*: 04/16/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

 Amount claimed: $118152.33

*History:*
Details   ◉   3-1   04/16/2024 Claim #3 filed by TXPSI, LLC, Amount claimed: $118152.33 (AUTP)
*Description:*
*Remarks:*

*Creditor:*          (41911996)                    **Claim No: 4**                          *Status:*
Xifin, Inc.                                         *Original Filed Date*: 04/17/2024        *Filed by:* CR
12225 El Camino Real, Suite 100                     *Original Entered Date*: 04/17/2024      *Entered by:* AUTP
San Diego, CA 92130-3081                                                                     *Modified:*

  Amount claimed: $234381.00

*History:*
Details        ⦿      4-1      04/17/2024 Claim #4 filed by Xifin, Inc., Amount claimed: $234381.00 (AUTP)

*Description:*
*Remarks:* (4-1) Account Number (last 4 digits):ib01


*Creditor:*          (41938098)                    **Claim No: 5**                          *Status:*
Helmco Electric, Inc. .                             *Original Filed Date*: 04/25/2024        *Filed by:* CR
17985 Sky Park Circle Suite J                       *Original Entered Date*: 04/25/2024      *Entered by:* TL
Irvine, CA 926 14                                                                            *Modified:*

  Amount claimed: $21105.00

*History:*
Details        ⦿      5-1      04/25/2024 Claim #5 filed by Helmco Electric, Inc. ., Amount claimed: $21105.00 (TL)

*Description:*
*Remarks:*


*Creditor:*          (41950125)                    **Claim No: 6**                          *Status:*
CDW Direct, LLC                                     *Original Filed Date*: 04/29/2024        *Filed by:* CR
Attn: Vida Krug                                     *Original Entered Date*: 04/29/2024      *Entered by:* SM2
200 N. Milwaukee Ave.                                                                        *Modified:*
Vernon Hills, IL 60061

  Amount claimed: $105730.70

*History:*
Details        ⦿      6-1      04/29/2024 Claim #6 filed by CDW Direct, LLC, Amount claimed: $105730.70 (SM2)

*Description:* (6-1) goods sold
*Remarks:*


*Creditor:*          (41957126)                    **Claim No: 7**                          *Status:*
Becton, Dickinson and Company                       *Original Filed Date*: 05/02/2024        *Filed by:* CR
McCarter & English, LLP, Attn: Lisa S. Bonsall      *Original Entered Date*: 05/02/2024      *Entered by:* AUTP
100 Mulberry Street                                                                          *Modified:*
Four Gateway Center
Newark, NJ 07102

  Amount claimed: $29489.76

*History:*
Details        ⦿      7-1      05/02/2024 Claim #7 filed by Becton, Dickinson and Company, Amount claimed: $29489.76 (AUTP)

*Description:*
*Remarks:*

Case 8:24-bk-10803-SC   Doc 283   Filed 03/25/26   Entered 03/25/26 10:59:24   Desc
Main Document     Page 24 of 45

*Creditor:*        (41960224)                        **Claim No: 8**                          *Status:*
Stuart Lippman And Associates                        *Original Filed Date*: 05/06/2024        *Filed by:* CR
5447 E 5th Street                                    *Original Entered Date*: 05/06/2024      *Entered by:* AUTP
Suite 110                                                                                     *Modified:*
Tucson, AZ 85711

 Amount claimed: $27858.86

*History:*

Details        ◐        8-1        05/06/2024 Claim #8 filed by Stuart Lippman And Associates, Amount claimed: $27858.86 (AUTP)

*Description:*

*Remarks:* (8-1) Account Number (last 4 digits):6889


*Creditor:*        (41961701)                        **Claim No: 9**                          *Status:*
American Type Culture Collection                     *Original Filed Date*: 05/07/2024        *Filed by:* CR
10801 University Blvd                                 *Original Entered Date*: 05/07/2024      *Entered by:* TS
Manassas, VA 20110                                                                            *Modified:*

 Amount claimed: $3130501.00

*History:*

Details        ◐        9-1        05/07/2024 Claim #9 filed by American Type Culture Collection, Amount claimed: $3130501.00 (TS)

*Description:* (9-1) Goods sold

*Remarks:*


*Creditor:*        (41938069)   History               **Claim No: 10**                         *Status:*
BayCap LLC                                            *Original Filed Date*: 05/09/2024        *Filed by:* CR
250 N Harbor Blvd., Suite 313                         *Original Entered Date*: 05/09/2024      *Entered by:* JL
Redondo Beach, CA 90277                                                                       *Modified:*

 Amount  claimed: $166725.95

 Secured claimed: $166725.95

 Priority   claimed:        $0.00

*History:*

Details        ◐        10-1        05/09/2024 Claim #10 filed by BayCap LLC, Amount claimed: $166725.95 (JL)

*Description:*

*Remarks:*


*Creditor:*        (41938069)   History               **Claim No: 11**                         *Status:*
BayCap LLC                                            *Original Filed Date*: 05/09/2024        *Filed by:* CR
250 N Harbor Blvd., Suite 313                         *Original Entered Date*: 05/09/2024      *Entered by:* JL
Redondo Beach, CA 90277                                                                       *Modified:*

 Amount  claimed: $127329.93

 Secured claimed: $127329.93

*History:*

Details        ◐        11-1        05/09/2024 Claim #11 filed by BayCap LLC, Amount claimed: $127329.93 (JL)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (41938069)   History | **Claim No: 12** | *Status:* |
| BayCap LLC | *Original Filed Date*: 05/09/2024 | *Filed by:* CR |
| 250 N Harbor Blvd., Suite 313 | *Original Entered Date*: 05/09/2024 | *Entered by:* JL |
| Redondo Beach, CA 90277 | | *Modified:* |

 Amount  claimed: $237202.75

 Secured  claimed: $237202.75

*History:*

Details   ⬤   12-1    05/09/2024 Claim #12 filed by BayCap LLC, Amount claimed: $237202.75 (JL)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (41938069)   History | **Claim No: 13** | *Status:* |
| BayCap LLC | *Original Filed Date*: 05/09/2024 | *Filed by:* CR |
| 250 N Harbor Blvd., Suite 313 | *Original Entered Date*: 05/09/2024 | *Entered by:* JL |
| Redondo Beach, CA 90277 | | *Modified:* |

 Amount  claimed: $151023.12

 Secured  claimed: $151023.12

*History:*

Details   ⬤   13-1    05/09/2024 Claim #13 filed by BayCap LLC, Amount claimed: $151023.12 (JL)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (41919433) | **Claim No: 14** | *Status:* |
| KRYSTAL REED, INDIVIDUALLY AND ON BEHALF OF OTHERS | *Original Filed Date*: 05/15/2024 | *Filed by:* CR |
| SIMILARLY SITUATED | *Original Entered Date*: 05/15/2024 | *Entered by:* AUTP |
| C/O IAN M. SILVERS | | *Modified:* |
| BISNAR CHASE LLP | | |
| 1301 DOVE STREET, SUITE 120 | | |
| NEWPORT BEACH, CA 92660 | | |

 Amount claimed: $309632.82

*History:*

Details   ⬤   14-1    05/15/2024 Claim #14 filed by KRYSTAL REED, INDIVIDUALLY AND ON BEHALF OF OTHERS, Amount claimed: $309632.82 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (41972231) | **Claim No: 15** | *Status:* |
| Jenna Schroeder | *Original Filed Date*: 05/15/2024 | *Filed by:* CR |
| 250 S Wacker Dr | *Original Entered Date*: 05/15/2024 | *Entered by:* AUTP |
| | | *Modified:* |

*History:*

Details   ⬤   15-1    05/15/2024 Claim #15 filed by Jenna Schroeder, Amount claimed: $137484.20 (AUTP)

*Description:*

*Remarks:*

Ste 230
Chicago, IL 60606
 Amount claimed: $137484.20

*History:*

Details    15-1    05/15/2024 Claim #15 filed by Jenna Schroeder, Amount claimed: $137484.20 (AUTP)

*Description:*

*Remarks:*

| *Creditor:* (41972233) | **Claim No: 16** | *Status:* |
|---|---|---|
| Blair Simon | *Original Filed Date*: 05/15/2024 | *Filed by:* CR |
| 250 S Wacker Dr | *Original Entered Date*: 05/15/2024 | *Entered by:* AUTP |
| Ste 230 | | *Modified:* |
| Chicago, IL 60606 | | |

 Amount claimed: $132882.13

*History:*

Details    16-1    05/15/2024 Claim #16 filed by Blair Simon, Amount claimed: $132882.13 (AUTP)

*Description:*

*Remarks:*

| *Creditor:* (41972234) | **Claim No: 17** | *Status:* |
|---|---|---|
| Katie Wheeler | *Original Filed Date*: 05/15/2024 | *Filed by:* CR |
| 250 S Wacker Dr | *Original Entered Date*: 05/15/2024 | *Entered by:* AUTP |
| Ste 230 | | *Modified:* |
| Chicago, IL 60606 | | |

 Amount claimed: $135237.68

*History:*

Details    17-1    05/15/2024 Claim #17 filed by Katie Wheeler, Amount claimed: $135237.68 (AUTP)

*Description:*

*Remarks:*

| *Creditor:* (41938103) | **Claim No: 18** | *Status:* |
|---|---|---|
| inGENEious RX Incorporated / Becky Winsl | *Original Filed Date*: 05/15/2024 | *Filed by:* CR |
| 6080 Via Sprena Dr | *Original Entered Date*: 05/15/2024 | *Entered by:* AUTP |
| El Paso, TX 79912 | | *Modified:* |

 Amount claimed: $1600.00

*History:*

Details    18-1    05/15/2024 Claim #18 filed by inGENEious RX Incorporated / Becky Winsl, Amount claimed: $1600.00 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41983823)<br>Aetna, Inc.<br>Aaron McCollough<br>c/o McGuireWoods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818 | **Claim No: 19**<br>*Original Filed Date*: 05/23/2024<br>*Original Entered Date*: 05/23/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

 Amount claimed: $4807.72

*History:*

Details    19-1    05/23/2024 Claim #19 filed by Aetna, Inc., Amount claimed: $4807.72 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41987935)<br>FocusMD<br>400 Southpointe Boulevard<br>Suite 105<br>Canonsburg, PA 15317 | **Claim No: 20**<br>*Original Filed Date*: 05/28/2024<br>*Original Entered Date*: 05/28/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

 Amount claimed: $2950.75

*History:*

Details    20-1    05/28/2024 Claim #20 filed by FocusMD, Amount claimed: $2950.75 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41911977)<br>Airspace Technologies, Inc.<br>5909 Sea Otter PlaceSuite 200<br>Carlsbad, CA 92010 | **Claim No: 21**<br>*Original Filed Date*: 05/29/2024<br>*Original Entered Date*: 05/29/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jennifer M Oliver<br>*Modified:* |

 Amount claimed: $163503.88

*History:*

Details    21-1    05/29/2024 Claim #21 filed by Airspace Technologies, Inc., Amount claimed: $163503.88 (Oliver, Jennifer)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41989721)<br>ELLKAY LLC<br>10 Furler Street PO Box 209<br>Totowa, NJ 07512-10 | **Claim No: 22**<br>*Original Filed Date*: 05/29/2024<br>*Original Entered Date*: 05/29/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

 Amount claimed: $92510.00

*History:*

Details    22-1    05/29/2024 Claim #22 filed by ELLKAY LLC, Amount claimed: $92510.00 (AUTP)

