**MYLES P. McALINEY, ESQ.**
Crown Medical Collections
100 West High Street Ebensburg, PA 15931
Tel: (570) 237-5237
mpmcalineylaw@gmail.com

Attorney for Special Counsel to Debtor,
Bridge Diagnostics, LLC
(Admitted Pro Hac Vice)



**FILED & ENTERED**

**MAY 13 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bridge Diagnostic, LLC,<br><br><br><br><br><br>Debtor(s). | Case No.: 8:24-bk-10803-SC<br><br>CHAPTER 11<br><br>**ORDER GRANTING REORGANIZED DEBTOR'S MOTION TO EXTEND DEADLINE TO COMMENCE AVOIDANCE ACTIONS UNDER 11 U.S.C. SECTIONS 544, 545, 547, 548, AND 553**<br><br>**[MOTION – DK NO 286]**<br><br>Date:          May 6, 2026<br>Time:          1:30 PM<br>Courtroom:  5C |

The Court, having considered the *Motion of Reorganized Debtor, by and Through Special Counsel Crown Medical Collections, to Extend Deadline To Commence Avoidance Actions Under 11 U.S.C. §§ 544, 545, 547, 548, and 553* [Doc. 286] (the "Motion") filed by Bridge Diagnostics, LLC (the "Reorganized Debtor"); the Declaration of Richard Hersperger filed in support thereof; the notice of motion and opportunity to request a hearing [Doc. 287]; and the proofs of service [Docs. 289, 290] reflecting

-1-

service upon all parties in interest; and no opposition having been filed within the time prescribed by Local Bankruptcy Rule 9013-1; and no opposition having been presented at the argument scheduled at 1:30 PM on May 6, 2026; the Court finds that proper notice of the Motion has been given, with no responses or opposition submitted. Accordingly, the Court finds good cause to grant the Motion and enters its Order as follows:

IT IS HEREBY ORDERED:

1.      The Motion is GRANTED.

2.      The deadline established by 11 U.S.C. § 546(a) for the Reorganized Debtor to commence avoidance actions under chapter 11 U.S.C. §§ 544, 545, 547, 548, and 553 is extended from March 29, 2026 through and including September 25, 2026.

3.      Nothing in this Order shall be construed as a determination of the merits of any claim or cause of action that may be commenced by the Reorganized Debtor, nor as a waiver of any defense available to any party against whom such claim or cause of action may be asserted. Each potential defendant retains all rights, defenses, and objections — including any equitable, statutory, or jurisdictional defense relating to the timeliness of any subsequent adversary proceeding — to be raised in any such proceeding hereafter commenced.

4.      This Court retains jurisdiction over all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###

Date: May 13, 2026

Scott C. Clarkson
United States Bankruptcy Judge

-2-