MATTHEW W. GRIMSHAW, #210424
grimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for: BRIDGE DIAGNOSTICS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BRIDGE DIAGNOSTICS, LLC,<br><br>        Reorganized Debtor. | Case No. 8:24-bk-10803-SC<br><br>Chapter 11 Subchapter V<br><br>DEBTOR'S POST-CONFIRMATION STATUS REPORT<br><br><u>Post-Confirmation Status Hearing:</u><br>Date:        June 17, 2026<br>Time:        11:00 a.m.<br>Courtroom   5B<br>Place:      411 West Fourth Street<br>             Santa Ana, CA 92701-4593 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Bridge Diagnostics, LLC, the reorganized debtor ("Reorganized Debtor"), respectfully

submits this post-confirmation Chapter 11 status report ("Status Report") prior to the continued post-

confirmation status hearing scheduled for June 17, 2026.

To date, the Reorganized Debtor believes that it is in compliance with the payments required

under the Second Amended Plan and the Confirmation Order. Specifically, the Reorganized Debtor

has paid the SubV Trustee approximately $35,000, on account of his allowed fees and expenses, and

has not made any payments to Mr. Hansen on account of his pre-petition security interest or the

post-petition DIP Loan.

POST-CONFIRMATION CHAPTER 11 STATUS REPORT
4922-2285-5036

Operationally, the actual realization is less than projected, and, as result, the Debtor has relatively light operations to save cash flow, again, the Debtor believes that it is in compliance with the Second Amended Plan and the Confirmation Order at this time.

Moreover, the Reorganized Debtor continues to seek collection of the outstanding accounts receivable(s) which is being pursued by special counsel, Crown Medical Solutions ("Crown"). Crown is in the midst of their analysis and are in various negotiations with payers who they believe owe the Debtor outstanding receivables, and some of which, who have filed claims against the Estate.

The Reorganized Debtor requests that the Court continue this Status Conference to a date approximately 180 days from the date of this instant status conference.

Dated: June 2, 2026

MARSHACK HAYS WOOD LLP

By: */s/ David A. Wood*
    MATTHEW W. GRIMSHAW
    DAVID A. WOOD
    Attorneys for BRIDGE DIAGNOSTICS LLC

POST-CONFIRMATION CHAPTER 11 STATUS REPORT

4922-2285-5036

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **DEBTOR'S POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 1, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 1, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR**
BRIDGE DIAGNOSTIC, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 570
ALISO VIEJO, CA 92656-2618

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 1, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA OVERNIGHT MAIL**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 1, 2026 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY:** Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **ATTORNEY FOR INTERESTED PARTY JASON HANSEN:** Anthony Bisconti tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com; docket@bklwlaw.com
- **ATTORNEY FOR CROWN MEDICAL COLLECTIONS, SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Thomas H Casey    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **ATTORNEY FOR CREDITOR DE LAGE LANDEN FINANCIAL SERVICES, INC.:** Christopher Crowell ccrowell@hrhlaw.com
- **SUBCHAPTER V TRUSTEE:** Robert Paul Goe (TR) bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com; C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **ATTORNEY FOR THE UNITED STATES OF AMERICA:** Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR ROSS BLACKBURN:** Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **SPECIAL COUNSEL FOR DEBTOR BRIDGE DIAGNOSTICS, LLC:** Myles P McAliney mpmcalineylaw@gmail.com
- **INTERESTED PARTY:** Kenneth Misken    Kenneth.M.Misken@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Jennifer Oliver jennifermarieoliver@gmail.com
- **ATTORNEY FOR CREDITOR UNIVERSITY RESEARCH PARK LLC:** R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **INTERESTED PARTY COURTESY NEF:** Misty Perry Isaacson    misty@mpilawfirm.com, misty@salvatoboufadel.com
- **INTERESTED PARTY COURTESY NEF:** Michael B. Reynolds   mreynolds@swlaw.com; astill@swlaw.com
- **ATTORNEY FOR CREDITOR THERMO FISHER FINANCIAL SERVICES:** Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com, docket@tuckerlaw.com, mthomas@tuckerlaw.com, SLeah@tuckerlaw.com
- **INTERESTED PARTY COURTESY NEF:** Andrew B. Still   mreynolds@swlaw.com; astill@swlaw.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR BRIDGE DIAGNOSTIC, LLC:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; alinares@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** | **20 LARGEST CREDITOR** |
|---|---|---|
| AIRSPACE TECHNOLOGIES, INC. ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 5909 SEA OTTER PLACE, SUITE 200 CARLSBAD, CA 92010-6675 | ALFRED LUI, MD, INC. 7 HORSESHOE LANE PALOS VERDES PENINSULA, CA 90274-4823 | APOLLO COURIERS INC. ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS 1039 W HILLCREST BLVD. INGLEWOOD, CA 90301-2023 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**20 LARGEST CREDITOR**
DAVID WRIGHT TREMAINE, LLP
920 FIFTH AVE., SUITE 3300
SEATTLE, WA 98104-1610

