| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREEN, STEEL & ALBRECHT, LLP<br>Glen R. Segal (Bar No. 126316)<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612<br>Tel (949) 263-0004<br>Email: gsegal@gsaattorneys.com<br><br><br>*Attorney for:* Creditor University Research Park LLC | **FILED**<br><br>JUN 12 2026<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>BRIDGE DIAGNOSTICS, LLC | CASE NO.: 8:24-bk-10803-sc<br><br>ADVERSARY NO.:<br>*(if applicable)* |
|---|---|
| Debtor(s). | CHAPTER: 11 |
| <br><br>Plaintiff(s),<br><br>vs.<br><br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:  University Research Park LLC

2. The name, address, telephone number, and email address of the new attorney are *(specify)*: _____
   GREEN, STEEL & ALBRECHT, LLP
   Glen R. Segal (Bar No. 126316) Email: gsegal@gsaattorneys.com
   19800 MacArthur Blvd., Suite 1000
   Irvine, CA 92612 (949) 263-0004

3. New attorney hereby appears in the following matters: ☒ the bankruptcy case   ☐ the above adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of
    present attorney)*:  Misty Perry Isaacson, Esq/Salvato Boufadel, LLP.

Date: 6/3/2026

_____
Signature of party

University Research Park LLC
Printed name of party

_____
Signature of third party (if applicable)

_____
Printed name of third party (if applicable)

_____
Signature of second party (if applicable)

_____
Printed name of second party (if applicable)

_____
Signature of fourth party (if applicable)

_____
Printed name of fourth party (if applicable)

I consent to the above substitution.
Date: 6/2/2026

_____
Signature of present attorney
Misty Perry Isaacson
Printed name of present attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Date: May 6, 2026

_____
Signature of new attorney

GLEN R. SEGAL
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code.
See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
19800 MacArthur Blvd., Suite 1000, Irvine, CA  92612

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 10, 2026  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
SEE ATTACHED CONTINUED SHEET.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 10, 2026   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson,  U.S. Bankruptcy Court, 411 W. Fourth St., Suite 5130, Santa Ana, CA 92701

Stretto, Inc., Attn: Sheryl Betance, 410 Exchange Ste 100, Irvine, CA 92602

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2026 | Norma Gomez | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                Page 3                                **F 2091-1.SUBSTITUTION.ATTY**

**PROOF OF SERVICE OF DOCUMENT - CONTINUED**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com; csantiago@raineslaw.com
- Anthony Bisconti tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com, docket@bklwlaw.com
- Thomas H Casey kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- Christopher Crowell ccrowell@frandzel.com, mbrandenberg@frandzel.com
- Robert Paul Goe (TR) bktrustee@goeforlaw.com, kwareh@goeforlaw.com; bkadmin@goeforlaw.com;C187@ecfcbis.com; kmurphy@goeforlaw.com; rgoe@goeforlaw.com
- Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- Elan S Levey elan.levey@usdoj.gov, usacac.tax@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Aaron J Malo amalo@sheppardmullin.com, hudenka@sheppard.com; mlinker@sheppard.com
- Myles P McAliney mpmcalineylaw@gmail.com
- Kenneth Misken Kenneth.M.Misken@usdoj.gov
- Jennifer M Oliver jennifer.oliver@bipc.com
- R Gibson Pagter gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- Misty A Perry Isaacson misty@mpilawfirm.com, pagterandperryisaacson@jubileebk.net; misty@ecf.courtdrive.com
- Michael B Reynolds mreynolds@swlaw.com, kcollins@swlaw.com
- Michele R Stafford mstafford@tuckerlaw.com, ecotterill@tuckerlaw.com, docket@tuckerlaw.com, mthomas@tuckerlaw.com, SLeah@tuckerlaw.com, npetroy@tuckerlaw.com
- Andrew Still astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; spineda@ecf.courtdrive.com; alinares@ecf.courtdrive.com

SCOTT R. ALBRECHT*
SABRINA BEG
LOREN A. DETERS
PAMELA EVANS
PHILIP W. GREEN
KIMBERLY JUAREZ
CARRIE RISATTI
GLEN R. SEGAL**

**GSA**
**ATTORNEYS**

GREEN,
STEEL &
ALBRECHT, LLP

OF COUNSEL

ANAT PIETER

*Also admitted in Tennessee
**Also admitted in Hawaii

HERBERT N. SAMUELS (1930-2017)

June 10, 2026

**VIA FEDEX**
U.S. Bankruptcy Court
Central District of California
Ronald Reagan Federal Building & U.S. Courthouse
Attn: Clerk / In Take
411 West Fourth Street
Santa Ana, CA 92701

Re:    *In re: Bridge Diagnostics, LLC*
       Case No.: 8:24-bk-10803-sc

Dear Filing Clerk:

Please find enclosed the **SUBSTITUTION OF ATTORNEY**, original and one copy, for filing in the above-referenced matter. Once filed, please return the conformed copy in the self-addressed and stamped envelope enclosed herewith.

Thank you for your assistance regarding the above. Should you have any questions or concerns, please do not hesitate to contact our office. Thank you.

Very truly yours,

NORMA GOMEZ
Legal Secretary

/ng
*enclosures*

19800 MACARTHUR BOULEVARD, SUITE 1000    IRVINE, CALIFORNIA 92612-2433
TELEPHONE: 949.263.0004 • FACSIMILE: 949.263.0005
GSAATTORNEYS.COM