*Description:*

*Remarks:*

| | |
|---|---|
| *Creditor:*       (41995127)<br>UnitedHealthcare Insurance Company<br>ATTN: CDM/Bankruptcy<br>185 Asylum Street - 03B<br>Hartford, CT 06103 | **Claim No: 23**      *Status:*<br>*Original Filed Date*: 05/31/2024   *Filed by:* CR<br>*Original Entered Date*: 05/31/2024   *Entered by:* AUTP<br>*Modified:* |

 Amount claimed: $17556.25

*History:*

| Details | | 23-1 | 05/31/2024 Claim #23 filed by UnitedHealthcare Insurance Company, Amount claimed: $17556.25 (AUTP) |
|---|---|---|---|

*Description:*

*Remarks:* (23-1) Account Number (last 4 digits):2662

| | |
|---|---|
| *Creditor:*       (41911981)<br>David Wright Tremaine, LLP<br>920 Fifth Ave., Suite 3300<br>Seattle, WA 98104-1610 | **Claim No: 24**      *Status:*<br>*Original Filed Date*: 05/31/2024   *Filed by:* CR<br>*Original Entered Date*: 05/31/2024   *Entered by:* AUTP<br>*Last Amendment Filed*: 06/07/2024   *Modified:* 06/07/2024<br>*Last Amendment Entered*: 06/07/2024 |

 Amount claimed: $111589.50

*History:*

| Details | | 24-1 | 05/31/2024 Claim #24 filed by David Wright Tremaine, LLP, Amount claimed: $111589.50 (AUTP) |
|---|---|---|---|
| Details | | 24-2 | 06/07/2024 Amended Claim #24 filed by David Wright Tremaine, LLP, Amount claimed: $111589.50 (AUTP) |

*Description:*
*Remarks:*

| | |
|---|---|
| *Creditor:*       (42000653)<br>Blue Cross of California & Anthem Blue Cross Life<br>Nicole Lapenta - Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103 | **Claim No: 25**      *Status:*<br>*Original Filed Date*: 06/04/2024   *Filed by:* CR<br>*Original Entered Date*: 06/04/2024   *Entered by:* AUTP<br>*Modified:* |

 Amount claimed: $12942.80
 Priority  claimed: $12942.80

*History:*

| Details | | 25-1 | 06/04/2024 Claim #25 filed by Blue Cross of California & Anthem Blue Cross Life, Amount claimed: $12942.80 (AUTP) |
|---|---|---|---|

*Description:*
*Remarks:*

| | |
|---|---|
| *Creditor:*       (42001160)<br>De Lage Landen Financial Services, Inc.<br>Hemar, Rousso & Heald, LLP<br>c/o Christopher D. Crowell | **Claim No: 26**      *Status:*<br>*Original Filed Date*: 06/04/2024   *Filed by:* AT<br>*Original Entered Date*: 06/04/2024   *Entered by:* Christopher Crowell<br>*Modified:* |

*History:*

| Details | | 26-1 | 06/04/2024 Claim #26 filed by De Lage Landen Financial Services, Inc., Amount claimed: $160932.56 (Crowell, Christopher) |
|---|---|---|---|

*Description:*
*Remarks:*

15910 Ventura Blvd., 12th Fl, Encino, CA
(818)501-3800; ccrowell@hrhlaw.com

Amount  claimed: $160932.56

Secured claimed: $160932.56

*History:*

Details      26-1      06/04/2024 Claim #26 filed by De Lage Landen Financial Services, Inc., Amount claimed: $160932.56 (Crowell, Christopher)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (42001160) | **Claim No: 27** | *Status:* |
| De Lage Landen Financial Services, Inc. | *Original Filed Date*: 06/04/2024 | *Filed by:* AT |
| Hemar, Rousso & Heald, LLP | *Original Entered Date*: 06/04/2024 | *Entered by:* Christopher Crowell |
| c/o Christopher D. Crowell | | *Modified:* |
| 15910 Ventura Blvd., 12th Fl, Encino, CA | | |
| (818)501-3800; ccrowell@hrhlaw.com | | |

Amount  claimed: $40908.16

Secured claimed: $40908.16

*History:*

Details      27-1      06/04/2024 Claim #27 filed by De Lage Landen Financial Services, Inc., Amount claimed: $40908.16 (Crowell, Christopher)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (42001160) | **Claim No: 28** | *Status:* |
| De Lage Landen Financial Services, Inc. | *Original Filed Date*: 06/04/2024 | *Filed by:* AT |
| Hemar, Rousso & Heald, LLP | *Original Entered Date*: 06/04/2024 | *Entered by:* Christopher Crowell |
| c/o Christopher D. Crowell | | *Modified:* |
| 15910 Ventura Blvd., 12th Fl, Encino, CA | | |
| (818)501-3800; ccrowell@hrhlaw.com | | |

Amount  claimed: $107315.36

Secured claimed: $107315.36

*History:*

Details      28-1      06/04/2024 Claim #28 filed by De Lage Landen Financial Services, Inc., Amount claimed: $107315.36 (Crowell, Christopher)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (42003238) | **Claim No: 29** | *Status:* |
| United HealthCare Services, Inc. | *Original Filed Date*: 06/06/2024 | *Filed by:* CR |
| Shipman & Goodwin LLP, c/o Eric Goldstein | *Original Entered Date*: 06/06/2024 | |

*History:*

Details      29-1      06/06/2024 Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $7271504.94 (AUTP)

Details      29-2      07/17/2024 Amended Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $769646.73 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| One Constitution Plaza | *Last Amendment Filed*: 07/17/2024 | *Entered by:* AUTP |
| Hartford, CT 06103 | *Last Amendment Entered*: 07/17/2024 | *Modified:* 07/17/2024 |

 Amount claimed: $769646.73

*History:*

| Details | | 29-1 | 06/06/2024 Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $7271504.94 (AUTP) |
|---|---|---|---|
| Details | | 29-2 | 07/17/2024 Amended Claim #29 filed by United HealthCare Services, Inc., Amount claimed: $769646.73 (AUTP) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (42004025) | **Claim No: 30** | *Status:* |
| University Research Park LLC | *Original Filed Date*: 06/06/2024 | *Filed by:* CR |
| c/o R. Gibson Pagter, Jr. | *Original Entered Date*: 06/06/2024 | *Entered by:* R Gibson Pagter, Jr. |
| PAGTER AND PERRY ISAACSON | | *Modified:* |
| 1851 E. First Street, Suite 700 | | |
| Santa Ana, CA 92705 | | |

*No amounts claimed*

*History:*

| Details | | 30-1 | 06/06/2024 Claim #30 filed by University Research Park LLC, Amount claimed: (Pagter, R) |
|---|---|---|---|

*Description:* (30-1) Terminated Lease

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (42004778) | **Claim No: 31** | *Status:* |
| Ross Blackburn | *Original Filed Date*: 06/07/2024 | *Filed by:* CR |
| c/o Aaron J. Malo, Esquire | *Original Entered Date*: 06/07/2024 | *Entered by:* Aaron J Malo |
| Sheppard, Mullin, Richter & Hampton LLP | | *Modified:* |
| 650 Town Center Drive, 10th Floor | | |
| Costa Mesa, CA 92626 | | |

 Amount  claimed: $2624490.98

 Secured claimed: $2624490.98

*History:*

| Details | | 31-1 | 06/07/2024 Claim #31 filed by Ross Blackburn, Amount claimed: $2624490.98 (Malo, Aaron) |
|---|---|---|---|

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (42004968) | **Claim No: 32** | *Status:* |
| Thermo Fisher Financial Services, Inc. | *Original Filed Date*: 06/07/2024 | *Filed by:* CR |
| c/o Beverly Weiss Manne | *Original Entered Date*: 06/07/2024 | *Entered by:* AUTP |
| 1500 One PPG Place | *Last Amendment Filed*: 01/23/2026 | *Modified:* 01/23/2026 |
| Pittsburgh, PA 15222 | *Last Amendment Entered*: 01/23/2026 | |

*History:*

| Details | | 32-1 | 06/07/2024 Claim #32 filed by Thermo Fisher Financial Services, Inc., Amount claimed: $423151.10 (AUTP) |
|---|---|---|---|
| Details | | 32-2 | 01/23/2026 Amended Claim #32 filed by Thermo Fisher Financial Services, Inc., Amount claimed: $403151.10 (AUTP) |

*Description:*

*Remarks:*

Amount  claimed: $403151.10

Secured claimed: $403151.10

*History:*

Details    32-1    06/07/2024 Claim #32 filed by Thermo Fisher Financial Services, Inc., Amount claimed: $423151.10 (AUTP)

Details    32-2    01/23/2026 Amended Claim #32 filed by Thermo Fisher Financial Services, Inc., Amount claimed: $403151.10 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (41938088)   <u>History</u><br>First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 6197-7000 | **Claim No: 33**<br>*Original Filed Date*: 06/07/2024<br>*Original Entered Date*: 06/07/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

Amount  claimed: $21584.58

Secured claimed: $21584.58

*History:*

Details    33-1    06/07/2024 Claim #33 filed by First Insurance Funding, Amount claimed: $21584.58 (AUTP)

*Description:*

*Remarks:* (33-1) Account Number (last 4 digits):4081

| | | |
|---|---|---|
| *Creditor:*    (41938088)   <u>History</u><br>First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 6197-7000 | **Claim No: 34**<br>*Original Filed Date*: 06/07/2024<br>*Original Entered Date*: 06/07/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

Amount  claimed: $101214.00

Secured claimed: $101214.00

*History:*

Details    34-1    06/07/2024 Claim #34 filed by First Insurance Funding, Amount claimed: $101214.00 (AUTP)

*Description:*

*Remarks:* (34-1) Account Number (last 4 digits):0257

| | | |
|---|---|---|
| *Creditor:*    (42005424)<br>Katrina Gillespie<br>28432 Via Cynthia<br>Laguna Niguel, CA 92677 | **Claim No: 35**<br>*Original Filed Date*: 06/07/2024<br>*Original Entered Date*: 06/07/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AUTP<br>*Modified:* |

Amount claimed: $21393.75

*History:*

Details    35-1    06/07/2024 Claim #35 filed by Katrina Gillespie, Amount claimed: $21393.75 (AUTP)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (41938137)   History | **Claim No: 36** | *Status:* |
| Evolution Technologies LLC | *Original Filed Date*: 06/10/2024 | *Filed by:* CR |
| dba Team Logic IT | *Original Entered Date*: 06/10/2024 | *Entered by:* VN |
| 22511 Aspan St, STE F | | *Modified:* |
| Lake Forest, CA 92630 | | |

Amount claimed: $14278.21

*History:*

Details   ⊙   36-1    06/10/2024 Claim #36 filed by Evolution Technologies LLC, Amount claimed: $14278.21 (VN)

*Description:* (36-1) Services Performed

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (42013486) | **Claim No: 37** | *Status:* |
| FRANCHISE TAX BOARD | *Original Filed Date*: 06/14/2024 | *Filed by:* CR |
| BANKRUPTCY SECTION MS A340 | *Original Entered Date*: 06/14/2024 | *Entered by:* Rebecca Estonilo |
| PO BOX 2952 | | *Modified:* |
| SACRAMENTO CA 95812-2952 | | |

Amount claimed: $707.91

Priority  claimed: $707.91

*History:*

Details   ⊙   37-1    06/14/2024 Claim #37 filed by FRANCHISE TAX BOARD, Amount claimed: $707.91 (Estonilo, Rebecca)

*Description:* (37-1) Claim Filed

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (41938100)   History | **Claim No: 38** | *Status:* |
| HigherEchelon, Inc. | *Original Filed Date*: 06/20/2024 | *Filed by:* CR |
| 101 Lowe Ave SE, Suite 3B | *Original Entered Date*: 06/20/2024 | *Entered by:* VN |
| Huntsville, AL 35801 | | *Modified:* |

Amount claimed: $21136.07

*History:*

Details   ⊙   38-1    06/20/2024 Claim #38 filed by HigherEchelon, Inc., Amount claimed: $21136.07 (VN)

*Description:* (38-1) #0133; Services Performed

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (42067118) | **Claim No: 39** | *Status:* |
| U.S. Department of Health and Human Services, CMS | *Original Filed Date*: 07/26/2024 | *Filed by:* CR |
| Angela M. Belgrove | *Original Entered Date*: 07/26/2024 | *Entered by:* AUTP |
| 90 - 7th Street, Suite 4-500 | | *Modified:* |
| San Francisco, CA 94103 | | |

Amount claimed: $0.00

*History:*

Details   ⊙   39-1    07/26/2024 Claim #39 filed by U.S. Department of Health and Human Services, CMS, Amount claimed: $0.00 (AUTP)

*Description:*

*Remarks:* (39-1) Account Number (last 4 digits):2662 Filer Comment: Contingent and unliquidated.