**20 LARGEST CREDITOR / POC ADDRESS**
ELLKAY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10 FURLER STREET PO BOX 209
TOTOWA, NJ 07512-10

**20 LARGEST CREDITOR**
ELLKAY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
200 RIVERFRONT BLVD., 3RD FLOOR
ELMWOOD PARK, NJ 07407-1038

**20 LARGEST CREDITOR**
FEDEX - 2451-0
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 7221
PASADENA, CA 91109-7321

**20 LARGEST CREDITOR**
FIRST INSURANCE FUNDING
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 7000
CAROL STREAM, IL 60197-7000

**20 LARGEST CREDITOR**
HAMILTON COMPANY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
P.O. BOX 10030
RENO, NV 89520-0012

**20 LARGEST CREDITOR / SECURED CREDITOR**
HOLOGIC SALES AND SERVICES, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
250 CAMPUS DR.
MARLBOROUGH, MA 01752-3020

**20 LARGEST CREDITOR**
INNOVATIVE MEDICAL MANAGEMENT LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
4175 E. LA PALMA AVENUE, SUITE 215
ANAHEIM, CA 92807-1864

**20 LARGEST CREDITOR**
KRYSTAL REED, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED
C/O IAN M. SILVERS
BISNAR CHASE LLP
1301 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660-2491

**20 LARGEST CREDITOR**
MEDCARE MSO, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1000 CORDOVA PLACE, SUITE 206
SANTA FE, NM 87505-1725

**20 LARGEST CREDITOR**
ROSS BLACKBUM
C/O J. JACKSON WASTE FENNMEMORE
8080 N. PALM AVE., 3RD FL
FRESNO, CA 93711-5797

**20 LARGEST CREDITOR**
SALES SEARCH AMERICA
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1612 WESTGATE CIRCLE
BRENTWOOD, TN 37027-8089

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**NEW ADDR PER WEBSITE**
**20 LARGEST CREDITOR**
SIRIUS COMPUTER SOLUTIONS,
INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10100 REUNION PLACE, SUITE
500
SAN ANTONIO, TX 78216

**20 LARGEST CREDITOR**
TECAN US INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 602740
CHARLOTTE, NC 28260-2740

**20 LARGEST CREDITOR**
THE IRVINE COMPANY
662322 - S23399
PO BOX 846462
LOS ANGELES, CA 90084-6462

**20 LARGEST CREDITOR**
THE IRVINE COMPANY - 2207
110 THEORY#1
PO BOX 846407
LOS ANGELES, CA 90084-6407

**20 LARGEST CREDITOR**
TXPSI, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
298 INDUSTRIAL BLVD
BASTROP, TX 78602-5020

**20 LARGEST CREDITOR**
U.S. HEALTHTEK, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
5501 MERCHANTS VIEW SQUARE,
#744
HAYMARKET, VA 20169-5439

**20 LARGEST CREDITOR**
VEOLIA ENVIRONMENTAL
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
P.O. BOX 73709
CHICAGO, IL 60673-7709

**NEW ADDR  PA SOS**
**20 LARGEST CREDITOR**
WAVELAND RCM, LLC
C/O CORPORATE CREATIONS
NETWORK, INC.
1001 STATE STREET #1400
ERIE, PA 16501

**20 LARGEST CREDITOR**
XIFIN, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
12225 EL CAMINO REAL, SUITE 100
SAN DIEGO, CA 92130-3081