*Creditor:*    (42004025)
University Research Park LLC
c/o R. Gibson Pagter, Jr.
PAGTER AND PERRY ISAACSON
1851 E. First Street, Suite 700
Santa Ana, CA 92705

**Claim No: 40**
*Original Filed Date*: 10/16/2025
*Original Entered Date*: 10/16/2025

*Status:*
*Filed by:* CR
*Entered by:* R Gibson Pagter, Jr.
*Modified:*

 Amount claimed: $1807068.15

*History:*
Details      40-1    10/16/2025 Claim #40 filed by University Research Park LLC, Amount claimed: $1807068.15 (Pagter, R)
*Description:*
*Remarks:*

## Claims Register Summary

**Case Name:** Bridge Diagnostic, LLC
**Case Number:** 8:24-bk-10803-SC
**Chapter:** 11
**Date Filed:** 03/29/2024
**Total Number Of Claims:** 40

| Total Amount Claimed* | $11679038.01 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $4141878.49 | |
| **Priority** | $13650.71 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/25/2026 09:54:25 | | | |
| **PACER Login:** | atty272406 | **Client Code:** | |

Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document      Page 34 of 45

| Description: | Claims Register | Search Criteria: | 8:24-bk-10803-SC Filed or Entered From: 3/5/2002 Filed or Entered To: 12/31/2026 |
|---|---|---|---|
| Billable Pages: | 4 | Cost: | 0.40 |

# Exhibit "4"

Case 8:24-bk-10803-SC    Doc 292    Filed 04/14/26    Entered 04/14/26 15:41:46    Desc
Main Document        Page 39 of 79
Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document        Page 36 of 45
Case 8:24-bk-10803-TA    Doc 250    Filed 03/13/25    Entered 03/13/25 16:23:23    Desc
Main Document    Page 1 of 2

DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

**FILED & ENTERED**

**MAR 13 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No: 8:24-bk-10803-TA |
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Debtor. | ORDER GRANTING MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS |
| | [APPLICATION – DK. NO. 239] |
| | [UNOPPOSED APPLICATION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |

The Court has read and considered the Motion to Extend Deadline to Objection to claims ("Motion")[1], filed by Debtor, BRIDGE DIAGNOSTICS, LLC ("Debtor"), in the above-captioned case, filed on February 10, 2025, as Dk. No. 239. The Court finds, based upon the proof of service of the Notice of Motion filed on February 10, 2025, as Dk. No. 240, the Declaration that No Party Requested a Hearing on Application filed by David A. Wood, on February 27, 2025, as Dk. No. 245, that proper notice of the Motion has been given and no response, opposition, or request for a hearing was received. Accordingly, the Court finds good cause to grant the Motion, and enters its Order as follows:

///

///

---

[1] All terms not defined herein are used as they are defined in the Motion.

1

Case 8:24-bk-10803-SC    Doc 292    Filed 04/14/26    Entered 04/14/26 15:41:46    Desc
Main Document      Page 40 of 79

Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document      Page 37 of 45

Case 8:24-bk-10803-TA    Doc 250    Filed 03/13/25    Entered 03/13/25 16:23:23    Desc
Main Document    Page 2 of 2

IT IS ORDERED that the Motion is granted. The deadline for extending the Objection to Claims, is extended from March 29, 2025 through and including July 28, 2025.

### #

Date: March 13, 2025

Theodor C. Albert
United States Bankruptcy Judge

2

# Exhibit "5"

Case 8:24-bk-10803-SC   Doc 292   Filed 04/14/26   Entered 04/14/26 15:41:46   Desc
Main Document   Page 42 of 79
Case 8:24-bk-10803-SC   Doc 283   Filed 03/25/26   Entered 03/25/26 10:59:24   Desc
Main Document   Page 39 of 45
Case 8:24-bk-10803-SC   Doc 270   Filed 08/15/25   Entered 08/15/25 12:06:19   Desc
Main Document   Page 1 of 2

DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

FILED & ENTERED

AUG 15 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No: 8:24-bk-10803-SC |
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Debtor. | ORDER GRANTING MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS |
| | [APPLICATION – DK. NO. 239] |
| | [UNOPPOSED APPLICATION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)] |

The Court has read and considered the Motion to Extend Deadline to Objection to claims ("Motion")[1], filed by Debtor, BRIDGE DIAGNOSTICS, LLC ("Debtor"), in the above-captioned case, filed on July 28, 2025, as Dk. No. 263. The Court finds, based upon the proof of service of the Notice of Motion filed on July 28, 2025, as Dk. No. 264, the Certificate of Service filed on July 29, 2025, as Dk. No. 265, and the Declaration that No Party Requested a Hearing on Application filed by David A. Wood, on August 14, 2025 as Dk. No. 268, that proper notice of the Motion has been given and no response, opposition, or request for a hearing was received. Accordingly, the Court finds good cause to grant the Motion, and enters its Order as follows:

---

[1] All terms not defined herein are used as they are defined in the Motion.

1

Case 8:24-bk-10803-SC    Doc 292    Filed 04/14/26    Entered 04/14/26 15:41:46    Desc
Main Document        Page 43 of 79
Case 8:24-bk-10803-SC    Doc 283    Filed 03/25/26    Entered 03/25/26 10:59:24    Desc
Main Document        Page 40 of 45
Case 8:24-bk-10803-SC    Doc 270    Filed 08/15/25    Entered 08/15/25 12:06:19    Desc
Main Document    Page 2 of 2

IT IS ORDERED that the Motion is granted. The deadline for extending the Objection to Claims, is extended from July 28, 2025, through and including December 1, 2025.

# # #

4937-8585-4303, v. 1



Date: August 15, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2

# Exhibit "6"

Case 8:24-bk-10803-SC   Doc 292   Filed 04/14/26   Entered 04/14/26 15:41:46   Desc
Main Document   Page 45 of 79
Case 8:24-bk-10803-SC   Doc 283   Filed 03/25/26   Entered 03/25/26 10:59:24   Desc
Main Document   Page 42 of 45
Case 8:24-bk-10803-SC   Doc 280   Filed 01/07/26   Entered 01/07/26 10:51:29   Desc
Main Document   Page 1 of 2

DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
BRIDGE DIAGNOSTICS, LLC,

**FILED & ENTERED**

JAN 07 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **bolte**     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

BRIDGE DIAGNOSTICS, LLC,

Debtor.

Case No: 8:24-bk-10803-SC

Chapter 11 Subchapter V

ORDER GRANTING THIRD MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS

[MOTION– DK. NO. 275]

[UNOPPOSED APPLICATION – NO SERVICE OF PROPOSED JUDGMENT OR LODGMENT PERIOD REQUIRED PURSUANT TO LBR 9021-1(b)(4)]

The Court has read and considered the Third Motion to Extend Deadline to Objection to claims ("Motion")[1], filed by Debtor, BRIDGE DIAGNOSTICS, LLC ("Debtor"), in the above-captioned case, filed on December 1, 2025, as Dk. No. 275. The Court finds, based upon the proof of service of the Notice of Motion filed on December 1, 2025, as Dk. No. 276, the Certificate of Service filed on December 2, 2025, as Dk. No. 277, and the Declaration that No Party Requested a Hearing on Application filed by David A. Wood, on January 6, 2026 as Dk. No. 279, that proper notice of the Motion has been given and no response, opposition, or request for a hearing was received. Accordingly, the Court finds good cause to grant the Motion, and enters its Order as follows:

---

[1] All terms not defined herein are used as they are defined in the Motion.

1

Case 8:24-bk-10803-SC   Doc 292   Filed 04/14/26   Entered 04/14/26 15:41:46   Desc
Main Document      Page 46 of 79

Case 8:24-bk-10803-SC   Doc 283   Filed 03/25/26   Entered 03/25/26 10:59:24   Desc
Main Document      Page 43 of 45

Case 8:24-bk-10803-SC   Doc 280   Filed 01/07/26   Entered 01/07/26 10:51:29   Desc
Main Document   Page 2 of 2

IT IS ORDERED that the Motion is granted. The deadline for extending the Objection to Claims, is extended from December 1, 2025, through and including March 30, 2026.

### # #



Date: January 7, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **FOURTH MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS; DECLARATION OF EDWARD BIDANSET IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 25, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **March 25, 2026**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on the interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the mail matrix of the **Debtor, 20 largest creditors and all parties on claims register** . Upon completion of the mailing by Stretto to interested parties, Stretto will file a Certificate of Service listing the addresses served. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
BRIDGE DIAGNOSTIC, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 570
ALISO VIEJO, CA 92656-2618

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 25, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>PRESIDING JUDGE'S COPY</u> – VIA PERSONAL DELIVERY**
Honorable Scott C. Clarkson
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 25, 2026 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**Exhibit "1"
Page 46**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY:** Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR INTERESTED PARTY JASON HANSEN:** Anthony Bisconti tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com; docket@bklwlaw.com
- **ATTORNEY FOR CROWN MEDICAL COLLECTIONS, SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN FINANCIAL SERVICES, INC.:** Christopher Crowell ccrowell@hrhlaw.com
- **SUBCHAPTER V TRUSTEE:** Robert Paul Goe (TR) bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR THE UNITED STATES OF AMERICA:** Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR ROSS BLACKBURN:** Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Myles P McAliney mpmcalineylaw@gmail.com
- **INTERESTED PARTY:** Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Jennifer Oliver jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **INTERESTED PARTY COURTESY NEF:** Misty Perry Isaacson    misty@mpilawfirm.com, misty@salvatoboufadel.com
- **INTERESTED PARTY COURTESY NEF:** Michael B. Reynolds   mreynolds@swlaw.com; astill@swlaw.com
- **ATTORNEY FOR CREDITOR THERMO FISHER FINANCIAL SERVICES:** Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com, docket@tuckerlaw.com, mthomas@tuckerlaw.com, SLeah@tuckerlaw.com
- **INTERESTED PARTY COURTESY NEF:** Andrew B. Still   mreynolds@swlaw.com; astill@swlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; alinares@ecf.courtdrive.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**

**Exhibit "1"**
**Page 47**

# Exhibit "2"

MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Reorganized Debtor,
BRIDGE DIAGNOSTICS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re | Case No. 8:24-bk-10803-SC |
|---|---|
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Reorganized Debtor. | NOTICE OF FOURTH MOTION TO EXTEND DEADLINE TO OBJECT TO CLAIMS |
| | [NO HEARING REQURIED UNDER LBR 9013-1(o)] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

PARTIES:

PLEASE TAKE NOTICE that the Reorganized Debtor, Bridge Diagnostics, LLC

("Reorganized Debtor") in the above-captioned case, has filed the Fourth Motion to Extend Deadline

to Object to Claims ("Motion") and seeks an extension of the deadline to object to claims pursuant to

11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9006.