**SECURED CREDITOR**
BAYCAP LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
250 N HARBOR BLVD., SYITE'313
REDONDO BEACH, CA 90277-2585

**SECURED CREDITOR**
FINANCIAL AGENT SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 2576
SPRINGFIELD, IL 62708-2576

**SECURED CREDITOR**
GENPROBE LNSTRUMENTS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10210 GENETIC CENTEY DRIVE
SAN DIEGO, CA 92121-4362

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SECURED CREDITOR**
METROPOLITAN CAPITAL BANK &
TRUST
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
9 EAST ONTARIO STREET
CHICAGO, IL 60611-2709

**SECURED CREDITOR**
TECAN U.S., INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
9401 GLOBE CENTER DRIVE, SUITE
140
MONISVILLE, NC 27560-6211

**SECURED CREDITOR**
TECAN U.S., INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
P.O. BOX 602740
CHARLOTTE, NC 28260-2740

**SECURED CREDITOR**
THERMO FISHER FINANCIAL
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
168 THIRD AVENUE
WALTHAM, MA 02451-7551

**SECURED CREDITOR / POC ADDRESS**
THERMO FISHER FINANCIAL
SERVICES, INC.
C/O BEVERLY WEISS MANNE
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

**SECURED CREDITOR / REQUEST
FOR SPECIAL NOTICE**
THERMO FISHER FINANCIAL
SERVICES, INC.
C/O MICHELE R. STAFFORD, ESQ.
TUCKER ARENSBERG LLP
1098 FOSTER CITY BLVD, SUITE
106 #700
FOSTER CITY, CA 94404

**CREDITOR**
120 VANTIS PROPERTY, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
120 VANTIS DRIVE, SUITE 300
ALISO VIEJO, CA 92656-2677

**CREDITOR / AGENT FOR SERVICE**
120 VANTIS PROPERTY, LLC
C/O GREGORY J KNAPP
151 KALMUS DR STE F-1
COSTA MESA, CA 92626

**CREDITOR**
AETNA, INC.
AARON MCCOLLOUGH C/O
MCGUIREWOODS LLP
77 WEST WACKER DRIVE, SUITE
4100
CHICAGO, IL 60601−1818

**CREDITOR**
AGILOUST OPORATION
9407 HULL STREET ROAD
NORTH CHESTERTIELD, CA
23236-1660

**CREDITOR / POC ADDRESS**
AMERICAN TYPE CULTURE
COLLECTION
10801 UNIVERSITY BLVD
MANASSAS, VA 20110

**CREDITOR**
ANTHEM BLUE CROSS LIFE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
DEPARTMENT L-8 111 .
COLUMBUS, OH 43268-8111

**CREDITOR**
ANTIMICROBIAL THERAPY, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 276
SPENYVILLE, VA 22740-0276

**CREDITOR**
ARAMARK SERVICES, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO B0X 734677
DALLA, TX 75373-4677

**CREDITOR**
ASAP COURIER JOMPANY, LEC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
P.O. BOX 515
TYIONE, GA 30290-0515

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
ATCC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10801 UNIVERSITY BLVD
MANASSAS, VA 20110-2209

**CREDITOR**
ATHENAHEALTH, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 415615
BOSTON, MA 02241-5615

**CREDITOR**
BD DIAGNOSTICSV.S. TEIHNICAL
SUPPORT
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
39 LOVETON CIRCLE MC602
SPARKS, MD 21152-9201

**CREDITOR / POC ADDRESS**
BECTON, DICKINSON AND
COMPANY
C/O MCCARTER & ENGLISH, LLP,
ATTN: LISA S. BONSAL
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK, NJ 07102

**CREDITOR**
BIENERT KATZMAN LITTRELL
WILLIAMS, LLP
903 CALLE AMANECER SUITE 350
SAN CLEMENTE, CA 92673-6253

**CREDITOR / POC ADDRESS**
BLAIR SIMON
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR**
BLUE CROSS OF CALIFORNIA &
ANTHEM BLUE CROSS LIFE
NICOLE LAPENTA - SHIPMAN &
GOODWIN LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103

**CREDITOR**
BRENT GIBBS CONSULTING
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
227 ACADIA TERRANCE
CELEBRATION, FL 34747-5006