The Reorganized Debtor's Second Amended Chapter 11 Subchapter V Plan of

Reorganization Dated August 19, 2024 ("Plan") was confirmed by the Court on September 13, 2024,

and provides that the "Standing and Claim Objection Deadline" "shall be" 180 days after the

Effective Date to file objections to claims ("Deadline"). The Plan further provides that the

1
NOTICE OF MOTION TO EXTENDE DEADLINE TO OBJECTION TO CLAIMS

Reorganized Debtor may obtain an extension of the Deadline by filing a motion evidencing cause for the extension. The 180th day after the Effective Date of the Plan was March 29, 2025.

Previously, the Reorganized Debtor sought and obtained extensions of the Deadline. The Deadline is currently set for March 30, 2026. Operationally, the actual realization is less than projected, and, as result, the Debtor has relatively light operations to save cash flow, again, the Debtor believes that it is in compliance with the Second Amended Plan and the Confirmation Order at this time.

Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued by special counsel, Crown Medical Solutions ("Crown"). Crown has been in the midst of analyzing the payee and payor reports, and needs additional time to investigate the claims asserted against the Estate, and possible receivables that are owed to the Estate.

As a result, the Reorganized Debtor and needs additional time to review the claims asserted against the Estate. By this Motion, the Disbursing Agent seeks to extend the deadline to object to claims by 120 days from March 30, 2026, through and including September 25, 2026.

The complete scope and terms of the relief requested are detailed in the Motion a copy of which can be obtained by contacting Matthew W. Grimshaw, David A. Wood, and Sarah R. Hasselberger whose contact information is listed in the top left-hand corner of this Notice.

PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the Motion must be in the form as required by Local Bankruptcy Rules ("LBR") 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court no later than fourteen days (14) from the date of service of this Notice, plus an additional three days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).

NOTICE OF MOTION TO EXTENDE DEADLINE TO OBJECTION TO CLAIMS

**Exhibit "2"
Page 49**

A copy of any response must be served on Matthew W. Grimshaw, David A. Wood, and Sarah R. Hasselberger at the mailing address indicated in the upper left corner of the first page of this notice, and upon the Office of the United States Trustee at 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as acceptance of the proposed Motion. *See* LBR 9013-1(h).

Dated: March 25, 2026

MARSHACK HAYS WOOD LLP

By: */s/ David A. Wood*
   MATTHEW W. GRIMSHAW
   DAVID A. WOOD
   SARAH R. HASSELBERGER
   Attorneys for Reorganized Debtor,
   BRIDGE DIAGNOSTICS LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF FOURTH MOTION TO EXTEND DEADLINE TO OBJECTION TO CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 25, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

&boxtimes; Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **March 25, 2026**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on the interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the mail matrix of the **Debtor, 20 largest creditors and all parties on claims register** . Upon completion of the mailing by Stretto to interested parties, Stretto will file a Certificate of Service listing the addresses served. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
BRIDGE DIAGNOSTIC, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 570
ALISO VIEJO, CA 92656-2618

&boxtimes; Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 25, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>PRESIDING JUDGE'S COPY</u> – VIA PERSONAL DELIVERY**
Honorable Scott C. Clarkson
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

□ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 25, 2026 | Cynthia Bastia | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY:** Kyra E Andrassy     kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR INTERESTED PARTY JASON HANSEN:** Anthony Bisconti tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com; docket@bklwlaw.com
- **ATTORNEY FOR CROWN MEDICAL COLLECTIONS, SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Thomas H Casey     kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN FINANCIAL SERVICES, INC.:** Christopher Crowell ccrowell@hrhlaw.com
- **SUBCHAPTER V TRUSTEE:** Robert Paul Goe (TR) bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR THE UNITED STATES OF AMERICA:** Elan S Levey     elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR ROSS BLACKBURN:** Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:**  Myles P McAliney mpmcalineylaw@gmail.com
- **INTERESTED PARTY:** Kenneth Misken     Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Jennifer Oliver jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **INTERESTED PARTY COURTESY NEF:** Misty Perry Isaacson     misty@mpilawfirm.com, misty@salvatoboufadel.com
- **INTERESTED PARTY COURTESY NEF:** Michael B. Reynolds   mreynolds@swlaw.com; astill@swlaw.com
- **ATTORNEY FOR CREDITOR THERMO FISHER FINANCIAL SERVICES:** Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com, docket@tuckerlaw.com, mthomas@tuckerlaw.com, SLeah@tuckerlaw.com
- **INTERESTED PARTY COURTESY NEF:** Andrew B. Still   mreynolds@swlaw.com; astill@swlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; alinares@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** |
|---|---|---|
| AIRSPACE TECHNOLOGIES, INC. ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 5909 SEA OTTER PLACE, SUITE 200 CARLSBAD, CA 92010-6675 | ALFRED LUI, MD, INC. 7 HORSESHOE LANE PALOS VERDES PENINSULA, CA 90274-4823 | APOLLO COURIERS INC. ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 1039 W HILLCREST BLVD. INGLEWOOD, CA 90301-2023 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Exhibit "2"

**20 LARGEST CREDITOR**
DAVID WRIGHT TREMAINE, LLP
920 FIFTH AVE., SUITE 3300
SEATTLE, WA 98104-1610

**20 LARGEST CREDITOR**
ELLKAY, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
200 RIVERFRONT BLVD., 3RD FLOOR
ELMWOOD PARK, NJ 07407-1038

**20 LARGEST CREDITOR / POC
ADDRESS**
ELLKAY, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10 FURLER STREET PO BOX 209
TOTOWA, NJ 07512-10

**20 LARGEST CREDITOR**
FEDEX - 2451-0
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 7221
PASADENA, CA 91109-7321

**20 LARGEST CREDITOR**
FIRST INSURANCE FUNDING
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 7000
CAROL STREAM, IL 60197-7000

**20 LARGEST CREDITOR**
HAMILTON COMPANY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
P.O. BOX 10030
RENO, NV 89520-0012

**20 LARGEST CREDITOR /
SECURED CREDITOR**
HOLOGIC SALES AND SERVICES,
LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
250 CAMPUS DR.
MARLBOROUGH, MA 01752-3020

**20 LARGEST CREDITOR**
INNOVATIVE MEDICAL MANAGEMENT
LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
4175 E. LA PALMA AVENUE, SUITE 215
ANAHEIM, CA 92807-1864

**20 LARGEST CREDITOR**
KRYSTAL REED, INDIVIDUALLY
AND ON BEHALF OF OTHERS
SIMILARLY SITUATED
C/O IAN M. SILVERS
BISNAR CHASE LLP
1301 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660-2491

**20 LARGEST CREDITOR**
MEDCARE MSO, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1000 CORDOVA PLACE, SUITE
206
SANTA FE, NM 87505-1725

**20 LARGEST CREDITOR**
ROSS BLACKBUM
C/O J. JACKSON WASTE
FENNMEMORE
8080 N. PALM AVE., 3RD FL
FRESNO, CA 93711-5797

**NEW ADDR PER WEBSITE
20 LARGEST CREDITOR**
SIRIUS COMPUTER SOLUTIONS,
INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10100 REUNION PLACE, SUITE 500
SAN ANTONIO, TX 78216

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**20 LARGEST CREDITOR**
THE IRVINE COMPANY
662322 – S23399
PO BOX 846462
LOS ANGELES, CA 90084-6462

**20 LARGEST CREDITOR**
THE IRVINE COMPANY – 2207
110 THEORY#1
PO BOX 846407
LOS ANGELES, CA 90084-6407

**20 LARGEST CREDITOR**
TXPSI, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
298 INDUSTRIAL BLVD
BASTROP, TX 78602-5020

**20 LARGEST CREDITOR**
U.S. HEALTHTEK, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
5501 MERCHANTS VIEW SQUARE,
#744
HAYMARKET, VA 20169-5439

**20 LARGEST CREDITOR**
VEOLIA ENVIRONMENTAL SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 73709
CHICAGO, IL 60673-7709

**NEW ADDR  PA SOS**
**20 LARGEST CREDITOR**
WAVELAND RCM, LLC
C/O CORPORATE CREATIONS
NETWORK, INC.
1001 STATE STREET #1400
ERIE, PA 16501

**20 LARGEST CREDITOR**
XIFIN, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
12225 EL CAMINO REAL, SUITE
100
SAN DIEGO, CA 92130-3081

**SECURED CREDITOR**
BAYCAP LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
250 N HARBOR BLVD., SYITE'313
REDONDO BEACH, CA 90277-2585

**SECURED CREDITOR**
FINANCIAL AGENT SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
P.O. BOX 2576
SPRINGFIELD, IL 62708-2576

**SECURED CREDITOR**
GENPROBE LNSTRUMENTS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10210 GENETIC CENTEY DRIVE
SAN DIEGO, CA 92121-4362

**SECURED CREDITOR**
METROPOLITAN CAPITAL BANK &
TRUST
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
9 EAST ONTARIO STREET
CHICAGO, IL 60611-2709

**PER CA SOS 12-01-25**
**SECURED CREDITOR**
TECAN U.S., INC.
C/O 1505 CORPORATION
DELAWARE BUSINESS FILINGS
INCORPORATED, REGISTERED
AGENT
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                **F 9013-3.1.PROOF.SERVICE**

**SECURED CREDITOR**
THERMO FISHER FINANCIAL SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
168 THIRD AVENUE
WALTHAM, MA 02451-7551

**SECURED CREDITOR / POC ADDRESS**
THERMO FISHER FINANCIAL SERVICES, INC.
C/O BEVERLY WEISS MANNE
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

**SECURED CREDITOR / REQUEST FOR SPECIAL NOTICE**
THERMO FISHER FINANCIAL SERVICES, INC.
C/O MICHELE R. STAFFORD, ESQ.
TUCKER ARENSBERG LLP
1098 FOSTER CITY BLVD, SUITE 106 #700
FOSTER CITY, CA 94404

**CREDITOR**
120 VANTIS PROPERTY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 300
ALISO VIEJO, CA 92656-2677

**CREDITOR / AGENT FOR SERVICE**
120 VANTIS PROPERTY, LLC
C/O GREGORY J KNAPP
151 KALMUS DR STE F-1
COSTA MESA, CA 92626

**CREDITOR**
AETNA, INC.
AARON MCCOLLOUGH C/O MCGUIREWOODS LLP
77 WEST WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601−1818

**CREDITOR**
AGILOUST OPORATION
9407 HULL STREET ROAD
NORTH CHESTERTIELD, CA 23236-1660

**CREDITOR / POC ADDRESS**
AMERICAN TYPE CULTURE COLLECTION
10801 UNIVERSITY BLVD
MANASSAS, VA 20110

**CREDITOR**
ANTHEM BLUE CROSS LIFE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
DEPARTMENT L-8 111 .
COLUMBUS, OH 43268-8111

**CREDITOR**
ANTIMICROBIAL THERAPY, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 276
SPENYVILLE, VA 22740-0276

**CREDITOR**
ARAMARK SERVICES, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO B0X 734677
DALLA, TX 75373-4677

**CREDITOR**
ASAP COURIER JOMPANY, LEC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 515
TYIONE, GA 30290-0515

**CREDITOR**
ATCC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10801 UNIVERSITY BLVD
MANASSAS, VA 20110-2209

**CREDITOR**
ATHENAHEALTH, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 415615
BOSTON, MA 02241-5615

**CREDITOR**
BD DIAGNOSTICSV.S. TEIHNICAL SUPPORT
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
39 LOVETON CIRCLE MC602
SPARKS, MD 21152-9201