**CREDITOR / POC ADDRESS**
CDW DIRECT, LLC
CDW / ATTN: VIDA KRUG
200 N. MILWAUKEE AVE
VERNON HILLS, IL 60061

**PER CA & IL SOS 11-26-25
CREDITOR**
CHANGE HEALTHCARE
C/O UNITED AGENT GROUP INC.,
REGISTERED AGENT
1320 TOWER RD
SCHAUMBURG, IL 60173-4309

**CREDITOR**
COLLEGE OF AMEDCAN
PATHOLOGISTS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 71698
CHICAGO, IL 60694-1698

**CREDITOR**
COMPLIANCELINE, LLC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
8615 CLIFF CAMERON DRIVE, STE
290
CHARLOTTE, NC 28269-5912

**CREDITOR**
CONCORD TECHNOLOGIES - 0639
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 84125
SEATTLE, WA 98124-5425

**CREDITOR**
CONSENSUS CLOUD SOLUTIONS; LLC
/J2 CLOU
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 51873
LOS ANGELES, CA 90051-6173

**CREDITOR**
CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
DE LAGE LANDEN FINANCIAL
SERVICES, INC.
HEATHER BURNS POZNIAK
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**CREDITOR**
DIGI-TRAX COP.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
650 HEATHROW DR
LINCOLNSHIRE, IL 60069-4205

**CREDITOR**
DLL
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087-1453

**CREDITOR**
DOCUSIGN, 1NC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
221 MIAN ST SUITE 1550
SAN FRANCISCO, CA 94105-1947

**CREDITOR**
ECLIPICALWORK ,S LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 847950
BOSTON, MA 02284-7950

**CREDITOR**
ELAINE LUCKEY
8735 OERTEL DRIVE
BLAINE, WA 98230-5601

**CREDITOR**
EMPLOYMENT DEVELOPMENT
DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR / POC ADDRESS**
EVOLUTION TECHNOLOGIES LLC,
DBA TEAM LOGIC IT
22511 ASPAN ST, STE F
LAKE FOREST, CA 92630

**CREDITOR**
EXPERITY, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
8777 VELOCITY DRIVE
MACHESNEY PARK, IL 61115-8002

**CREDITOR**
FEDEX - 077124
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BO4 7221
PASADENA, CA 91109-7321

**CREDITOR**
FILTROUS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
12150 FLINT PLACE
POWAY, CA 92064-7106

**CREDITOR**
FISHER & PHILLIPS LLP
1075 PEACHTREE ST NE, SUITE
3500
ATLANTA, GA 30309-3900

**CREDITOR**
FOCUS MD
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
400 SOUTHPOINTE BLVD, SUITE
105
CANONSBURG, PA 15317-8548

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GENXYS HEALTH CARE SYSTEM
INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 98837
RPO THE W VANCOUVER BC V6B

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**CREDITOR**
GOTO TECHNOLOGIES USA, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
333 SUMMER STREET.
BOSTON MA 02210-1702

**CREDITOR**
GREAT AMERICAN DELIVERY
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1910 S CARBOY RD
MOUNT PROSPECT, IL 60056-5709

**CREDITOR**
GREENWAY HEALTH LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
4301 W BOY SCOUT BLVD #800
TAMPA FL 33607-5702

**CREDITOR**
GUARDIAN LIFE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 14319
LEXINGTON, KY 40512-4319

**CREDITOR**
HARDY DIAGNOSTICS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 645264
CINCINATI, OH 45264-5264

**CREDITOR**
HELMCO ELECTRIC, INC. .
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
17985 SKY PARK CIRCLE SUITE J
LRVINE, CA 92614-6351

**CREDITOR**
HENRY TSAI
18322 MANITOBA LN
HUNTINGTON BEACH, CA 92648-
1423

**CREDITOR**
HIGHERECHELON, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
101 LOWE AVE SE, SUITE 3B
HUNTSVILLE, AL 35801

**CREDITOR**
HUB INTENZATIONAL INSURANC
SERVICES INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1525 FARADAY AVENUE, #200
CARLSBAD, CA 92008-7374