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**Exhibit "2"**
**Page 55**

**CREDITOR / POC ADDRESS**
BECTON, DICKINSON AND
COMPANY
C/O MCCARTER & ENGLISH, LLP,
ATTN: LISA S. BONSAL
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK, NJ 07102

**CREDITOR**
BIENERT KATZMAN LITTRELL
WILLIAMS, LLP
903 CALLE AMANECER SUITE 350
SAN CLEMENTE, CA 92673-6253

**CREDITOR / POC ADDRESS**
BLAIR SIMON
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR**
BLUE CROSS OF CALIFORNIA &
ANTHEM BLUE CROSS LIFE
NICOLE LAPENTA - SHIPMAN &
GOODWIN LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103

**CREDITOR**
BRENT GIBBS CONSULTING
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
227 ACADIA TERRANCE
CELEBRATION, FL 34747-5006

**CREDITOR / POC ADDRESS**
CDW DIRECT, LLC
CDW / ATTN: VIDA KRUG
200 N. MILWAUKEE AVE
VERNON HILLS, IL 60061

**PER CA & IL SOS 11-26-25**
**CREDITOR**
CHANGE HEALTHCARE
C/O UNITED AGENT GROUP INC.,
REGISTERED AGENT
1320 TOWER RD
SCHAUMBURG, IL 60173-4309

**CREDITOR**
COLLEGE OF AMEDCAN
PATHOLOGISTS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 71698
CHICAGO, IL 60694-1698

**CREDITOR**
COMPLIANCELINE, LLC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
8615 CLIFF CAMERON DRIVE, STE
290
CHARLOTTE, NC 28269-5912

**CREDITOR**
CONCORD TECHNOLOGIES - 0639
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 84125
SEATTLE, WA 98124-5425

**CREDITOR**
CONSENSUS CLOUD SOLUTIONS; LLC
/J2 CLOU
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 51873
LOS ANGELES, CA 90051-6173

**CREDITOR**
CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

**CREDITOR**
DE LAGE LANDEN FINANCIAL
SERVICES, INC.
HEATHER BURNS POZNIAK
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**CREDITOR**
DIGI-TRAX COP.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
650 HEATHROW DR
LINCOLNSHIRE, IL 60069-4205

**CREDITOR**
DLL
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087-1453

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**CREDITOR**
DOCUSIGN, 1NC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
221 MIAN ST SUITE 1550
SAN FRANCISCO, CA 94105-1947

**CREDITOR**
ECLIPICALWORK ,S LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 847950
BOSTON, MA 02284-7950

**CREDITOR**
ELAINE LUCKEY
8735 OERTEL DRIVE
BLAINE, WA 98230-5601

**CREDITOR**
EMPLOYMENT DEVELOPMENT
DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR / POC ADDRESS**
EVOLUTION TECHNOLOGIES LLC,
DBA TEAM LOGIC IT
22511 ASPAN ST, STE F
LAKE FOREST, CA 92630

**CREDITOR**
EXPERITY, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
8777 VELOCITY DRIVE
MACHESNEY PARK, IL 61115-8002

**CREDITOR**
FEDEX - 077124
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BO4 7221
PASADENA, CA 91109-7321

**CREDITOR**
FILTROUS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
12150 FLINT PLACE
POWAY, CA 92064-7106

**CREDITOR**
FISHER & PHILLIPS LLP
1075 PEACHTREE ST NE, SUITE
3500
ATLANTA, GA 30309-3900

**CREDITOR**
FOCUS MD
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
400 SOUTHPOINTE BLVD, SUITE
105
CANONSBURG, PA 15317-8548

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GENXYS HEALTH CARE SYSTEM
INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 98837
RPO THE W VANCOUVER BC V6B

**CREDITOR**
GOTO TECHNOLOGIES USA, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
333 SUMMER STREET.
BOSTON MA 02210-1702

**CREDITOR**
GREAT AMERICAN DELIVERY
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1910 S CARBOY RD
MOUNT PROSPECT, IL 60056-5709

**CREDITOR**
GREENWAY HEALTH LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
4301 W BOY SCOUT BLVD #800
TAMPA FL 33607-5702

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**Exhibit "2"**
**Page 57**

**CREDITOR**
GUARDIAN LIFE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 14319
LEXINGTON, KY 40512-4319

**CREDITOR**
HARDY DIAGNOSTICS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 645264
CINCINATI, OH 45264-5264

**CREDITOR**
HELMCO ELECTRIC, INC. .
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
17985 SKY PARK CIRCLE SUITE J
LRVINE, CA 92614-6351

**CREDITOR**
HENRY TSAI
18322 MANITOBA LN
HUNTINGTON BEACH, CA 92648-
1423

**CREDITOR**
HIGHERECHELON, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
101 LOWE AVE SE, SUITE 3B
HUNTSVILLE, AL 35801

**CREDITOR**
HUB INTENZATIONAL INSURANC
SERVICES INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1525 FARADAY AVENUE, #200
CARLSBAD, CA 92008-7374

**CREDITOR**
INDIGO BIOAUTOMATION, INC .
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
385 CITY CENTER DR., SUITE
#200
CARMEL, IN 46032-3806

**CREDITOR**
INGENEIOUS RX INCORPORATED /
BECKY WINSLOW
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
6080 VIA SPRENA DR
EL PASO, TX 79912-2660

**CREDITOR**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**NEW ADDR PER WEBSITE**
**CREDITOR**
ISALUS HEALTHCARE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
111 N MAGNOLIA AVE #1100
ORLANDO, FL 32801

**CREDITOR**
JACK HENRY & ASSOCIATES INC.
PO BOX 609
MONETT, MO 65708-0609

**CREDITOR / POC ADDRESS**
JENNA SCHROEDER
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR / POC ADDRESS**
KATIE WHEELER
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR**
KATRINA GILLESPIE
28432 VIA CYNTHIA
LAGUNA NIGUEL, CA 92677

**CREDITOR**
KELLY COLLINS
4740 W LARKSPUR DR
GLENDALE, AZ 85304-2024

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**Exhibit "2"**
**Page 58**

**CREDITOR**
LAB INSIGHTS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
3451 VIA MONTEBELLO, STE 192-
320
CARLSBAD, CA 92009-8492

**CREDITOR**
LAB LOGISTICS, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 84938
CHICAGO, IL 60689-4938

**NEW ADDR PER USPS**
**CREDITOR**
LABSOFT, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 21042
TAMPA, FL 33622-1042

**CREDITOR**
LEARNTOWN, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 756
MENLO PARK, CA 94026-0756

**CREDITOR**
LIFE TECHNOLOGIES CORPORATION
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
12088 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0001

**PER CA SOS 11-26-25**
**CREDITOR**
LINKEDIN CORPORATION
C/O 1505 CORPORATION, CSC -
LAWYERS INCORPORATING
SERVICE, REGISTERED AGENT
2710 GATEWAY OAKS, SUITE 150N
SACRAMENTO, CA 95833-3505

**CREDITOR**
MATRIX IMAGING PRODUCTS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
6341 INDUCON DR
EAST SANBORN, NY 14132-9097

**CREDITOR**
MEDICAL BIOWASTE SOLUTIONS, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
25971 PALA STE 101
MISSION VIEJO, CA 92691-2742

**CREDITOR**
MELANIE A. BOTZ
5109 HAFLEY BLVD
SAN DIEGO, CA 92116-1935

**CREDITOR**
MJB LAB CONSULTING
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
200 SOUTH WILCOX ST. #443
CASTLE ROCK, CO 80104-1913

**CREDITOR**
MODERN EMBROIDERY, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
3300 $. YALE STREET
SANTA ANA, CA 92704-6447

**PER CA SOS 12-01-25**
**CREDITOR**
NEXTGEN HEALTHCARE
C/O 1505 CORPORATION, C T
CORPORATION SYSTEM,
REGISTERED AGENT
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

**CREDITOR**
NOVA 401(K)
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10777 NORTHWEST FREEWAY,
STE 440
HOUSTON, TX 77092-7319

**CREDITOR**
OC ENVIRONMENTAL HEALTH
DIVISION
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1241 E DYER ROAD, SUITE 120
SANTA ANA,  CA 92705-5611

**CREDITOR**
OCCUPATIONAL SERVICES, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
6397 NANCY RIDGE DRIVE
SAN.DIEGO, CA 92121-2247

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**Exhibit "2"**
**Page 59**

**CREDITOR**
OPENTRONS LABWORKS, LNC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
45-18 COURT SQUARE W., 2ND
FLOOR
LONG ISLAND CITY, NY 11101-
2955

**CREDITOR**
OPTUP FINANCIAL
ATTN: CORPORATE TAX MN008-1390
9900 BREN RD E .
MINNETONKA, MN 55343-9603

**CREDITOR**
PA DEPARTMENT OF HEALTH
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 500
110 PICKERING WAY
EXTON, PA 19341-1310

**CREDITOR**
POWER DIGITAL MARKETING INC
.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2251 SAN DIEGO AVE, SULTE
A250
SAN DIEGO, CA 92110-2984

**CREDITOR / POC ADDRESS**
ROSS BLACKBURN
C/O AARON J. MALO, ESQUIRE
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
650 TOWN CENTER DRIVE, 10TH
FLOOR
COSTA MESA, CA 92626

**CREDITOR**
SECURITIES & EXCHANGE
COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**CREDITOR**
SIGMA-ALDRICH, LNC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO B0X 734283
CHICAGO, IL 60673-4283

**CREDITOR**
SIX BEHAVIORS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1037 NE 65TH ST, STE #81896
SEATTLE, WA 98115-6655

**CREDITOR**
SLIDEGENIUS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1660 HOTEL CIRCLE NORTH, STE
175
SAN DIEGO! CA 92108-2802

**CREDITOR**
SMARTLINK HEA1TH SOLUTIONS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1000 CNTREGREEN WAY, STE 250
CARY, NC 27513-2284

**CREDITOR**
SOFTCHOICE CORPORATION
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
314 WEST SUPERIOR STREET, SUITE
400
CICAGO, IL 60654-3538

**CREDITOR**
SOUTH COAST AIR QUALITY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
MANAGEMENT D STR
PO BOX 4943
DIAMON BAR, CA 91765-0943

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**CREDITOR / POC ADDRESS**
STUART LIPPMAN AND
ASSOCIATES
5447 E 5TH STREET, SUITE 110
TUCSON, AZ 85711

**PER CA SOS 11-26-25**
**CREDITOR**
TECHNICAL SAFETY SERVICES, INC.
C/O 1505 CORPORATION, C T
CORPORATION SYSTEM,
REGISTERED AGENT
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

**CREDITOR**
TEXAS HEALTH & HUMAN
SERVICES COMMISSION
4601 W. GUADALUPE STREET, MC-
1100
AUSTIN, TX 78751-3146

**PER IL SOS 11-26-25**
**CREDITOR**
TFORCE FREIGHT, INC.
C/O ILLINOIS CORPORATION
SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261

**CREDITOR**
THE HARTFORD - 2672 (WC)
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 660916
DALLAS, TX 75266-0916

**CREDITOR**
THE HARTFORD - 9471
(COMMERCIAL PKG)
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 660916.
DALLAS, TX 75266-0916

**CREDITOR**
THE PRIVATEER COMPANYS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
27 VIA PALACIO
SAN CLEMENTE, CA 92673-5686

**CREDITOR**
THOMAS SCIENTITIC
1654 HIGH HILL RD
PO BOX 99
SWEDESBORO, NJ 08085-6099

**NEW ADDR PER USPS**
**CREDITOR**
TIG / TECHNOLOGY INTEGRATION
GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2710 MEDIA CENTER DR, STE 120
LOS ANGELES, CA 90065