**CREDITOR**
INDIGO BIOAUTOMATION, INC .
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
385 CITY CENTER DR., SUITE
#200
CARMEL, IN 46032-3806

**CREDITOR**
INGENEIOUS RX INCORPORATED /
BECKY WINSLOW
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
6080 VIA SPRENA DR
EL PASO, TX 79912-2660

**CREDITOR**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**NEW ADDR PER WEBSITE
CREDITOR**
ISALUS HEALTHCARE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
111 N MAGNOLIA AVE #1100
ORLANDO, FL 32801

**CREDITOR**
JACK HENRY & ASSOCIATES INC.
PO BOX 609
MONETT, MO 65708-0609

**CREDITOR / POC ADDRESS**
JENNA SCHROEDER
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR / POC ADDRESS**
KATIE WHEELER
250 S WACKER, STE 230
CHICAGO, IL 60606

**CREDITOR**
KATRINA GILLESPIE
28432 VIA CYNTHIA
LAGUNA NIGUEL, CA 92677

**CREDITOR**
KELLY COLLINS
4740 W LARKSPUR DR
GLENDALE, AZ 85304-2024

**CREDITOR**
LAB INSIGHTS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
3451 VIA MONTEBELLO, STE 192-
320
CARLSBAD, CA 92009-8492

**CREDITOR**
LAB LOGISTICS, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 84938
CHICAGO, IL 60689-4938

**NEW ADDR PER USPS
CREDITOR**
LABSOFT, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 21042
TAMPA, FL 33622-1042

**CREDITOR**
LEARNTOWN, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 756
MENLO PARK, CA 94026-0756

**CREDITOR**
LIFE TECHNOLOGIES CORPORATION
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
12088 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0001

**PER CA SOS 11-26-25
CREDITOR**
LINKEDIN CORPORATION
C/O 1505 CORPORATION, CSC -
LAWYERS INCORPORATING
SERVICE, REGISTERED AGENT
2710 GATEWAY OAKS, SUITE 150N
SACRAMENTO, CA 95833-3505

**CREDITOR**
MATRIX IMAGING PRODUCTS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
6341 INDUCON DR
EAST SANBORN, NY 14132-9097

**CREDITOR**
MEDICAL BIOWASTE SOLUTIONS, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
25971 PALA STE 101
MISSION VIEJO, CA 92691-2742

**CREDITOR**
MELANIE A. BOTZ
5109 HAFLEY BLVD
SAN DIEGO, CA 92116-1935

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
MJB LAB CONSULTING
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
200 SOUTH WILCOX ST. #443
CASTLE ROCK, CO 80104-1913

**CREDITOR**
MODERN EMBROIDERY, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
3300 $. YALE STREET
SANTA ANA, CA 92704-6447

**CREDITOR**
NEXTGEN HEALTHCARE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
18111 VON KARMAN AVE., SUITE 600
IRVINE, CA 92612-7100

**CREDITOR**
NOVA 401(K)
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10777 NORTHWEST FREEWAY, STE 440
HOUSTON, TX 77092-7319

**CREDITOR**
OC ENVIRONMENTAL HEALTH DIVISION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1241 E DYER ROAD, SUITE 120
SANTA ANA,  CA 92705-5611

**CREDITOR**
OCCUPATIONAL SERVICES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6397 NANCY RIDGE DRIVE
SAN.DIEGO, CA 92121-2247

**CREDITOR**
OPENTRONS LABWORKS, LNC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
45-18 COURT SQUARE W., 2ND FLOOR
LONG ISLAND CITY, NY 11101-2955

**CREDITOR**
OPTUP FINANCIAL
ATTN: CORPORATE TAX MN008-1390
9900 BREN RD E .
MINNETONKA, MN 55343-9603

**CREDITOR**
PA DEPARTMENT OF HEALTH
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 500
110 PICKERING WAY
EXTON, PA 19341-1310

**CREDITOR**
POWER DIGITAL MARKETING INC .
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2251 SAN DIEGO AVE, SULTE A250
SAN DIEGO, CA 92110-2984

**CREDITOR / POC ADDRESS**
ROSS BLACKBURN
C/O AARON J. MALO, ESQUIRE
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 TOWN CENTER DRIVE, 10TH FLOOR
COSTA MESA, CA 92626