**CREDITOR**
TRANSCAT
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
35 VANTAGE POINT DR
ROCHESTER, NY 14624-1175

**CREDITOR**
TRANSLATIONAL SOFTWARE, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
7683 SE 27TH STREET, #352
MERCER ISLAND, WA 98040-2804

**CREDITOR**
TTEAM LOGIC IT
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
22511 ASPAN ,ST STE F
LAKE FOREST, CA 92630-6321

**NEW ADDR PER CA SOS**
**CREDITOR**
TWILIO, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
101 SPEAR STREET, SUITE 500
SAN FRANCISCO, CA 94105

**CREDITOR**
UNITECH SERVICES GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 650481
DALLAS, TX 75265-0481

**CREDITOR**
UNITED HEALTHCARE SERVICES,
INC.
SHIPMAN & GOODWIN LLP, C/O
ERIC GOLDSTEIN
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
UNITEDHEALTHCARE
INSURANCE COMPANY
ATTN: CDM/BANKRUPTCY
185 ASYLUM STREET – 03B
HARTFORD, CT 06103

**PER CA SOS 11-26-25**
**CREDITOR**
UPS
C/O 1505 CORPORATION, CSC –
LAWYERS INCORPORATING SERVICE,
REGISTERED AGENT
2710 GATEWAY OAKS, SUITE 150N
SACRAMENTO, CA 95833-3505

**CREDITOR**
VATIJEVICH ASSEMBLY &
INSTALLATION, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
18662 AUBURN AVENUE
SANTA ANA, CA 92705-2707

**CREDITOR**
VETATEK, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1533 MARTINGALE CT
CARLSBAD, CA 92011-4034

**CREDITOR**
VWR INTEMATIONAL
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 640169
PITTSBURGH, PA 15264-0169

**CREDITOR**
WE KONNECT, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
9151 ATLANTA AVE, UNIT 7706
HUNTINGTON BEACH, CA 92615-2605

**CREDITOR**
WHEELS ASSURED LOGISTICS
LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 47364
INDIANAAPOLIS, IN 46247-0364

**RTD UTF 5/3/24**
**CREDITOR**
~~ABLE BUILDING MAINTENANCE~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~DEPT. 34651~~
~~P.O. BOX 39000~~
~~SAN FRANCISCO, CA 94139-0001~~

**RTD UTF 4/24/24**
**CREDITOR**
~~ANTHEM BLUE CROSS~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 51011~~
~~LOS ANGELES, CA 90051-5311~~

**RTD UTF 5/2/24**
**CREDITOR**
~~BARRAGAN'S PROFESSIONAL~~
~~CLEANING SERVIC~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~3140 SOUTH MAIN STREET 15F~~
~~SANTA ANA, CA 92707-8200~~

**RTD 06/10/24 UTF**
**CREDITOR**
~~CHANGE HEALTHCARE~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~P.O. BOX 98347~~
~~CHICAGO, IL 60693-8347~~

**RTD 06/11/24 UTF**
**CREDITOR**
~~ISALUS HEALTHCARE~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~DEPT CH 18220~~
~~PALATINE, IL 60055-0001~~

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**RTD 07/01/24 UTF**
**SECURED CREDITOR**
~~JASON HANSEN~~
~~1409 EMERALD BAY~~
~~IRVINE, CA 92617~~

**RTD FWD 4/25/24**
**CREDITOR**
~~LABSOFT, INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~2202 N. WEST SHORE, SUITE. 115~~
~~TAMPA, FL 33607-5749~~

**RTD 06/25/24 REFUSED/CLOSED**
**CREDITOR**
~~LINKEDIN CORPORATION~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~62228 COLLECTIONS CENTER DR~~
~~CHICAGO, IL 60693-0622~~

**RTD 06-23-25 UTF**
**CREDITOR**
~~NEXTGEN HEALTHCARE~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~18111 VON KARMAN AVE., SUITE~~
~~600~~
~~IRVINE, CA 92612-7100~~

**RTD 06-23-25 UTF**
**20 LARGEST CREDITOR**
~~SALES SEARCH AMERICA~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~1612 WESTGATE CIRCLE~~
~~BRENTWOOD, TN 37027-8089~~

**RTD 07/16/24 UTF / ADDR TX SOS**
**20 LARGEST CREDITOR**
~~SIRIUS COMPUTER SOLUTIONS,~~
~~INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~888 ISOM RD~~
~~SAN ANTONIO, TX 78216-4034~~

**RTD 05/30/24 UTF**
**20 LARGEST CREDITOR**
~~SIRIUS COMPUTER SOLUTIONS,~~
~~INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 202289~~
~~DALLAS, TX 75320-2289~~

**RTD 06-23-25 UTF**
**SECURED CREDITOR**
~~TECAN U.S., INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~9401 GLOBE CENTER DRIVE, SUITE~~
~~140~~
~~MONISVILLE, NC 27560-6211~~

**RTD 04-29-24 UTF**
**SECURED CREDITOR**
~~TECAN U.S., INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 602740~~
~~CHARLOTTE, NC 28260-2740~~

**RTD 04-29-24 UTF**
**20 LARGEST CREDITOR**
~~TECAN US INC~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 602740~~
~~CHARLOTTE, NC 28260-2740~~

**RTD 06/25/24 REFUSED/CLOSED**
**CREDITOR**
~~TFORCE FREIGHT, INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~PO BOX 7410804~~
~~CHICAGO, IL 60674-0804~~

**RTD 05/13/24**
**CREDITOR**
~~TIG / TECHNOLOGY INTEGRATION~~
~~GROUP~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~PO BOX 84244~~
~~SAN DIEGO, CA 92138-4244~~

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

Exhibit "2"
Page 63

**RTD 05/10/24 UTF**
**CREDITOR**
~~TSS~~
~~DEPT 33265~~
~~PO BOX 39000~~
~~SAN FRANCISCO, CA 94139-3265~~

**RTD 05/30/24 UTF**
**CREDITOR**
~~TWILIO, INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~375 BEALE STREET, SUITE 300~~
~~SAN FRANCISCO, CA 94105-2177~~

**RTD 05/13/24 UTF**
**CREDITOR**
~~UPS~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~PO BOX 89420~~
~~LOS ANGELES, CA 90189-4820~~

**RTD 05/16/24 UTF**
**20 LARGEST CREDITOR**
~~WAVELAND RCM, LLC~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~1150 FIRST AVENUE, SUITE 511~~
~~KING OF PRUSSIA, PA 19406-1316~~

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                  **F 9013-3.1.PROOF.SERVICE**

# Exhibit "3"

Andrew K. Fitzpatrick
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 844-954-5436
Email: TeamBridgeDiagnostic@stretto.com

Claims and Noticing Agent for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:24-bk-10803- SC |
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
|     Reorganized Debtor. | **CERTIFICATE OF SERVICE** |

I, Andrew K. Fitzpatrick, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On March 25, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Fourth Motion to Extend Deadline to Object to Claims; Declaration of Edward Bidanset in Support** (Docket No. 283)

- **Notice of Fourth Motion to Extend Deadline to Object to Claims** (Docket No. 284)

Furthermore, on March 25, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Fourth Motion to Extend Deadline to Object to Claims** (Docket No. 284)

Dated: March 26, 2026
                                  /s/ *Andrew K. Fitzpatrick*
                                  Andrew K. Fitzpatrick

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Airspace Technologies, Inc. | Attn: Jon Gurwitt & Daniel Licciardi | 5909 Sea Otter Pl., #200 | | Carlsbad | CA | 92010 |
| Airspace Technologies, Inc. | Attn: Officer or Managing or General Agent | 5909 Sea Otter Place, Suite 200 | | Carlsbad | CA | 92010-6675 |
| Alfred Lui, MD, Inc. | | 7 Horseshoe Lane | | Palos Verdes Peninsula | CA | 90274-4823 |
| Anthem Blue Cross Life | Attn: Officer or Managing or General Agent | Department L-8 111 | | Columbus | OH | 43268-8111 |
| Anthony R. Bisconti | c/o Bienert Katzman Littrell Williams LLP | 360 E 2nd Street Ste 625 | | Los Angeles | CA | 90012 |
| Apollo Couriers Inc. | Attn: Officer or Managing or General Agent | 1039 W Hillcrest Blvd | | Inglewood | CA | 90301-2023 |
| Bridge Diagnostic, LLC | Attn: Officer or a Managing or General Agent | 20341 SW Birch St | Ste 340 | Newport Beach | CA | 92660-1515 |
| David Wright Tremaine, LLP | | 920 Fifth Ave, Suite 3300 | | Seattle | WA | 98104-1610 |
| De Lage Landen | c/o Hemar Rousso & Heald, LLP | Attn: Christopher D. Crowell | 15910 Ventura Blvd 12th Floor | Encino | CA | 91436 |
| Ellkay, LLC | Attn: Officer or Managing or General Agent | 200 Riverfront Blvd, 3rd Floor | | Elmwood Park | NJ | 07407-1038 |
| FedEx - 2451-0 | Attn: Officer or Managing or General Agent | PO Box 7221 | | Pasadena | CA | 91109-7321 |
| Hamilton Company | Attn: Officer or a Managing or General Agent | PO Box 10030 | | Reno | NV | 89520-0012 |
| Hologic Sales and Services, LLC | Attn: Officer or Managing or General Agent | 250 Campus Dr | | Marlborough | MA | 01752-3020 |
| Innovative Medical Management LLC | Attn: Officer or Managing or General Agent | 4175 E La Palma Avenue, Suite 215 | | Anaheim | CA | 92807-1864 |
| Jennifer Oliver | Buchanan Ingersoll & Rooney LLP | Downtown 600 West Broadway Suite 1100 | | San Diego | CA | 92101 |
| Medcare MSO, LLC | Attn: Officer or Managing or General Agent | 1000 Cordova Place, Suite 206 | | Santa Fe | NM | 87505-1725 |
| Ross Blackburn | c/o Sheppard Mullins Richter & Hamptons LLP | Attn: Aaron J. Malo & Anastasia K. Billy | 650 Town Center Dr, 10th Fl | Costa Mesa | CA | 92626-1993 |
| Sales Search America | Attn: Officer or Managing or General Agent | 1612 Westgate Circle | | Brentwood | TN | 37027-8089 |
| Sirius Computer Solutions, Inc. | Attn: Officer or Managing or General Agent | PO Box 202289 | | Dallas | TX | 75320-2289 |
| Snell & Wilmer L.L.P. | Attn: Michael B. Reynolds, Andrew B. Still | 600 Anton Boulevard, Suite 1400 | | Costa Mesa | CA | 92626 |
| Tecan U.S., Inc. | Attn: Officer or Managing or General Agent | PO Box 602740 | | Charlotte | NC | 28260-2740 |
| Tecan US Inc | Attn: Officer or Managing or General Agent | PO Box 602740 | | Charlotte | NC | 28260-2740 |
| The Irvine Company | 662322 - S23399 | PO Box 846462 | | Los Angeles | CA | 90084-6462 |
| Thermo Fisher Financial Services, Inc. | c/o Michele R. Stafford, Esq. | Tucker Arensberg LLP | 1098 Foster City Blvd, Suite 106 #700 | Foster City | CA | 94404 |
| TXPSI, LLC | Attn: Officer or a Managing or General Agent | 298 Industrial Blvd | | Bastrop | TX | 78602-5020 |
| U.S. HealthTek, Inc. | Attn: Officer or Managing or General Agent | 5501 Merchants View Square, #744 | | Haymarket | VA | 20169-5439 |
| United States Trustee (SA) | | 411 W Fourth St, Suite 7160 | | Santa Ana | CA | 92701-4500 |
| University Research Park LLC | c/o MPI Law, P.C. | Attn: Misty Perry Isaacson | 505 N. Tustin Ave, Ste 282 | Santa Ana | CA | 92705 |
| University Research Park LLC | c/o R. Gibson Pagter, Jr | Pagter and Perry Isaacson | 1851 E First Street, Suite 700 | Santa Ana | CA | 92705 |
| Veolia Environmental Services | Attn: Officer or Managing or General Agent | PO Box 73709 | | Chicago | IL | 60673-7709 |
| Waveland RCM, LLC | Attn: Officer or Managing or General Agent | 1150 First Avenue, Suite 511 | | King of Prussia | PA | 19406-1316 |
| Waveland RCM, LLC | c/o Corporate Creations Network, Inc. | 1001 State Street #1400 | | Erie | PA | 16501 |