**CREDITOR**
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
SIGMA-ALDRICH, LNC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO B0X 734283
CHICAGO, IL 60673-4283

**CREDITOR**
SIX BEHAVIORS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1037 NE 65TH ST, STE #81896
SEATTLE, WA 98115-6655

**CREDITOR**
SLIDEGENIUS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1660 HOTEL CIRCLE NORTH, STE 175
SAN DIEGO! CA 92108-2802

**CREDITOR**
SMARTLINK HEA1TH SOLUTIONS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1000 CNTREGREEN WAY, STE 250
CARY, NC 27513-2284

**CREDITOR**
SOFTCHOICE CORPORATION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
314 WEST SUPERIOR STREET, SUITE 400
CICAGO, IL 60654-3538

**CREDITOR**
SOUTH COAST AIR QUALITY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
MANAGEMENT D STR
PO BOX 4943
DIAMON BAR, CA 91765-0943

**CREDITOR / POC ADDRESS**
STUART LIPPMAN AND ASSOCIATES
5447 E 5TH STREET, SUITE 110
TUCSON, AZ 85711

**PER CA SOS 11-26-25
CREDITOR**
TECHNICAL SAFETY SERVICES, INC.
C/O 1505 CORPORATION, C T CORPORATION SYSTEM, REGISTERED AGENT
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

**CREDITOR**
TEXAS HEALTH & HUMAN SERVICES COMMISSION
4601 W. GUADALUPE STREET, MC-1100
AUSTIN, TX 78751-3146

**PER IL SOS 11-26-25
CREDITOR**
TFORCE FREIGHT, INC.
C/O ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261

**CREDITOR**
THE HARTFORD - 2672 (WC)
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 660916
DALLAS, TX 75266-0916

**CREDITOR**
THE HARTFORD - 9471 (COMMERCIAL PKG)
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 660916.
DALLAS, TX 75266-0916

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**CREDITOR**
THE PRIVATEER COMPANYS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
27 VIA PALACIO
SAN CLEMENTE, CA 92673-5686

**CREDITOR**
THOMAS SCIENTITIC
1654 HIGH HILL RD
PO BOX 99
SWEDESBORO, NJ 08085-6099

**NEW ADDR PER USPS**
**CREDITOR**
TIG / TECHNOLOGY INTEGRATION
GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2710 MEDIA CENTER DR, STE 120
LOS ANGELES, CA 90065

**CREDITOR**
TRANSCAT
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
35 VANTAGE POINT DR
ROCHESTER, NY 14624-1175

**CREDITOR**
TRANSLATIONAL SOFTWARE, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
7683 SE 27TH STREET, #352
MERCER ISLAND, WA 98040-2804

**CREDITOR**
TTEAM LOGIC IT
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
22511 ASPAN ,ST STE F
LAKE FOREST, CA 92630-6321

**NEW ADDR PER CA SOS**
**CREDITOR**
TWILIO, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
101 SPEAR STREET, SUITE 500
SAN FRANCISCO, CA 94105

**CREDITOR**
UNITECH SERVICES GROUP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
P.O. BOX 650481
DALLAS, TX 75265-0481

**CREDITOR**
UNITED HEALTHCARE SERVICES,
INC.
SHIPMAN & GOODWIN LLP, C/O
ERIC GOLDSTEIN
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103

**CREDITOR**
UNITEDHEALTHCARE
INSURANCE COMPANY
ATTN: CDM/BANKRUPTCY
185 ASYLUM STREET − 03B
HARTFORD, CT 06103

**PER CA SOS 11-26-25**
**CREDITOR**
UPS
C/O 1505 CORPORATION, CSC -
LAWYERS INCORPORATING SERVICE,
REGISTERED AGENT
2710 GATEWAY OAKS, SUITE 150N
SACRAMENTO, CA 95833-3505

**CREDITOR**
VATIJEVICH ASSEMBLY &
INSTALLATION, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
18662 AUBURN AVENUE
SANTA ANA, CA 92705-2707

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
VETATEK, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1533 MARTINGALE CT
CARLSBAD, CA 92011-4034