In re: Bridge Diagnostic, LLC
Case No. 24-10803-SCC

**Exhibit "3"**
**Page 67**

# Exhibit B



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Able Building Maintenance | Attn: Officer or a Managing or General Agent | Dept 34651 | PO Box 39000 | San Francisco | CA | 94139-0001 |
| Aetna, Inc. | c/o McGuireWoods LLP | Attn: Aaron McCollough | 77 West Wacker Drive, Suite 4100 | Chicago | IL | 60601-1818 |
| AgilQuest Corporation | | 9407 Hull Street Road | | North Chesterfield | CA | 23236-1660 |
| Airspace Technologies, Inc. | c/o Buchanan Ingersoll & Rooney | Attn: Jennifer Oliver | Downtown 600 W Broadway, Ste 1100 | San Diego | CA | 92101 |
| American Type Culture Collection | Attn: Steven P. Randall | 10801 University Blvd | | Manassas | VA | 20110 |
| Anthem Blue Cross | Attn: Officer or a Managing or General Agent | PO Box 51011 | | Los Angeles | CA | 90051-5311 |
| Antimicrobial Therapy, Inc. | Attn: Officer or a Managing or General Agent | PO BOX 276 | | Spenyville | VA | 22740-0276 |
| Aramark Services, Inc | Attn: Officer or a Managing or General Agent | PO B0X 734677 | | Dalla | TX | 75373-4677 |
| ASAP Courier Jompany, LEC | Attn: Officer or a Managing or General Agent | PO Box 515 | | Tyione | GA | 30290-0515 |
| ATCC | Attn: Officer or a Managing or General Agent | 10801 University Blvd | | Manassas | VA | 20110-2209 |
| Athenahealth, Inc | Attn: Officer or a Managing or General Agent | PO Box 415615 | | Boston | MA | 02241-5615 |
| Barragan's Professional Cleaning Servic | Attn: Officer or a Managing or General Agent | 3140 South Main Street 15F | | Santa Ana | CA | 92707-8200 |
| Baycap LLC | Attn: Officer or a Managing or General Agent | 250 N Harbor Blvd, Suite 313 | | Redondo Beach | CA | 90277-2585 |
| Baycap LLC | Attn: Todd Allan Coordt | 250 N Harbor Dr | Suite 313 | Redondo Beach | CA | 90277 |
| BD Diagnosticsv.s. Teihnical Support | Attn: Officer or a Managing or General Agent | 39 Loveton Circle MC602 | | Sparks | MD | 21152-9201 |
| Becton, Dickinson and Company | c/o McCarter & English, LLP | Attn: Lisa S. Bonsal | 100 Mulberry Street, Four Gateway Center | Newark | NJ | 7102 |
| Bienert Katzman Littrell Williams, LLP | | 903 Calle Amanecer Suite 350 | | San Clemente | CA | 92673-6253 |
| Blair Simon | | 250 S Wacker, Ste 230 | | Chicago | IL | 60606 |
| Blue Cross of California & Anthem Blue Cross Life | c/o Shipman & Goodwin LLP | Attn: Nicole Lapenta | One Constitution Plaza | Hartford | CT | 06103 |
| Brent Gibbs Consulting | Attn: Officer or a Managing or General Agent | 227 Acadia Terrance | | Celebration | FL | 34747-5006 |
| CDW Direct, LLC | CDW / Attn: Vida Krug | Customer No. 134093 | 200 N Milwaukee Ave | Vernon Hills | IL | 60061 |
| Change Healthcare | Attn: Officer or a Managing or General Agent | PO Box 98347 | | Chicago | IL | 60693-8347 |
| College of Amedcan Pathologists | Attn: Officer or a Managing or General Agent | PO Box 71698 | | Chicago | IL | 60694-1698 |
| ComplianceLine, LLC. | Attn: Officer or a Managing or General Agent | 8615 Cliff Cameron Drive, STE 290 | | Charlotte | NC | 28269-5912 |
| Concord Technologies - 0639 | Attn: Officer or a Managing or General Agent | PO Box 84125 | | Seattle | WA | 98124-5425 |
| Consensus Cloud Solutions; LLC /j2 Clou | Attn: Officer or a Managing or General Agent | PO Box 51873 | | Los Angeles | CA | 90051-6173 |
| County of Orange Treasurer - Tax Collector | Attn: Armando Azpeitia | PO Box 4515 | | Santa Ana | CA | 92702-4515 |
| CT Corporation | | PO Box 4349 | | Carol Stream | IL | 60197-4349 |
| De Lage Landen Financial Services, Inc. | Attn: Heather Burns Pozniak | 1111 Old Eagle School Road | | Wayne | PA | 19087 |
| Digi-Trax Corp. | Attn: Officer or a Managing or General Agent | 650 Heathrow Dr | | Lincolnshire | IL | 60069-4205 |
| Docusign, Inc | Attn: Officer or a Managing or General Agent | 221 Mian St Suite 1550 | | San Francisco | CA | 94105-1947 |
| eClinicalWorks, LLC | Attn: Officer or a Managing or General Agent | PO Box 847950 | | Boston | MA | 02284-7950 |
| Elaine Luckey | | 8735 Oertel Drive | | Blaine | WA | 98230-5601 |
| ELLKAY LLC | c/o Foster & Mazzie LLC | Attn: Mario Batelli | 10 Furler Street, PO Box 209 | Totowa | NJ | 07512-10 |
| Evolution Technologies LLC [TeamLogic IT] | Attn: Adrienne Janice Doidge | 22511 Aspan St | Ste F | Lake Forest | CA | 92630 |
| Experity, Inc. | Attn: Officer or a Managing or General Agent | 8777 Velocity Drive | | Machesney Park | IL | 61115-8002 |
| FedEx - 0773-4 | Attn: Officer or a Managing or General Agent | PO Box 7221 | | Pasadena | CA | 91109-7321 |
| Filtrous, Inc. | Attn: Officer or a Managing or General Agent | 12150 Flint Place | | Poway | CA | 92064-7106 |
| Financial Agent Services | Attn: Officer or a Managing or General Agent | PO Box 2576 | | Springfield | IL | 62708-2576 |

In re: Bridge Diagnostic, LLC
Case No. 24-10803-TCA

**Exhibit "3"**
**Page 69**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| First Insurance Funding | | PO Box 7000 | | Carol Stream | IL | 6197-7000 |
| First Insurance Funding | Attn: Officer or a Managing or General Agent | PO Box 7000 | | Carol Stream | IL | 60197-7000 |
| Fisher & Phillips LLP | | 1075 Peachtree St NE, Suite 3500 | | Atlanta | GA | 30309-3900 |
| Focus MD | Attn: Officer or a Managing or General Agent | 400 Southpointe Blvd, Suite 105 | | Canonsburg | PA | 15317-8548 |
| FocusMD | Attn: Kelly Barefoot | 400 Southpointe Boulevard | Ste 105 | Canonsburg | PA | 15317 |
| Franchise Tax Board | Bankruptcy Section MS: A-340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Genprobe Instruments | Attn: Officer or a Managing or General Agent | 10210 Genetic Centey Drive | | San Diego | CA | 92121-4362 |
| Genxys Health Care System Inc | Attn: Officer or a Managing or General Agent | PO Box 98837 | RPO the W | Vancouver | BC | V6B 0M4 |
| GoTo Technologies USA, Inc. | Attn: Officer or a Managing or General Agent | 333 Summer Street | | Boston | MA | 02210-1702 |
| Great American Delivery Services | Attn: Officer or a Managing or General Agent | 1910 S Carboy Rd | | Mount Prospect | IL | 60056-5709 |
| GREENWAY HEALTH LLC | Attn: Officer or a Managing or General Agent | 4301 W BOY SCOUT BLVD #800 | | TAMPA | FL | 33607-5702 |
| Guardian Life | Attn: Officer or a Managing or General Agent | PO BOX 14319 | | Lexington | KY | 40512-4319 |
| Hardy Diagnostics | Attn: Officer or a Managing or General Agent | PO BOX 645264 | | Cincinati | OH | 45264-5264 |
| Helmco Electric, Inc. . | Attn: Officer or a Managing or General Agent | 17985 Sky Park Circle Suite J | | Irvine | CA | 92614-6351 |
| Henry Tsai | | 18322 Manitoba Ln | | Huntington Beach | CA | 92648-1423 |
| HigherEchelon, Inc. | Attn: Officer or a Managing or General Agent | 101 Lowe Ave SE, Suite 3B | | Huntsville | AL | 35801 |
| HUB International Insurance Services Inc | Attn: Officer or a Managing or General Agent | 1525 Faraday Ave | Ste 150 | Carlsbad | CA | 92008 |
| Humana, Inc., Humana Insurance Company, and their affiliates | c/o Fox Swibel Levin & Carrol | Attn: Nick Ballen & Ken Thomas | 200 W Madison, Suite 3000 | Chicago | IL | 60606 |
| Indigo BioAutomation, Inc | Attn: Officer or a Managing or General Agent | 385 City Center Dr, Suite #200 | | Carmel | IN | 46032-3806 |
| inGENEious RX Incorporated / Becky Winslow | Attn: Officer or a Managing or General Agent | 6080 Via Sprena Dr | | El Paso | TX | 79912-2660 |
| iSalus Healthcare | Attn: Officer or a Managing or General Agent | Dept Ch 18220 | | Palatine | IL | 60055-0001 |
| Jack Henry & Associates Inc. | | PO Box 609 | | Monett | MO | 65708-0609 |
| Jason Hansen | | 1409 Emerald Bay | | Irvine | CA | 92617 |
| Jenna Schroeder | | 250 S Wacker, Ste 230 | | Chicago | IL | 60606 |
| Katie Wheeler | | 250 S Wacker, Ste 230 | | Chicago | IL | 60606 |
| Katrina Gillespie | | 28432 Via Cynthia | | Laguna Niguel | CA | 92677 |
| Kelly Collins | | 4740 W LARKSPUR DR | | Glendale | AZ | 85304-2024 |
| Krystal Reed, Ind and on Behalf of Others Similarly Situated | c/o Bisnar Chase LLP | Attn: Ian M. Silvers | 1301 Dove Street, Suite 120 | Newport Beach | CA | 92660-2491 |
| Lab Insights LLC | Attn: Officer or a Managing or General Agent | 3451 Via Montebello, Ste 192-320 | | Carlsbad | CA | 92009-8492 |
| Lab Logistics, LLC | Attn: Officer or a Managing or General Agent | PO Box 84938 | | Chicago | IL | 60689-4938 |
| Labsoft, Inc. | Attn: Officer or a Managing or General Agent | 2202 N West Shore, Suite 115 | | Tampa | FL | 33607-5749 |
| Learntown, Inc. | Attn: Officer or a Managing or General Agent | PO Box 756 | | Menlo Park | CA | 94026-0756 |
| Life Technologies Corporation | Attn: Officer or a Managing or General Agent | 12088 Collections Center Dr | | Chicago | IL | 60693-0001 |
| LinkedIn Corporation | Attn: Officer or a Managing or General Agent | 62228 Collections Center Dr | | Chicago | IL | 60693-0622 |
| Marshack Hay Wood LLP | David Wood | 870 Roosevelt | | Irvine | CA | 92620-3663 |
| Matijevich Assembly & Installation, LLC | Attn: Officer or a Managing or General Agent | 18662 Auburn Avenue | | Santa Ana | CA | 92705-2707 |
| Matrix Imaging Products | Attn: Officer or a Managing or General Agent | 6341 Inducon Dr | | East Sanborn | NY | 14132-9097 |
| Medical BioWaste Solutions, INC | Attn: Officer or a Managing or General Agent | 25971 Pala Ste 101 | | Mission Viejo | CA | 92691-2742 |
| Melanie A. Botz | | 5109 HaFley Blvd | | San Diego | CA | 92116-1935 |
| Metropolitan Capital Bank & Trust | Attn: Officer or a Managing or General Agent | 9 East Ontario Street | | Chicago | IL | 60611-2709 |
| MJB Lab Consulting | Attn: Officer or a Managing or General Agent | 200 South Wilcox St #443 | | Castle Rock | CO | 80104-1913 |