**CREDITOR**
VWR INTEMATIONAL
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 640169
PITTSBURGH, PA 15264-0169

**CREDITOR**
WE KONNECT, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
9151 ATLANTA AVE, UNIT 7706
HUNTINGTON BEACH, CA 92615-2605

**CREDITOR**
WHEELS ASSURED LOGISTICS
LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 47364
INDIANAAPOLIS, IN 46247-0364

**RTD UTF 5/3/24**
**CREDITOR**
~~ABLE BUILDING MAINTENANCE~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~DEPT. 34651~~
~~P.O. BOX 39000~~
~~SAN FRANCISCO, CA 94139-0001~~

**RTD UTF 4/24/24**
**CREDITOR**
~~ANTHEM BLUE CROSS~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 51011~~
~~LOS ANGELES, CA 90051-5311~~

**RTD UTF 5/2/24**
**CREDITOR**
~~BARRAGAN'S PROFESSIONAL~~
~~CLEANING SERVIC~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~3140 SOUTH MAIN STREET 15F~~
~~SANTA ANA, CA 92707-8200~~

**RTD 06/10/24 UTF**
**CREDITOR**
~~CHANGE HEALTHCARE~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~P.O. BOX 98347~~
~~CHICAGO, IL 60693-8347~~

**RTD 06/11/24 UTF**
**CREDITOR**
~~ISALUS HEALTHCARE~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~DEPT CH 18220~~
~~PALATINE, IL 60055-0001~~

**RTD 07/01/24 UTF**
**SECURED CREDITOR**
~~JASON HANSEN~~
~~1409 EMERALD BAY~~
~~IRVINE, CA 92617~~

**RTD FWD 4/25/24**
**CREDITOR**
~~LABSOFT, INC.~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY OTHER~~
~~AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO RECEIVE~~
~~SERVICE OF PROCESS~~
~~2202 N. WEST SHORE, SUITE. 115~~
~~TAMPA, FL 33607-5749~~

**RTD 06/25/24 REFUSED/CLOSED**
**CREDITOR**
~~LINKEDIN CORPORATION~~
~~ATTN: OFFICER, A MANAGING OR~~
~~GENERAL AGENT, OR TO ANY~~
~~OTHER AGENT AUTHORIZED BY~~
~~APPOINTMENT OR LAW TO~~
~~RECEIVE SERVICE OF PROCESS~~
~~62228 COLLECTIONS CENTER DR~~
~~CHICAGO, IL 60693-0622~~

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**RTD 05/30/24 UTF**
**20 LARGEST CREDITOR**
~~SIRIUS COMPUTER SOLUTIONS, INC.~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~P.O. BOX 202289~~
~~DALLAS, TX 75320-2289~~

**RTD 07/16/24 UTF / ADDR TX SOS**
**20 LARGEST CREDITOR**
~~SIRIUS COMPUTER SOLUTIONS, INC.~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~888 ISOM RD~~
~~SAN ANTONIO, TX 78216-4034~~

**RTD 06/25/24 REFUSED/CLOSED**
**CREDITOR**
~~TFORCE FREIGHT, INC.~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~PO BOX 7410804~~
~~CHICAGO, IL 60674-0804~~

**RTD 05/13/24**
**CREDITOR**
~~TIG / TECHNOLOGY INTEGRATION GROUP~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~PO BOX 84244~~
~~SAN DIEGO, CA 92138-4244~~

**RTD 05/10/24 UTF**
**CREDITOR**
~~TSS~~
~~DEPT 33265~~
~~PO BOX 39000~~
~~SAN FRANCISCO, CA 94139-3265~~

**RTD 05/30/24 UTF**
**CREDITOR**
~~TWILIO, INC.~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~375 BEALE STREET, SUITE 300~~
~~SAN FRANCISCO, CA 94105-2177~~

**RTD 05/13/24 UTF**
**CREDITOR**
~~UPS~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~PO BOX 89420~~
~~LOS ANGELES, CA 90189-4820~~

**RTD 05/16/24 UTF**
**20 LARGEST CREDITOR**
~~WAVELAND RCM, LLC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~1150 FIRST AVENUE, SUITE 511~~
~~KING OF PRUSSIA, PA 19406-1316~~

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                      **F 9013-3.1.PROOF.SERVICE**