In re: Bridge Diagnostic, LLC
Case No. 24-10803-TCA

**Exhibit "3"**
**Page 70**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Modern Embroidery, Inc. | Attn: Officer or a Managing or General Agent | 3300 $ Yale Street | | Santa Ana | CA | 92704-6447 |
| NextGen Healthcare | Attn: Officer or a Managing or General Agent | Attn: Officer or a Managing or General Agent | 1551 Emancipation Hwy, # 200 | Fredericksbrg | VA | 22401-4683 |
| Nova 401(k) | Attn: Officer or a Managing or General Agent | 10777 Northwest Freeway, Ste 440 | | Houston | TX | 77092-7319 |
| OC Environmental Health Division | Attn: Officer or a Managing or General Agent | 1241 E Dyer Road, Suite 120 | | Santa Ana | CA | 92705-5611 |
| Occupational Services, Inc. | Attn: Officer or a Managing or General Agent | 6397 Nancy Ridge Drive | | San Diego | CA | 92121-2247 |
| Opentrons Labworks, Inc. | Attn: Officer or a Managing or General Agent | 45-18 Court Square W, 2nd Floor | | Long Island City | NY | 11101-2955 |
| Optum Financial | Attn: Corporate Tax MN008-1390 | 9900 Bren Rd E | | Minnetonka | MN | 55343-9603 |
| PA Department of Health | Attn: Officer or a Managing or General Agent | PO Box 500 | 110 Pickering Way | Exton | PA | 19341-1310 |
| Power Digital Marketing Inc . | Attn: Officer or a Managing or General Agent | 2251 San Diego Ave, Suite A250 | | San Diego | CA | 92110-2984 |
| Ross Blackbum | c/o J. Jackson Waste | Fennmemore | 8080 N Palm Ave, 3rd Fl | Fresno | CA | 93711-5797 |
| Sigma-Aldrich, Inc. | Attn: Officer or a Managing or General Agent | PO B0X 734283 | | Chicago | IL | 60673-4283 |
| Six Behaviors | Attn: Officer or a Managing or General Agent | 1037 NE 65th St, Ste #81896 | | Seattle | WA | 98115-6655 |
| SlideGenius, Inc. | Attn: Officer or a Managing or General Agent | 1660 Hotel Circle North, Ste 175 | | San Diego | CA | 92108-2802 |
| Smartlink Hea1th Solutions | Attn: Officer or a Managing or General Agent | 1000 Cntregreen Way, Ste 250 | | Cary | NC | 27513-2284 |
| Softchoice Corporation | Attn: Officer or a Managing or General Agent | 314 West Superior Street, Suite 400 | | Cicago | IL | 60654-3538 |
| South Coast Air Quality | Attn: Officer or a Managing or General Agent | Management D str | PO Box 4943 | Diamon Bar | CA | 91765-0943 |
| State of New Jersey - Division of Taxation | [NJ Division of Taxation] Attn: M Umar Butt | PO Box 245 | 3 John Fitch Way, 5th Fl | Trenton | NJ | 08695 |
| Stuart Lippman And Associates [First Ins Fund] | Attn: Lauren Eldridge | 5447 E 5th Street, Suite 110 | | Tucson | AZ | 85711 |
| Team Logic IT | Attn: Officer or a Managing or General Agent | 22511 Aspan ,St STE F | | Lake Forest | CA | 92630-6321 |
| Tecan U.S., Inc. | Attn: Officer or a Managing or General Agent | 9401 Globe Center Drive, Suite 140 | | Monisville | NC | 27560-6211 |
| Texas Health & Human Services Commission | Attn: Erin McGee | 4601 W Guadalupe Street, MC-1100 | | Austin | TX | 78751-3146 |
| TForce Freight, Inc. | Attn: Officer or a Managing or General Agent | PO BOX 7410804 | | Chicago | IL | 60674-0804 |
| The Hartford - 2672 (WC) | Attn: Officer or a Managing or General Agent | PO Box 660916 | | Dallas | TX | 75266-0916 |
| The Hartford - 9471 (Commercial Pkg) | Attn: Officer or a Managing or General Agent | PO Box 660916 | | Dallas | TX | 75266-0916 |
| The Irvine Company - 2207 | | 110 Theory#1 | PO Box 846407 | Los Angeles | CA | 90084-6407 |
| The Privateer Companys LLC | Attn: Officer or a Managing or General Agent | 27 Via Palacio | | San Clemente | CA | 92673-5686 |
| Thermo Fisher Financial Services | Attn: Officer or a Managing or General Agent | 168 Third Avenue | | Waltham | MA | 02451-7551 |
| Thermo Fisher Financial Services, Inc. | Attn: Beverly Weiss Manne | 1500 One PPG Place | | Pittsburgh | PA | 15222 |
| Thomas Scientiic | | 1654 High Hill Rd | PO Box 99 | Swedesboro | NJ | 08085-6099 |
| TIG / Technology Integration Group | Attn: Officer or a Managing or General Agent | PO Box 84244 | | San Diego | CA | 92138-4244 |
| Transcat | Attn: Officer or a Managing or General Agent | 35 Vantage Point Dr | | Rochester | NY | 14624-1175 |
| Translational Software, Inc. | Attn: Officer or a Managing or General Agent | 7683 SE 27th Street, #352 | | Mercer Island | WA | 98040-2804 |
| TSS | Dept 33265 | PO Box 39000 | | San Francisco | CA | 94139-3265 |
| Twilio, Inc. | Attn: Officer or a Managing or General Agent | 375 Beale Street, Suite 300 | | San Francisco | CA | 94105-2177 |
| U.S. Department of Health and Human Services, CMS | Attn: Angela M. Belgrove | 90 - 7th Street | Suite 4-500 | San Francisco | CA | 94103 |
| Unitech Services Group | Attn: Officer or a Managing or General Agent | PO BOX 650481 | | Dallas | TX | 75265-0481 |
| United HealthCare Services, Inc. | c/o Shipman & Goodwin LLP | Attn: Eric Goldstein | One Constitution Plaza | Hartford | CT | 6103 |
| UnitedHealthcare Insurance Company | Attn: CDM/Bankruptcy | 185 Asylum Street - 03B | | Hartford | CT | 6103 |
| University Research Park LLC | c/o Pagter and Perry Isaacson | Attn: R. Gibson Pagter, Jr. | 1851 E 1st St, Ste 700 | Santa Ana | CA | 92705 |
| UPS | Attn: Officer or a Managing or General Agent | PO Box 89420 | | Los Angeles | CA | 90189-4820 |
| VetaTek, LLC | Attn: Officer or a Managing or General Agent | 1533 Martingale Ct | | Carlsbad | CA | 92011-4034 |

In re: Bridge Diagnostic, LLC
Case No. 24-10803-TCA

**Exhibit "3"**
**Page 71**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| VWR International | Attn: Officer or a Managing or General Agent | PO Box 640169 | | Pittsburgh | PA | 15264-0169 |
| We Konnect, Inc. | Attn: Officer or a Managing or General Agent | 9151 Atlanta Ave, Unit 7706 | | Huntington Beach | CA | 92615-2605 |
| Wheels Assured Logistics LLC | Attn: Officer or a Managing or General Agent | PO Box 47364 | | Indianaapolis | IN | 46247-0364 |
| Xifin, Inc. | Attn: Officer or a Managing or General Agent | 12225 El Camino Real, Suite 100 | | San Diego | CA | 92130-3081 |
| Xifin, Inc. | Attn: Tammy Lawrence | 12225 El Camino Real | Ste 100 | San Diego | CA | 92130-3081 |

# Exhibit "4"

Pauline Aragon
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamBridgeDiagnostic@stretto.com

Claims and Noticing Agent for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:24-bk-10803- SC |
| BRIDGE DIAGNOSTICS, LLC, | Chapter 11 Subchapter V |
| Reorganized Debtor. | **SUPPLEMENTAL CERTIFICATE OF SERVICE** |

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On April 5, 2026, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on Power Digital Marketing Inc., Attn: Officer or a Managing or General Agent at 9605 Scranton Rd, Ste 700, San Diego, CA 92121-1773:

- **Notice of Fourth Motion to Extend Deadline to Object to Claims** (Docket No. 284)

Dated: April 10, 2026                                    /s/ *Pauline Aragon*
                                                                Pauline Aragon

**Exhibit "4"**
**Page 73**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 14, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **April 14, 2026**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on the interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the mail matrix of the **Debtor**. Upon completion of the mailing by Stretto to interested parties, Stretto will file a Certificate of Service listing the addresses served. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
BRIDGE DIAGNOSTIC, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 570
ALISO VIEJO, CA 92656-2618

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:</u>** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 14, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>PRESIDING JUDGE'S COPY</u> – VIA PERSONAL DELIVERY**
Honorable Scott C. Clarkson
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 14, 2026 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY:** Kyra E Andrassy   kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR INTERESTED PARTY JASON HANSEN:** Anthony Bisconti tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com; docket@bklwlaw.com
- **ATTORNEY FOR CROWN MEDICAL COLLECTIONS, SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Thomas H Casey   kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN FINANCIAL SERVICES, INC.:** Christopher Crowell ccrowell@hrhlaw.com
- **SUBCHAPTER V TRUSTEE:** Robert Paul Goe (TR) bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR THE UNITED STATES OF AMERICA:** Elan S Levey   elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR ROSS BLACKBURN:** Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Myles P McAliney mpmcalineylaw@gmail.com
- **INTERESTED PARTY:** Kenneth Misken   Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Jennifer Oliver jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **INTERESTED PARTY COURTESY NEF:** Misty Perry Isaacson   misty@mpilawfirm.com, misty@salvatoboufadel.com
- **INTERESTED PARTY COURTESY NEF:** Michael B. Reynolds   mreynolds@swlaw.com; astill@swlaw.com
- **ATTORNEY FOR CREDITOR THERMO FISHER FINANCIAL SERVICES:** Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com, docket@tuckerlaw.com, mthomas@tuckerlaw.com, SLeah@tuckerlaw.com
- **INTERESTED PARTY COURTESY NEF:** Andrew B. Still   mreynolds@swlaw.com; astill@swlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; alinares@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.